AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 14-CR-00026-ARR |
| Vincent Asaro | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vincent Asaro

Date: 2/12/2014

*Elizabeth Macedonio*
*Attorney's signature*

Elizabeth E. Macedonio
*Printed name and bar number*

42-40 Bell Boulevard
Suite 302
Bayside NY 11361
*Address*

emacedonio@yahoo.com
*E-mail address*

718-279-3770
*Telephone number*

718-281-0850
*FAX number*