**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: ROSS, U.S.D.J     MAY.12,2015      TIME:2:00pm

CR-14-26

DEFT NAME: **Vincent Asaro**                                    #
   X   present    ___ not present    x  cust.    ___ bail

DEFENSE COUNSEL: **Elizabeth Macedonio & Diane Ferrone**
   X   present    ___ not present    ___ CJA    x RET.    ___ LAS

A.U.S.A.: **Alicyn Cooley & Lindsay Gerdes**    CLERK: D. LaSalle

REPORTER: Linda Marino                              OTHER: ___

INT:   (LANG.-        )

_x_  CASE CALLED.    _X_  DEFT APPEARS WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT  ADJ'D TO _____.
___  STATUS CONF/HRG FOR DEFT HELD.
___  JURY SELECTION SET FOR _____
___  BEFORE J. ROSS    ___ PARTIES CONSENT TO MAGISTRATE.
___  TRIAL SCHEDULED FOR _____.

___  **SPEEDY TRIAL** INFO FOR DEFT    ___ STILL IN EFFECT
     CODE TYPE____ START_____    STOP_____
___  ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.

___  STATUS CONF/HRG CONT'D TO _____.
___  FURTHER STATUS CONFERENCE SET FOR _____.

DEFT ___ SWORN    ___ ARRAIGNED    ___ INFORMED OF RIGHTS
    ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. __
_____ OF THE (Superseding) INDICTMENT / INFORMATION.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  SENTENCING TO BE SET BY PROBATION.

OTHER: _____

Curcio hearing held. CJA Michael Soroka appointed for hearing

purpose. Deft is advised of rights and conflicts and waives his

rights.