AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number:  14 CR 26 (ARR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VINCENT ASARO

I certify that I am admitted to practice in this court.

| 6/26/2015 | *Diane Ferrone* |
|---|---|
| Date | Signature |

| Diane Ferrone | DF-8023 |
|---|---|
| Print Name | Bar Number |

205 W. 54th Street
Address

| New York | NY | 10019 |
|---|---|---|
| City | State | Zip Code |

| (646) 337-9010 | (212) 401-0206 |
|---|---|
| Phone Number | Fax Number |