D/F

~~CRIMINAL CAUSE FOR STATUS CONFERENCE~~

BEFORE: ROSS, U.S.D.J     SEP. 30, 2015     TIME: 3:30pm — 3:45

CR-14-26

DEFT NAME: **Vincent Asaro**     #
   _present_     not present     cust.     bail

DEFENSE COUNSEL: **Elizabeth Macedonio & Diane Ferrone**
   _present_     not present     CJA     RET.     LAS

A.U.S.A.: N. Argenteri ~~& A. Cooley~~     CLERK: D. LaSalle

REPORTER: Lisa Schmid     OTHER:

INT:     (LANG. -     )

| | |
|---|---|
| _x_ | CASE CALLED.     _X_  DEFT APPEARS WITH COUNSEL. |
| ___ | DEFT APPEARS WITHOUT COUNSEL. |
| ___ | COUNSEL PRESENT WITHOUT DEFT. |
| ___ | STATUS CONF/HRG FOR DEFT ADJ'D TO _____. |
| ___ | STATUS CONF/HRG FOR DEFT HELD. |
| ___ | JURY SELECTION SET FOR _____ --- |
| ___ | BEFORE J. ROSS ___ PARTIES CONSENT TO MAGISTRATE. |
| ___ | TRIAL SCHEDULED FOR _____. |

___ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
     CODE TYPE_____ START_____ STOP_____
     ___ ORDER / WAIVER EXECUTED & FILED.     ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO_____.
___ FURTHER STATUS CONFERENCE SET FOR_____.

DEFT ___ SWORN     ___ ARRAIGNED     ___ INFORMED OF RIGHTS
    ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.___
    _____ OF THE (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

OTHER: Defense counsel will advise defendant of option for later MDC pickup or transfer to Queens facility during trial. Gov't will submit edited Jury Questionnaire and appendices by Oct. 1, as well as response to Lufthansa-murders motion in limine.