ALLYNE R. ROSS  DATE: 10/8/2015
U.S.D.J.  TIME: 2:00pm

COURT REPORTER: Mary Agnus Drury

CRIMINAL CAUSE FOR JURY SELECTION

CLERK: DENNIS E. LaSALLE

DOCKET CR-14-26 (ARR)
CASE TITLE U.S.A.      -V- Vincent Asaro   (C)

APPEARANCES

FOR PLAINTIFF(S) OR USA : _____

FOR DEFENDANT(S) :   _____

X___ CASE CALLED

_____ COUNSEL FOR ALL SIDES PRESENT

_____ COUNSEL FOR PLAINTIFF/DEFENDANT PRESENT ONLY

_____ PLAINTIFF/DEFENDANT PRESENT W/O COUNSEL

_____ TRIAL COMMENCED

_____ JURORS SWORN

_____ TRIAL CONTINUED

_____ TRIAL ADJOURNED TO_____ AT_____

_____ TRIAL CONCLUDED

_____ DECISION RESERVED

_____ WITNESSES TESTIFY AND ARE SWORN IN

_____ EXHIBITS MARKED AND ENTERED INTO EVIDENCE

OTHER: Questionnaries handed out.