**DIANE FERRONE, ESQ.**
205 W. 54th Street
New York, NY 10019
(646) 337-9010
Fax (212) 401-0206
diane@dianeferronelaw.com
www.dianeferronelaw.com

October 12, 2015

**_Via ECF_**

AUSA Nicole Argentieri
AUSA Alicyn Cooley
AUSA Lindsay Gerdes

Re: United States v. Vincent Asaro, 14-cr-26

Dear Counsel:

    We write to request discovery pursuant to Federal Rule of Criminal Procedure 16, Brady v. Maryland, Giglio v. United States and their progeny.

    As per the attached filing by the United States in CW-1's 1995 criminal case in the District of Nevada, there are 13 recordings of CW-1. The government has provided only six of these recordings to the defendant. See 3500 GV-15 through 20. We request that the government produce the missing recordings of CW-1.

    Thank you.

Very truly yours,

/s/

Elizabeth Macedonio
Diane Ferrone
*Attorneys for Vincent Asaro*

cc: Clerk of the Court (via ECF) (without enclosure)