```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - - - - - X
 3
     UNITED STATES OF AMERICA,        :        14 CR 00026 (ARR)
 4                                             U.S. Courthouse
                                               Brooklyn, New York
 5   VINCENT ASARO,                   :
                                               November 6, 2015
 6                      Defendant.:            10:00 o'clock a.m.

 7   - - - - - - - - - - - - - - - - - - - X

 8                    TRANSCRIPT OF TRIAL
                     BEFORE THE HONORABLE ALLYNE R. ROSS
 9                   SENIOR UNITED STATES DISTRICT JUDGE, and a
10   jury.

     APPEARANCES:
11
     For the Government:              ROBERT L. CAPERS
12                                    United States Attorney
                                      By:  NICOLE ARGENTIERI
13                                         ALICYN L. COOLEY
                                           LINDSAY K. GERDES
14                                    Assistant U.S. Attorneys
                                      271 Cadman Plaza East
15                                    Brooklyn, New York 11201

16   For the Defendant:              ELIZABETH E. MACEDONIO, ESQ.
                                      80 Broad Street, Suite 1900
17                                    New York, New York 10004

18                                    DIANE FERRONE, ESQ.
                                      205 West 54th Street, Number 2D
19                                    New York, New York 10019

20
     Court Reporter:                  Anthony M. Mancuso
21                                    225 Cadman Plaza East
                                      Brooklyn, New York 11201
22                                    (718) 613-2419

23
     Proceedings recorded by mechanical stenography, transcript
24   produced by CAT.

25
```

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Summation - Cooley                          3463

1                    (Trial resumed.)

2                    (In open court; jury not present.)

3                    THE COURT:  Please be seated.

4                    Is everyone ready?

5                    MS. COOLEY:  Yes, your Honor.

6                    MS. MACEDONIO:  Yes, your Honor.

7                    THE COURT:  Ask the jury to come in, please.

8                    (Jury present.)

9                    THE COURT:  Please be seated.

10                   Good morning, ladies and gentlemen.

11                   As I indicated, we will now proceed with the

12   summations.

13                   The government summation is first.

14                   Ms. Cooley.

15                   MS. COOLEY:  Thank you, your Honor.

16                   May we also have the overhead?

17                   Thank you.

18                   A few weeks ago, at the start of this trial,

19   Ms. Gerdes told you in our opening statement how the

20   defendant, Vincent Asaro, committed murder and countless other

21   crimes as part of his life in the Mafia.  In the past few

22   weeks, through witness testimony and volumes of evidence,

23   you've seen those crimes replayed before your eyes

24                   We have shown you how, for forty-five years, the

25   defendant participated in the criminal affairs of the Bonanno

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

1  Organized Crime Family.  He lived by and he personally

2  enforced the Mafia's code, "Death before dishonor," and he

3  rose through the ranks of the Bonanno Family by proving

4  himself time after time as a tried and true earner, the

5  ultimate tough guy, a wiseguy to be feared.

6          In those forty-five years, the defendant put money

7  in his own pocket while enriching and protecting his Crime

8  Family.  He did that through murder, through robbery, arson,

9  extortion, loan-sharking and gambling.

10          At the time of his arrest a few years ago, the

11  defendant stood a leading captain of the Bonanno Family, with

12  a lifetime of Mafia experience under his belt, a score card of

13  the most ruthless and violent crimes.  The defendant had the

14  younger generations of the Bonanno Family at his beck and

15  call, ready and willing to do his bidding.

16          For his years and years of criminal activity, today

17  the defendant stands charged with several crimes.

18          Count One charges the defendant with racketeering

19  conspiracy.  I'm going to get to that in a minute.

20          Now, during the summation, I'm going to go through

21  the evidence we presented, and show you exactly how we proved

22  this case beyond a reasonable doubt.  I will go through some

23  of the testimony, citing specific portions to you, and I'll

24  review some of the many exhibits we offered in evidence,

25  including photographs, surveillances, audio recordings and

1    physical evidence.

2         At the end of the day, you will see that all of the

3    evidence in this case, taken as a whole, proves the defendant

4    Vincent Asaro guilty beyond a reasonable doubt.

5         So, let's turn to Count One, racketeering

6    conspiracy.  Count One of the indictment charges the defendant

7    with RICO conspiracy or racketeering conspiracy.  And the

8    crime of racketeering conspiracy has four elements.  Now,

9    after I've had a chance to talk to you today and the defense

10   has had their chance to talk to you, the judge will instruct

11   you on the law that applies.  I expect that Judge Ross will

12   spend some time explaining the racketeering law generally, and

13   then she will instruct you specifically on racketeering

14   conspiracy, which is the crime charged here.

15        As the judge will explain, there are four elements

16   to RICO conspiracy.  The first element is that the evidence in

17   this case will be required to show that the charged

18   enterprise, the Bonanno Organized Crime Family, existed, and I

19   submit to you that the evidence in this case shows there can

20   be no dispute that the Bonanno Family exists.  We have proven

21   what the Bonanno Family is and who is in it through the

22   testimony of the people who know it best, those who lived that

23   life.

24        First, you heard from Sal Vitale, former underboss

25   or second in command of the Bonanno Family.  He explained to

1    you what La Cosa Nostra is, Our Thing, or the Mafia, made up

2    of five families in New York City, one of which is the

3    Bonannos.  Vitale told you that he committed countless crimes

4    for the Bonanno Organized Crime Family, including murder.  And

5    he knew the Family inside and out from the '60s and '70s, when

6    he was an associate to when he was a made member in the mid

7    '80s, an underboss in the '90s the 2000s.

8            Now, one thing Vitale explained that you heard

9    confirmed by other witnesses is what's required for someone to

10   get inducted into an Organized Crime Family or become a made

11   member or a soldier or a goodfella or a wiseguy.  Not only do

12   you have to be a man, an Italian, but you also have to prove

13   yourself as either a shooter or an earner.  The purpose of the

14   Mafia is to make money by any means necessary, so the Mafia

15   and the Bonanno Family specifically wanted members who were

16   willing to kill for the Family, to protect its members and its

17   money, and settle its disputes.  They also needed members who

18   could keep the money flowing in from all kinds of crimes, guys

19   known as earners.

20           Sal Vitale testified about how you had to prove

21   yourself as a shooter or an earner in order to get made.

22           "QUESTION:  What's a shooter?

23           "ANSWER:  A person that could kill somebody.

24           "QUESTION:  What's an earner?

25           "ANSWER:  A person that could earn from shylocking

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Summation - Cooley                3467

1  numbers, extortion."

2          Anthony Ruggiano, Jr., a former associate of the

3  Gambino Crime Family, said the same thing at this trial.

4          "QUESTION:  What are the requirements for being

5  inducted into a Crime Family?

6          "ANSWER:  You had to commit a murder or be a big

7  earner, money earner."  "

8          And Gasper Valenti, a former associate of the

9  Bonanno Family, who spent his life in the mob reporting to the

10  defendant himself, explained these requirements, too.  He told

11  you how he tried to prove himself as an earner, most of all to

12  the defendant, who he reported to.  And he talked about crimes

13  like robberies or heists that he committed as a Bonanno Family

14  associate with another associate named Joe or Junior Burger in

15  the 1960s.  Valenti explained that his goal was to show that

16  he could earn, which always meant giving a cut to the

17  defendant, the guy above him.

18          "QUESTION:  Who were you giving money to from the

19  heist?

20          "ANSWER:  Vinny.

21          "QUESTION:  Why?

22          "ANSWER:  Oh, we were kind of -- we were partners,

23  but we looked up to him, so that we would move up somewhat,

24  showing him that we were earners.

25          "QUESTION:  What's an earner?

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

1        "ANSWER:   A person that earns money through illicit

2    whatever, gambling, high-jacking, stealing."

3        Sal Vitale also explained that the Mafia wasn't

4    looking to recruit legitimate, law-abiding people.  To be a

5    member, you had to be all street.  As he testified:  You can

6    play on the sidewalk and live in the street.  You're either

7    all street or your all sidewalk.  You can't -- you can have a

8    business, but if the Family calls, you gotta go."

9        You also heard these witnesses explain the rules of

10   the mob.  All of them testified about an especially important

11   rule:  To never cooperate with law enforcement, never talk to

12   the police, and the consequence for breaking that rule, death.

13       Sal Vitale testified:  You can't meet with any law

14   enforcement.  If you're meeting with any kind of law

15   enforcement, we have the right to kill you.

16       Anthony Ruggiano testified:

17       "QUESTION:  In organized crime, is there a rule

18   about cooperating with law enforcement?

19       "ANSWER:   Yes.

20       "QUESTION:  What's the rule?

21       "ANSWER:   You're not supposed to do it.

22       "QUESTION:  And what's the penalty for violating

23   that rule?

24       "ANSWER:   Death."

25       Sal Vitale also told you about the process of

1    getting inducted into the Bonanno Organized Crime Family.   He

2    explained to you what proposal lists are.   He told you how the

3    leaders of the Family drew them up.

4           He testified:  So, if an individual who is a

5    goodfella or a made member dies, I put his name on the list.

6    Then I put next to him the person who we want to replace him

7    with, the other name, and make four copies, and I give them to

8    the other four families."

9           You saw actual proposal lists from the Bonanno

10   Family and other crime families with names listed of Bonanno

11   Family associates being proposed to get made.   To start, you

12   saw Government's Exhibit 700-A. This was the list which former

13   NYPD Detective Joe Rauchet seized in 1978 in the location

14   associated with John Gotti, Jr.   This is at page 1788 of the

15   transcript.   And you know that individual to be a made member

16   of the Gambino Crime Family.

17          Who was on that list as candidates for induction

18   into the Bonanno Family?  Jerome or Jerry Asaro on the bottom

19   right, the defendant's son.   Vincenzo D'Antoni, named Vinny

20   the Dye Maker, and Vito Grimaldi, among others.   You've Vito

21   Grimaldi in various surveillances of the defendant's social

22   club in the '90s.

23          You know from Sal Vitale's and Gasper Valenti's

24   testimony that Jerry Asaro, D'Antoni and Grimaldi all were

25   eventually inducted into the Bonanno Family, and you also

1    heard testimony from witnesses like former Detective Gerard

2    LaRocco, who saw D'Antoni and Grimaldi hanging out with the

3    defendant Vinny Asaro at the Triangle shop, his social club in

4    the '90s.

5         You saw proposal lists that Sal Vitale provided to

6    the government as part of his cooperation, including

7    Government's Exhibit 701-F.

8         There is a proposal list that contains two

9    candidates who Jerry Asaro proposed, Anthony Valenti and John

10   Carlucci.  That J to the right of their names means Jerry

11   Asaro proposed them, and you know that Anthony Valenti goes by

12   the nickname Fat Sammy and is Gasper Valenti's son.  You know

13   Johnny Carlucci goes by the nickname Johnny Phones, and you

14   know that they were with Jerry when they were associates and

15   later got inducted into the Family, because you heard the

16   defendant complain on recordings to Gasper Valenti that Jerry

17   had straightened them out, guys the defendant thought had done

18   nothing criminal before to prove themselves, and had no right

19   being in the Mafia.

20        Government's Exhibit 701-G is another proposal list

21   that Vitale testified about.  And on this list is Jackie

22   Bonventre from Queens.  You know that's Jackie, who Gasper

23   Valenti told you ended up getting made in the Bonanno Family

24   later, in the 2000s, became Jerry Asaro's acting captain,

25   standing in for him when Jerry was in jail.  You heard Valenti

1   talking to Bonventre on tape about the sports betting illegal

2   gambling business they had together, and we're going to talk

3   about that more later on.  You even heard from the defendant

4   himself in a recording from March 8, 2013, Government's

5   Exhibit 241-D, saying that Jackie was offered the position of

6   consigliere, the advisor to the family, one of the top

7   leadership positions on the Crime Family's administration.

8   But Jackie turned it down, because he didn't want to part ways

9   with Jerry Asaro, who he reported to and was close with.

10           And why is the other candidate, Peter Lovaglio from

11  New Jersey, important?  He was one of the men present, along

12  with the defendant and other leaders of the Bonanno Family,

13  including Vito Grimaldi, at a December 28, 2012 meeting at a

14  diner in Staten Island.  As probation officer, Bob Anton

15  observed, at approximately 1:06 p.m., he saw Mr. Vincent Asaro

16  enter that diner.

17           "QUESTION:  And who was there?

18           "ANSWER:  There were several people there.  Thomas

19  DiFiore, Vito Grimaldi, Mr. Chilli, meaning Jerry Chilli,

20  Peter Lovaglio and so forth.  This is how the five families

21  add new members.

22           The leaders of each family get to see the list and

23  veto someone who they have a problem with, maybe someone with

24  ties to law enforcement who might turn out to be an informant,

25  what the Mafia often calls a rat, and jeopardize all five

1  families that way.

2        As Vitale explained, The other four families have a

3  right to deny a name that I put on that list.  If they know an

4  individual -- maybe he was a cop, maybe he was in the police

5  academy, maybe they have a line on him that he's half a rat --

6  that is the kind of person that would get vetoed and not

7  inducted.  So, through this process, the families get to look

8  after their own interests and protect the Mafia as a whole.

9        And Sal Vitale told you about what comes next.  Once

10  an associate makes the cut to get made, the next step is the

11  Crime Family's induction ceremony, which Vitale participated

12  in when he got made and later conducted himself.  He testified

13  about how members have to take an oath during that ceremony.

14  They had to say, In the name of the Bonanno Family, we lock

15  this network in secrecy.

16        As Vitale explained, induction means you are in it

17  for life.

18        "QUESTION:  After a soldier is inducted in the Crime

19  Family, is there a way out?

20        "ANSWER:  No."

21        Now, through the testimony of Vitale, Valenti and

22  other associates of organized crime, including Peter Zuccaro

23  and Anthony Ruggiano, you heard not just the formal rules of

24  the mob, rules they all told you can and often are broken, but

25  also about the day-to-day life for its associates.  They told

1    you about the constant pursuit of money and about the violence

2    that came with the territory of being an associate of La Cosa

3    Nostra.

4         They told you how associates fell at the bottom of

5    the Mafia's hierarchy, underneath the soldiers who reported to

6    the captains, who themselves reported to the administration,

7    with the boss at the very top, the hierarchy that applied

8    equally to the Bonanno Family and the other four families in

9    the Mafia in New York, the Gambinos, the Columbos, the

10   Luccheses and the Genoveses or the West Side.

11        These cooperating witnesses were all associates of

12   organized crime, and they told you about what it means to be

13   an associate.  It means doing the dirty work, being in the

14   streets making money, committing crimes, using violence, while

15   the soldiers, captains and those in the administration are

16   insulated.  Because they are made, they don't have to fight in

17   the same ways as associates to prove they can earn or kill,

18   and they are more protected from getting caught by law

19   enforcement, especially because their associates know not to

20   drop their names every time the associates commit a crime in

21   the streets.

22        These witnesses also told you about what it means to

23   be on record, what it means to be with someone, what it means

24   to report to someone, what it means to be part of a soldier's

25   crew.  Their testimony was just one way we proved to you the

1    existence of the Bonanno Crime Family.

2             You may remember the volumes, the photos and even

3    videos we showed you from decade after decade of surveillances

4    by the FBI and other law enforcement agencies.  The reason

5    those were important is, they showed how, year after year, the

6    Bonanno Organized Crime Family continued to exist and prosper.

7    Their traditions stayed intact.  The same people showed up

8    year after year at social clubs, at important Mafia events

9    like wakes, and at meetings to conduct crime business.

10            As one of many examples, here is a group of Bonanno

11   Family members and associates, including the defendant in the

12   center of the photo wearing the white short-sleeved shirt,

13   outside the entrance of the Bonanno Family social club at

14   69-64 Grand Avenue in Maspeth, Queens, and he's in

15   conversation with other Bonanno Family members, like Anthony

16   Mannone and James Tartaglione.

17            As another example, a year later, in the same

18   location, that's the defendant in the top-left corner that's

19   circled in red, outside the entrance of that social club,

20   speaking privately with Bonanno Family member Anthony Urso or

21   Tony Green, the man in the white hat and the black jacket.

22            As you heard FBI Special Agent Jack Stubing explain,

23   later that day, that social club on Grand Avenue was raided by

24   the FBI pursuant to a search warrant.  The defendant had left

25   in time to avoid that surprise, but as you can see in the

1   photo on the bottom right, some of the same people were inside

2   when the club got raided.

3           The agents arrived to find a table full of Bonanno

4   Family members and associates mid-meeting, including Sal

5   Vitale himself at the head of the table, Tony Green in that

6   same white hat, and associate Joe Marsala, who you heard

7   reported to the defendant in the early 1980s before getting

8   reassigned to then-captain Joe Massino after he complained

9   about the defendant.  Through all of this evidence, you know

10   the Bonanno Organized Crime Family exists.  We've proven the

11   existence of the Bonanno Organized Crime Family beyond a

12   reasonable doubt.

13           The second element the government must prove is that

14   the Bonanno Organized Crime Family or its activities affected

15   interstate or foreign commerce.  You'll hear from Judge Ross

16   that a minimal effect on interstate or foreign commerce is

17   enough to prove this element, and over the course of this

18   trial, we proved that the Bonanno Family committed crimes all

19   over Queens, Brooklyn and Long Island.

20           You also heard about Bonanno Family crimes,

21   including bookmaking, that extended to places outside of New

22   York, even overseas, and you've learned about robberies of

23   interstate and even international shipments, the robbery

24   charged in Racketeering Act Three of the Lufthansa Airlines

25   cash and jewelry which was stolen at JFK International Airport

1    after coming in from abroad.

2           And this slide includes different exhibits that we

3    offered in trial.  On the left is a Lufthansa document listing

4    some of the shipments that were stolen.  On the right is a

5    document that was actually found -- it's a crime scene

6    document that lists documents that were found in the Lufthansa

7    heist getaway van.  And there's a match between one of those

8    Lufthansa documents and one of the shipments on the Lufthansa

9    record that you saw, and that's actually a shipment that came

10   in from overseas.  That's one way that we proved an effect on

11   interstate or foreign commerce.

12          And you also saw how the gold salts stolen from the

13   Federal Express truck relating to the robbery charged in

14   Racketeering Act Seven were headed to customers in a number of

15   states outside New York, including California, Minnesota and

16   Virginia.

17          For these reasons, we've proven this element beyond

18   a reasonable doubt.

19          The third element is that the defendant was

20   associated with or employed by the Bonanno Family.

21          We have called several witnesses, shown you photo

22   after photo and played you dozens of recordings that prove the

23   defendant's close association with the Bonanno Family.  The

24   defendant has spent his adult life first as a loyal associate

25   and then as a powerful inducted member of the Bonanno Family.

1   He was born into that life, and he fully embraced it.

2            As Gasper Valenti and Anthony Ruggiano testified,

3   the defendant was a rare breed in the Mafia, a

4   third-generation wiseguy, in the words of Anthony Ruggiano's

5   father, Fat Andy.  He followed in the footsteps of his own

6   father and grandfather before him, who were all made men in

7   the Bonanno Family.

8            This is from the testimony of Anthony Ruggiano:

9            "QUESTION:  What, if anything, did you and your

10  father discuss about the defendant and his relatives being in

11  organized crime?

12           "ANSWER:  That Vinny was a third-generation wiseguy.

13           "QUESTION:  What was your father's attitude when he

14  said that about the defendant being a third-generation

15  wiseguy?

16           "ANSWER:  He thought it was a great thing.

17           "QUESTION:  How, if at all, did that apply to you

18  and your father?

19           "ANSWER:  Well, because eventually, I would have

20  became second generation.

21           "QUESTION:  If you'd been inducted?

22           "ANSWER:  Yes."

23           To guide in that life, the defendant's lineage was

24  something to be proud of.  But joining the Mafia wasn't just

25  something that was expected of the defendant.  Vincent Asaro

1   wanted the power that came with getting his button, getting

2   made, and he wanted the money that came from having a crew of

3   associates below him, reporting to him and kicking up to him

4   whatever they made on the street.

5          This is a timeline of the defendant's rise to power

6   in the Bonanno Family.  And you heard from multiple witnesses

7   about that rise to power from associate to ultimately a

8   leading captain of the Family.

9          Gasper Valenti explained to you that the defendant

10  started out as an associate reporting to his father, Jerome, a

11  powerful soldier in the Bonanno Family.  In the '60s and early

12  '70s, when the defendant was just an associate of organized

13  crime, he proved himself an earner by high-jacking trucks with

14  Lucchese Family associate James or Jimmy Burke, and profiting

15  off of those crimes and the crimes his own crew of associates,

16  like Valenti and Joe Burger, committed in the street.

17         Whether it was the sale of swag or merchandise

18  stolen during truck highjackings, or the sale of pornography

19  for his uncle Micky Severino, then a powerful captain in the

20  Bonanno Family, the defendant demonstrated he could earn and

21  get those under him, especially Gasper Valenti, to kick up

22  whatever they made.  And Sal Vitale explained to you when

23  you're an associate of organized crime, you're looking to

24  become a soldier.  That's why you are an associate.  And the

25  defendant was no exception to that rule.  Cut his teeth in the

Summation - Cooley                          3479

1   mob doing highjackings and selling swag with Jimmy Burke, who

2   was around Captain Paul Vario of the Luccheses.

3           (Continued on next page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Cooley                3480

1      MS. COOLEY:   (Continuing)

2          As Gasper Valenti called it, the defendant and Jimmy

3    were partners in crime and they were both out to prove

4    themselves to the men above them in their own crime family.

5          The defendant and Jimmy's spot in the late sixties

6    was a social club called Roberts Lounge on Lefferts Boulevard,

7    a club controlled by the defendant, Jimmy and their close

8    criminal associate, Jimmy Santos and John Savino.

9          The defendant and Jimmy had a network of criminals.

10   They committed hijackings and other crimes with, a network

11   that enhanced their own reputations on the street and kept the

12   opportunities for scores or robberies rolling in.

13         And the defendant profited from his relationship

14   with Jimmy Burke in other ways too.  As Valenti told you, and

15   as we will discuss a little bit later on, the defendant

16   borrowed money from Jimmy Burke which he then put out on the

17   street as loansharking loans.

18         Now, you have heard from a few different witnesses

19   about what it means to be partners in organized crime.  As one

20   example, Anthony Ruggiano told you how his father, Fat Andy

21   Ruggiano, was partners with fellow made member Tony Lee

22   Guerreri and the Gambino Family.

23         Fat Andy and Tony Lee split their criminal profits

24   50/50 and they helped each other rise and thrive in organized

25   crime.  They combined efforts and watched each other's backs.

GR        OCR        CM        CRR        CSR

1           This was an arrangement that worked well for the

2    defendant and Jimmy Burke too.  They were two ambitious

3    associates hoping to make their mark in La Cosa Nostra, but

4    with allegiances to different crime families.  They could help

5    each other make money and protect each other without having to

6    directly compete with one another in the mob.

7               As you heard Anthony Ruggiano explain about his

8    father, Fat Andy, and his partner, Tony Lee, their bond went

9    beyond friendship, beyond business partnership, beyond family

10   even.  They were each other's most trusted criminal ally.  In

11   the life of the Mafia where death had to be dodged and enemies

12   silenced, they relied on each other completely to survive and

13   succeed.

14              And one clear indicator of that was the fact that

15   for son Anthony's confirmation, Fat Andy picks Tony Lee as his

16   son's sponsor.

17              You heard from Father Jose Herrera, you may remember

18   a priest at the Catholic church where Jerry Asaro was

19   confirmed, and he told but the type of person that typically

20   gets chosen to be a confirmation sponsor.  He told you it had

21   to be a close relationship, because it's the life of the

22   faith.  Sometimes -- most of the times the family chooses a

23   member of the family, a relative as the sponsor, or a closest

24   friend who's a good example for him or her.

25              What kind of good example did Fat Andy, a powerful

1   soldier in the Gambino Family, a repeat murderer, want for his

2   son?  Not someone virtuous in the faith necessarily, but his

3   closest criminal ally, Tony Lee.

4            Tony Lee was going to be a role model in the Mafia

5   for Anthony Ruggiano Junior.

6            And the exact same thing was true for the defendant

7   when it came to his son Jerry Asaro's confirmation.  Who did

8   he choose as confirmation sponsor?  His criminal partner,

9   Jimmy Burke.

10            And that record book is in evidence as Government

11   Exhibit 709.  You can look at it during your deliberations,

12   physical proof from all the way back to May 1969 of the

13   defendant's unbreakable bond with Burke.

14            Father Herrera was also asked about confirmation

15   names and the fact that Jerry Asaro chose James as his.  You

16   heard Herrera say, as Catholics, we choose one of the saints

17   that we admire.  And I see that he has chosen the apostle

18   James.

19            You know that James Burke was not the kind of

20   apostle that Father Herrera had in mind, but Jimmy Burke was

21   someone the defendant respected, who he could tell his son to

22   model himself after, as a criminal.

23            That bond continued into the nineties when Jimmy

24   Burke was in jail.  On this slide you can see Government

25   Exhibit 469 that shows in 1993 Vincent Asaro, the defendant,

Summation - Cooley                    3483

1    visiting Jimmy Burke in prison and also Jerome Asaro visiting

2    Jimmy Burke in prison on three separate occasions.

3            Now, as an associate of the Bonanno fame, the

4    defendant proved himself as more than an earner.   He was a

5    killer too.   By the end of 1969, he had murdered Paul Katz.

6    He had shown he could kill when necessary and specifically

7    kill to enforce La Cosa Nostra's code of silence.

8            Not long after that, in the late 1970s, the

9    defendant was inducted into the Bonanno Family.   As Gasper

10   Valenti testified, the defendant told him in 1977 or '78 that

11   his father Jerome and uncle Nickey Zaffarano had proposed him

12   for induction.   And then once it happened, the defendant told

13   Valenti, he'd been formally inducted or straightened out.   It

14   happened in a mausoleum, a cemetery, a fitting place to get

15   made in La Cosa Nostra, that secret society.

16           Peter Zucarro also told you about where he was in

17   the 1970s when he realized the defendant had gotten

18   straightened out.   Zucarro testified that he found out the

19   defendant had gotten inducted because I was in Little Cricket

20   and people told me that they straightened Vinny out.   Then

21   Tony Muscatello played a song "Wiseguy" in the Cricket.

22           Was the defendant there at that time?

23           Yes.

24           What did you see, if anything?

25           I seen a lot of women and guys standing around, and

1  that's to be like a hush up; nobody's supposed to know that

2  you are an inducted member.   But the whole neighborhood knew.

3           From that point on, the defendant's commitment to

4  the mob was official.   It was as permanent as the Death Before

5  Dishonor tattoo on his arm.

6           Gasper Valenti explained that he understood this

7  tattoo to mean what may already be obvious, that the defendant

8  would rather die before he would dishonor himself.   And you

9  saw this same tattoo, not just on the defendant but also on

10 the defendant's own son, Jerry Asaro, and his nephew, Ronnie

11 Giallanzo, who Sal Vitale, Gasper Valenti and Peter Zucarro

12 testified are both made members of the Bonanno Family as well.

13          Over the course of this trial, you have also gotten

14 a window into the defendant's daily life in the Mafia.   You

15 heard about where he spent his days and nights and you were

16 introduced to what is called a social club.   Gasper Valenti

17 testified about this.

18          What is a social club?

19          A social club is a place for men that we would

20 gamble, take sports bets, plan robberies.

21          Is it open to the public?

22          No.

23          Just organized crime?

24          Yes, or associates.

25          You saw that the defendant had many different

1   establishments to his name, most of them social clubs, while

2   he was associated with the Bonanno Family.  We've already

3   talked about Roberts Lounge, his prime hangout in the late

4   sixties and seventies.  But you also heard about Cafe Anita,

5   the defendant's social club in the 1970s and early 1980s.

6           The evidence you saw and heard about Cafe Anita gave

7   you a snapshot of the defendant's life in the Mafia.  Gasper

8   Valenti explained, the defendant got that club by partnering

9   with Sandro Aioso, an associate of the defendant's uncle

10  Mickey, who later was inducted into the Bonanno Family.

11          Valenti testified that the defendant started up a

12  big card game there, a lucrative activity for the crime

13  family, so lucrative that eventually the game shut down after

14  about six months because the defendant and Valenti took a

15  percentage of every pot.  As Valenti testified -- and this is

16  Cafe Anita at the intersection of liberty and Forbell.

17          You take a percentage out of every pot, so over a

18  matter of six months you wind up with, basically, with all the

19  money, you know, from taking the percentage out.  It was a

20  big, big game.

21          Big way to make money?

22          Big way to make money, exactly.  Guys would bet

23  their cars, their watches.

24          Anthony Ruggiano also testified that he'd been to

25  that social club which he remembered as a gambling or

1   bookmaker's club that was affiliated with organized crime  in

2   the seventies or the eighties, though he didn't remember its

3   name.  He said his father Fat Andy went there too.

4           And you know that this social club existed and that

5   it was the defendant's club from other evidence too.  As

6   retired FBI agent Fernando Fernandez told you, he saw the

7   defendant's car, a 1979 blue Lincoln two-door, by Cafe Anita

8   on three different dates in December 1980.  And another car he

9   saw there on two of those dates was a 1978 blue Chevy,

10  registered to Mary Barbarito.

11          Gasper Valenti testified that around this time, he

12  drove vehicles registered not in his name and that his then

13  wife's maiden name was Barbarito.

14          This is another piece of the puzzle from which you

15  can infer that Gasper Valenti was a regular presence at the

16  defendant's social club, Cafe Anita, and was there more than

17  once in the early 1980s when the defendant was there.

18          Other vehicles Agent Fernandez saw in January 1981

19  included one registered to Salvatore Pugliesi, who you heard

20  from Valenti and Anthony Ruggiano was a Gambino Family

21  associate, and Patrick Dellarusso, an associate of Vinny

22  around this time, who Valenti also testified about and who the

23  defendant discusses with Valenti many years later on a

24  recording from 2011 that's in evidence as Government

25  Exhibit 232.

1           These clubs weren't residences.  They weren't

2    business offices.  They were hubs for organized crime

3    activity, places where members and associates of La Cosa

4    Nostra conducted their family business and made money for

5    their crime families.

6           This wasn't the defendant's only social club that he

7    controlled and spent days at in the 1980s.  He also had a club

8    on 101st Avenue in Queens, in Ozone Park, the one across from

9    the bank, in which FBI agents sat and did their surveillances.

10          Here we see a familiar image of the defendant and

11   Gasper Valenti in the doorway of that club on 101st Avenue.

12          After that, the defendant moved to a different club

13   in Ozone Park, the first of his establishments on what was

14   known in the neighborhood as the triangle, the intersection of

15   a few key streets, including 101st Avenue, Rockaway boulevard,

16   and 87th Street.

17          Multiple Bonanno Family members and associates

18   visited these clubs, the defendant's social clubs, in the

19   1980s and early 1990s, as did men affiliated with other crime

20   families, like the Gambinos.

21          This is the defendant's club a little bit later in

22   the eighties, right next to Astro Fence.  Gasper Valenti and

23   Anthony Ruggiano both testified that the defendant had a

24   social club in that building, to the left of Astro Fence on

25   87th Street, visible here in Government Exhibit 124-B.

1            And you heard a lot of testimony from cooperating

2    witnesses and law enforcement witnesses alike, that the

3    defendant had various fence companies in operation throughout

4    the eighties and the nineties, one of which was Astro Fence,

5    the building to the right of the club.   These witnesses

6    testified that the defendant's son Jerry was associated with

7    that fence company, former FBI Special Agent Steven Nyman

8    observed Jerry Asaro working in the vicinity of that business

9    in 1982, as one example.

10           And one thing you may remember from the surveillance

11   photographs we showed you and the witnesses who testified

12   about surveillances they conducted at the defendant's social

13   club is that Gasper Valenti was there regularly, almost every

14   day in certain months, like a fixture at the side of the

15   defendant.

16           That surveillance evidence showing Valenti

17   photographed with the defendant and occasionally other members

18   and associates of the Mafia at these locations or showing cars

19   that he drove at those locations are consistent with Valenti's

20   testimony about his close relationship with the defendant in

21   those years.

22           You heard from Valenti that he's the defendant's

23   cousin, more than a decade younger than him, and that he and

24   the defendant grew closer after Valenti decided to become an

25   associate of organized crime, an associate of the Bonanno

1   Family around the defendant's father Jerome in the 1960s,

2   reporting directly to the defendant.

3          This photograph is one that Valenti testified about,

4   which shows him and the defendant from sometime in 1970s.

5          This photo, Government Exhibit 606-A was taken

6   outside of the defendant's club on 101st Avenue across from

7   the bank in 1986 and you can see the defendant on the left and

8   Gasper Valenti on the right.

9          This next one or these next two from a surveillance

10  on May 23, 1986.  You will remember that Special Agent Metts

11  testified he observed the defendant and Gasper Valenti and

12  possibly another male leave carrying what appeared to be bats

13  or sticks and looking upset.

14         You can see Gasper Valenti in the photo to the right

15  going back into the club holding what looks like one of those

16  bats or sticks.

17         Government Exhibit 620-E is a photo of the two of

18  them, the defendant and Gasper Valenti, standing outside of

19  the club on 101st Avenue in June of 1986.

20         The photographs speak for themselves and they show

21  without a doubt that Valenti was at the defendant's side

22  nearly every day for years in the 1980s and the early 1990s,

23  and he wasn't just at his side.  He was ready to follow the

24  defendant's orders, do his bidding, help him conduct his Mafia

25  business.

1      Even the body language of the defendant and Valenti

2   in some of these photographs shows who had the power in that

3   relationship, the defendant, and that Valenti's purpose was

4   almost to shadow him and be there to assist him and back him

5   up.

6      The defendant's rise in the Mafia didn't stop at

7   soldier.  As you heard from multiple witnesses, the defendant

8   was promoted to captain in the early 1990s.  As Sal Vitale

9   told you, the captains in organized crime are right below the

10   administration; that Trifecta of the boss, underboss and

11   consigliere or the boss' advisor; and as Vitale put it, the

12   role of the captain is to maintain the soldiers that the boss

13   assigned to him.

14      The captains are even more insulated from the

15   street.  They guide the soldiers and listen to their gripes,

16   as Vitale explained, and if a captain has a score he might

17   give it to his soldiers to do.  He doesn't put himself in the

18   line of fire with the crimes his crew is committing.  He's

19   gotten to a point in his Mafia career where he can enjoy the

20   power and the money coming in and no longer have to prove

21   himself in the street.

22      Sal Vitale told you that in the early 1990s after

23   Joe Massino came home from being a fugitive, Massino promoted

24   the defendant to the position of captain.  Vitale testified

25   that the defendant's crew at that time included his son Jerry

1    and other soldiers named Na-Na, Jack and Anthony Elmont.   You

2    know from Valenti's testimony that Jack was Jack Bonventre, a

3    prominent acting captain in years and a cousin of the

4    defendant, and that Na-Na was Jack's father.

5          Vitale also you that there were associates around

6    the defendant at the time that he was promoted to captain and

7    that those associates included Gasper, the defendant's

8    relative.  Valenti too confirmed that the defendant was

9    promoted to captain in the early nineties and Anthony Ruggiano

10   also testified he was aware the defendant held the position of

11   captain in the Bonanno Family at that time.

12         Specifically, Ruggiano mentioned the following

13   conversation that made him realize the defendant was a captain

14   because only captains -- only captains would be seeing the

15   proposal list that Ruggiano was rumored to be on.

16         Sal Vitale also testified about the important

17   qualities for a captain in organized crime.

18         He said, you have to know the life.  He knows what's

19   right and wrong in the life.  He's been in it long enough to

20   know the dos and the don'ts, to maintain his soldiers.

21         And here is Gasper Valenti's testimony about the

22   defendant getting promoted to captain in the early nineties.

23         This is the defendant's social club, the Triangle

24   Shoppe, that he frequented in the nineties, which is on the

25   triangle that I just mentioned on 87th Street and 101st Avenue

1    in Ozone Park.

2            And this is an Tony Ruggiano's testimony about that

3    list.

4            Question:   When did you become aware that he was a

5    captain, approximately what time period?

6            Answer:  In the 1990s.

7            Question:   What conversation did you have with the

8    defendant in the nineties about organized crime?

9            Answer:   He told me that my name was on the list,

10   the list that was going around of people that were proposed to

11   be straightened out.   The list went to the captains.

12           I want to take a moment now and discuss the

13   cooperating witnesses who testified over the past few weeks

14   and told you about the defendant's membership in the Bonanno

15   Family and all the crimes he committed.

16           Each of those witnesses, Sal Vitale, Gasper Valenti,

17   Peter Zucarro and Anthony Ruggiano, previously led

18   crime-filled lives in La Cosa Nostra, lives full of violence

19   and other crimes.

20           You may not like these witnesses or approve of what

21   they've done in the past.   But the question is not whether you

22   like them.   It is whether you believe them.

23           And remember, these witnesses are the defendant's

24   people, then who ones belonged to the same violent secret

25   society that he did.   This is a secret society in which the

1   punishment for speaking with law enforcement is death.

2          The secrecy that surrounds the Mafia makes it

3   difficult for law enforcement to gather information, but we

4   took you inside the mob through the testimony of those who

5   know it best.

6          Ladies and gentlemen, how do you know you can rely

7   on these witness' accounts of what happened?  You know from

8   all the other evidence in this case, which supports the

9   cooperating witness' testimony.

10          The surveillances from decade after decade that show

11   Valenti and Vitale at the defendant's social clubs with him,

12   that show Valenti, Vitale and Ruggiano at La Cosa Nostra

13   events, like wakes that the defendant also attended, at the

14   Grand Avenue club that we just saw, on the day it was raided

15   in 1992.

16          And you also know these witnesses are telling the

17   truth from the many recordings that we offered in evidence at

18   this trial, countless recordings that show how close Valenti

19   and the defendant were and how much they confided in each

20   other about their lives of crime.  A recording of the

21   defendant at his own social club in 1994 speaking to Sal

22   Vitale, arranging to meet and checking in with him as his

23   superior in the Bonanno Family, and then speaking to Tony

24   Green, the same Bonanno made member who appeared in several

25   surveillances of Bonanno social clubs in the 1980s and

1    nineties, including the defendant's.

2           How else do you know you can rely on their

3    testimony?  It is supported by the testimony of other

4    witnesses in this case, by victims, by law enforcement

5    officers who witnessed something relevant to the charged

6    crime.  And furthermore, by physical evidence like notes,

7    proposal lists and phone books recovered from members of

8    organized crime.

9           And although the cooperating witness' testimony

10   doesn't always perfectly align, that is because people's

11   memories aren't always exact.  That's one additional way you

12   can tell whether it's true.

13          For all of those similarities as criminals, you saw

14   that each of these witnesses was his own person, with his own

15   characteristics, and his own account of what happened.  And

16   they all testified to the same thing.  The defendant is a

17   powerful, long-standing made member of the Bonanno Crime

18   Family.

19          How else can you believe the testimony of these

20   cooperating witnesses about the defendant's membership in the

21   Bonanno Family?  First, there are the surveillances of wakes,

22   weddings and meetings in the nineties and 2000s that show the

23   defendant consistently appearing at important Bonanno Family

24   and broader Mafia events, continuing to associate with the

25   Bonanno Family and demonstrating his ongoing membership in the

1    crime family.

2          At the defendant's own daughter's wedding, on

3    March 4, 1995, as Agent Matthew Zeumann told you, a long list

4    of high ranking Bonanno Family members were present, including

5    Sal Vitale, Tony Green, James Tartaglione, Cammaranos, Vincent

6    D'Antoni, Vito Grimaldi, and the list goes on.

7          And at the May 1995 wake of Henry Bono, the

8    defendant attended with along with Sal Vitale, Gerlando

9    Sciascia, the Cammaranos, Thomas DiFiore, Generoso Barbieri

10   and others.

11         And in much more recent years, on December 28, 2012,

12   as probation Officer Robert Anton testified, the defendant

13   attended that meeting of higher ranking captains in the

14   Bonanno Family, including then boss, Thomas DiFiore, who you

15   can see in the photograph to the right.

16         Most importantly, you heard the defendant tell you

17   in his own words about his participation in the Bonanno

18   Family's him activities well up until his arrest in this case

19   in January 2014.

20         The defendant himself gave you the final chapters of

21   his membership in the family in those recordings that are in

22   evidence.   He talked to Valenti about the time that he was in

23   jail and got knocked down or broken from the position of

24   captain.   In other words, got demoted to soldier.

25         And you will hear the defendant refer to when the

1    Bonanno Family leadership demoted him to soldier while he was
2    in prison and complained about how Jerry, his son, didn't come
3    to visit the defendant there to discuss it.
4            And you also heard the defendant tell Valenti on
5    certain recent recordings how he was recently promoted again
6    to captain, doing all the running around for the family,
7    settling beefs, making wiseguy introductions, conducting the
8    family's business.
9            Finally, physical evidence that we presented at
10   trial proves the defendant's close association with organized
11   crime over several decades.  There is Government Exhibit 703
12   that contains Mickey Bats Cardello's phonebook which was
13   seized during that February 1992 raid of the Grand Finale
14   club, that Bonanno Family social club in Queens.  You saw
15   photos of the defendant outside that club the day of the raid
16   and the phonebook seized contained numbers for Vinny A and
17   several other made members of organized crime.
18           You saw the phone book provided by Sal Vitale
19   himself, Government Exhibit 702, which contained telephone
20   numbers for Vinny A, and numerous other made members of the
21   family, Jerry Asaro, Ronnie Howard Beach, which is Brian
22   Giallanzo, his nephew, Tony Green, Anthony Urso, Tommy D,
23   which is Thomas DiFiiore, and TG, Anthony Graziano.
24           You saw Government Exhibit 705-A, B and C, phone
25   books seized from Mickey Santora during a 2012 search warrant

1   executed at his apartment, which contained, again, phone

2   numbers for Vinny A, Vinny Asaro, Vinny TV, Vincent

3   Badalmenti, Anthony Rabito, Jerry Chilli and Tommy D, Tommy

4   DiFiiore.

5           These are all powerful made members of the Bonanno

6   Family.

7           When you see the defendant's name and phone number

8   in these phone books, that's additional concrete proof that he

9   belongs to the same criminal enterprise as the other organized

10  crime members listed in there.

11          One thing you will also know from the evidence

12  presented in this case is that the defendant takes very

13  seriously knowing one's place in the mob.  You heard from Sal

14  Vitale about the incident involving Joe Marsala, who was the

15  defendant's associate and then complained to Sal Vitale about

16  him and how he was treating Joe Marsala and how after that,

17  when Sal Vitale approached the defendant about the issue, the

18  defendant exploded on him.  He was outraged that Sal Vitale,

19  who was just an associate at the time, had the audacity to

20  speak to the defendant about this issue.  And the defendant

21  was made at the time.

22          The only way the defendant calmed down was when

23  Vitale revealed that he was there because Phil Rastelli, the

24  boss, had sent him to Vinny to give him that message about Joe

25  Marsala and leaving him alone until Joe Massino got home.

Summation - Cooley                          3498

1          And Anthony Ruggiano also testified about a similar

2     incident with the defendant, when shortly after he had been

3     inducted into the Bonanno Family, he let Jo-Jo Corozzo have it

4     for approaching him about a dispute when again Jo-Jo was not a

5     made guy and the defendant recently had been inducted.

6          As several witnesses have told you, there were

7     long-term repercussions from that incident.  The defendant

8     didn't get along with Ronnie One Arm Trucchio or the Corozzos

9     because of that, because of that beef and the fact that an

10    associate had come to talk to the defendant who was a soldier.

11         Through all of this evidence, the government has

12    proven beyond a reasonable doubt that the defendant was

13    associated with and a member of the charged enterprise, the

14    Bonanno Crime Family.

15         (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

GR        OCR        CM        CRR        CSR

Summation - Cooley                    3499

1    (Continuing)

2         MS. COOLEY:   The next and final element the

3    government must prove is that the defendant knowingly and

4    willfully became a member of the conspiracy.   That is, he

5    agreed with, at least, one other person to participate in the

6    conduct of the affairs of the Bonanno crime family through a

7    pattern of racketeering activity.   The judge will define what

8    that means, but simply put, it means the defendant's

9    participation in a pattern of racketeering activity, the

10   defendants' participation in crimes as part of the Bonanno

11   crime family.

12        In this case there are fourteen racketeering acts

13   and we have proven all fourteen beyond a reasonable doubt.   As

14   the Court will instruct you, to find the defendant guilty of

15   Count One you have to only find that the defendant agreed to

16   participate in the Bonanno crime family with the knowledge and

17   the intent that he, himself, or another member of the

18   conspiracy would commit, at least, two racketeering acts.

19   Only two are required, and we have proven fourteen.

20        We have proven the fourth element of RICO

21   conspiracy.   I am now going to go through some of the evidence

22   supporting each of the racketeering acts, and for the final

23   racketeering act, Racketeering Act Fourteen, because it

24   includes charges that are very similar to Counts Two and

25   Three, which charge extortion and collection of credit

SAM        OCR        RMR        CRR        RPR

1  conspiracy and extortion and collection of credit, I am going

2  to talk about those crimes together.

3          THE COURT:  Excuse me, before you go into that,

4  would you like to take a break?

5          MS. COOLEY:  That sounds good.  Thank you, Your

6  Honor.

7          (Jury exits.)

8          THE COURT:  Please sit down.

9          (Recess taken.)

10          (In open court - jury not present.)

11          THE COURT:  Please be seated.  Is everyone ready?

12          MS. COOLEY:  Yes.

13          MS. ARGENTIERI:  Yes, we're ready, Judge.

14          THE COURT:  Ms. Cooley, can you go through to

15  1 o'clock this time?

16          MS. COOLEY:  Yes.  Yes, I think that will be fine,

17  Your Honor.

18          THE COURT:  Okay.

19          MS. COOLEY:  Thank you.

20          THE COURT:  If you need a break, let me know.

21          MS. COOLEY:  Thank you, Judge.

22          THE COURT:  We are getting the jury.

23          MS. COOLEY:  Thank you.

24          (Jury enters.)

25          THE COURT:  Please be seated.

Summation - Cooley                    3501

1           Continue.

2           MS. COOLEY:   Thank you.

3           I am going to begin with Racketeering Act Two, which

4    relates to the murder of Paul Katz.   Racketeering Act Two

5    alleges three crimes; murder conspiracy, murder of Paul Katz

6    and accessory after-the-fact to that murder.   Any of these is

7    sufficient to establish this racketeering act and we have

8    proven all three crimes beyond a reasonable doubt.

9           (Exhibit published.)

10          This is Paul Katz and his wife when they were in

11   their late twenties, close in time to when Paul Katz was

12   murdered.   The evidence has shown that the defendant and Jimmy

13   Burke murdered Paul Katz in December 1969 because they

14   believed Katz was an informant.   They strangled Katz with a

15   dog chain, then buried his body, concealing the evidence of

16   their horrific crime in the basement of a home located at

17   81-48 102nd Road in Queens near Liberty Avenue.   And the

18   evidence also showed that some ten to fifteen years later, the

19   defendant directed Gasper Valenti and his own son, Jerry

20   Asaro, to remove the remains of Paul Katz from that burial pit

21   in that Queens basement and Valenti and Jerry Asaro did just

22   that.   Yet, as you saw and heard they didn't remove

23   everything.   Certain remains of Paul Katz were left behind and

24   they remained buried in that basement in Queens until 2013

25   when the FBI came to that basement and executed a search

SAM        OCR        RMR        CRR        RPR

1    warrant.

2              How do you know that the defendant killed Paul Katz?

3              You know that from several different types of

4    evidence in this case.   To start, you know that from the

5    testimony of witnesses.   Gasper Valenti told you all about his

6    involvement in this murder, specifically how the defendant,

7    whom he reported to at the time, involved him in concealing

8    Katz's body after the defendant and Jimmy Burke had murdered

9    him.   Valenti told you that he covered the hole in that

10   basement that Katz's body had been placed in with cement, and

11   later in the mid '80s he and Jerry Asaro, the defendant's son,

12   broke ground in that basement and attempted to exhume Katz's

13   remains from that location.   Valenti described in detail what

14   he knew about Paul Katz prior to that day.   He told you that

15   Paul Katz had a warehouse, which Valenti knew through what the

16   defendant told him.   He knew that he, personally, had been to

17   that warehouse on three or four occasions in the late '60s.

18   The warehouse was in South Ozone Park, in Queens.   And as

19   Valenti told you, he never met Paul Katz.   Valenti told you

20   about what that warehouse looked like with the garage door, a

21   bay backup where you back a truck up and unload it into the

22   warehouse, and he told you about other people he'd seen there

23   helping to unload the highjacked trucks of whatever

24   merchandise they contained.   Those people included Billy Bud

25   Santos, who was Jimmy Santos' brother, and a guy named Carl,

1   who worked at Robert's Lounge for Jimmy Burke serving coffee

2   and sandwiches.

3              You heard from Valenti that this system, the

4   defendant, Jimmy Burke and their criminal associates had going

5   with Paul Katz's warehouse did not end up going according to

6   plan.  In the late 1960's the defendant was arrested at that

7   warehouse, the same one Valenti had been to a few times

8   before.  Valenti testified, Vinny came in, he came into

9   Robert's Lounge and he was peeved that he was the only one

10  left in there and the other guys had bought their way out and

11  left him in there.

12             Question:  What did he say?

13             Answer:  Well, he had got into an argument with

14  Jimmy Santos, I believe it was, that's why he was left in

15  there.  You know, we went together, which he was right, why

16  should he be left in there?

17             The defendant was angry about the arrest, about

18  getting locked up, and about his getting left behind to stay

19  in jail overnight while his criminal associates had gotten

20  out.  And shortly after that, Valenti told you Paul Katz went

21  missing.

22             What other evidence have you seen regarding that

23  arrest of the defendant?  You saw Government Exhibit 407, the

24  arrest report.

25             (Exhibit published.)

1        Showing that the defendant and six other men

2   including Tommy DeSimone, an associate in the Lucchese family

3   who committed crimes with Jimmy Burke, and a guy named Carlo.

4   They, too, were arrested and the date of this arrest of the

5   defendant and those several other guys was November 12th, 1969

6   at 5:00 p.m. at the location 107-36 157th Street in Ozone

7   Park, Queens.

8        So what's significant about that arrest?  It

9   happened on November 12th, 1969 at 5:00 p.m., a time when a

10  prisoner could be kept in jail overnight.  Multiple people,

11  including the defendant, were arrested.  Those other people

12  included Tommy DeSimone, who you learned from Valenti and

13  other witnesses at trial was an associate with a close

14  relationship to Jimmy Burke, and also a guy named Carlo

15  Piccioli, a name that sounds like the Carl from Robert's

16  Lounge who Valenti knew to unload trucks at Paul Katz's

17  warehouse.  And the location of the arrest was an address in

18  Ozone Park, the same neighborhood where Valenti said Katz's

19  warehouse was located.

20       The next thing Valenti told you was that when the

21  defendant called him and said:  I need to have a place for a

22  meeting with Jimmy Burke; Valenti explained that he understood

23  the defendant to be asking him for a place where the defendant

24  and Jimmy Burke could have a secret meeting where no one would

25  know.  The defendant suggested meeting at the houses that

Summation - Cooley                              3505

1    Valenti had access to at that time.  You heard from Valenti

2    that not long before this happened his father passed away in

3    September 1969.  When his father passed away, Valenti took

4    over the homebuilding business that had been his father's.

5    The business involved building homes on 102nd Road between

6    83rd and 84th Streets in Queens.  At the time of his father's

7    death, the properties were not finished.  They would be sold

8    once they were finished, and in the meantime Valenti had

9    access to those homes and showed them to potential buyers on

10   the weekends.  Valenti chose one of these houses as the

11   location for the defendant's meeting with Jimmy Burke.

12          This is a photograph that's in evidence, it's

13   Government Exhibit 142, and it shows the location of that

14   house where that secret meeting took place.  The house where

15   Paul Katz's body was buried.  The red arrow is pointing to

16   that house.

17          (Exhibit published.)

18          Valenti told you that when the defendant and Jimmy

19   Burke arrived at this location they had tools with them; a

20   sledgehammer, a shovel and a breaking bar.  Valenti stayed

21   upstairs for about three hours and in that time he heard the

22   sound of a sledgehammer hitting concrete.  After those three

23   hours, Jimmy Burke left and the defendant drove Valenti to get

24   a truck to use to cover the hole in the concrete in the

25   basement.  The defendant owned a fence company at that time,

SAM      OCR      RMR      CRR      RPR

Summation - Cooley                    3506

1    which is where they went to go get that truck.  Valenti told
2    you about the secret conversation he and the defendant had
3    while they were in the car on their way to the fence company.
4    He told you the defendant said that he had to do most of the
5    digging in the basement because Jimmy Burke had hurt his hand
6    during the murder of Paul.
7          Valenti testified about what happened that day, he
8    said:
9          The following day, Vinny pulled up and then shortly
10   after, Jimmy Burke pulled up and backed the car down into one
11   of the driveways where the homes were being completed.
12         This is Valenti's testimony about the day when they
13   had that secret meeting and came to the house to bury Paul
14   Katz.  And Valenti said, "This was on a Sunday, there was no
15   one working."
16         Question:  What happened then?
17         Answer:  Vinny came up the steps where I was at the
18   two model homes and said, "We have to bury somebody."
19         Question:  What did you say?
20         Answer:  I was, like, kind of taken back.  I didn't
21   know if he was serious or not.  But then we walked down the
22   steps where Jimmy was and he says, "Open the basement door."
23   And I opened the basement door and he says:  "Just stay out
24   front, make sure nobody comes in here."  And I waited upstairs
25   for about three hours.

SAM        OCR        RMR        CRR        RPR

Summation - Cooley                    3507

1          Question:   What did he say to you about how Paul
2    Katz was killed?
3          Answer:   They strangled him with a dog chain.
4          Question:   Who strangled him?
5          Answer:   Jimmy Burke and Vinny.
6          And this testimony now relates to the conversation
7    that the defendant and Gasper Valenti had in the car on the
8    way to the fence company after that.
9          Question:   Did Vincent Asaro tell you the name right
10   away?  Meaning the name of the person they had killed.
11         Answer:   On the way to get the truck, he slipped out
12   with the name.
13         What did he say?
14         Answer:   He says, "The guy was a rat."  He says,
15   "Paul Katz" and he says, "Forget about it."
16         Question:   What did you say?
17         Answer:   I said -- said, "What?" He said, "That's
18   it.  I'm sorry I said that name to you.  Never, ever mention
19   that name again or this incident."
20         While they were in the car having that conversation,
21   the defendant also told Gasper Valenti that he had hit a water
22   pipe with the breaking bar while he and Jimmy were digging the
23   hole to bury Paul Katz in.  And he said he made an indentation
24   in that pipe.  Valenti next told you about what happened after
25   that conversation.  He and the defendant got the truck at the

SAM        OCR        RMR        CRR        RPR

1    defendant's fence company and Valenti took the truck, went

2    back to that burial house and did what the defendant told him

3    to do.  The defendant had said spread lime on the hole, and

4    Valenti did that because the defendant told him to.  And the

5    defendant's reasoning for doing that was because it would help

6    make the body decompose quicker.  Once Valenti did that, he

7    covered the hole with cement.  And Valenti told you that the

8    hole was in the basement toward the front of the house.  He

9    testified that the hole was kind of oblong shaped.  Valenti

10   had covered up the hole in that house on 102nd Road, but that

11   was not the last he heard of this incident.  Valenti told you

12   how a few days later the defendant came to his house with a

13   message.  He testified:

14           He came to my house -- meaning the defendant -- and

15   said that we had to go and meet his father at the Lindenwood

16   Diner.

17           What, if anything, did he say to you in the car

18   about why you were going?

19           Answer:  To discuss the Paul -- he never said

20   "Paul," to discuss the incident that happened.

21           When you got to the diner, who was there?

22           Answer:  My uncle.

23           What happened?

24           We sat down and my uncle, he was -- my uncle was

25   apologetic towards me and said, "I am so sorry that this

1    happened.   This should have never happened with you, but it

2    did happen.   We are going to discuss this this one time and it

3    should never be spoken to about again with no one."

4            Valenti told you that when he went to the Lindenwood

5    Diner a few blocks away from his house in Queens and had this

6    conversation, when he got there his Uncle Jerome, the

7    defendant's father, was there.   And this was the same Uncle

8    Jerome who was a made member of the Bonanno family.   The same

9    uncle who had initiated Valenti into the life of La Cosa

10   Nostra, and the man who both Valenti and the defendant

11   reported to in organized crime.   And Valenti told you that he

12   never did discuss this again after that with his Uncle Jerome,

13   but Valenti asked a question at that meeting at Lindenwood

14   Diner, as he told you:

15           I wanted to know who else knew besides -- that I was

16   involved in this, besides Jimmy and Vinny.

17           And my uncle said, "Just Paul Vario and myself."

18           Question:   Now, at that time, what was your

19   understanding of why Paul Vario knew?

20           Answer:   Well, Jimmy was an associate of his.   Jimmy

21   had put it on record.

22           Question:   And who was Paul Vario?

23           Captain in the Lucchese crime family.

24           You heard Valenti, Sal Vitale, Peter Zuccaro and

25   Anthony Ruggiano testify about what on record means.   As

1    Vitale explains, when you report to a made member of organized

2    crime, you are expected to put what you do criminally on

3    record with that person.  In other words, you are supposed to

4    tell them about it.  And Vitale testified that the reason for

5    this is so the made member has some control over the whole

6    situation.  So here, both the defendant and Jimmy Burke went

7    to their own separate guys in their crime families.  The

8    defendant went to his father Jerome and Jimmy went to Paul

9    Vario.  The defendant and Jimmy told them about their murder

10   of Paul Katz, allowing them to have some control over any

11   consequences.  And there was another reason why it was in the

12   defendant's best interest, the higher-ups of the Bonanno

13   family knew about Katz's murder.  This incident proves that

14   the defendant was capable of killing someone, specifically

15   someone believed to be an informant.  As Valenti told you:

16          Question:  What was your understanding of why Paul

17   Katz was killed?

18          Answer:  He was an informant.

19          Was that against the rules in organized crime?

20          Answer:  Yes, it is.

21          The evidence has shown that the defendant murdered

22   Paul Katz at a time when he was striving to prove himself to

23   his peers and his superiors in La Cosa Nostra.  He was still

24   up and coming in the mob, in his mid-thirties, and he

25   desperately wanted to prove that he was worthy of being made

Summation - Cooley                    3511

1    in the Bonanno family.  And just as his partnership with Jimmy

2    Burke helped launch his reputation as an earner in the late

3    '60s and '70s, in the same way that partnership helped him

4    prove himself as a killer and get even more street cred in the

5    mafia.

6              So how do you know that you can rely on Valenti's

7    testimony about what led up to Katz's murder?

8              At trial you also heard from Lawrence Katz, the son

9    of murder victim, Paul Katz.  And his testimony supported

10   Valenti's in several important ways.  Lawrence Katz is a son,

11   who when he was about to turn six years old saw his father

12   leave home after dinner and then never saw him again.  A son

13   who had to wait 44 years to know what had happened to his

14   father, and only to learn at that late date that all that was

15   left of him were remains buried in a basement.  His mother had

16   already passed away, never knowing what befell her husband all

17   those years ago; never getting closure.

18             Mr. Katz, now an adult, told you about that last

19   night he saw his father and he told you about what his house

20   was like in the months leading up to that night in 1969.

21   Lawrence Katz said that in 1969 his father was a truck driver

22   for a living, but in mid 1969 he noticed his father starting

23   to bring merchandise into their house, things like clothing,

24   including fur coats, electronics and furniture.  He testified

25   that his father brought that merchandise into the apartment

Summation - Cooley                          3512

1    through their bedroom window a few times a month.  And

2    typically, the merchandise didn't stay there long.  And his

3    parents fought over this.  His mother was unhappy with what

4    Paul Katz had gotten involved in.  Lawrence Katz also told you

5    that after he started seeing his father bring that merchandise

6    into the house, his father got arrested for highjacking a

7    truck.  And Mr. Katz's testimony about what happened after

8    that arrest supports what Valenti told you about the reason

9    Paul Katz was murdered.  He was an informant, which the

10   defendant and Jimmy Burke had zero tolerance for.  Lawrence

11   Katz told you that his father got released on bail after his

12   arrest and that he saw him outside their apartment after that.

13   Mr. Katz testified:

14             Question:  And what happened when you saw him at

15   that moment?

16             Answer:  I ran up to him and jumped into his arms.

17             What, if any, toy did you have at that time?

18             A gun and some handcuffs, a plastic gun and

19   handcuffs.

20             And what, if anything, did your father say at that

21   moment?

22             He put me back down and said:  I've had enough of

23   those for a while.

24             Question:  Referring to the toys?

25             Answer:  Yes.

Summation - Cooley                    3513

1         After Paul Katz came home from jail and told his son

2    he'd had enough of handcuffs for a while, Lawrence Katz said

3    that law enforcement officers began calling his home.   Katz

4    remembered hearing the name of one particular officer, Sal

5    Petix, who began call his father following his arrest and

6    release.   Lawrence Katz also told you this:

7         Question:   And in terms of law enforcement officers,

8    now that your father had been released, what do you remember

9    hearing?

10        Answer:   That they were gonna help him.

11        Question:   The law enforcement officers were going

12   to help who?

13        Answer:   My dad.

14        Lawrence Katz's observations at that time support

15   that the police were going to help Paul Katz because he was

16   helping them, acting as an informant.   Mr. Katz noticed his

17   parents fighting after Paul Katz had phone calls with Officer

18   Petix, and he saw that his mother was stressed and afraid.

19        Around this same time Paul Katz talked to his family

20   about a plan to move out of the New York City and into the

21   country.   Paul Katz was relaxed as he talked about this new

22   beginning with his family.   As Lawrence Katz testified:

23        He had drawn a picture of a home, and said we were

24   going -- soon, we were going to move into the country, build a

25   house and move into the country.

1          And Lawrence Katz also told you that around this

2    same time his parents had purchased a property upstate in the

3    country to make good on that plan to start fresh outside the

4    city, to leave the life Paul Katz had taken up, that criminal

5    life with the stress and fear and possible jailtime always

6    hanging over your head and settle somewhere peaceful in the

7    country.

8          All of Lawrence Katz's observations support what you

9    know from Gasper Valenti's testimony, that Paul Katz was

10   cooperating with the police, was acting as an informant at the

11   time he was murdered.  And you heard Lawrence Katz tell you

12   about the night his father disappeared, how Paul Katz got a

13   phone call and said he had to go.  His mother begged his

14   father not to go, or at least to take someone or the family

15   dog with him.  After Paul Katz left that night, his wife was

16   nervous and afraid and made their children, including

17   Lawrence, hide in the dark.  When Paul Katz never came home,

18   his wife and five children soon after left New York City and

19   moved elsewhere.  They moved frequently after that, living an

20   unsettled life full of uncertainty.

21         It's possible defense counsel may say to you in

22   their summation that you should disregard Mr. Katz's testimony

23   because he was so young when his father went missing, but

24   think about what was memorable about those months in

25   Mr. Katz's life:  Fighting between his parents over his

Summation - Cooley                    3515

1    father's new criminal activity; the phenomenon of merchandise

2    coming through the apartment window, including things like fur

3    coats, which are pretty memorable; his father's arrest and his

4    mother's fears; and finally, his father's sudden disappearance

5    followed every day after that with fear and a singular thought

6    of where is my father today?  What happened to him that night?

7            I submit that under those traumatic circumstances,

8    even at a young age those memories remain seared into your

9    mind forever.

10           What other evidence supports Gasper Valenti's and

11   Lawrence Katz's testimony about what led up to Paul Katz's

12   murder?

13           First, you saw documents that support that

14   testimony.  Valenti told you that Paul Katz had a warehouse,

15   that the defendant, Jimmy Burke, Valenti and others were using

16   to store swag or merchandise stolen off of highjacked trucks.

17   And the birth certificate for Lawrence Katz, in evidence as

18   Government Exhibit 442, indeed, says that his father Paul

19   Katz's usual occupation was as a warehouseman.

20           (Exhibit published.)

21           And the police records relating to the Paul Katz

22   missing person report offered in evidence by the parties'

23   stipulation further confirm that Paul Katz was cooperating

24   with the police at the time he was murdered.  These records

25   show that Paul Katz's wife reported him missing on

SAM      OCR      RMR      CRR      RPR

1    December 7th, 1969 and that she called detective Sal Petix to

2    report Katz missing and said he had said he was going to see a

3    criminal associate the night he disappeared, December 6th,

4    1969.  Sal Petix is the same name Lawrence Katz mentioned to

5    you, the name of the policeman who started calling Paul Katz

6    after he was arrested and released on bail.

7          Ask yourselves why would Mrs. Katz call that same

8    Detective Petix when her husband didn't come home the night of

9    December 6th, 1969?  It's because her husband was an informant

10   for the police and Detective Petix was his point of contact

11   there.  He was the one to go to for help.

12         In addition to the murder of Paul Katz and the

13   conspiracy or agreement murder him, Racketeering Act Two

14   alleges that the defendant served as an accessory

15   after-the-fact to that murder.  In other words, he, together

16   with other people, tried to avoid getting prosecuted for that

17   murder by attempting to dispose of the victim Paul Katz's

18   body.  I am going to spend a few moments on that charge now.

19         Gasper Valenti testified that years after Paul Katz

20   was killed and buried in the 1980's, the defendant sent

21   Valenti back to the house where Katz was buried.  Valenti

22   testified about what the defendant ordered him to do at that

23   time.

24         He called me up, he says:  Come to the fence

25   company.  I went there and he says he got word from Jimmy,

1    meaning Jimmy Burke, that Jimmy wants that body taken up and

2    just get rid of it.

3              Did he say anything to you about why Jimmy felt the

4    body had to be moved?

5              He said Jimmy was just hallucinating.  He's getting

6    delusions and he wanted the body removed.

7              What does it mean to catch delusions?

8              To feel uncomfortable with certain people.

9              At the time that Jimmy caught this delusion, where

10   was he?

11             Answer:  In jail.

12             And Valenti told you that he, again, followed the

13   defendant's orders and he went back to that house with the

14   defendant's son, Jerry Asaro, and tools they had gotten from

15   the defendant's fence company.  Valenti told you what he

16   observed when he and Jerry broke ground at that burial site in

17   that basement in Queens.

18             Question:  What did the defendant direct you to do?

19             To go and exhume the body and get rid of it.

20             With who?

21             Jerry Asaro.

22             Who was Jerry Asaro?

23             Vinny's son.

24             And Gasper Valenti told you what he saw in the hole

25   once they got there and broke ground.  He and Jerry dug up

1   bones.   They dug up material that was like corduroy and pieces

2   of concrete.   And Valenti told you that he saw that the body

3   was kind of slumped over with the front of the body curved

4   down, not lying flat.

5             (Continued on the following page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Cooley                          3519

1          MS. COOLEY:  Gasper Valenti also testified about

2    what had happened when he and Jerry were there removing Paul

3    Katz's remains from that hole in the basement.  Valenti said

4    he didn't say anything to Jerry about who was buried there,

5    and the reason for that was because it wasn't supposed to be

6    ever mentioned again.  He said that Jerry and he put Paul

7    Katz's remains in a cardboard box, he brought them back to the

8    fence company, and that Jerry told him that he was going to

9    put the remains in paint cans, fill them with cement, and take

10   them upstate to a place he had with Frank Lapetina, and

11   discard them.  After all of this was finished, Valenti told he

12   spoke to the defendant again.

13          "QUESTION:  After you and Jerry removed Paul Katz's

14   remains, did you have a discussion with Vinny?

15          "Yes.

16          "What, if any, discussion did you have?

17          "That it was taken care of, and gave him back the

18   key.

19          "At that point, he asked you if you said anything to

20   Jerry?

21          "Yes.

22          "What did you say?

23          "No, I didn't.

24          "Did you say anything to Jerry?

25          "No, I did not.

SAM        OCR        RMR        CRR        RPR

1            With respect to this part of the Gasper Valenti

2    testimony about moving the body of Paul Katz in the '80s,

3    volumes of other evidence in the case prove you can rely on

4    it.

5            First, you know from Valenti's testimony and that of

6    FBI Special Agent Michael Byrnes and Robert Ypelaar that

7    Valenti's information led the FBI to the basement of

8    81-48 102nd Road, where, pursuant to a search warrant, they

9    dug at the location Valenti had specified.   And this is

10   Government's Exhibit 144-1, that shows where the FBI did their

11   excavation in that house -- I'm pointing to the circle that

12   shows that site -- and that was based on information Gasper

13   Valenti had given them about where the body would be found.

14           And you heard all about what the FBI found under the

15   floor of that area in that basement.   You saw and heard

16   Special Agent Mike Byrnes testify about how the area that

17   Valenti had directed the agents to showed signs of the

18   previous concrete being broken and resurfaced, which makes

19   sense, because he had to pour concrete over the hole

20   originally.

21           You saw the dented pipe that the defendant had told

22   Valenti he dented when Jimmy Burke and he originally dug that

23   burial hole.   You can see it in this slide where the red arrow

24   is pointing.

25           And you saw what was excavated from that hole by the

1    FBI:  Human remains, including bones, hair, teeth,

2    dark-colored fabric, floor tile, flooring and other things.

3            You heard from expert witnesses at the medical

4    examiner's office, Brad Adams and Frances Rue.  Adams was

5    there during the excavation, and he told you that a bunch of

6    bones that were found together toward the very bottom of the

7    hole together formed the entire right hand and wrist of an

8    adult male of Paul Katz's size.  The fact that those bones

9    were found together is consistent with the victim's hand being

10   at that depth in the hole, and that those bones, falling off

11   as one unit when an attempt was made to pull the body out of

12   the hole, and this supports what Valenti told you about the

13   way Katz's body was slumped over in the hole.  It makes sense

14   that that portion of his skeleton, his right hand and wrist,

15   stayed behind at the bottom of the hole when Valenti and Jerry

16   Asaro tried to exhume the body in the '80s.

17           Brad Adams also told you how there were bones from

18   all parts of the victim's body that they found in that hole,

19   not just that hand and wrist but also vertebrae from the

20   spine, a bone of the collarbone, the bone that forms part of

21   the tailbone.  The list goes on.

22           And finally, you heard the medical examiner

23   witnesses' conclusion that the human remains were indeed Paul

24   Katz's remains.  Frances Rue's determination, the DNA of those

25   remains matched that.  And these are the bones together that

1    were discovered, and those of Frances Rue's analysis matching

2    the DNA from the remains that were recovered to two of Paul

3    Katz's children and his sister.

4          And you heard about Dr. Jason Graham's conclusion

5    that the bones recovered were those of Paul Katz.  Dr. Graham

6    further told you that he determined the cause of Katz's death

7    to be homicide.  This evidence, taken together, establishes

8    that the human remains recovered by the FBI in June 2013 in

9    the basement of that home on 102nd Road where Valenti had said

10   they would be were Paul Katz's remains.

11         What other evidence supports what Valenti told you

12   about this murder?  Gasper Valenti also told you that Jimmy

13   Burke wanted to buy the house in which he and the defendant

14   buried Paul Katz's body, that he didn't buy it directly

15   himself.  His friend, a guy named Jerry with the nickname Moo

16   Moo, bought it along with another house.

17         You heard from FBI Special Agent Robert Ypelaar that

18   Moo Moo or Jerry, who had the dress shop next to Robert's

19   Lounge, was Jerry Vita, the brother of Rose Owechko.  Rose

20   bought the house in which Paul Katz was buried from Pac Homes,

21   Gasper Valenti's home building company, in March of 1970, and

22   later, in early 1992, Cathy Burke, Jimmy Burke's daughter,

23   bought that house from Rose.  The same is true for the house

24   right next to that house.  Rose bought it in the spring of

25   '70, and Cathy bought that property from Rose in early 1992,

1    as well.

2         All of this is reflected in the property records

3    that are in evidence as Government's Exhibits 421-A and B.  The

4    fact that the house where Katz was buried and the one right

5    next to it stayed within the defendant's and Jimmy Burke's

6    circle of trust, ending up in the hands of Jimmy Burke's

7    daughter Cathy in the early '90s, the same time when she was

8    visiting her father in jail, as the prison records I

9    previously showed you also show, that's just one additional

10   piece of evidence supporting Valenti's testimony that the

11   defendant, together with Jimmy Burke, killed Paul Katz and

12   buried him in that house at 81-48 102nd Road.  And keep in

13   mind that the defendant gave Gasper Valenti a key to the house

14   when he sent him and Jerry Asaro to exhume Paul Katz's body in

15   the '80s.  That shows that the defendant could gain access to

16   that house as though he were one of the Burkes.

17        And Valenti's testimony about Jimmy Burke being in

18   jail in the 1980's, when he caught an illusion and wanted the

19   defendant to move Katz's body, is supported by the prison

20   records that are in evidence as Government's Exhibits 467 and

21   469.

22        Those show that Burke was in continuous prison

23   custody beginning in January 5, 1991, first federal and then

24   state, and ending in the mid 1990s, when he died.

25        You've also seen volumes of evidence that prove the

1    strength of the relationships between the defendant's son

2    Gasper Valenti and Jimmy Burke.  You've seen the photographs

3    of Gasper Valenti from many years ago with Jerry Asaro.

4    You've seen surveillance photographs and have heard testimony

5    from prior FBI agent documenting that Gasper Valenti and Jerry

6    Asaro were both present at the defendant's various social

7    clubs in the 1980s.

8            And with respect to Jimmy Burke, perhaps the most

9    telling evidence of all is what we went over earlier this

10   morning about Jerry Asaro's confirmation and how Jimmy Burke

11   was the sponsor, that exceedingly close friend and criminal

12   partner the defendant chose to be his son's role model, and

13   that confirmation of Jerry Asaro was on May 17, 1969, months

14   before the murder of Paul Katz.

15           Finally, the defendant's own actions and words on

16   the day the FBI began its excavation at the house where he had

17   buried Paul Katz's body more than forty years prior are

18   perhaps the strongest proof that he committed this murder and

19   feared getting caught, just like he feared getting caught when

20   he believed Paul Katz was an informant and he had gotten

21   arrested at that location, that same fear and that same

22   distrust and hatred toward informants.

23           Let's turn to the events of that day, June 17, 2013.

24   That morning, Gasper Valenti met with the defendant and

25   recorded a conversation with him after getting into his car at

1    about 10:04 a.m., and this is a photo of Gasper Valenti

2    entering the defendant's car at that time outside of the

3    Esquire Diner.

4             (Tape plays.)

5             (Tape stops.)

6             MS. COOLEY:  So, this recording said a lot about the

7    defendant's state of mind in the moment when he discovered

8    that there was a dig at the house where Paul Katz was buried.

9    In the beginning of the recording, he's not sure what Gasper

10   is referring to.  He thinks he might be talking about Bam's

11   Auto Body, which is on Liberty Avenue and close to where the

12   house was.  He's asking Gasper:  For What?  For what are the

13   feds over there?

14            Gasper says:  I don't know.

15            The defendant still is confused and says:  Who are

16   they are looking for, John there?

17            And then Gasper says:  I'm talking about Liberty

18   Avenue, where -- and doesn't complete that sentence, because

19   both of them are careful and they don't talk about these

20   things out loud.  They are too smart for that.

21            And you hear the defendant's reaction as it dawns on

22   him where on Liberty Avenue, where, near Liberty Avenue, law

23   enforcement is in that moment.  It's the house where he buried

24   Paul Katz.

25            And after that, you see Gasper try to get some

1    response.   You know what I mean?

2            And the defendant says:   No, I don't know what you

3    mean.   And you can hear the difference in his voice at that

4    moment in time.

5            And that parallels what Gasper Valenti told you when

6    he testified about how in that moment, he realized that the

7    defendant had realized that he was an informant, and he had

8    that look of disgust on his face, and then the only thing that

9    he wanted in that moment was to get Gasper Valenti out of his

10   car as soon as possible.   So, their conversation ends very

11   quickly.

12           And at the end, Gasper asks:   What can I do?

13           He says:   What could you do?   Nothing.

14           And instead of saying, I'll call you, or, Let's

15   talk, like many of their conversations had ended before that,

16   the defendant makes a point to say, Don't call me, and that's

17   how their conversation ends.

18           At this moment, the defendant knows that he is very

19   likely to get caught for the murder of Paul Katz, and that

20   someone he thought was very close to him and safe provided

21   information to law enforcement, the thing that he set his life

22   against.

23           After that moment, we have here a timeline of what

24   happened.   Gasper Valenti got out of the defendant's car at

25   that moment when the recording ended, and six minutes after

1   that, there was surveillances being conducted in the area, and

2   the FBI observed the defendant at Bam's Towing, that place

3   that's owned by Robert Cotrone, also known as Bam, an

4   associate of the Bonanno Family, who was around Vinny Asaro at

5   one point.

6           So, he goes to Bam's Towing, this is a safe place

7   for him, trying to figure out what to do.  Next, he gets into

8   a different car than the one that he picked up Gasper in, and

9   he doesn't even drive.  He's a passenger in that car.  An

10  unknown male who is driving then drives him past the house

11  where Paul Katz was buried, obviously trying to see what's

12  going on, see if they have caught on to what's buried in that

13  basement.  They then make a U-turn, and go back the opposite

14  way, and then they pull over to curb.

15          First, they pull over to a curb near that house, and

16  make a U-turn and then leave, and then the defendant returns

17  to Bam's Towing.

18          After that moment, surveillance is continued that

19  afternoon.  At 12:10 p.m., Special Agent Chance Adam, who you

20  also heard testified, observed the defendant arrive at Nassau

21  Ready Mix in Long Island.  That's the workplace of Jerry

22  Asaro, the defendant's son.

23          He goes there in person to talk to the one other

24  living person who knows this secret, who knows what was buried

25  in that basement.  He spends twelve minutes there, and then he

1   leaves that location.

2          Later that afternoon, Chance Adam of the FBI

3   observed him at a different location, again at Bam's Towing,

4   that business of the Bonanno Family associate Robert Cotrone.

5   He's observed talking to John Ragano, who is a soldier in the

6   Bonanno Family and very deferential and loyal to the

7   defendant, as you'll hear on recordings we're playing later

8   today.

9          After they speak, the defendant tried to drive away

10  and collides with a metal pillar at that location.  He gets

11  out of the car to inspect the damage with John Ragano, and

12  after he goes back inside, surveillance is discontinued.

13         What the defendant did that afternoon is very

14  telling.  You heard Special Agent Adam tell you not only did

15  the defendant go into that location where Jerry Asaro was

16  known to work, but Jerry Asaro's car was parked outside, and

17  so you know that they were meeting in there, discussing what

18  to do next.  The defendant didn't just call his son.  He went

19  there in person.  This is important enough for that.

20         Finally, you heard about the defendant's nervous and

21  erratic behavior later that afternoon.  You heard about him

22  backing into that metal pillar.  Ask yourselves:  Is all of

23  this the behavior of someone who is just going about an

24  average day in their life, or this the nervous behavior of

25  someone with a guilty conscience who knows he is on the verge

1    of getting caught for the worst crime of his life.  I submit

2    it's the latter.

3            Now, in the Bonanno Organized Crime Family, a man

4    can move up and gain respect by showing he's capable of

5    killing someone, no matter how senseless that crime may seem.

6    By murdering Paul Katz, the defendant proved he was a killer,

7    and even more attractive candidate for getting made than he

8    had been before.

9            Make no mistake, this was a mob hit, and one thing

10   you heard from multiple witnesses -- Sal Vitale, Gasper

11   Valenti, Anthony Ruggiano -- all with decades of life

12   experience in the Mafia, is that it's common for members and

13   associates of different Crime Families to commit crimes

14   together and help each other make money.  After all, the

15   ultimate goal for the defendant and his fellow members and

16   associates of La Cosa Nostra were to make money and stay off

17   of law enforcement's radar, goals they often repeated more

18   easily by working together with other Crime Families.  And by

19   earning and avoiding getting caught by law enforcement, these

20   Mafia members and associates increase their status in their

21   own Crime Family, and they didn't just help themselves this

22   way.  By gaining more respect and succeeding, financially,

23   they furthered the purposes of their Crime Families by helping

24   the Families make money.

25           I'm going to show you now what's in evidence as

1   Government's Exhibit 146, and this shows the location of the

2   dig site in relation to Bam's Towing on Liberty Avenue, the

3   dig site on the left, Bam's Towing on the right.  So, you can

4   see the proximity of those two locations to each other.

5           And this is a picture, Government's Exhibit 658-B,

6   is a picture of the defendant exiting Gasper Valenti's

7   business that day in Inwood, Nassau Ready Mix, and you can see

8   him where the arrow is pointing walking out of the property.

9           So, I mentioned Crime Families working together.

10          This first photo, Government's Exhibit 621-A, is a

11  photo that was taken on July 29, 1986 outside of the

12  defendant's social club at that time on 101st Avenue, and it

13  shows the defendant on the left linked arms with Peter Gotti.

14          Peter Gotti, as you heard at this trial, was a

15  powerful member of the Gambino Crime Family.  This photo,

16  Government's Exhibit 133-B, is a photo taken outside the

17  Bergin Hunt and Fish Club in the 1980s, which is John Gotti's

18  club, and this shows the defendant arm in arm, putting his arm

19  around John Gotti, who you heard at this trial was a powerful

20  member of the Gambino Family, brother of Peter Gotti, who

21  eventually became boss of the Gambino Family.

22          These photos themselves prove the point that forging

23  alliance between the Crime Families was a necessary and

24  beneficial part of the life.   Anthony Ruggiano explained how

25  profitable something as a card game run by multiple Crime

1    Families together could be for each Family involved.

2              And this is a recording of the defendant talking

3    about his own activities at the Gambino Family's social club.

4    Here, he's talking about a card game that he played at John's

5    club, John Gotti's club, that we just saw in that photo.

6              (Tape plays.)

7              (Tape stops.)

8              MS. COOLEY:  So, you hear the defendant talking

9    about a card game he played at and the big money involved,

10   kind of like what was involved in Cafe Anita, which we talked

11   about earlier today, and he's mentioning and name-dropping

12   Gambino Family members who were very powerful, including John

13   Gotti and Angelo "Quack Quack" Ruggiero.  And this is another

14   recording from that same consensual recording made by Gasper

15   Valenti.

16             (Tape plays.)

17             (Tape stops.)

18             MS. COOLEY:  So here, Gasper Valenti and the

19   defendant are talking on a recording from October 4, 2011,

20   part of the same conversation about the card games they used

21   to play with members of other Crime Families and the close

22   association with those Crime Families, including Dominic

23   Cataldo, who was around the Columbos, and Funzy, who was

24   around the Genoveses.  These were people that they committed

25   crimes with and also socialized with as a regular part of

1    their life in La Cosa Nostra.

2            Finally, Anthony Ruggiano, Jr. described how that

3    works, how all the Crime Families get a piece of something

4    like that card game.   He was asked, How did all of the Crime

5    Families in La Cosa Nostra work together to make money?

6            "ANSWER:   My father used to go partners with a few

7    members in crap games.   They would either put up the bank and

8    all have points and other partners would have members working

9    in the game, like writing numbers and shylocking money.   Each

10   family had a little piece of the operation.

11           "How, if at all, did making money from that game

12   help your father's status in the Gambino Family?

13           "ANSWER:   He was well liked.   Now, he was making

14   people earn money."

15           So, all of this is not to say that the defendant and

16   his fellow Mafia members chose people at random from any Crime

17   Family to commit crimes with.   You know they committed scores

18   with the members they trusted most and could rely on to get

19   the job done.

20           For the defendant, that included not just the

21   Bonanno Organized Crime Family or associates like his son

22   Jerry and Gasper Valenti, his cousin.   It also included his

23   close and trusted associate, his partner Jimmy Burke, a

24   powerful and feared figure in organized crime.   And as you

25   heard from Valenti, Jimmy was more than a capable killer and a

1    skilled earner, and it made sense why Vinny allied himself

2    with Jimmy and committed crimes with him, unlike Jimmy, who

3    was not Italian, the defendant had a shot of bookings made in

4    organized crime.  His end game was to rise within the Bonanno

5    Organized Crime Family, the Crime Family his father and

6    father's father, uncle and later his son Jerry were all a part

7    of, and partnering up with Jimmy Burke helped the defendant

8    realize that role and gain the respect of the people that

9    mattered most in his world, the leaders or heavyweights in his

10   Crime Family, the Bonannos.

11        Vincent Asaro conspired to and did murder Paul Katz

12   in December 1969, and he then directed Gasper Valenti, along

13   with his own son Jerry Asaro, to move Katz's remains in the

14   mid 1980s. All of this evidence establishes that we have

15   proven Racketeering Act Two beyond a reasonable doubt.

16        Racketeering Act Three charges the defendant with

17   the robbery of money and jewelry from employees of Lufthansa

18   Airlines on December 11, 1979, and the conspiracy to commit

19   that robbery.  We have proven both.

20        You heard from Lufthansa Airlines' head of security,

21   James LoBello, that on December 11, 1978, Lufthansa Airlines'

22   employees at JFK Airport in Queens were robbed by force of $5

23   million in U.S. currency and nearly $1 million in jewelry.  As

24   Mr. LoBello testified:

25        "QUESTION:  What has this incident come to be known

1   as in the company?

2          "ANSWER:   The Lufthansa heist.

3          "And where does this rank in terms of the robberies

4   of the airlines in North America?

5          "At the time, it was the largest and the most

6   notorious heist of the airline industry."

7          You heard Mr. LoBello and you saw, in Lufthansa's

8   business records which are in evidence as Government's

9   Exhibits 403-A through C, the sheer magnitude of what was

10  stolen in that robbery early that December morning:   Five

11  million dollars in cash.   Shipment upon shipment of jewels,

12  watches and gold jewelry from Italy, from Israel.   You now

13  know what it took to pull off that epic score.

14         We've given you multiple different vantage points of

15  that robbery, what led up to it and its aftermath.

16         Gasper Valenti's testimony took you inside the

17  robbery conspiracy, and explained how the scheme took off and

18  ultimately succeeded.   Former Lufthansa employee Rolf Rebmann

19  give you a victim's perspective of the incident.

20         You heard from several other witnesses, some who

21  explained what the robbers, including the defendant and

22  Valenti, did with the cash and jewelry.   And you also heard

23  from law enforcement, officers who did surveillance around the

24  time of the robbery, tying the defendant to the heist, and

25  other officers who recovered evidence, like the black getaway

1    van.   And again, the defendant's own recorded words when he

2    was speaking to Gasper Valenti and co-conspirator Daniel

3    Rizzo, a made member of the Lucchese Crime Family.   Those

4    recorded words further prove the defendant planned, carried

5    out and profited handsomely from the Lufthansa heist.

6              Gasper Valenti testified that the individuals named

7    on this board, which is in evidence as Government's Exhibit

8    458, were the ones who ultimately planned and carried out the

9    robbery early that morning in December of 1978.

10             In the middle, there's Jimmy Burke and the defendant

11   Mr. Asaro.   On the lower level, there's Angelo Sepe, an

12   associate of the Columbo Crime Family.   Joe "Joe Buddha"

13   Manri, an associate.   Anthony "Snakes" Rodriguez, Daniel

14   Rizzo, who I just mentioned, then an associate around the

15   Lucchese Crime Family and later a soldier, and Louis Carfora,

16   "Fat Louie," an associate.

17             And there was also Tommy DeSimone here, that

18   Lucchese associate we discussed earlier, and Frankie Burke,

19   Jimmy Burke's own son.

20             Valenti told you how he became a part of this

21   robbery conspiracy.   The defendant told him Jimmy Burke has a

22   big score at the airport coming up.   It was expected to net a

23   couple of million dollars in cash, and Valenti was invited to

24   go on the heist.   Valenti accepted that invitation and said he

25   wanted to go.   After that, there were more discussions leading

Summation - Cooley                                3536

1    up to the heist itself.

2          First, Jimmy Burke asked Valenti, Did your cousin

3    speak to you?  And Jimmy confirmed that Valenti was invited on

4    this heist.  Valenti confirmed that he wanted to go.  The plan

5    was to rob a Lufthansa hangar at 261 Battery Road at Kennedy

6    Airport.  Valenti gave you some background on why both the

7    defendant and he were asked to go on this heist.

8          First, there was the fact that the defendant and

9    Jimmy Burke were partners, as I mentioned earlier, and the

10   other motivator was both the defendant and Jimmy's desire to

11   get more from the proceeds of the robbery if it worked out.

12   In other words, by picking Gasper Valenti to go on the score,

13   the defendant had a means to getting that end of the score in

14   addition to his own, and that motivated why Jimmy Burke picked

15   his son to go.  Same reason, potential for more proceeds

16   coming in.

17         Gasper Valenti testified:

18         "QUESTION:  What was your understanding of why the

19   defendant invited you to go?

20         "ANSWER:  He wanted to see me to earn, and he would

21   also have a second income from the heist.

22         "Can you explain that?

23         "Yeah.  If there were eight people, we would get two

24   ends instead of one end, which would be more money for Vinny.

25         In other words, because Valenti was an associate

SAM        OCR        RMR        CRR        RPR

1    around Vinny Asaro, who was a made man of the Bonanno Family

2    by that time in the late 1970s, the defendant wanted to make

3    sure Valenti earned.  That meant more money for him, and a

4    better reputation, and by extension, more money and a better

5    reputation for his Crime Family.  Of course, there was the

6    added benefit that the defendant basically could claim

7    Valenti's earnings as his own, something he never had been

8    able to do.  Jimmy said he chose his son Frankie, who Jimmy

9    had named along with his brother after famous outlaws to go on

10   the heist for the same reason.

11          Once it was decided that Valenti was going, he

12   joined the preparations for the heist.  He went to a few

13   planning meetings with the other coconspirators, including the

14   defendant, at Robert's Lounge.

15          These were the two locations for those meetings:

16   Robert's Lounge on the left, and Jimmy Burke's house on the

17   right.

18          The defendant also told Valenti to make sure to go

19   to the robbery location, the hangar building, in advance.

20   Valenti listened, going once with Frankie Burke and another

21   time by himself.  They got familiar with the area around the

22   building and possible ways to escape, and they had inside

23   information, an architectural plan for Lufthansa that Henry

24   Hill, an associate around Jimmy Burke, had helped get for the

25   crew through a guy named Marty.

1          This is the building as it looked at the time of the

2     heist.  The night of the robbery, the defendant drove Valenti

3     to Jimmy Burke's house.  In the car, the defendant gave

4     Valenti his marching orders.

5          "QUESTION:  What did Vinny say to you?

6          "ANSWER:  Make sure you do everything you're

7     supposed to do.  You know, don't dog it.  In other words,

8     don't run away from it.  Anything happens, just stand your

9     ground and continue to do the robbery the best you can.

10          "Would it have reflected poorly on the defendant if

11     you'd done it, if you dogged it?

12          "Yes.

13          "What, if anything, did he give you in the car?

14          "A pistol.  .38 hammer-less.

15          In other words, Valenti was representing the

16     defendant on this heist, and the defendant's representation

17     was at stake, and preserving that reputation came first.

18          Valenti testified that Jimmy Burke, Tommy DeSimone,

19     Angelo Sepe and Danny Rizzo were there at Jimmy's house when

20     he and Vincent Asaro arrived that night, and DeSimone was

21     playing with guns and testing out a silencer.  All the guys on

22     that board showed up that night.

23          Valenti's role was decided.  He was going to be the

24     one to cut the lock on the gate outside the hangar building,

25     so the van could pull in the back.  Jimmy Burke had given

Summation - Cooley                    3539

1    Valenti that information, and told him to bring bolt cutters.

2    Valenti testified that for the first time that night, it was

3    decided that the defendant and Jimmy Burke weren't going into

4    the airport for the score.

5              (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Continuing)

2         MS. COOLEY:   Instead, Jimmy was going to be with

3    Vinny and they were going to be in a crash car about a mile

4    away from the robbery location.   You heard from a few

5    witnesses at this trial what a crash car means.   Basically, as

6    Valenti explained it, so that if anything goes wrong with the

7    getaway and the police start chasing, the crash car can

8    intervene and crash into the police car.   Valenti told you

9    that Jimmy announced this news and explained it had to do with

10   his criminal record.   He'd been a three-time loser if they got

11   caught and he would be facing a lot of jailtime.   Everyone

12   agreed to this plan.   Valenti told you how the getaway van was

13   a black Ford, two doors in the back and one on the side.   And

14   that Frankie Burke and Angelo Sepe had stolen it for the

15   score.

16        And Valenti testified about the events of the

17   robbery, itself, how the group drove to the terminal and

18   Valenti was first one out.   He ran over what he called that

19   grassy knoll into the area next to the hangar building.   He

20   cut the lock on the fence that was right there past the grassy

21   knoll on the other side, and then Frankie Burke drove the van

22   back to that location and drove through the open gate with

23   Valenti.   They then went to the back of the building, past the

24   hangar to that overhead door.

25        This is a, again, a picture of the building; and

1  that red arrow shows where they drove that van and parked and

2  waited at that point in time, while the other robbers entered

3  the building.

4           (Exhibit published.)

5           While Valenti and Frankie Burke were waiting,

6  someone Valenti thought was a guard came out and started

7  walking towards them in the van.  Valenti testified that he

8  and Frankie got out, chased the guard.  Valenti hit him in the

9  head with his pistol and Frankie stuck a gun in his eye before

10 they brought him back to the van and put him inside.  That

11 wasn't their last run-in, though.  Another guy came out

12 wondering what was going on and after pointing a gun at him

13 too, Valenti and Frankie got him into the van as well.

14 Valenti testified that once everyone was accounted for, they

15 got the rolling door open, drove the van inside and brought

16 the two Lufthansa employees they had had in the van up the

17 stairs to the lunchroom to hold them there with the other

18 employees who had been on their lunch break at the time of the

19 robbery.

20           And up in the lunchroom Valenti had a conversation

21 with Danny Rizzo, one of the robbers who was there, about the

22 guard who Valenti had pistol-whipped since Danny wanted to

23 know why the guy had blood on him.  Valenti told Danny that he

24 had to hit the guard because he had given Frankie and Valenti

25 a little tussle.  Soon Valenti went back downstairs and was

1    there when a Lufthansa employee opened the high-value vault

2    doors at the robbers' direction.  Valenti testified that Tommy

3    DeSimone was the first one in and Valenti was the next one.

4    And when they got inside, Valenti testified that:

5         Tommy took a box from the right-hand side, there on

6    the shelf, and he threw it down to the floor.  And I pushed it

7    closer to him, and he stepped on it with his foot, and the

8    yellow Styrofoam, like popcorn, popped out of the boxes.  And

9    Tommy put his hand in there and he pulled out two packages of

10   money.  Both contained $125,000 in hundred dollar bills, and

11   there were sacks of -- burlap sacks of gold chains, crates of

12   watches, a big -- like a three-by-three metal box with little

13   drawers in it and each drawer had diamonds in it and emeralds

14   and all different stones, and we loaded everything onto the

15   van, made a chain and loaded it.

16        Soon after that they were out of there, and they met

17   up with Vinny and Jimmy on that corner with the red circle

18   marked A next to a gas station on 150th Avenue and North

19   Conduit in South Ozone Park.  Valenti testified that no one

20   had thought of where to go after the robbery, but the

21   defendant yelled out to bring the loot to his cousin,

22   Valenti's house.  And that's where they all went.  1483 Blake

23   Avenue in Brooklyn, down the hole, as they call it.  Valenti

24   testified about the immediate aftermath of the robbery, and

25   then the process for dividing up the proceeds and getting rid

SAM      OCR      RMR      CRR      RPR

Summation - Cooley                    3543

1    of evidence that linked these guys to the crime.  Valenti told
2    you that that night he stayed at his house figuring out what
3    they had managed to steal, and eventually Vinny left to drive
4    Jimmy Burke and Tommy DeSimone back to their halfway house.
5    Valenti testified that Angelo Sepe took the van and dropped it
6    off, and later that van was found.
7            Later that night, after Valenti had gotten a handle
8    on how much they stole, millions more than they were
9    expecting, not even counting the jewelry, Valenti said that he
10   met the defendant at Fat Andy's, who he knew to be with the
11   Gambino family, at Fat Andy's social club on 84th and Liberty.
12   Valenti told you that when he saw the defendant that night,
13   his mood changed fast from euphoria to fear, as Valenti told
14   you the defendant warned him:
15           He said we got to be real careful now.  He said
16   they'll look to rob us, you know, look to kill us and take the
17   stuff.
18           And by "them," Valenti understood him to mean anyone
19   who knew about the score and their involvement.  Valenti also
20   testified that in the months that followed the defendant
21   dictated Valenti's behavior, telling him not to come around
22   for some time, conscious of the heat that had been brought on
23   Robert's Lounge in the wake of the robbery.  And the defendant
24   also kept a tight reign on Valenti when it came to Valenti
25   taking and spending proceeds of the heist.  Valenti told you

1    how he sent a message through Jerry Asaro to go see him, and

2    then gave Valenti the idea to sell Christmas trees so he could

3    burn the robbery evidence in a barrel by the trees with no one

4    thinking it was suspicious.

5            The money started getting divided up and as Valenti

6    told you, Angelo Sepe and Frankie Burke each came and took

7    some of the money Valenti had been holding.  And as Valenti

8    testified, he and the defendant placed their shares, for the

9    most part, with people they trusted, including Dominic

10   Gennaro, an associate of the defendant's father, who the

11   defendant was close to; a guy they called Johnny Tag, a friend

12   of Valenti, and his cousin Gasper Ferreri.  Frankie Roder,

13   another associate of the defendant's father, and a guy named

14   Ronnie, whose family had a fence business called Pilot Fence

15   and whose house was on 103rd Avenue and Woodhaven Boulevard.

16   The defendant told Valenti to bring money to these different

17   men and Valenti did so.  He didn't tell them what the money

18   was from, and occasionally he went back to them to take some

19   of the money out of the packages, sometimes with the defendant

20   knowing, sometimes without the defendant knowing.  And the men

21   held onto the money for some months to a year.  The rest of

22   the money that Valenti kept, he tried to hide in the door

23   frames of his closets.

24           Now, one of the ways the Lufthansa heist is related

25   to the Bonanno family, the enterprise charged in this case, is

1    that it benefited the crime family, it enriched it.  Valenti

2    testified that he and the defendant kicked up or paid a

3    portion of what they made to their superiors in the Bonanno

4    family.  They also paid tributes to high-up members of

5    organized crime.  Valenti told you that he and the defendant

6    each received $750,000 as their shares in the robbery, much of

7    which Frankie Burke brought to Valenti at his house.  They

8    paid a hundred-thousand dollars in tributes from that to their

9    Uncle Mickey Zaffarano, who was the defendant's captain at

10   that time in the Bonanno family.  Paul Vario, Jimmy Burke's

11   captain also received a cash tribute payment of a

12   hundred-thousand dollars; among others.

13        Valenti also testified that the other participants

14   in the robbery, other than the Burkes, generally didn't get

15   top receive their full shares of the proceeds because many of

16   them had died as of the early 1980's.  For their parts, the

17   defendant and Valenti spent a lot of their shares gambling.

18   The defendant also bought a house in Moriches, Long Island,

19   which you heard him refer to as the Hamptons on one of the

20   recordings we played.  A Lincoln Bill Blass model car and a

21   boat.

22        Valenti also told you about what was done with

23   jewelry from the heist.  He testified that some of that

24   jewelry, including gold watches and gold chains, was given as

25   a tribute to Joe Massino who months to a year after the heist

1    had become the defendant's captain in the Bonanno family.   And

2    Valenti knew the other gold jewelry was delivered by the

3    defendant, some other gold jewelry, to Tony Lee, the Gambino

4    family soldier I mentioned earlier at his gold store on

5    Liberty Avenue in Queens.

6              Valenti also told you about the nightclub the

7    defendant had in the late '70s at 86th Street and Rockaway in

8    Ozone Park owned by the defendant, Jimmy Burke and others.

9    Valenti testified that it was called Afters, and the name

10   Afters was a reference to the Lufthansa heist, a name the

11   defendant, himself, had come up with.   That's a photo of the

12   Afters Lounge at that address, and the building to the left is

13   the social club or the after-hours club.

14             (Exhibit published.)

15             Now, Gasper Valenti testified to a lot of the

16   details of the Lufthansa heist and how the proceeds were

17   divided up in the months to years afterward.   How do you know

18   you can rely on what Valenti told you about the defendant's

19   participation in planning and carrying out and in profiting

20   from the heist?

21             You know that from all the other evidence we

22   presented on these charges, including, for example, Rolf

23   Rebmann, the warehouse worker at Lufthansa who was one of the

24   victims of that heist.   Rebmann's testimony about being held

25   up at gunpoint, forced to lie in a black Ford van parked with

1    its back outside the overhead door that led into that

2    warehouse, supported what Valenti told you about those events

3    during the robbery.

4             (Exhibit published.)

5             These photos show that part of the back of the

6    building, and that door that's pictured in the bottom right is

7    the overhead door.  And the little light blue door to the left

8    of that is the door that Rolf Rebmann came out of when he

9    discovered the van parked there with its back up against the

10   overhead door.

11            Rebmann also testified that there was a locked gate

12   in the same location Valenti had said on the right side of the

13   building where Valenti cut the lock in order to allow the van

14   to drive to that back area where the overhead door was.

15   Rebmann told you he heard voices, indicating that Kerry

16   Whalen, another Lufthansa employee, was lying in the van when

17   he got placed in there with his head covered.  And that there

18   were at least two other people, robbers, also in the van at

19   that time.  That corroborates what Gary Valenti told you about

20   him and Frankie Burke waiting in the van while the others were

21   inside.

22            Rebmann also corroborated Valenti's account of how

23   he and Whalen were taken up to the lunchroom where they were

24   restrained with the other Lufthansa employees who had been

25   working that shift.  And Rebmann also overheard that

Summation - Cooley                    3548

1    conversation Valenti told you about, between Valenti and Danny

2    Rizzo where Valenti explained why he was being rough on

3    Whalen, because he had tried to give them trouble before.   I

4    submit that Rebmann's testimony is consistent with and

5    supports's Valenti's account of the Lufthansa case.

6             The testimony of John Tagliaferro and Ronald

7    Cecchini, the guys Valenti called Johnny Tag and Ronnie in his

8    testimony, who he said he brought Lufthansa money to to hold

9    onto for a period of time after the heist, the testimony of

10   those two witnesses also corroborates Valenti.   Tagliaferro

11   and Cecchini, both ordinary people living their lives, who

12   testified not because they wanted to, but because they were

13   subpoenaed.   Their testimony corroborated Valenti's account of

14   what was done with the Lufthansa proceeds.   Tagliaferro, who

15   is 81 years old, told you that he was very close to the

16   Ferreris, as Gasper Valenti told you.   Tagliaferro told you

17   that he went to the defendant's social clubs in the '70s and

18   80's, including Café Anita, where he would play cards; and the

19   club on 101st Avenue by the bank.   And Tagliaferro also told

20   you about an occasion when he walked in with Gary Ferreri and

21   saw the defendant and Jimmy Burke together at Café Anita.

22   When they walked in Jimmy Burke whispered to the defendant:

23   Who are those guys?  And the defendant applied:   Don't worry,

24   they're all right.   They're my friends.

25             Finally, Tagliaferro testified that the defendant

SAM         OCR         RMR         CRR         RPR

1   gave him a case to hold sometime in the late '70s, before

2   1980.   And Tagliaferro never asked any questions, he just

3   placed it upstairs, hid it well in his apartment, and that was

4   it as he put it.   And at some point Gary Valenti came to him

5   asking him to get the case.   Valenti took it and took some

6   money out of it, and then asked Tagliaferro if he needed

7   anything.   And you heard Tagliaferro say that he said he could

8   use a hundred dollars and Valenti gave him that hundred

9   dollars, then locked up the case and had Tagliaferro put it

10   away again.

11          Later, Tagliaferro testified, the defendant,

12   himself, came and got that case.   Tagliaferro also told you

13   about the defendant's relationship with Valenti, how they were

14   cousins and they were close, but that he saw the defendant

15   yell at Valenti several times.   And he told you how one time

16   the defendant was screaming and yelling at Valenti because

17   Valenti had not brought someone back to the club who owed the

18   defendant money.   When Valenti asked how long he had to wait,

19   the defendant insisted that Valenti go back and get the guy.

20   On all of these subjects, Tagliaferro's testimony backs up

21   what Valenti told you.

22          The same is true for Ronald Cecchini whose testimony

23   also supported Valenti's about having brought Cecchini

24   Lufthansa proceeds to hold for him.   Cecchini confirmed that

25   he used to live at that house off of Woodhaven Boulevard, that

1    his family had Pilot Fence Company.  He told you he knew the

2    defendant and Gasper Valenti, that Valenti was significantly

3    younger than the defendant and the defendant bossed Valenti

4    around.  And Cecchini told you how there was a time before

5    1981 when Valenti came to him and asked him to hold a package

6    for him as a favor.  Cecchini couldn't confirm what was in the

7    package, but thought it might contain paper.  Cecchini felt

8    obligated to say yes, given Valenti's connection to the

9    defendant and because the defendant had calmed Cecchini down

10   not long before that about a dispute he was having with other

11   guys.  When Cecchini's mother found out about the package, she

12   thought it was drugs and wanted it out of the house.  So

13   Cecchini told Valenti and Valenti came and picked it up

14   shortly after that.

15           In addition to these witnesses, there were former

16   law enforcement officers who testified and what they said

17   equally supported what Valenti told you.

18           (Exhibit published.)

19           Former Police Officer Joseph Rossi told you how on

20   December 13th, 1978 he ticketed a black Ford van for a parking

21   violation.  That van turned out to be the van used in the

22   Lufthansa heist.  The van matches Valenti's description of the

23   getaway van he and the other robbers used early that morning.

24   And you can see Detective Rossi in the photo in the black

25   leather jacket.

1          And former FBI Special Agent Ralph Iannuzzi told you

2    he inspected that van after it was recovered from the street.

3    He believed it to be stolen based on the state of its

4    ignition, and that he found yellow Styrofoam chips in a well

5    by the right rear door of the van.   Yellow Styrofoam chips

6    described the same way as the ones Valenti told you he saw in

7    the boxes of cash in the vault.   The same Styrofoam chips he

8    had trouble burning when he was trying to burn the evidence of

9    the heist next to the Christmas trees because they would fly

10   out the chimney.

11          You also heard from law enforcement witnesses who

12   did surveillances in the weeks following the heist.   Richard

13   Mika, for example, testified that on December 27th, 1978 he

14   saw the defendant's blue Lincoln registered in his wife

15   Theresa Asaro's name arrive at Jimmy Burke's house at

16   160-09 78th Street in Queens and stay there for 25 minutes

17   before leaving the residence.   The next day, former Special

18   Agent Richard Leahy saw the same car, the defendant's Lincoln,

19   arrive and stay at Jimmy Burke's residence for over a half

20   hour and then depart with more than one male in the vehicle.

21   And on December 26th, 1978, just a few days before the

22   surveillances of the defendant's Lincoln at Jimmy Burke's

23   house, former Special Agent John Keenan saw Tommy DeSimone,

24   Angelo Sepe and a female enter a car and drive it to Jimmy

25   Burke's house.   The defendant in other heist participants'

1    presence, multiple visits to Jimmy Burke's house, so soon

2    after the heist within two weeks after, confirms all of these

3    co-conspirators's close criminal relationship, in that they

4    trusted each other at that extremely delicate time.

5            And the other cooperating witnesses each supported

6    what Valenti said in different ways.  Vitale, Zuccaro and

7    Ruggiano; they hadn't been at the heist firsthand, but based

8    on their mafia ties they each caught a glimpse or heard

9    something important about it after it happened.  Vitale

10   testified that he drove Joe Massino, then a captain, to a

11   location where he got out of the car and walked and talked

12   with the defendant briefly.  After that, Massino got back into

13   the car with Vitale -- sorry, with Massino carrying a case,

14   opened the case and Vitale saw that it was filled with gold

15   chains.  Massino told Vitale in that moment that the jewelry

16   was from Lufthansa and he ended up giving Vitale a gold chain

17   to keep.  This incident is consistent with Valenti's account

18   about the Lufthansa jewelry the defendant gave Massino as a

19   tribute when he was the defendant's captain.

20           Anthony Ruggiano, Junior, a Gambino family associate

21   who ran in a different mafia circle than the defendant and

22   didn't know Gasper Valenti's name, corroborated Valenti as

23   well.  Ruggiano told you that while he was in jail, his

24   father, Fat Andy, the powerful Gambino family soldier who was

25   close to the defendant's father and the defendant, visited

Summation - Cooley                    3553

1  Ruggiano in jail and told him in a private, quiet conversation
2  that the defendant had brought jewelry from the Lufthansa
3  heist to Fat Andy at the jewelry store that he and Tony Lee
4  had.   Fat Andy confirmed to Ruggiano, who was surprised that
5  the defendant was involved in the heist, that the defendant
6  had participated in it.   And Fat Andy told his son that the
7  defendant and Jimmy Burke had chosen to bring this jewelry
8  from Lufthansa to him and Tony Lee.
9          Later in 1980 after Ruggiano had been released from
10  jail, he saw his father at that gold store that he and Tony
11  Lee had.   The same one on Liberty Avenue that Valenti
12  testified about, the store that he said the defendant had
13  brought jewelry to to give to Tony Lee to fence.   Ruggiano
14  said his father, Fat Andy, complained when he saw them around
15  that time over and over again that he had not said no to Tony
16  Lee when Tony Lee wanted to divide the proceeds from that
17  jewelry among all of the partners in the gold store.   Fat Andy
18  said he had to get his head examined, he was so stupid to
19  agree to only get 125,000 for that jewelry.   And Ruggiano
20  understood that the defendant and Jimmy Burke also had gotten
21  handsome cuts of the substantial profits from that fenced
22  jewelry that they had brought to the gold store.
23          On these subjects Ruggiano's testimony fully
24  supports Valenti's that the defendant brought jewelry stolen
25  as part of the Lufthansa heist to Tony Lee to be fenced at his

1  gold store on Liberty Avenue.   And Ruggiano also confirmed

2  that his father operated that social club, Café Liberty, at

3  the time of and some years after the heist.   And that it was

4  located on 84th and Liberty.   That's where the defendant and

5  Gasper Valenti met after the heist and the defendant told

6  Gasper to watch his back.

7              Peter Zuccaro, too, corroborated Valenti's

8  testimony.   Zuccaro, an associate of the Bonanno family in the

9  late '70s and early '80s, he testified that right after the

10  heist Frankie Burke, Jimmy's son, Zuccaro's close friend who

11  he had committed dozens of crimes together with, told Zuccaro

12  that Frankie stole the van that was used in the heist, that he

13  drove that van and went and did the robbery.   That Gasper

14  Valenti was there in Vinny's, the defendant's capacity,

15  representing the defendant inside the airport on that robbery.

16  And that others were there, too.

17              MS. ARGENTIERI:  I'm sorry, could we take a brief

18  break, Judge.

19              THE COURT:  I'm sorry?

20              MR. MADIGAN:  We need to take a brief break.

21              THE COURT:  Yes.  The lunch is not here yet.

22              MR. MADIGAN:  I'm afraid we need to take a break,

23  Your Honor.

24              THE COURT:  No, I am going to break.

25              MR. MADIGAN:  Okay.

1              THE COURT:  I'm just trying to figure out.   The

2      lunch should be here by 1 o'clock, though, so what about if we

3      resume at 20 minutes of 2, is that all right?

4              Okay.

5              (Jury exits.)

6              THE COURT:  The lunch is here.

7              MR. MADIGAN:  Thank you, Your Honor.

8              THE COURT:  Okay.

9              (Luncheon recess taken.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                A F T E R N O O N    S E S S I O N

2           (In open court; jury not present.)

3           THE COURT:  Please be seated.

4           Are we ready?

5           MS. COOLEY:  Yes, your Honor.

6           THE COURT:  Okay.  Ask the jury to come in, please.

7           Are you going to want to break before you finish?

8           MS. COOLEY:  Yes.

9           THE COURT:  What time, approximately?

10          MS. COOLEY:  Maybe an hour.

11          Thank you, your Honor.

12          (Jury present.)

13          THE COURT:  Please be seated.

14          Go ahead.

15          MS. COOLEY:  Thank you, your Honor.

16          Where we left off, we were talking about cooperating

17   witness Peter Zuccaro, and how he told you information about

18   what he heard from Frankie Burke about the Lufthansa heist

19   that supports what you heard from the other witnesses about

20   this predicate.  He also told you not only that Frankie Burke

21   told him about the details of the heist and that Gasper

22   Valenti was sent on the heist as the defendant's

23   representative, but he also told you that in the end,

24   according to Frankie Burke, the defendant kept Gasper's end of

25   the Lufthansa money.  He basically beat Gasper for it, but he

1    tried to blame that on Jimmy Burke.  In other words, the

2    defendant made it seem to Gasper Valenti that Jimmy Burke had

3    kept his end, when really the defendant had beat Gasper for

4    it.

5            Peter Zuccaro also testified about a heated incident

6    he had with the defendant around the time of the heist.  After

7    the defendant had been straightened out, where the defendant

8    threatened to harm Peter Zuccaro, threatened him with violence

9    over Peter Zuccaro's having shot his dog at his and

10   Giallanzo's body shop, the defendant was extremely angry at

11   Peter Zuccaro.

12           From Peter Zuccaro's perspective, he had killed the

13   dog that also belongs to the defendant's nephew, Bobby

14   Giallanzo, without permission.  That night, the defendant

15   showed up at Peter Zuccaro's with Jimmy Burke, Frankie Burke

16   and Tommy DeSimone, key players in the Lufthansa heist.  These

17   were these people with him.  His purpose was to intimidate

18   Peter Zuccaro.  The defendant threatened that he was going to

19   get Peter Zuccaro killed because Peter Zuccaro had killed that

20   dog.  On these subjects too, Peter Zuccaro's testimony

21   supports what Valenti told you about the participants in the

22   heist, and more specifically that beef that the defendant had

23   with Peter Zuccaro over that dog.

24           You have also seen documents that have helped

25   confirm and support some of the other testimony and evidence

1    you've seen and heard about the Lufthansa heist.

2           With respect to what Gasper Valenti told you about

3    the name of Afters Lounge, and that it had to be after

4    Lufthansa and that the defendant came up with that name,

5    Government's Exhibit 424 shows when the liquor license for

6    Afters was issued, and it was December 22, 1978, for that

7    Afters Lounge at that address on Rockaway, and that, ladies

8    and gentlemen, is eleven days after the heist.  So, that's

9    pretty clear proof that the name Afters had to do with after

10   Lufthansa and that's something the defendant came up with

11   himself.

12          You have also seen the prison records of who visited

13   Jimmy Burke when he was in prison in the '90s, and not only

14   did Vincent Asaro and Jerry Asaro visit him and his children,

15   including Cathy Burke, he had visits from Danny Rizzo as well

16   as Paul Vario, all of whom were involved in the heist, Danny

17   Rizzo being one of the participants, and Paul Vario being one

18   of the higher-up members of the Crime Family who got some

19   tribute as a result of the heist, and that's because Jimmy

20   Burke reported to Paul Vario in the Lucchese Family.

21          You also saw surveillance photos from Jimmy Burke's

22   wake when he passed away in 1996.  And again, this is more

23   proof of the membership of that Lufthansa heist conspiracy and

24   who participated.  People who visited the wake of Jimmy Burke

25   included, the top two photos, the defendant himself, and below

1  that, Danny Rizzo along with Jimmy Burke's daughter Cathy

2  Burke, Anthony Ruggiano, Jr., who testified at this trial and

3  was there to pay respects for his father, who was no longer

4  alive.

5           And again to the right is Danny Rizzo.  And then you

6  have the defendant's own statements and conversations relating

7  to the heist.  Although in these recordings it's clear that

8  the defendant is careful, very careful not to speak openly

9  about the most serious crimes he's committed, crimes he

10  doesn't want to name and doesn't want anyone outside his inner

11  circle knowing he was involved in, you'll notice, though, that

12  even though he doesn't want to speak openly about some of

13  these things, he speaks more freely about them when he's in a

14  private area and when he's speaking to trusted confidants like

15  Gasper Valenti, and in some instances, even though they don't

16  say Lufthansa heist or a specific crime, he and Gasper Valenti

17  and in some circumstances Danny Rizzo, who was also recorded

18  clearly, are on the same page about what they are talking

19  about.

20           You heard Gasper Valenti interpret some of those

21  recordings and tell you what was in his mind and what he

22  believes was in the defendant's mind when they spoke and

23  understood each other in those conversations.

24           What the defendant says and what he doesn't say in

25  those conversation is so telling, because in essence, in some

1    of them, he is admitting to participating.

2         It's also telling that in these conversations, the

3    defendant doesn't correct Valenti when he mentions something

4    or suggests that the defendant was involved in something.

5    You've heard the defendant multiple times on these recordings

6    jump down Gasper's throat over something that he said, that he

7    disagreed with, or correct him immediately over something, and

8    when something big like this comes up, about a serious crime

9    or an implication the defendant was involved in a serious

10   crime and the defendant says nothing, that should be proof

11   that he participated.  This is not something crazy that Gasper

12   Valenti has come up with, putting him in something he didn't

13   do.  Keep that in mind when you listen to the recordings.

14        So, if we could, we'll now play the first recording

15   that relates to the Lufthansa heist.

16        (Tape plays.)

17        (Tape stops.)

18        MS. COOLEY:  Here, the defendant mentions the name

19   Dominick Gennaro, which you know, based on what Gasper Valenti

20   told you, that was one of the people, one of the trusted

21   people that they brought Lufthansa proceeds to hold.  So, his

22   name comes up casually in conversation, and they both know who

23   they are talking about.

24        We can now turn to the next recording.

25        (Tape plays.)

1          (Tape stops.)

2          MS. COOLEY:  You heard Gasper Valenti testify that

3     when they referred to "that thing" or in this case with "that

4     there," they are talking about the Lufthansa heist.  They are

5     talking about Danny Rizzo in this conversation, who

6     participated in the heist.  He was there in the lunch room

7     talking to Gasper when the employees were being restrained,

8     and here, they are talking about how Danny is complaining

9     about not having any money, and Valenti is saying, I think

10    he's still got money, meaning I think he still has something

11    left over from the heist, given how much money they made.  And

12    the defendant corrects him and says, No, he's still got F with

13    that there.  That's what he told me.

14         So, they are completely on same page, and they are

15    talking about another participants in the heist and whether he

16    still has money from it, and it's almost like they are able to

17    complete each other's sentences on this subject.

18         We'll now turn to Government's Exhibit 218-A.

19         (Tape plays.)

20         (Tape stops.)

21         MS. COOLEY:  This is one of the strongest sources of

22    evidence about the defendant's participation in the Lufthansa

23    heist.  If you listen to this conversation, you can see that

24    they are talking in the beginning about -- the defendant says,

25    We never got the right money what we were supposed to get,

1   meaning, We never got the end we were entitled to, that we

2   were supposed to get from this notorious, huge robbery they

3   participated in.  He's complaining that they got F'd all

4   around, that F'ng Jimmy kept everything, meaning Jimmy Burke.

5           This is consistent with what you heard Peter Zuccaro

6   say from what he heard from Frankie Burke.  The defendant was

7   making it seem like Jimmy Burke had kept everything as an

8   excuse, so that Gasper Valenti wouldn't be wondering if he had

9   taken some of his.  So, they are talking about that.

10          And Gasper also corrects him, because he's saying,

11  We didn't have it.  What are you talking about?  They did get

12  some of their shares.  And he's saying, We had it.  We gambled

13  it.  He kept the money from the other thing, the other guys,

14  meaning they were participants that you heard were no longer

15  alive after the early '90s, and those shares Jimmy Burke kept.

16  But they did get a piece of it.  They did get a piece and they

17  spent the money, like you heard.

18          The defendant spent money on the house in Moriches.

19  They gambled some of their money.  The defendant is bitter

20  about not getting as much as he wanted, was a common theme in

21  some of these recordings.  They are on the same page about

22  what they participated in, and what they were entitled to, the

23  fact that Jimmy Burke was keeping more than he was due, and

24  here there's no sign that the defendant doesn't know what

25  Gasper Valenti is talking about or that the defendant thinks

Summation - Cooley                    3563

1    he's completely full of BS.  They are on the same page, and

2    they know what's being discussed, and it's the Lufthansa heist

3    proceeds.

4              Now, turn to the next recording.

5              This is Government's Exhibit 221-I.

6              (Tape plays.)

7              (Tape stops.)

8              MS. COOLEY:  So, a common theme in their

9    conversations is whether Gasper Valenti borrowed money and

10   didn't pay it back, or money in general, and whether they have

11   it or they don't.

12             Here, they are talking about -- they are using as a

13   marker "that thing."  Again, they don't need to say it.  They

14   don't need to define it.  They are on the same page, and they

15   know they are talking about Lufthansa, and that's a marker in

16   their life, especially in terms of money, of before and after,

17   what they had before and what they had after.  This is another

18   conversation where they are picking up what the other person

19   is putting down without having to be explicit about it.

20             I'll now turn to the next recordings, which is

21   Government's Exhibit 232-B.

22             (Tape plays.)

23             (Tape stops.)

24

25             MS. COOLEY:  So, this is part of a longer discussion

ANTHONY M. MANCUSO,   CSR  OFFICIAL COURT REPORTER

1    between Danny Rizzo and the defendant and Gasper Valenti,

2    about people they knew back in the day, and they are talking

3    about Robert's Lounge, which was their main hangout in the

4    years and the months leading up to the Lufthansa heist, and

5    that's what they said Jimmy Burke had and the defendant had,

6    and they were there all the time.  They are reminiscing about

7    people they encountered there.  This is a pretty easy subject

8    for them to cover.  They were there and they lived it.

9           Go to the next recordings.  This is Government's

10   Exhibit 232-D.

11           (Tape plays.)

12           (Tape stops.)

13           MS. COOLEY:  So, again, names coming up from that

14   part of their life, Paulie Vario, people they encountered in

15   Robert's Lounge, similar theme.

16           I'm going to play Government's Exhibit 232-A now.

17           (Tape plays.)

18           (Tape stops.)

19           MS. COOLEY:  I'm sorry.  We skipped ahead.  That was

20   the last recording that I was going to play for this portion.

21           There's another way that you know that the defendant

22   chose Gasper Valenti to go in on the Lufthansa heist, that he

23   trusted him enough to send him on that high stakes robbery,

24   the ultimate score.  For that matter, that he trusted Gasper

25   Valenti enough to involve him in burying the body of Paul Katz

1     a decade earlier, the man he and Jimmy Burke had murdered.

2     You know that from the evidence you heard and saw about

3     Richard Eaton, another man Jimmy Burke killed, whose body was

4     found in a trailer in a lot next to Valenti's house at 1483

5     Blake Avenue, down the hole, in Brooklyn.  This is the same

6     house that Gasper was living in at the time of the Lufthansa

7     heist, where they went back to when they were figuring how

8     much they had stolen and how much cash there was and jewelry.

9               And this is the lot to the side of that house.  This

10    is 1483 Blake.  This is the lot where the trailer was in which

11    Richard Eaton's body was discovered.

12              Government's Exhibit 138-B shows one of the crime

13    scene unit photos of that trailer, when the crime scene unit

14    responded and found Rich Eaton's dead body inside on that

15    February night in 1979, just months after the Lufthansa

16    height.

17              You heard from the medical examiner from Floriana

18    Persechino, and she told you that Eaton's body, which had not

19    yet been identified at the time it was found and brought to

20    the medical examiner's office, that body was frozen when it

21    got there.  It had to thaw out, and that's why they couldn't

22    do the autopsies immediately, and you heard about this whole

23    incident from Gasper Valenti.

24              He explained to you the entire story and how he had

25    seen Richard Eaton at Afters Lounge the night that he was

1    killed, and he saw what he ate that night.  It was shrimp

2    scampi.  He heard his conversations, he saw him laughing, and

3    that was the first time he had ever seen him or met him.

4              And after that, he closed up Afters, because he had

5    a role there where he closed it up occasionally.  He was the

6    manager.   And he goes home and he goes to bed, and then he

7    wakes up when someone knocks on his window, and that person is

8    Jerry Asaro, and he comes to say they need to dig a hole

9    basically for a body, and he's sending word from the defendant

10   that this needs to be, and Jerry and Gasper can't dig a hole,

11   because the ground is frozen.  That's how cold of a night it

12   is on February 18, 1979.  The fact that the body was in this

13   state when it was found that it was frozen and the autopsies

14   couldn't even being performed is another way you know that

15   what Gasper Valenti is saying is something you can consider

16   and rely upon.

17             Valenti also told you that the defendant, Jimmy and

18   Frankie Burke arrived with Eaton's body in the car trunk.

19   When they decided it was too cold to dig a hole in the ground,

20   they tried to put the body temporarily in this trailer, the

21   trailer you see in Government's Exhibit 138-B.  And you know

22   from what Gasper Valenti told you that that plan didn't work

23   out so well, and that kids found the body in there, and the

24   police responded, and Jimmy Burke was very angry that it had

25   been discovered in that way.

1          You also heard from Gasper Valenti that Jimmy Burke

2     was arrested after that.  Now, why is the story of Richard

3     Eaton important here?  It involves many of the same players

4     that were central to the story of the Lufthansa heist, the

5     defendant, Jimmy Burke, Gasper Valenti, Frankie Burke, and it

6     also involves Jerry Asaro, the defendant's son, which

7     parallels what Jerry Asaro did, the role the defendant made

8     him play along with Valenti a few years later in the 1980s,

9     when it came time to remove Paul Katz's body.  This evidence

10    is further proof of how closely, how completely the defendant,

11    Jimmy Burke, Valenti and their sons trusted each other, so

12    much so that they could bring each other dead bodies without

13    fear that anyone would go to the police, and they could be

14    sure that they had get the help they needed and, as the Mafia

15    required, secrecy and silence.

16         How does this evidence show you whether you can rely

17    on Valenti's testimony in this trial?  It shows you that

18    because he is corroborated by the most specific details,

19    things that someone could not make up.

20         For example, Dr. Persechino told you that based on

21    autopsies, it was possible for them to tell how recently he

22    had eaten by the time that he was killed.

23         "QUESTION:  What, if anything, does the presence of

24    an identifiable food tell you as a medical examiner about how

25    recently Mr. Eaton had eaten at the time of his death?

1            "ANSWER:  It means that he had eaten within hours of

2    his death."

3            And that makes sense when you look at Gasper

4    Valenti's testimony about how he saw him eating that night at

5    Afters Lounge, shortly before this incident occurred and Jerry

6    Asaro knocked on his window, asking him for help to dig a

7    hole.

8            And you heard from Dr. Floriana Persechino and you

9    saw in the records from Government's Exhibit 470 what was in

10   Richard Eaton's stomach when that autopsy was performed, and

11   you can see it in red there.   There is also some shrimp.

12           That level of detail is so specific.   That's

13   something you could not make up, and that's another way for

14   you to decide whether you can rely on that testimony, and I

15   submit that you can, based on all of the evidence in this

16   case.

17           You also heard the story from Gasper Valenti about

18   the time that the defendant got into a dispute with someone

19   named Mickey Brown's nephew at his fence company.   And that

20   involved that nephew thinking that the defendant was seeing

21   his wife.   She worked at the fence company.   And there was an

22   encounter with the nephew, and it got physical.   Jerry hit him

23   with a gun, and the gun discharged and the guy got shot.   Who

24   is the defendant's first call to when that happens?  It's

25   Jimmy Burke.   And Jimmy Burke came when the defendant called.

1          Gasper Valenti explained that Jimmy Burke was really

2    well-known, and he would do what he had to do.  Basically, if

3    there was a major problem that was going to be where someone

4    was going to get shot or whatever it may be, Jimmy Burke was

5    the person to go to, being the caliber that he was known for

6    in the neighborhood.  That's why he was there.

7          Jimmy Burke helped resolve that situation for the

8    defendant without additional violence, and that proves again

9    that they were each other's muscle.  They were each other's

10   emergency lifeline.  They helped each other resolve disputes,

11   clean up messes, preserve their status in organized crime, and

12   get rid of problems they had in their respective Crime

13   Families.

14         For all of these reasons and based on all of this

15   evidence, we have proven the crimes alleged in Racketeering

16   Act Three relating to the Lufthansa heist beyond a reasonable

17   doubt.

18         This is one more recording relating to Jimmy Burke

19   that I would like to play, which is Government's Exhibit

20   232-D.

21         (Tape plays.)

22         (Tape stops.)

23         MS. COOLEY:  So, this kind of speaks for itself.

24   But it is, again, the defendant speaking with Danny Rizzo, a

25   participant in the Lufthansa heist, about Jimmy Burke and his

1    temper.   And basically, he was a funny guy, but if you got him

2    mad when he drank, he didn't need to complete the sentence.

3    He was a violent and dangerous man.   That's part of why he was

4    so useful and his partnership with the defendant was so useful

5    to him in organized crime.

6              We'll now turn to Racketeering Act one.

7    Racketeering Act One charges the defendant with extortionate

8    extension of credit conspiracy, extortionate extension of

9    credit, extortionate collection of credit conspiracy,

10   extortionate collection of credit, state law extortionate

11   conspiracy, and state law extortion.

12             Putting it more simply, these charges allege that

13   the defendant agreed that he or someone else would participate

14   in loan-sharking essentially or a conspiracy to commit

15   loansharking in approximately 1968 through 1990.   Any of these

16   crimes in this Racketeering Act alone is sufficient to

17   establish Racketeering Act One, and we've proven all of them.

18             Now, the judge will instruct you as to what it means

19   to use extortionate means to collect or attempt to collect an

20   extension of credit, and to conspire to do so, but put simply,

21   it means that there needs to be some kind of threat intended

22   to make another person repay a debt, regardless of the source

23   or validity of the debt.

24             Here, there's been extensive evidence about the

25   defendant's involvement in loansharking.   And for all of his

Summation - Cooley                    3571

1    customers, the defendant's ability to collect on the

2    loan-shark or shylock loans they were called was backed up by

3    who he was in the Bonanno Organized Crime Family.

4              The intimidation factor that came with that

5    reputation went very, very far in insuring that the

6    defendant's customers would pay him or whoever he designated

7    to collect for him, and in many cases, Gasper Valenti.  As

8    Valenti explained, he was involved for essentially the entire

9    period of Racketeering Acts One in the defendant's

10   loansharking business.  The defendant would put money out on

11   the street as loan-shark or shylock loan, charge a high rate

12   of weekly interest or vig or juice on those loans, and paying

13   that interest didn't reduce the principal.  That original

14   principal was still owed in full.  This is a way for the

15   defendant and for members and associates of organized crime

16   generally to make a profit quickly.

17             (Continued on next page.)

18

19

20

21

22

23

24

25

Summation - Cooley                    3572

1        MS. COOLEY:   (Continuing)

2        Gasper Valenti testified that he played the role of

3   collecting for the defendant in his loansharking business,

4   beginning in the sixties.

5        The loansharking customers Valenti told you about

6   included Bobby Marshall.  You may remember, they referred to

7   him as the neighborhood drunk.

8        He had taken out a-hundred-dollar loan.   The

9   interest on that loan was ten percent or $10 a week according

10  to Mr. Valenti.

11       And how often did you collect on the loan, Valenti

12  was asked on the stand.

13       Answer:  Forever.

14       As Valenti told you, sometimes the defendant would

15  collect a second time from Bobby Marshall the ten-dollar

16  interest despite knowing Valenti had already collected it once

17  that week for him.  And Valenti testified that Marshall had

18  already paid back the loan in full many times over but that

19  the defendant kept extracting weekly interest anyway.

20       And in the timeframe there was also a guy named

21  Whitey, a concrete guy, a painter named Joe Zipp, who had

22  pretty much the same loanshark arrangement that Bobby Marshall

23  did with the defendant and Gasper Valenti.

24       Then in the late sixties and early seventies, the

25  defendant started telling Gasper that he was getting money for

Summation - Cooley                                3573

1    his loansharking business from Jimmy Burke.  He would borrow

2    money from Jimmy and then he would put that money out on the

3    street as loanshark monies and make a profit that way.  He

4    would give Jimmy a percentage, as Valenti told you.

5             How much?

6             Maybe one, two points.

7             He would make money off of that too.  He would make

8    money by maybe giving it out at a higher interest rate and so

9    on.

10            What Gasper Valenti also told you was after the

11   Lufthansa heist the defendant's loansharking business was

12   still in full effect.  But it changed at that point.

13            After the robbery, he was asked, what happened with

14   the nature of the loansharking business or its size.

15            Valenti answered, it got bigger, larger money was

16   given out.

17            He was asked, what was that money from?

18            Answer:  Lufthansa.

19            Proceeds from the heist itself were being put out on

20   the treat as shylock loans.

21            He also got new loansharking customers in the

22   timeframe, the late seventies and the 1980s.

23            Frankie Hot, a bookmaker, was one of the customers.

24            Knobby was someone who you saw in the surveillances

25   from the 1980 s visiting the defendant at his 101st Avenue

Summation - Cooley                    3574

1    club.   He was a person who ran numbers, a controller.

2          Anthony Santora and his partner John.

3          And then there was also John Zaffarano who you heard

4    testify at this trial.   He took out loans from the defendant

5    and then paid him the interest for a period of time but his

6    story was pretty unique.

7          His father, Uncle Mickey Zaffarano, who was a made

8    and powerful member of the Bonanno family had taken out a loan

9    from Vincent Asaro for $100,000.   Valenti testified that

10   Mickey came to the club, Vinny's social club, and Vinny gave

11   him the money.   It was a hundred-thousand-dollar loan and the

12   interest was two points.   He had that loan maybe less than a

13   year and he paid it back.

14         But then Mickey Zaffarano died in about the 1980s

15   and the defendant and Gasper Valenti went to his funeral.   At

16   that funeral, the defendant approached John Zaffarano, whose

17   father had just died, told him that his father Mickey owed him

18   and Gasper $100,000 from that loan.

19         Gasper knew at the time and the defendant knew at

20   the time that that loan had already been paid back, and even

21   John Zaffarano acknowledged when he testified that he believed

22   that that loan had been paid back.   Yet, he still ended up

23   taking on that supposed responsibility and paying the

24   defendant on that loan.

25         He told the defendant okay, I'll pay it.   It's my

GR        OCR        CM        CRR        CSR

1    father's debt.  I'll take care of it.

2            He made a weekly interest payment on that loan for a

3    while.  It didn't diminish the principal that was supposedly

4    due.

5            This were other customers named Johnny Stump who

6    took out loans, John Rondanelli, who was Anthony Santoro's

7    partner.

8            And just to make it clear, for the Mickey Zaffarano

9    loan of $100,000 initially at two points interest, the weekly

10   interest payment on that was $2,000 due weekly.  That's the

11   amount of money the defendant was making per week on a loan

12   like that of that size.

13           You also heard from other witnesses about the

14   defendant's loansharking business over this long period of

15   time.  Peter Zucarro was aware of the defendant's loansharking

16   in part because he was business partners with Robert Giallanzo

17   which you heard about in connection with that dog incident.

18           Peter Zucarro testified that he knew some people who

19   borrowed money from the defendant, several people.  Sal

20   Pugliesi he said borrowed money from the defendant on a couple

21   of occasions.  And Peter also knew people who collected for

22   the defendant on those loans, who got the interest payment to

23   bring back to the defendant.  One of them was his own business

24   partner, the defendant's nephew, Robert Giallanzo, who was an

25   associate around the defendant at that time.

1        You also heard from Anthony Ruggiano who told you

2    that after the Lufthansa heist he saw in the early eighties

3    the defendant at the racetrack and he seemed to have more

4    money.  He was dressing sharper.  He was betting larger

5    amounts at the hundred-dollar window.

6            For all of these reasons, we have proven beyond a

7    reasonable doubt the offense charged in racketeering act one.

8            Racketeering act four charges the defendant with the

9    arson of 86-01 Rockaway Boulevard in Ozone Park, the building

10   where his nightclub Afters Lounge was located.  And he is

11   charged with conspiracy to commit that arson between

12   January 1980 and January 1981.

13           Gasper Valenti testified about this arson.  He told

14   you how he and Jerry Asaro, the defendant's son, at the

15   defendant's direction, committed that arson at that location

16   of that building that had housed the Afters Lounge.

17           He was asked when he testified about whether that

18   building had been rented to someone else around that time.

19   And he said yes.

20           Question:  How did you learn that?

21           Answer:  Through Vinny.

22           What happened?

23           Dominic, the owner of the Villagio Italia

24   Restaurant, Dominic Cataldo, who you have heard about earlier

25   today and throughout this trial, he owned that restaurant and

Summation - Cooley                          3577

1    he told the defendant that it was rented to African-American

2    people as an African-American nightclub, a supper club.

3              What did Dominic Cataldo say about that?  He didn't

4    appreciate that.  He wasn't happy with that situation.

5              So what did he ask you, Gasper Valenti, to do, the

6    defendant?

7              Burn it down.

8              Who told you to burn it down?

9              The defendant.

10             What did he tell about who to do it with?

11             With Jerry.

12             Gasper Valenti told you about the businesses on that

13   block, which you can see in Government Exhibit 135 on the

14   screen.  Afters was farther to the left on that block on

15   Rockaway.  Park Haven Towing was to the right of that.  King

16   Fence, a fence company associated with the defendant, was at

17   letter C, and Villagio Italia, Dominic Cataldo's restaurant,

18   was at that corner of that triangle area, at letter D.

19             So once Gasper Valenti had been asked to do this,

20   and remember that he had committed arsons as an associate in

21   the sixties, that he often did with the defendant's knowledge,

22   with the defendant's  approval and this was something that

23   wasn't knew for him, especially wasn't knew as part of their

24   relationship.

25             So he was asked to burn it down and he and Jerry

1   Asaro went and did that.   They burned the nightclub down.

2            He was asked:   On the night you went to burn it

3   down, who were you with?

4            Answer:   Jerry.

5            Question:   What did you do to prepare?

6            Answer:   Took a can of gas, went through the

7   building pouring gas on numerous places, all around the

8   building.   And then the backdoor, we had a tennis ball that I

9   poured gas on and Jerry lit the ball and tossed it into the

10  building so every time it hit a spot where the gas was it

11  would ignite.   And then we closed the backdoor, the side door,

12  got in the car and left.

13           Question:   Did it burn down?

14           Answer:   Yeah.

15           Question:   After that, did you have a meeting with

16  Dominic, meeting Dominic Cataldo?

17           Answer:   Yes.

18           Question:   Who else was there?

19           Answer:   Jerry and Vinny.

20           What happened?

21           Dominic gave us a hug and a kiss and a thank you.

22           This was in a way keeping the peace, doing a favor

23  for another member of organized crime, though a different

24  crime family, and this was also a common occurrence among

25  crime families, to protect each other's interest and to look

1    out for each other as they saw their interest at that time.

2          In addition to Gasper Valenti's testimony about this

3    arson you also heard law enforcement testimony confirming that

4    that building was burned out and doing spot-check on it in

5    September 1981.  And also seeing the defendant's car, which is

6    registered to Theresa Asaro, his wife at that time, in the

7    vicinity of Afters and King Fence; and also a car registered

8    to the owner of the building, Fanara, and a car registered to

9    Patricia Barbarito.  This was from the September 16, 1981,

10   surveillance by Vincent McNally.

11         And again, that name, Barbarito, links back to

12   Gasper Valenti through his ex-wife.

13         For these reasons, we have proven beyond a

14   reasonable doubt the offenses charged in racketeering act

15   four.

16         Racketeering act five charges the defendant with

17   soliciting the murder of his cousin, Gasper Ferreri, Junior,

18   between January 1, 1983 and December 31, 1985.  We have proven

19   this racketeering act beyond a reasonable doubt.

20         I expect Judge Ross will instruct you that when

21   someone commits murder solicitation under New York State law,

22   they have to do so with intent that someone else engage in a

23   murder, and with that intent they have to solicit, request,

24   command, importune or otherwise attempt to cause that other

25   person to engage in such conduct.

Summation - Cooley                    3580

1          Here, the evidence has shown that the defendant

2    solicited or attempted to cause Gasper Valenti to participate

3    in murdering their cousin, Gasper Ferreri, Junior, after

4    Ferreri cooperated with law enforcement and testified for the

5    government in the prosecution of Robert Giallanzo, who we were

6    just talking about, the defendant's nephew, as well as an

7    associate reporting to the defendant in the Bonanno Family.

8          Gasper Ferreri's cooperation with law enforcement

9    and his following through with that by testifying against

10   Robert Giallanzo at his federal criminal trial in this

11   courthouse, which making matters even more serious, ended in a

12   federal conviction and a substantial prison term for Robert

13   Giallanzo, that went against every principle the defendant

14   lived by as a made member of the Bonanno Family.

15         The defendant's son Jerry Asaro was infuriated by it

16   too.  And ultimately the defendant made clear to Gasper

17   Valenti his intent to move forward on killing Ferreri with

18   Valenti's help.

19         Gasper Valenti testified about the sequence of

20   events following the boat.

21         Bobby Giallanzo's boat and a false insurance claim

22   that he filed on that boat, and also Gasper Ferreri's mom,

23   Terry, subsequent contact with law enforcement.

24         And the general sequence of events is as follows:

25         Bobbie Giallanzo moved his boat to Gasper Ferreri's,

Summation - Cooley                    3581

1    the victim's house, in Long Island.

2          Then Bobbie Giallanzo made a false complaint of a

3    stolen boat, hoping to get insurance proceeds from that.

4          You heard from the actual police officer who took

5    that complaint from Bobby Giallanzo in 1981.  His name was

6    Robert Soda.

7          Then Gasper Ferreri's mother spoke to law

8    enforcement.

9          Following that contact with law enforcement, Bobby

10   Giallanzo was arrested in a federal fraud case based on his

11   conduct relating to that boat and the insurance fraud.

12         Then Gasper Ferreri, along with his mother, Mary

13   Theresa, testified at Bobby Giallanzo's trial as prosecution

14   witnesses and of course Bobby Giallanzo was a defendant in

15   that case.

16         After that, Bobbie Giallanzo was convicted of

17   federal mail fraud in late 1983, and he was sentenced the

18   following spring to three years in prison, $4,000 as a fine,

19   and restitution.

20         You have heard the paries' stipulation which is in

21   evidence as Government Exhibit 800 about the details of who

22   testified at that trial, including Gasper Ferreri, Junior and

23   his mother on October 31, 1983 and the outcome of the trial,

24   which I just summarized for you.

25         And what other evidence proves the defendant's guilt

GR        OCR        CM        CRR        CSR

Summation - Cooley                    3582

1    of racketeering act five?

2           Gasper Valenti's testimony, he was asked, how did

3    you know that Gary Ferreri, Junior testified at the trial,

4    meaning the trial of Bobby Giallanzo.

5           Answer:  Vinny told me.

6           Question:  What was his demeanor when he told you?

7           Not pleasant, very unpleasant, that he testified as

8    a stool pigeon, as a rat.

9           What was your understanding about why he was upset?

10          Because you don't do things like that.

11          Like what?

12          Talk to law enforcement agencies, and he should have

13   known better.

14          Jerry wanted to kill him.  Vinny said take it easy.

15   You know, you're getting ahead of yourself.  He's a rat.  He's

16   a stool pigeon.  He's your cousin.  Let's see what's going to

17   happen with this.

18          After that, did you and Vinny see Gary Ferreri,

19   Junior?

20          Yes.

21          When you saw him, did you say hi to him?

22          No.

23          Why not?

24          Because I was with Vinny.  Vinny didn't speak to him

25   so I didn't speak to him.

1          Shortly after that, Gasper Ferreri, Junior left.

2          Question:   Before Gary left, what happened?

3          Answer:   It was brought up again, about killing him.

4          Who brought it up?

5          Jerry brought it up.

6          What did Vinny say?

7          He said we'll do something.   Just relax.   Take it

8   easy.   Just relax.   Stop pumping it up.

9          After that, what did the defendant say to you?

10         He said, you know, we're going to have to do

11   something.   And I went to my cousin and I told him, my cousin,

12   Gasper, you know, have your son get out, leave.   Meaning

13   Valenti went to talk to Gasper Ferreri, Junior's father,

14   Gasper Ferreri, Senior.   He said, something's going to be done

15   and if it happens, it's going to come through me.   Meaning

16   Valenti.   So I would forewarn you, because I could never do

17   that to a -- I could never ill anyone and especially my

18   cousin.

19         What about the last time that you discussed it with

20   the defendant was different?

21         I felt he really wanted to.

22         Is that why you warned your cousin Gasper Ferreri,

23   Senior?

24         Yes.

25         What did you tell him?

1          Have him get out of town.  Go someplace.  Just stay

2   out of sight.  Out of sight, out of mind.

3          I'm showing you now Government Exhibit 476, which is

4   in evidence.  It's a record that shows the arrest of Bobby

5   Giallanzo in 1977, which is a few years before the charged

6   murder solicitation.  But as this record shows, the defendant

7   and his nephew and associate Bobby Giallanzo had a very close

8   relationship and a close criminal relationship.  Giallanzo had

9   been arrested at that time and it was the defendant who met

10  Giallanzo at the precinct and took custody of Giallanzo's

11  cash, $1,900 that was on his person at the time.

12         And you also heard about the defendant's heated

13  threats of violence to Peter Zucarro over the death of his and

14  Bobby Giallanzo's dog at their auto body shop.  That shows you

15  how the defendant saw Bobby Giallanzo's problems from the a

16  Mafia standpoint as his own and had no difficulty trying to

17  resolve them through the use or threat of force.

18         THE COURT:  Excuse me.  I think it would be a good

19  idea if we all just stood up and stretched.

20         (Pause.)

21         Okay.  Please be seated.

22         Those of you in the back, please sit down.

23         Go ahead.

24         MS. COOLEY:  Thank you.

25         The evidence has shown that the defendant shunned

Summation - Cooley                          3585

1  informants and proceeded to punish them with violence or have

2  others do so for him when he or his crew members are at risk

3  of getting arrested or pinched or worse, convicted.

4          Taking together, the evidence proves racketeering

5  act five beyond a reasonable doubt, the defendant

6  intentionally solicited the murder of Gasper Ferreri, Junior.

7          Racketeering act six charges the attempted robbery

8  of an armored car.  Specifically, of an armored car driver,

9  sometime between January 1984 and December 1986.

10          Gasper Valenti testified about this incident which

11  was a failed robbery attempt that actually made it difficult

12  for him to be in good stead with the defendant because there

13  was another attempted robbery that didn't work out around the

14  same time involving a payroll, the hope of getting, robbing

15  payroll from someone.  It turned out they only had papers in

16  the bag that they robbed.

17          So in this specific robbery, Gasper Valenti

18  testified about when it happened and who it was with.  This

19  was the first of the robbery attempts that didn't work out

20  with Jerry Asaro.

21          Valenti was asked, what was the first robbery.

22          Answer:  I think the first one was the Halloween

23  robbery.

24          Why do you refer to it as the Halloween robbery?

25          It happened on Halloween and we could wear Halloween

Summation - Cooley                    3586

1    masks to disguise ourselves.

2              When did you first learn about that robbery?

3              Jerry came to me with it.

4              What did you do?

5              I told him, did you speak to your father about it.

6    And he says, yes.  He already had spoken to Vinny about it.

7              Who else was going to be involved in that robbery?

8              Frankie Lap and Jimmy.

9              Who was Frankie Lap?

10             He was an associate of the Gambinos.

11             Did you testify earlier about Frankie Lap having a

12   hunting lodge with Jerry Asaro?

13             Yes.

14             Who was the other person who was going to be

15   involved?

16             And the other person was an associate of Frankie Lap

17   named Jimmy.

18             You heard Gasper Valenti testify that all of them

19   decided to attempt to rob an armored car on Halloween and they

20   did that so that they could more easily disguise themselves

21   with masks.  And Jerry and Frankie Lap had a very close

22   relationship and had committed crimes together in the past.

23             So they approached this car and they were armed and

24   they got to the side door and the door was locked.  So the

25   attempt, the attempted robbery failed.

1              You heard Gasper Valenti talk about how angry the

2    defendant was when he got back to tell him about what had

3    happened.

4              (Continued on next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Continuing)

2         MS. COOLEY:   And this just added to the difficulties

3    that Gasper Valenti was feeling in their relationship around

4    that time in the mid 1980's.

5         So what are the other forms of proof of this

6    criminal association that led to that attempted, but failed,

7    robbery?

8         Where there was, by the way, an armored car driver

9    in the car when they approached, but the door was locked, so

10   they couldn't get in.   You know that there was a close

11   criminal connection between these players because of the other

12   evidence in the case about Frank Lapetina and his very close

13   relationship and criminal relationship, for that matter, with

14   Jerry Asaro.   You heard evidence in the form of a stipulation,

15   Government Exhibit 802, about how Jerry Asaro, who was on

16   federal probation or supervised release at that time, got

17   violated, had his supervised release violated because he had

18   invited people who had organized crime affiliation to his

19   daughter's wedding and the U.S. Probation Department found out

20   about that.   And that's prohibited when you have a list on

21   supervised release preventing you from meeting with those

22   types of contacts.

23        And so, Frank Lapetina was one of those people who

24   had come to the wedding and had led to this problem for Jerry.

25   The other person was Robert Cotrone, Bam, who you'll hear a

1   little bit more about in a minute.   He was an associate who

2   was around Vinny, but then was, basically, purchased by Jerry

3   Asaro and then was around him.   And he is the one who has that

4   auto body business on Liberty Avenue, close to the site of the

5   Paul Katz burial house.   Frank Lapetina's phone number is

6   contained in Jerry Asaro's phone that was seized when he was

7   arrested, that's also in evidence in this case.   And that

8   arrest was in January of 2014.   And this whole incident also

9   comes up on a recording of the defendant, which I'll play for

10  you now.   This is Government Exhibit 222a.

11              (Audio recording played.)

12              This shows that the defendant who had authorized and

13  encouraged this attempted robbery involving Frank Lapetina and

14  involving Jerry Asaro and their associate Jimmy, also had a

15  relationship with Frank Lapetina and trusted him as a criminal

16  associate, and he's telling Gasper Valenti in this

17  conversation about how he's a little bit frustrated with his

18  son, Jerry Asaro.   He's not answering his phone now.   He's

19  already been put in a difficult situation where he's probably

20  going to get violated because he had him at his daughter's

21  wedding.

22              And you also have in evidence an arrest report that

23  shows that Jerry Asaro was arrested with Frank Lapetina as an

24  associate in the early 1980's; and that the defendant, again,

25  was at the precinct to meet with his son who had been arrested

1    with Frank Lapetina on that occasion.  And so all of this

2    evidence shows the connection between these criminal

3    associates and provides further support to Gasper Valenti's

4    testimony that they had decided to do a robbery attempt

5    together and that the defendant was in on that, and he sought

6    to profit from that, even though this one didn't work out.

7             As I expect the judge will instruct you, the issue

8    is not whether the defendant was present for this attempted

9    robbery or for any of the other charged crimes.  His approval

10   of these crimes and for the ones that were completed, his

11   profiting from them, made him just as guilty as those who were

12   there in person approaching the victim at gunpoint.  And this

13   is also a fact of life in organized crime, members of the

14   mafia often protect themselves from getting caught on the

15   scene of a crime by sending out their associates to do the

16   dirty work.  And when the scores succeeded, the made members

17   got a share of the proceeds.

18            Sal Vitale explained this when he told you about the

19   crimes that he committed when he was an associate reporting to

20   made member Joe Massino of the Bonanno family the 1970's

21   committing crimes with Massino that ranged from highjacking to

22   shylocking to murder.  And as Vitale testified, he was asked:

23            Did Joe Massino carry out those crimes himself?

24            Answer:  No.

25            Question:  What was his role?

1          He was my guy.  He's the guy I answer to.  He

2     doesn't have to be physically involved to get a piece.

3          Based on this evidence, we have proven Racketeering

4     Act Six, attempted robbery from an armored car driver beyond a

5     reasonable doubt.

6          Racketeering Act Seven charges the robbery and

7     conspiracy to rob an employee of Federal Express, and the

8     object of that robbery was gold salts, and the robbery

9     occurred in February of 1984.  If you find either of these

10    charges, either robbery or robbery conspiracy, proven then

11    that is sufficient to convict the defendant of Racketeering

12    Act Seven.  And we've proven this racketeering act beyond a

13    reasonable doubt as well.  Gasper Valenti told you about the

14    story of this score.  He said that he had been away, he had

15    been on bad terms with the defendant.  He came back to

16    New York and he had owed some people some money and the

17    defendant was angry with him about that.  But then Jimmy

18    Santos, who was their associate, also known as Vincent Santa,

19    who is featured on the right of this photograph decided to

20    involve Gasper Valenti in this score and give him this

21    opportunity to, basically, put himself back in the good graces

22    of the defendant.

23          (Exhibit published.)

24          After Jimmy Santos had approached Gasper Valenti

25    about doing this robbery, which he had an in for, there was a

1    meeting with the defendant, where Gasper saw the defendant and

2    he greeted him with a warm welcome as Gasper Valenti

3    testified.   He said:   Did Jimmy, meaning Jimmy Santos, tell

4    you?

5               Valenti said:   Yeah.

6               I says, everything is okay?

7               He says, yes.

8               He says, do you want to do this score?   He says, but

9    I'm telling you now, everyone that you owe money to will be

10   paid.

11              I says, okay.

12              And Gasper Valenti was asked:   Was Jerry Asaro also

13   there for this?

14              Yes.

15              What interaction did you have with him?

16              There was no real reaction.   He was very cold

17   towards me and Vinny says:   Is that the way you greet your

18   cousin?   And he says, uh, you know, he gave me a hug, but that

19   was it.

20              And then Gasper Valenti was asked what happened next

21   with regard to this score.

22              Jimmy Santos explained to him what it was all about

23   and that Danny Rizzo, you've heard a lot before, was supposed

24   to do this score, but he had gone four or five times to do it

25   and they couldn't do it.   He and his people could not go

1    through with it for whatever reason, so now Jimmy Santos was

2    going to bring this to a new person to do it with and that

3    person was Gasper Valenti and the defendant.  Valenti was

4    asked on the stand:

5         Who was present when you discussed the score with

6    Jimmy Santos?

7              Answer:  Vinny.

8              When Jimmy Santos said that Danny Rizzo was supposed

9    to do the score and didn't, who was Danny Rizzo?

10             And Valenti told you, he was a member of organized

11   crime, the Luccheses.

12             What did Jimmy say you were going to be robbing?

13             Gold salts.

14             What did he say about what that was?

15             And Valenti said:  It's like a detergent, it looks

16   like, and they use cyanide to cure it.  They come, they come

17   in a can, one ounce cans, and they add cyanide in the curing

18   of it and it turns into one piece of -- one ounce of gold.

19             Question:  What was your understanding of what you

20   were going to do with the gold salt once you had it?

21             Jimmy had somebody in the city, an assay, they're

22   called assays, these people that cure all this.

23             Who else was supposed to participate in the score?

24             Jerry was supposed to go, but later on Jimmy came --

25   meaning Jimmy Santos -- and said that Jerry Asaro couldn't go

Summation - Cooley                    3594

1    because Funzi was in trouble.  Funzi is also on this board,

2    Alphonse Tarricone.  Funzi was a made member of the Colombo

3    crime family also.  And Valenti said that they came back, they

4    decided that the people who would be going in on this score

5    were going to be Gasper Valenti, Dominic Caltaldo, Jimmy

6    Santos, Funzi, and Dominic Caltaldo's associate, a guy named

7    Bobby Joyce, who is also pictured at the bottom in this photo.

8           Valenti was asked who was actually going to carry

9    out the robbery, and he said it was going to be Bobby Joyce

10   and himself.  So Bobby Joyce and Gasper Valenti, they were in

11   one car.  They were armed.  And the others in the other car

12   that was also going to participate in the robbery, but not

13   actually commit the armed robbery, itself, but be there as

14   backup, as a crash car, the people in that car were going to

15   be Jimmy Santos, Funzi and Dominic Cataldo.

16          Gasper Valenti had a .38 when he went on this score

17   and he was asked:  Where did you get the gun?

18          He said:  Vinny had given me the gun a long while

19   back.

20          Gasper Valenti told you that this score was in

21   Freeport, in Long Island, and he showed you the location where

22   they, ultimately, highjacked the truck.  And this was a truck

23   that they had trailed.  A Fed Ex truck that they knew to pick

24   up shipments of gold salts and they would follow it and try to

25   see if there was an easy way to stop it and where they could

SAM        OCR        RMR        CRR        RPR

Summation - Cooley                    3595

1    highjack it.  And there was, at least, one failed attempt
2    where they followed the car and they couldn't find a place to
3    stop.  And they went back and Dominic Caltaldo especially was
4    really unhappy about that and got angry at Bobby Joyce because
5    he felt like there was a place they could have done it and he
6    started yelling and screaming at Bobby Joyce over that,
7    saying:  Why didn't you do that while you were all there at
8    the stop sign?  You could have done it.
9                 (Exhibit published.)
10                Ultimately, they did go on the score and they
11   followed that same procedure.  Bobby Joyce and Gasper Valenti,
12   as Valenti told you, were in one car and armed.  And they
13   approached the Fed Ex driver as he was walking back to his
14   truck in this location in Freeport, Long Island.  His truck,
15   his Fed Ex truck was parked along that sidewalk in the middle
16   of the screen toward the right side of the street and that's
17   where Gasper Valenti and Bobby Joyce approached the driver
18   and, basically, forced him into the truck and then drove him
19   to another location where they then unloaded the shipments in
20   the back of the truck that contained these valuable gold salts
21   that Gasper Valenti testified about, that he knew would be
22   valuable.
23                (Exhibit published.)
24                They managed to drive to a different location in
25   Long Island.  That's where they unloaded the packages, and

Summation - Cooley                        3596

1    along the way Gasper Valenti got the name and address of the

2    victim, of the driver.  Basically, as a tactic to make him not

3    want to go to the police because they knew his name and where

4    he lived.  And his name was Joe, and he lived in Queens.

5           Eventually, they dropped the Fed Ex truck off at

6    Rockaway Avenue in Valley Stream, which is a separate town.

7    And before they left, they restrained him.  They restrained

8    the driver so he couldn't leave the truck, but earlier along

9    in the ride they had him down in the front seat area, kind of

10   below where they were sitting in the front seat.

11          So Valenti was asked about the process for turning

12   the gold salts into gold, and he talked about that it can be

13   done and that cyanide and poison and chemicals are involved in

14   this substance.  And he talked about how Jimmy Santos had a

15   connection in the city to, basically, turn this material into

16   something valuable, turn it into gold.  He even showed Gasper

17   Valenti a sample of what it turned into at the club by the

18   bank.  And the defendant was there for that.

19          Following that meeting, after they had gotten the

20   substance and Jimmy Santos had taken it to Manhattan to make

21   it into something that they could actually use and that would

22   be valuable to them, following that meeting they had

23   additional meetings where they talked about getting the money

24   from the gold; about two or three, at most, Valenti testified.

25   And he was asked:

SAM        OCR        RMR        CRR        RPR

1           How much did you get from that robbery?

2           He said he thought about a hundred, about $197,000.

3    But he also testified that he believed the amount, the value

4    of what they stole was a little over a million dollars.

5           Valenti also testified that he provided or kicked up

6    money from that score within the Bonanno family.  He gave the

7    defendant money, and then the defendant asked for another

8    $5,000 above and beyond what Gasper Valenti had already given

9    him.  And the defendant said:  We got to give this guy 10,000.

10   And when he said "this guy," he indicated by touching his ear.

11   And Gasper Valenti testified that his understanding of what

12   that meant was that that guy was Joe Massino, who was above

13   him in organized crime within the Bonanno family at that time.

14          And so the other evidence you've heard about this

15   racketeering act confirmed what Gasper Valenti testified

16   about.  You heard from a detective who was one of the

17   detectives assigned the case the night when the Federal

18   Express driver, his truck was highjacked and that he was left

19   restrained in the Fed Ex truck after the robbers left.  You

20   heard how they were looking for two suspects for this armed

21   robbery, and, indeed, Bobby Joyce and Gasper Valenti were the

22   two who had approached him and actually highjacked the truck,

23   while the other three participants were in a separate car.

24   And you heard about from a representative of Dow Chemical,

25   Michael Tobin, he told you about what was stolen from the

1    company where he worked at, LeaRonal, during this incident,

2    during this incident on February 27th, 1984.  And you saw the

3    bills of lading from LeaRonal that showed what these shipments

4    were and how they were going to be sent to all these different

5    states in the United States if they had actually made it to

6    their destinations.  And he talked to you about the value of

7    what that would have been worth back in February of 1984.  And

8    his calculation was just shy of a million dollars based on a

9    price index that he used that was a reliable source.  And

10   Michael Tobin also talked to you about the substance.  You saw

11   photographs of the truck that was recovered in the bottom

12   right that were taken by the crime scene unit for the Nassau

13   County Police Department.

14              (Exhibit published.)

15              You saw photographs of what Michael Tobin identified

16   as gold salts packaging that had the poison marker on the

17   side.  And Michael Tobin, like I said, testified that the

18   approximate value of what was stolen from LeaRonal on

19   February 27, 1984 from a Fed Ex truck was $918,822,

20   approximately.  And that photo of the packaging was Government

21   Exhibit 141a.

22              You also heard cooperating witness testimony about

23   some of the participants in this score.  You heard a little

24   bit about Dominic Caltaldo from Anthony Ruggiano.  He was

25   asked who, if anyone, from the Colombo organized crime family

1    did you see the defendant spend time with, meaning Vinny

2    Asaro?  And he answered Dominic Cataldo.

3              What, if any, position did Dominic Caltaldo hold in

4    the Colombo family?

5              He was a soldier.  He was a made member of the

6    family.

7              And Anthony Ruggiano was also asked about other

8    crime families, specifically about someone named Alphonse

9    Tarricone or Funzi.  He was asked what, if any, affiliation

10   with organized crime did Funzi have?

11             He was a soldier.

12             In what family?

13             I think he was in the Genovese family.

14             Did you ever see the defendant spend time with him?

15             Yeah.

16             You also saw additional crime scene photos of the

17   Fed Ex truck that was recovered after this robbery, and they

18   also corroborate what Valenti told you.

19             (Exhibit published.)

20             First of all, there were handcuffs recovered from

21   the seat that you can see in this photograph on the front

22   passenger side.  And that's consistent with what Valenti

23   testified about when he said that they restrained the driver

24   at the very end before they left him there in Valley Stream.

25   Detective Kopke also testified that's where the truck was

1    recovered by police in that location, in Valley Stream.   And

2    you also saw from this photo that there was space between the

3    two front seats which could have fit the driver when he was

4    crouching down the way Valenti testified he was when they

5    first abducted him.   And there was also a cage separating the

6    front seat area from the back, and Valenti testified about how

7    he was restrained when they left him and that's consistent

8    with his testimony on that subject.

9           There are also recordings that corroborate what

10   Valenti told you about this incident where the defendant

11   actually makes statements and Danny Rizzo makes statements

12   about the Fed Ex score, about the gold score from the '80s.

13   And what's interesting about these is that it comes out that

14   Danny Rizzo was aware of this incident, but he didn't

15   participate in it, which is exactly consistent with what

16   Valenti said to you about how Jimmy Santos first wanted to

17   take this score to Danny Rizzo and that he and his guys just

18   didn't make it happen.   So he ended up taking it to Gasper

19   Valenti and Vinny Asaro.

20          So we can now play Government Exhibit 217f.

21          (Audio recording played.)

22          MS. COOLEY:   So this recording is a conversation

23   between the defendant and Gasper Valenti where Gasper Valenti

24   talks about the possibility of him going back to that place

25   where they got this score.   Basically, trying to rob that same

1    company of gold salts.  And they talk about it on this last

2    slide, what an ounce of gold might be worth today.  In '84 at

3    the time of the robbery it was worse just shy of $400, and now

4    they're saying could be as high as 1600 an ounce, so it could

5    be an even bigger score today.  And they talk about in the

6    beginning Gasper Valenti says that it's located in Freeport

7    where he did this score and that he wants to go back to there

8    to see if they can do it again, and the defendant is

9    considering it and he says:

10          I don't remember where it is, I never went there.

11   You went there.

12          In other words, the defendant, like some of these

13   other crimes, didn't have to be the one going on the score, he

14   sent Gasper Valenti for that purpose, but he was fully

15   involved and aware and approved of it, especially because this

16   is how he made money.  He had Gasper Valenti go commit scores

17   and then he got the proceeds.  He did that here and he did

18   that in several other crimes that you've heard testimony

19   about.  And so he is confirming that he knows of the incident,

20   he is not denying that this happened, and that he knew about

21   it and was involved, but he's saying that he didn't physically

22   go to the location, which is consistent with the testimony you

23   heard from Gasper Valenti.  And he's confirming that Gasper

24   Valenti is the one who went in person to that location in

25   Freeport.

Summation - Cooley                    3602

1          So we can now play the next recording which is

2    Government Exhibit 221(c).

3          (Audio recording played.)

4          MS. COOLEY:  So here Gasper Valenti and Danny Rizzo

5    are talking about different guys in organized crime who they

6    both knew and who went to jail, and they talk about Skinny Dom

7    you heard testimony about being associated with the Gambino

8    family; and they talk about Little Dom, meaning Dominic

9    Caltaldo, associated with the Colombo family and Jimmy Burke

10   and Jimmy Santos.  And this is relevant because Jimmy Santos

11   and Little Dom participated in the Fed Ex score.  And Danny

12   Rizzo, as I said before, was originally the one contemplated

13   to do this score that Jimmy Santos was going to bring it to.

14   So they're just discussing these people that they know and

15   that were involved in criminal activity with them, and

16   specifically that have some tie to this Fed Ex score.

17         So we can now listen to the next recording, which is

18   Government Exhibit 227 a.

19         (Audio recording played.)

20         MS. COOLEY:  So here Gasper Valenti is asking the

21   defendant if he can ask Danny Rizzo about this score.  He has

22   to get the defendant's permission to even ask the question.

23   And Danny, as you know, is a made member of the Luccheses and

24   Vinny, the defendant, is a made member of the Bonanno family,

25   but Gasper Valenti is an associate so he has to go through the

1    defendant to even pursue a score like this.  And he's also

2    saying, he's confirming that this is the Fed Ex score that

3    we've been talking about and that Jimmy Santos ended up taking

4    it from Danny.

5         So at the end the defendant says:  Ask him.

6    Basically, ask Danny, see if you can get more information

7    about whether this could be a repeat, they could go back there

8    and get another score out of it.

9         So I'll now play the next recording which is

10   Government Exhibit 227a.

11        (Audio recording played.)

12        MS. COOLEY:  So in this conversation between Gasper

13   Valenti and Danny Rizzo and the defendant at the end who

14   joins, basically, Gasper and Danny get on the same page about

15   which score they're talking about.  There was another one

16   Danny was thinking of in the beginning, then he realizes it's

17   the one that he didn't go on, but he knows of it still and he

18   understands what Gasper Valenti is talking about when he

19   mentions the gold score involving Fed Ex.

20        And then at the end he suggests that he has a

21   contact who could find out where that was because they don't

22   remember the exact location of where they did it.  And so he

23   is going to follow up with that person and get back to Gasper

24   Valenti.  And at the end the defendant comes into the

25   conversation and asks:  Does he remember?  Gasper says:  He

Summation - Cooley                                    3604

1    could find out.  Rizzo says:  I could find out.  And the

2    defendant asks him:  Yes, please, go ahead and find out

3    because he wants to pursue this if he can figure it out.

4              So we are going to play Government Exhibit 229a.

5              (Audio recording played.)

6              MS. COOLEY:  So this recording was from another date

7    in 2011, and Daniel Rizzo is still following up to figure out

8    if he can get that location to give back to the defendant and

9    Gasper Valenti for them to maybe pursue another score.

10             THE COURT:  We'll do a break.

11             MS. COOLEY:  Thank you, Your Honor.

12             (Jury exits.)

13             THE COURT:  How much longer do you think you'll be?

14             MS. COOLEY:  Your Honor, I feel like I may estimate

15   it wrongly, but I am hoping no more than an hour, and

16   hopefully less than that.

17             THE COURT:  Well, would you try to pair it down in

18   the break?

19             MS. COOLEY:  Yes, Your Honor.

20             (Recess taken.)

21             (In open court - jury not present.)

22             THE COURT:  I understand they're coming.

23             MS. ARGENTIERI:  Judge, can we approach?

24             THE COURT:  Yes.

25             (Sidebar held.)

SAM        OCR        RMR        CRR        RPR

Sidebar                                                      3605

1           MS. MACEDONIO:  We're worried about timing issues.

2           THE COURT:  I am worried about timing, too.  I mean

3      this is really --

4           MR. MADIGAN:  I mean, I'm certainly not trying to

5      rush you along, but I also don't want to be in a position

6      where I am getting rushed along starting with a jury that's

7      been sitting, if I start at 4:30, you know, I don't -- I don't

8      know if they want to stay late.  I don't know how exhausted

9      they are already.  It just seems like we have a whole host of

10     issues that are brewing.

11          MS. ARGENTIERI:  What I was hoping was if we could

12     get through the rest of ours in the next 45 minutes to an

13     hour, to the extent that we needed -- I mean I think everybody

14     wants us to be done today.

15          THE COURT:  I thought, at least, the summations

16     could get done today.  I must admit I'm really surprised that

17     we couldn't do it.

18          MS. ARGENTIERI:  You know, we had those technical

19     difficulties this morning and that's our fault.

20          THE COURT:  That was only a half hour.

21          MS. ARGENTIERI:  I know, but --

22          (Jury enters.)

23          (In open court - jury present.)

24          THE COURT:  Please be seated.

25          (Sidebar resumed.)

SAM        OCR        RMR        CRR        RPR

Sidebar                                    3606

1          THE COURT:  I am not going to force you to go when

2    there is not enough time and the jurors are exhausted, okay?

3          MS. MACEDONIO:  Oh, okay.

4          MS. ARGENTIERI:  Okay.

5          MR. MADIGAN:  Thank you.

6          (Sidebar concluded.)

7          (Continued on the following page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              (In open court.)

2              MS. COOLEY:   May I?

3              THE COURT:   Please.

4              MS. COOLEY:   We were talking about crimes where the

5    defendant doesn't go on the actual crime and is not present at

6    the scene of the crime.   There are ways that the defendant can

7    still be guilty of a crime in those circumstances, and I

8    wanted to clarify that quickly.

9              The defendant can agree that the crime is committed.

10   He can join the conspiracy or an agreement that has an

11   unlawful objective, and that's one way that he can be guilty

12   in those circumstances, and many of the crimes that we have

13   charged are conspiracies.   He also can aid and abet the

14   commission of a crime.   He can encourage it.   He can help it

15   happen, help make it possible for it to happen.   And he can

16   also receive profits on the back end, and be a part of it in

17   that sense.   So, these are different ways that someone can be

18   culpable, and those are all embraced by many of the charges

19   that I have talk about today.   I just wanted to clarify that.

20             Now, moving on, we just finished the proof of

21   Racketeering Act Seven, which was the robbery of the Federal

22   Express driver.   We've proven that crime and the conspiracy to

23   commit that crime beyond a reasonable doubt.   So, I will now

24   turn to Racketeering Act Eight.

25             Racketeering Act Eight charges the extortion of John

1   Zaffarano.  He testified at this trial, and it relates to

2   proceeds of his pornography business, the properties

3   specifically in midtown Manhattan that you heard testimony

4   about.  We proved this Racketeering Act beyond a reasonable

5   doubt, as well.

6           Now, I want to take a minute to go briefly over some

7   of the elements of these charges.  These charges specifically

8   are extortion and extortion conspiracy.  Again, the judge will

9   go over the law later as it applies to this.

10          But just so you are aware, the federal extortion

11  charge has the following elements:  The defendant obtained

12  property of another, that the property was obtained with the

13  victim's consent, but that consent was compelled by the

14  wrongful use or threat of force, violence or fear, and that as

15  a result of the defendant's actions, interstate or foreign

16  commerce or an item moving in interstate or foreign commerce

17  was delayed, obstructed or affected in any way or degree.

18          You're going to get more instructions on what these

19  elements mean.  But when you talk about a threat of force,

20  violence or fear, that simply means a threat involving -- one

21  that's aimed at causing economic or physical injury, and it

22  may also be made by implication.  "By implication" means one

23  that is not directly stated, but is understood from the

24  surrounding facts and circumstances.

25          The extortion of John Zaffarano that's charged in

1    Racketeering Act Eight we proved through the testimony of John

2    Zaffarano and various public records.

3              As we already went over in connection with

4    Racketeering Act One, the testimony of these witnesses

5    established that shortly after John Zaffarano's father's

6    death, John Zaffarano began paying the defendant regularly on

7    that loan that the defendant said had not been paid back, and

8    even after that, John Zaffarano took out additional loans or

9    an additional loan from the defendant that he paid interest on

10   relating to his business.

11             The fact that John Zaffarano was willing to pay this

12   loan that didn't seem to be legitimate is another piece of

13   evidence you should take into consideration about what

14   happened later on, what his state of mind was, and basically

15   whether he was intimidated by the defendant into doing things

16   that maybe a person wouldn't otherwise do.

17             After Mickey Zaffarano died, John Zaffarano, his

18   son, took over his father's adult entertainment businesses in

19   New York City.  He took over ownership of three properties in

20   Manhattan between 48th and 49th Streets on Broadway.  As part

21   of these, businesses he purchased videotapes from a

22   distributor in California called VCX, and in 1986, he decided

23   to sell the property, because he got a really good offer.  The

24   price was about 18.5 million

25             So, this is testimony of Gasper Valenti relating to

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

1    that loan that John Zaffarano paid after the defendant said it

2    was still outstanding, the loan that the father owed, which

3    was not true, and John Zaffarano testified that he did assume

4    that debt, and then these records that are in evidence as

5    Government's Exhibit 417 show the sale of the property that

6    John Zaffarano was then controlling for over $18.4 million in

7    1986.

8            And John Zaffarano testified:

9            "QUESTION:   What did he tell you that you had to

10   do?," meaning the defendant.   And this relates to after the

11   sale of the property.   There was a dispute about tenants in

12   the property not being happy with the way it was negotiated.

13   One of those tenants was Matty the Horse Ianniello, who was in

14   organized crime, a powerful organized crime member.   And the

15   defendant basically got involved in negotiating whatever

16   resolution there would be with Matty the Horse.   So, John

17   Zaffarano is talking about that.

18           John Zaffarano says:   "Well, he said that, you know,

19   he suggested that we pay them, that I pay him, because it's

20   not something that you mess around with.

21           "And he was referring to Matty Ianniello?

22           "Yes.

23           "What was Matty Ianniello asking for?

24           "He was looking for a million, and we got him down

25   to 750."

1        John Zaffarano ended up paying the defendant after

2   this $300,000 to $400,000 from the sale of this property, and

3   the purpose was so that he could basically get away from the

4   defendant and move to Florida.  In other words, he would be

5   giving the defendant a nice chunk instead of $10,000, and the

6   idea was to be left alone, essentially.  And you saw that

7   Mr. Zaffarano seemed a little uncomfortable testifying at

8   trial and acknowledging the circumstances of these payments.

9   But you should take into account the amount of money that was

10  involved here and how much he was paying the defendant, A, and

11  ask yourselves, is it reasonable to think that someone, just

12  because they are a good cousin, would be shelling over

13  hundreds of thousands of dollars on multiple occasions out of

14  the goodness of their own heart?

15       Zaffarano did end up moving to Florida, but he still

16  had contact with the defendant and Gasper Valenti after that,

17  because they went down there to see him.  He had businesses

18  down there, and eventually the defendant and Gasper Valenti

19  came knocking in Florida and asked for money, the defendant

20  asked for money, and John Zaffarano paid him $250,000.  And

21  following that, Valenti testified that he personally went to

22  Florida to see Zaffarano, and that although Zaffarano said he

23  couldn't give a full million dollars, which is what the

24  defendant had asked for in connection with the property that

25  was sold, he said he could give $500,000, which Valenti then

Summation - Cooley                     3612

1    took and brought back with him to New York.

2              Valenti gave that money to the defendant, and the

3    defendant then wanted more.   He demanded an additional

4    $500,000.   So, this is what Gasper Valenti testified to.   And

5    these are just the records that show John Zaffarano and family

6    members moving to Florida in 1986.   For John Zaffarano the

7    date he became a resident of Florida was in February 1986, and

8    this photo is Government's Exhibit 616-A, and this shows John

9    Zaffarano in front of the defendant's club at 74-50 101st

10   Avenue on May 13, 1986.   This is after he had already moved to

11   Florida.   He's now back in New York going to see the defendant

12   at the defendant's social club on 101st Avenue.

13             And you remember the surveillance testimony from

14   this day that Special Agent H.J. Metts testified, that this

15   was the white male who was in the club just before Special

16   Agent Metts saw the defendant counting money in the club, and

17   there was testimony that John Zaffarano was paying the

18   defendant at that location.

19             So, ask yourselves, was he doing this, again, just

20   because he was a good cousin, coming all the way back up from

21   Florida and paying the defendant, or was it because he was

22   afraid of him and he wanted to do anything to get him off his

23   back, even if it meant shelling over hundreds of thousands of

24   dollars, possibly over a million.

25             And if you needed any more proof, there's a

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

1    recording of the defendant discussing John Zaffarano which

2    confirms the way he preyed on him and the nature of their

3    relationship.

4              (Tape plays.)

5              (Tape stops.)

6              MS. COOLEY:  So, I'm now going to play some

7    additional recordings that show the way the defendant got

8    money off of people in his life.  So, this is Government's

9    Exhibit 223-B.

10             (Tape plays.)

11             (Tape stops.)

12             MS. COOLEY:  I'm now going to fast-forward to the

13   next recording, which is Government's Exhibit 239-C.  And

14   again, these are just instances of the defendant talking to

15   Gasper Valenti about ways that he managed to get money off of

16   people, the last one in connection with a check casher, where

17   checks had gone bad and he went to collect money in relation

18   to those checks.

19             (Tape plays.)

20             (Tape stops.)

21             MS. COOLEY:  Government's Exhibit 239-C.

22             (Tape plays.)

23             (Tape stops.)

24             MS. COOLEY:  John Zaffarano also testified that

25   there were times when he couldn't pay the defendant, and the

Summation - Cooley                    3614

1  defendant would call him and follow up, and sometimes would be

2  upset.  He yelled and jumped up and down a little bit.  That's

3  at page 2395 of the transcript.

4

5          For all these reasons, we have proven Racketeering

6  Eight beyond a reasonable doubt.

7          I'll now turn to Racketeering Act Nine, which is the

8  extortion of Guy Gralto.  Racketeering Act Nine charges the

9  defendant for his role in the extortion under both New York

10  State and federal law of the proceeds of an auto body business

11  from Guy Gralto in approximately 1993 to 1995.  We've proven

12  there Racketeering Acts beyond a reasonable doubt, as well.

13          You heard directly from Guy Gralto, who was the

14  victim of this extortion.  He told you that he opened up an

15  auto body business called Conduit Auto Parts, and you have the

16  certificate of incorporation for Conduit Auto Parts in

17  evidence.  It showed it was incorporated in approximately

18  March of 1993.

19          After that business was opened, Mr. Gralto testified

20  that the defendant, who he knew from the neighborhood, who he

21  knew from growing up and was several years older than

22  Mr. Gralto, came to him with the expectation that he would

23  have gotten permission from the defendant to open up this

24  business, and they had a series of tense encounters with each

25  other.

1          Mr. Gralto testified that he started to understand

2     that the defendant wanted protection money from him.   He

3     understood that the defendant was a wiseguy, meaning he was

4     affiliated with organized crime, though he didn't know what

5     specific Family.   And he talked about how that neighborhood,

6     how Ozone Park, where Mr. Gralto had his chop shop and his

7     stolen auto parts business, how that was Mr. Asaro's

8     territory.   That was the defendant's neighborhood, and he had

9     control over that neighborhood.

10          And there were incidents where the defendant became

11    violent and threatening toward Mr. Gralto.   You heard about

12    when he drove his car into a fence that belonged to

13    Mr. Gralto and damaged it.   You heard about the time where, in

14    the vicinity of the defendant's social club around that time,

15    the Triangle shop, in the '90s, located on that Triangle area

16    in Ozone Park, you heard that the defendant actually slapped

17    Mr. Gralto and told him that basically if he didn't start

18    paying him regular payments of protection money, that his

19    mother, Mr. Gralto's mother, wasn't going to be able to

20    identify his body based on what the defendant would do to it

21          After that, there were periods of time where

22    Mr. Gralto did acquiesce and started paying regular payments

23    to the defendant.   He would pay him at his social club at the

24    Triangle shop.   He would pay him at his restaurant in Long

25    Island, the Great Impasta, which you heard about and saw

1    photographs of.

2            And we have surveillance evidence that we showed

3    you, showing Mr. Gralto, either on video or in photographs,

4    going to the Triangle shop and meeting for mere moments with

5    the defendant, and then coming back out in the evenings.  And

6    Mr. Gralto testified he never went to the defendant's

7    establishment to eat, to spend time with him.  He only went

8    there to pay him, and he didn't want to be paying him.  He was

9    expected to pay him these payments even when business was bad,

10   even when he was struggling financially.

11           He tried to get out from under a few times by paying

12   a lump sum to the defendant of $5,000.  Mr. Gralto testified

13   that that didn't work.  So, these are the types of evidence we

14   offered of this crime, and there are also recordings that you

15   heard.

16           There were wiretap calls.  Mr. Gralto's telephones

17   associated with his business and his residence at the time

18   were lawfully intercepted, and we played for you those calls

19   that show the defendant interacting with Mr. Gralto, and also

20   show him interacting with Vera Marino, who had a relationship

21   with Ronnie One Arm Trucchio, who was a member of the Gambino

22   Organized Crime Family, also operating in that area.

23           And you'll hear on the recordings how Vera went to

24   Ronnie for help occasionally, and the defendant became

25   territorial over Mr. Gralto and that business of his.  He

1    wanted that money.  He didn't want Mr. Gralto through Vera or

2    on his own going to the Gambinos, going to Ronnie Trucchio.

3    He wanted to kind of control that situation, make sure he was

4    getting the end of that business.

5              So, we'll now go to the first recording.

6              (Tape plays.)

7              (Tape stops.)

8              MS. COOLEY:  So, this is a recording from May 26 of

9    1994.  It's Government's Exhibit 300 between Vera Marino and

10   the defendant, and he's telling Ms. Marino, That guy basically

11   can't do certain things.  He can't avoid the defendant.  And

12   he says, at the end, You know if he wants to entertain them

13   down there, meaning the Gambinos, meaning Ronnie Trucchio and

14   entertain me, that ain't going to go.  Basically, he has to

15   pick a side.  He has to pick a Family.

16             We'll now turn to the next recording, which is

17   Government's Exhibit 300, as well.

18             (Tape plays.)

19             (Tape stops.)

20             MS. COOLEY:  So, there, they are discussing how Guy

21   Gralto got robbed and shot during a time when he was not

22   paying protection money to the defendant.  He was not around

23   the defendant in that way.  The defendant is basically

24   commenting on that and says that he should have just stood

25   with the defendant, stayed with him, and those kind of things

1    wouldn't happen to him.  So, we'll play the final clip from

2    this exhibit.

3              (Tape plays.)

4              (Tape stops.)

5              MS. COOLEY:  We'll now play the next recording,

6    which is Government's Exhibit 302.

7              (Tape plays.)

8              (Tape stops.)

9              MS. COOLEY:  So.  This is Guy Gralto speaking with

10   the defendant, setting up a time basically to go meet him and

11   pay him.  This is also a recording from 1994.  And also I will

12   mention that Mr. Gralto's auto body business involved, in

13   large part, foreign cars that they were dismantling and

14   selling the parts of.  That's relevant for the foreign

15   commerce part of the federal extortion charge.

16             (Tape plays.)

17             (Tape stops.)

18             MS. COOLEY:  We'll now move on to the next

19   recording, which is Government's Exhibit 306.

20             (Tape plays.)

21             (Tape stops.)

22             MS. COOLEY:  Finally, you saw surveillance evidence

23   and you heard a recording that show Guy Gralto's employee at

24   that auto body business, a guy named Anthony Cola, went to

25   drop off a payment for Mr. Gralto, and he was seen leaving the

Summation - Cooley                    3619

1    Great Impasta after doing that, meeting with Mr. Asaro there.

2              Based on all this evidence, I submit that we have

3    proven Racketeering Act Nine beyond a reasonable doubt.

4              We'll now turn to Racketeering Act Eleven.  We're

5    going a little bit out of order.  Racketeering Act Eleven

6    relates to the extortion or conspiracy to extort a business

7    associate of a girl named Tanya.

8              You heard about this crime from the testimony of

9    Gasper Valenti.  He told you that he went with a man he

10   identified as Vinny Risotto to collect money for a girl Tanya,

11   who he knew to be the defendant's daughter, and this was

12   approximately in 2005 to 2006.

13             The reason for collecting this money, as Valenti

14   testified, was that the person they were going to try to

15   collect from, a business associate from Tanya, was doing

16   alterations in brownstones, and the guy that she was working

17   with owed her, owed Tanya, $10,000 from certain projects and

18   did not want to pay up.

19             The defendant told Valenti all of this information,

20   and then Valenti agreed to go, at the defendant's direction,

21   to see that guy, that business associate, and collect the

22   money that Tanya was owed.

23             The defendant then called Ronnie Giallanzo, his

24   nephew, also a made member in the Bonanno Organized Crime

25   Family, to ask him if he could send someone to go on this

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

1    collection with Gasper Valenti, and Ronnie Giallanzo asked

2    him, Do you want a brain or brawn?  He chose Vinny Risotto,

3    who was a little bit of both.

4          Vinny Risotto and Gasper Valenti drove to the

5    location.  The defendant had given them the address to go to,

6    the apartment number to go to, and the name of the business

7    associate.  Though Gasper Valenti didn't remember the exact

8    name, he remembered it was a foreign name.

9          They went to that location.  They got out of the

10   car.  They knocked on the door.  And Mr. Valenti testified

11   that he called the name of the person, which he doesn't

12   remember now, and they attempted to show that they were there

13   to talk to him, and there was no sign of the person being

14   around or responding.  They then drove back and they told the

15   defendant about what happened.  They hadn't been successful in

16   collecting it.

17         Gasper Valenti then later went with the defendant to

18   see Tanya, and the defendant told Valenti after he met with

19   Tanya that that guy they had gone to see, whose door they had

20   knocked on, ended up seeing Tanya after that and giving her

21   the money, and she also gave the defendant $5,000.  And

22   Mr. Valenti also testified about how the defendant had

23   borrowed money from Tanya.  He had borrowed $10,000.

24         So, based on this evidence of the testimony of

25   Mr. Valenti, we submit that we have proven Racketeering Act

Summation - Cooley                    3621

1   Eleven with respect to that extortion of -- attempted

2   extortion, as well -- of the business associate of Tanya, the

3   defendant's daughter.

4           So, we'll now turn to Racketeering Act Ten, which is

5   an illegal gambling bookmaking charge -- I'm sorry.  Twelve.

6   And this was in the time frame of September 1, 2007 to

7   March 1, 2008.

8           (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MS. COOLEY:   (Continuing)

2          Just to briefly describe what the elements of this

3     crime are.   This bookmaking relates, first of all, to a half

4     sheet or a betting sheet that Gasper Valenti testified about

5     that he was on with the defendant and Jack Bonventre, who

6     you've already heard about earlier today, who was also a made

7     member of the Bonanno Family and was acting captain for Jerry

8     Asaro.

9          There are three elements to this illegal gambling

10    charge.

11         First, that the gambling business violated New York

12    State law in the sense that there was unlawful accepting of

13    bets from the public as a business, rather than in a casual or

14    personal setting.

15         There has to be a substantially continuous operation

16    for at least 30 days or gross revenue of $2,000 or more in any

17    one day.

18         And five or more persons, including the defendant,

19    conducted, financed, managed, supervised, directed or owned

20    the gambling business.

21         Of course you will hear more about this law from the

22    judge.

23         You heard testimony about this gambling operation

24    from Jose Estrella, the former court officer, who told you

25    that he was one of the bettors in this operation.   Valenti

1    told you that they had a bettor, Joe, meaning Jose Estrella,

2    and Joe previously bet with Mike Palmaccio, who is also a made

3    member of the Bonnano family who we saw in the recent

4    surveillances of the defendant including on that block where

5    Bams towing is located.

6          Joe had previously bet with Mike Palmaccio.  When

7    Palmaccio couldn't pay out Joe's winnings, Joe looked to

8    Vinny, to the defendant, for help.

9          The defendant ultimately told Joe that he could get

10   him someone to bet with, because Joe still wanted to bet even

11   though he had had a bad experience with his last situation.

12         Valenti testified he was asked who were the other

13   partners in your half sheet who would have received the money.

14         Answer:  The defendant and Jackie.

15         And you?

16         Yes.

17         And he was asked when Joe, meaning Jose Estrella got

18   there, what did Vinny say to him?

19         He says go and talk to Gary.

20         In other words, the defendant was putting Joe in

21   touch with Gary, to get him started in that illegal gambling.

22         You also heard from Jose Estrella about this.  He

23   testified, I was introduced to the defendant to help me get my

24   winnings.  Because he obviously hadn't gotten paid out his

25   winnings from the last situation with Mike Palmaccio.

1          He was asked:   During the course of your

2    conversations what was the defendant doing?

3          Answer:   He was basically running the meeting.

4          Estrella was asked, who introduced you to Gary?

5          The answer was, the defendant.

6          Question:   You did not negotiate with him

7    immediately at that time?

8          Answer:   No.

9          Meaning Gary Valenti, the two of them did not

10   negotiate immediately at that meeting because, as he

11   testified, Valenti had to get back to him.   In other words, he

12   had to go to the defendant and figure out what the answer was

13   and then get back to Joe because the defendant was calling the

14   shots in this operation.

15         And then Gasper Valenti was asked, for how long did

16   Joe bet with your gambling sheet?

17         The answer was, about seven weeks.

18         Jose Estrella was asked, how long did you engage in

19   sports betting through that online website?

20         The answer was, probably about a little under two

21   months.

22         Estrella testified when asked, were you able to

23   immediately negotiate that with Gary?

24         Meaning Valenti.

25         His answer was, I told him a certain amount I can

1    pay, and he said to slow down.  We're not there yet.  He's got

2    to even see -- if a payment plan is a viable option, that he

3    was going to get back to me.

4              He also said, I think I said to tell, to do whatever

5    he had to do, tell his people to do whatever he had to do.

6              And it is reasonable based on this evidence to infer

7    that his people was the defendant, the guy behind the guy who

8    was kind of running the show with this gambling operation.

9              And so we will now play a recording that Government

10   Exhibit 230 -- can't read that.  Sorry.  One second.

11             We are going to skip to the next slide and explain

12   how this offense has been proven beyond a reasonable doubt.

13             First, this was an international business operating

14   out of Costa Rica with thousands of dollars being transacted

15   over the Internet.

16             Second, Jose Estrella alone bet every week for seven

17   weeks, meaning for 49 days.

18             He alone bet more than $2,000 in a single day for

19   this operation.

20             And, finally, the five or more people involved in

21   running this gambling business were the defendant, Gasper

22   Valenti, Jack Bonventre, and more than one person answering

23   the telephones at that office in Costa Rica.

24             And this Exhibit 654-A is a surveillance photograph

25   of Gasper Valenti meeting with Estrella in connection with the

1    gambling business.

2                This is Government Exhibit 200-A.

3                (Plays; stops.)

4                This was a recording of Gasper Valenti speaking to

5    Jack Bonventre after the charged period of the gambling

6    business about his views on bettors and how they run to the

7    law and they refer specifically to Jose as one of their

8    bettors, who became a cop and they are concerned about people

9    running to the law and basically this backfiring on them,

10   their gambling business turning out to be a bigger problem for

11   them.

12               Based on all of this evidence, we have proven

13   racketeering act 12 beyond a reasonable doubt.

14               I will now turn to racketeering act ten.

15               I'm sorry.   This is the recording we meant to play

16   earlier.   This is Government Exhibit 248-F, still racketeering

17   act 12.

18               (Plays; stops.)

19               The evidence has shown for this act, racketeering

20   act 12, that the defendant sat down for Jose Estrella in his

21   meeting with Errol and Mike Palmaccio relating to the original

22   dispute.   The defendant was the own who introduced Jose

23   Estrella to Gasper Valenti originally and that the defendant

24   dictated the payment plan that Gasper Valenti ultimately

25   conveyed to Estrella, a plan that Gasper Valenti had no

1    authority to negotiate alone because he reported to the

2    defendant.  The defendant, again, called the shots and

3    dictated the terms.

4            So again, we have proven this act, racketeering act

5    12, beyond a reasonable doubt.

6            I will now turn to racketeering act ten, which is

7    another illegal gambling charge relating to an operation

8    between 1994 and 2002.

9            You heard about this operation from Sal Vitale when

10   he testified and from Gasper Valenti when he testified.  Sal

11   Vitale testified about this bookmaking business that was in

12   operation in that earlier period, between '94 and 2002.  He

13   told you about Sally Farrugia who was a captain in the Bonanno

14   Family, a bookmaker on Long Island.  He died, Sal Farrugia, in

15   the early 1990s which Vitale testified about.

16           And then Vitale said that after he died, he learned

17   about a sports business, an illegal gambling business that he

18   had had.  He heard about it through the defendant and the

19   defendant told him that after Sally Farrugia died the

20   defendant went to see him and he said there was an individual

21   around him called Stretch.  Stretch was the guy who ran

22   Farrugia's bookmaking business, which was a gigantic business

23   in Long Island.  The defendant didn't want it to fall along

24   the wayside.

25           Vitale explained that when a guy dies everything

1    reverts to his captain or to the family, and in this case to

2    Joe Massino who would decide where he wanted it to go.

3            So basically, in this conversation, Sal Vitale gave

4    the defendant permission to kind of take this gambling

5    business and run with it.  He told the defendant, you service

6    Stretch, basically you reap the rewards of this gambling

7    business.  Whatever money we make, I'll give you a piece of

8    it.  If we are whacking up money, I'll give you a piece of it.

9    Joe is my partner, meaning Joe Massino.

10           So Vinny Asaro brought this to Sal Vitale, as he

11   testified, and there was a bookmaker named Stretch that was

12   involved in running this business who had been around Sally

13   Farrugia before Farrugia died.

14           In terms of what servicing Stretch meant, Vitale

15   explained in his testimony that he would oversee it.  It meant

16   overseeing the business with Stretch.  If Stretch had any

17   problems with collecting money from bettors or if he had any

18   beefs with another family, the defendant would handle it.  So

19   he would both be handling any issues that came up for this

20   business and reaping the rewards.

21           Vitale testified about what bookmaking is which

22   relates to this charge and the prior one we just discussed.

23   Bookmaking, as he said,  are people who call a bookmaker and

24   bet, let's say the Jets against Minnesota or Giants over

25   Vikings and you are given a line and you place your bet.

1        So Sal Vitale and Joe Massino were partners in the

2   business and the defendant was also going to get a piece of

3   it.  And the defendant was the one who was responsible for

4   collecting the money on a weekly basis is from Stretch.  He

5   would bring the money directly to Sal Vitale, as Sal Vitale

6   testified.  And Sal Vitale decided how much of a piece, how

7   much money the defendant would get from the business.

8        Now, there was a period of time in the nineties

9   where the defendant went to jail and at that time you heard

10  testimony that Jerry Asaro, the defendant's son, was the one

11  who took over servicing Stretch.  Mr. Vitale didn't remember

12  how long Jerry Asaro had served in that capacity but he did it

13  for some period of time, also working and managing that

14  business for a period of time.

15        You also heard from Gasper Valenti who knew about

16  this bookmaking business.  He was aware of Sally Farrugia's

17  involvement in it as well.  And when Gasper Valenti came back

18  from a time period when he was in Vegas in 2005, he learned

19  that Stretch, the one running this business, was with the

20  defendant, was with Vinny Asaro.

21        So based on this testimony, we submit that we have

22  proven racketeering act ten, another illegal gambling charge,

23  beyond a reasonable doubt.

24        So we will now turn to racketeering act 13.  Sorry.

25  There is one recording that I will play very quickly for

1    racketeering act ten.  I will play it right now,

2    Exhibit 231-1.

3              ( Plays; stops.)

4              This is the defendant acknowledging who Sally

5    Farrugia was and certain details relating to this business.

6              Now I am going to move forward and discuss

7    racketeering act 13, which is the state law extortion of

8    Carmine Muscarella, who you heard testify.

9              This extortion related to the property at 698 Drew

10   Street in Brooklyn, which  was associated with Carmine's

11   stepfather and the godfather of Gasper Valenti, Thomas

12   Valenti, also known as Dearie.

13             And the property after Dearie died, or Thomas

14   Valenti died, then went to Carmine Muscarella.  He ultimately

15   decided to sell the property and there were conversations that

16   Gasper Valenti told you about between the defendant and Gasper

17   Valenti and Carmine relating to that property, and the

18   defendant wanted to get a piece of the proceeds of the sale of

19   that property.

20             The first conversation that Gasper Valenti had with

21   the defendant after he had started cooperating was a phone

22   call involving this extortion.  I am going to turn to that

23   conversation.

24             Which is Government Exhibit 201.

25             (Plays; stops.)

1          That first call was on October 18, 2010.   That was

2     after Mr. Valenti received word that the defendant wanted to

3     talk to him through another person.   The defendant is the one

4     that first brings up this issue of the sale of that property.

5     He initiates the conversation saying, what happened over there

6     with the house.   Down the hole by Dearie, which is that

7     property that Thomas Valenti used to own.

8          So their conversation gets cut off.   I will now play

9     the next phone call from that day, which is 202-A.

10          (Plays; stops.)

11          So here the defendant directs Gasper Valenti to call

12     and get in contact with Carmine Muscarella to see about

13     getting money from that house for the defendant.   He says, why

14     should he screw us, meaning Carmine.   Why should they not get

15     a piece of the proceeds of that house.   He wants to send

16     Gasper Valenti in to do the dirty work here and try and get

17     some of that money, now that there is some sign of the

18     property being sold and there has to be some money to be had.

19          He suggests trying to get a nickel or seventy-five,

20     meaning five thousand or 7,500.   I'm sorry.   2500 or 7500.

21          I will now move to the next recording, which is

22     202-A.

23          (Plays; stops.)

24          I will now turn to the next recording, which is

25     202-C.

GR          OCR          CM          CRR          CSR

1           (Plays; stops)

2           So again, he's suggesting what money Valenti should

3    try to get from Carmine Muscarella related to that house and

4    he doesn't -- he's insinuating that he is not going to

5    tolerate not getting anything.

6           I will now turn to the next recording, which is 203.

7           (Plays; stops. )

8           So they agree that Mr. Valenti is going to go see

9    Carmine Muscarella and try to get this money from him.

10          Turning to 204.

11          (Plays; stops.)

12          I will now play the next clip from 204.

13          (Plays; stops)

14          So this is the conversation in person between

15   Valenti and Carmine Muscarella.

16          (Plays; stops.)

17          So this excerpt of that recording, Government

18   Exhibit 204, shows how quickly Carmine Muscarella's attitude

19   changes when he gets on the phone with the defendant.  He

20   starts out being adamant, that he didn't promise any money

21   from this house to the defendant or to Gasper Valenti.  He's

22   really staying on that course and refusing to give it.  Then

23   he gets on the phone with the defendant and within seconds

24   he's saying, how are we going to resolve this, how are we

25   going to resolve this.

1          Then he asks if it's okay with the defendant if he

2     splits it in half.  The amount that I guess was suggested, if

3     he splits that in half.  So he's asking permission now to pay

4     a certain amount when before he got on the phone with the

5     defendant, he had no -- there was no sense that he was going

6     to be willing to pay any money.

7          Now showing you this part of Government Exhibit 204.

8          (Plays; stops.)

9          You can hear in Carmine Muscarella's voice the

10    intimidation he feels towards the defendant.  He's concerned,

11    we're good, we're good, when before he had no problem putting

12    Gasper Valenti in his place and telling him no.

13         Turn to the next recording, which is another portion

14    of 204.

15         (Plays; stops.)

16         Now I am going to play the next recording, which is

17    205.

18         (Plays; stops.)

19         So at this point the defendant and Gasper Valenti

20    talk about the plan to collect the money now from Carmine

21    Muscarella and even joke about going back again after that to

22    get more.

23         Playing now Government Exhibit 209-A.

24         (Plays; stops.)

25         So at this point Gasper Valenti has already met with

1    Carmine Muscarella.  That was on October 22, 2010.  Carmine

2    Muscarella gave him a check for $3,000 and Mr. Valenti cashed

3    that check with the FBI present.  He brought the cash to the

4    defendant and the defendant let's him keep 500 of that.  You

5    have seen the $500 which is also in evidence.

6              And the check, there is a photograph of that check

7    here.  It is Government Exhibit 651-E.  You can see it made

8    out to Gasper Valenti, and here 651-A is a surveillance

9    photograph showing Gasper Valenti meeting with Carmine

10   Muscarella on the day when he gets the check from him,

11   October 22, 2010, and this is a photo of the property that

12   green fence indicating that the property had been sold.

13             You also know that the defendant then went back to

14   get more money from Carmine Muscarella after this and that he

15   had Gasper Valenti broker that situation by calling Carmine

16   Muscarella and saying that Vinny wanted to meet with Carmine

17   and then Vinny did meet with Carmine and ended up getting more

18   money from him on a subsequent date.

19             (Plays; stops.)

20             Those recordings are also in evidence from that same

21   series.  The phone calls between the defendant and Gasper

22   Valenti and then where the defendant follows up and let's him

23   know that he's gotten additional money from Carmine

24   Muscarella.

25             Based on these recordings, based on the surveillance

GR        OCR        CM        CRR        CSR

1    evidence, based on the defendant's own words, he says on the

2    recording subsequently with Gasper Valenti when he's the one

3    who is going to go meet Carmine Muscarella, that -- and Gasper

4    Valenti is giving him information about what Mr. Muscarella

5    looked like, and he says something like, you could be dead

6    30 years and I'd recognize you for money.

7              And that encapsulates the defendant's approach to

8    getting money from whoever he can and the way he preys on

9    people, whether they are complete strangers, whether they are

10   family members, whether they are acquaintances, he finds a way

11   to get money.

12             Based on all this evidence, we submit that we have

13   proven to you racketeering act 13, the extortion of Carmine

14   Muscarella, beyond a reasonable doubt.

15             So we can now turn to racketeering act 14, which is

16   the extortionate collection of credit and extortionate

17   collection of credit conspiracy relating to Robert Cotrone or

18   Bam.

19             You know from the evidence presented at this trial

20   that Bam was an associate around Vincent Asaro, around the

21   defendant, until the defendant sold Bam to Jerry Asaro, his

22   son.  Gasper Valenti told you about that.  At page 1049 of the

23   transcript, he told you that Bam was previously around the

24   defendant.  He was sold for $25,000 to Jerry.

25             And Gasper Valenti explained to you what that means,

1    that basically if Bam was going to lend out money, if he was

2    going to put out loanshark money on the street, he had to put

3    that on record with the made member he was around in the

4    Bonanno Family.

5            You also heard recordings on which the defendant

6    stated that Bam was loansharking partners with Jerry, with his

7    son, Jerry Asaro.  That is on Government Exhibit 216.

8            The defendant was also talking about taking money

9    from Bam and hiding it from Jerry.  You know that the

10   defendant also had a previous beef with the guy, Frankie from

11   the car wash, who was partners with the guy Vinny Car Wash,

12   both of whom had connections to the Gambino crime family.

13           On Government Exhibit 221, which is the July 14,

14   2011 recording, the defendant talked about the $4,500 debt

15   that Frankie from the car wash owed him and after that you

16   heard recordings of the defendant talking to Mike Palmaccio,

17   who is a made member of the Bonanno Family, about how the

18   idiot from the car wash was going to get deported.

19           You know who that's a reference to based on Special

20   Agent Robert Ypelaar testimony, that Vinny Ruggiero, who was

21   also known as Vinny Car Wash, because he had a car wash

22   business called Colony Car Wash, that he was not a US citizen

23   and that he had a case previously where he faced possible

24   deportation because of that.

25               (Continued on next page.)

GR        OCR        CM        CRR        CSR

1   (Continuing)

2        MS. COOLEY:   And he talked about that car wash being

3   on Rockaway Boulevard and that the arrest of Vinny Car Wash or

4   Vinny Frogiero that happened in 2001.   And that's at pages

5   3295 to 3297 of the transcript.

6        You also know out of Robert Cotrone or Bam's own

7   mouth that he was in trouble with Jerry Asaro, the guy he

8   reported to in organized crime.   During a December 7th, 2011

9   recording when Gasper Valenti wanted to borrow money from him,

10  Robert Cotrone told him:   I am in so much trouble with Jerry,

11  I can't give a dollar out without asking him.   I did a deal

12  with Sandro while he was away and I didn't ask permission and

13  he F'ing ripped my ass out.   He said if I give anybody an

14  F'ing dollar not only do I have a problem, I have a problem

15  with him.

16       So you already see the custom, basically, in

17  organized crime that if an associate is loaning out loanshark

18  loans without permission, without putting it on record, that

19  can create problems with him; and that's what happened here

20  with Jerry Asaro.   And then in March 2013, that was the last

21  straw.   The defendant told Valenti, Gasper Valenti on a

22  recording that Bam is a sneak.   That he gave that kid Vinny

23  from the car wash $70,000 and that he, the defendant, and

24  Jackie, meaning Jack Bonventre, are collecting on that money.

25       And, again, this relates to Bam giving out money,

1   giving out a loan to someone, in this case Vinny Car Wash, who

2   we just talked about, who was not a U.S. citizen and who had

3   that car wash without getting the permission of his superior

4   in the crime family.   You also heard about what's charged

5   here, the extortion of Bam of Robert Cotrone, who was an

6   associate around Vinny until he sold him to Jerry.   And we are

7   going to talk more about that in relation to a few recordings

8   that we'll play now.

9           First, these are some of the players in this crime.

10  The defendant is on the top level in the center.   To his left

11  is Thomas DiFiore or Tommy D, also known as Tommy from Long

12  Island.   And he is a made member, who was acting as boss of

13  the family at the time of this crime.   And to the right is

14  Jerome Asaro, who is the defendant's son, who was a captain in

15  the Bonanno family at the time.   Below him is Jack Bonventre,

16  who was Jerry's acting captain and who the defendant mentions

17  on the recording when he says:   Me and Jackie collecting,

18  getting money off of Bam.

19          Then you have John Ragano in the bottom left, who as

20  of around March 2013 was a newly-inducted soldier into the

21  Bonanno family.   And in the middle of the bottom row is Robert

22  Cotrone, or Bam, who is the victim of this charge.   And you

23  may remember seeing him on a surveillance conducted by the FBI

24  in which the defendant shows up at his auto body business and,

25  basically, talks to him, appears angry.   Bam shows visible

1   signs of being under stress and goes back into his office and

2   the defendant storms off.   And Mike Palmaccio was also there

3   that day.   And that was a surveillance done in recent years by

4   the FBI that shows the nature of their dynamic, the nature of

5   their relationship and how Robert Cotrone made money for the

6   Bonanno family and was valuable in that way, but was also not

7   treated well in certain circumstances.   And especially, the

8   defendant had that leverage over him to boss him around.

9           So this is a summary of the events of this crime.

10  Robert Cotrone or Bam made this unsanctioned loanshark loan of

11  about $70,000 to Vinny Car Wash, who is affiliated with the

12  Gambino crime family.   At a certain point in time Vinny Car

13  Wash is not paying Bam what was owed on that loan.   The

14  defendant became aware of this situation, and the unsanctioned

15  loan.   And the defendant, together with Jerry Asaro, Jack

16  Bonventre, Tommy DiFiore and John Ragano ultimately

17  intimidated and agreed to intimidate Bam into paying whatever

18  was collected on that loan that was owed to Bam, up to them.

19  Finally, the defendant personally collected money on that loan

20  in or about June of 2013, and he talked about that on a

21  recording with Gasper Valenti from June 11, 2013.

22          So we first play Government Exhibit 222.

23          (Audio recording played.)

24          MS. COOLEY:   So this recording was actually earlier

25  on.   It's from July 14th of 2011 -- I'm sorry, July 29th of

1    2011 and it shows, again, the dynamic between the defendant

2    and Bam and also the defendant's frustration over this idea

3    that Bam was telling people he was straightened out and that

4    he was a wiseguy, when he was just an associate.

5            Turning now to Government Exhibit 209t.

6            (Audio recording played.)

7            MS. COOLEY:  So in this recording the defendant is

8    telling Gasper Valenti about how he successfully gets a lot of

9    money off of Bam, like thousands of dollars, and he says don't

10   tell Jerry, because Jerry is the guy that Bam reports to and

11   Jerry, the defendant's son, likely will be unhappy with that

12   situation, where his associate is being pressured into paying

13   money to someone that he's not around, to the defendant.

14           Now, I'll play Government Exhibit 222.

15           (Audio recording played.)

16           MS. COOLEY:  Here you see the defendant who is

17   normally careful in the way he phrases things and not

18   admitting to criminal things overtly catches himself saying I

19   shake him down, I shake Bam down, meaning I force him to give

20   me money.  And then he's silent for a second and then corrects

21   himself and says he doesn't shake him down.  But the nature of

22   their relationship and the way the defendant gets money off of

23   him is clear from these recordings.

24           I am going to move to the next exhibit which is

25   Government's 230a.

Summation - Cooley                    3641

1          (Audio recording played.)

2          MS. COOLEY:  I just want to clarify that the case

3     involving Vinny Car Wash where he got arrested and faced

4     deportation was actually in 2011.

5          I will now fast forward to the next recording, so

6     that was a recording between the defendant and Mike Palmaccio,

7     and Palmaccio actually talked about having assaulted Bam and,

8     I'm sorry, Vinny Car Wash and they talk about him getting

9     deported and how INS was going to deport him.  And so this is

10    the guy that Bam had loaned money to, that he wasn't supposed

11    to loan money to and then wasn't paying him back on that and

12    they saw that as an opportunity to collect.

13         Now, I'll play Government Exhibit 241a.

14         (Audio recording played.)

15         MS. COOLEY:  So in this recording, which is from

16    March 8th, 2013, the defendant and Gasper Valenti talk about

17    who's recently been or who is being thought of to be

18    straightened out in the Bonanno family, and they took about

19    Bazoo, John Ragano.  And the defendant says:  We straightened

20    him out.  So he has now been inducted into the family and he's

21    a soldier.  And they talk about how they would not straighten

22    out Bam.

23         And now we'll move to the next recording, which is

24    241c.

25         (Audio recording played.)

SAM        OCR        RMR        CRR        RPR

1          MS. COOLEY:  So here they are critical of Bam and

2    the defendant says that he, on the sneak, without permission

3    gave Vinny Car Wash $70,000 and that he's been doing these

4    kind of loans that weren't approved of by conspirators in the

5    family with other people too.  And this is the recording where

6    the defendant says:  Me and Jackie collecting.  Basically,

7    getting money from these loans that Bam wasn't supposed to be

8    giving out and they're now kind of taking advantage of.

9          We will now play 242b.

10         (Audio recording played.)

11         MS. COOLEY:  So the defendant greets John Ragano,

12   Bazoo, as my dear friend John, introduces him to another

13   friend Vinny, and in doing that he's acknowledging that he's

14   been inducted into the Bonanno family.  And the first words

15   that Gary Valenti says to him are congratulations, which is

16   congratulating him for that as well.

17         (Audio recording resumed.)

18         MS. COOLEY:  So this recording from March 26th of

19   2013 includes John Ragano asking the defendant in the

20   beginning when do we -- when do we stab this guy, basically?

21   When do we go after this guy, assault this guy?

22         And the defendant says:  Stab him today, stab him

23   today.  And he gives Ragano advice about going back to Bam,

24   that's who they're talking about, going back to him and

25   demanding that he fall in line.  And, basically, they're

1    trying to get the money that was lent out back by this guy

2    Vinny Car Wash.  The defendant is giving advice in this

3    conversation about how to do that most effectively and not let

4    this guy kind of sneak out of the obligation.

5            And they also talk about Mike Palmaccio, a soldier

6    in the family, and how he went online and was wearing this

7    shirt that said:  A friend will help you move, a real friend

8    will help you move a body.  And the defendant is upset about

9    that because it's almost like advertising for the mafia

10   online, and he's not about that.  He's the opposite and he

11   likes to keep things under wraps, and so he is angry that this

12   is what the next generation of the mafia is doing online.

13           (Audio recording resumed.)

14           MS. COOLEY:  Your Honor, we are going to skip to the

15   next recording, if that's okay.

16           THE COURT:  Okay.

17           MS. COOLEY:  This is 242d.

18           (Audio recording played.)

19           MS. COOLEY:  So in that recording the defendant

20   talks about how he has no trouble abusing Bam in the front

21   office in front of everybody; and John Ragano, who works for

22   Bam at his business, says that he takes him in the back room,

23   at least.  And they're kind of comparing how they abuse him.

24           So we will now move on to, I believe, the last

25   recording, which is 243, from June 11th, of 2013.  So this is

1    242c.

2              (Audio recording played.)

3        MS. COOLEY:   And so as Gasper Valenti testified in

4    this recording, he was asking the defendant about the money

5    that was divided up from the collection from Bam relating to

6    that loan to Vinny Car Wash.   And the defendant had shared

7    with him information about who was receiving money on that

8    collection, and the defendant was one of those people.   And in

9    this portion of the recording they're talking about Tommy

10   DiFiore, Tommy from Long Island, the boss, and he's now

11   demanding a piece of whatever they're collecting.   And he

12   says, the defendant says, he kept some money that might have

13   been for Tommy DiFiore, the defendant had kept that 4,000 for

14   himself.   And now they're talking about an additional amount

15   of money that's coming in, this 30,000 and how Tommy DiFiore

16   took half of that and claimed that 15,000.   And the defendant

17   is very frustrated about that because he thought that he,

18   Jackie Bonventre and Jerry Asaro, his son, were going to split

19   that 30,000 evenly and now they've had to give half to Tommy

20   DiFiore.   And then Tommy DiFiore is even asking him for

21   another two, another 2,000.   And at the very end he,

22   basically, compares Tommy DiFiore to a prior Bonanno family

23   boss that you've heard testimony about, Joe Massino, and he

24   says, basically, that because Tommy DiFiore is taking so much

25   money from him that it makes Joe Massino look like Saint

Summation - Cooley                                3645

1       Anthony, it makes him look a lot better in comparison.

2                    (Continued on the following page.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MS. COOLEY:  So, these recordings confirm both the

2    efforts to collect money in connection with this unsanctioned

3    loan that Bam made to Vinny Car Wash, and the eventual

4    collection of money in connection with that from Bam.  In June

5    2013, the defendant is talking about that money and how it's

6    being divided up.

7          Based on all of this evidence and the testimony you

8    heard and the surveillances you saw of Robert Cotrone, and all

9    of the recordings where the defendant talks about him and the

10   way that he takes money off of him and abuses him in front of

11   other people, and in the context of this specific dispute and

12   the unsanctioned loan, we've proven to you both the conspiracy

13   to extortionately collect from Robert Cotrone and the actual

14   extortionate collection of credit from Robert Cotrone as

15   alleged in Racketeering Act Fourteen, and we've proven that

16   beyond a reasonable doubt.

17         That conduct is also charged differently in Counts

18   Two and Three, which are standalone counts.  It relates to the

19   same conduct.  It relates to the same extortionate activity in

20   collecting from Robert Cotrone.  But there's a distinction

21   there, which the judge will instruct you about.

22         For the racketeering charges, the defendant has to

23   have agreed that he or someone else would commit those

24   racketeering acts, and that's the nature of the RICO

25   conspiracy.  But for these Counts Two and Three, he has to

1    actually be involved as charged, and not just agree with

2    someone else to do it.   That's the distinction.  We have

3    proven he was personally involved in this collection and that

4    agreement or conspiracy to collect that money from Robert

5    Cotrone beyond a reasonable doubt, and for those reasons, you

6    should find that we have proven all three counts that are

7    charged beyond a reasonable doubt.

8         I want to thank you for your attention today and

9    your patience.  We've covered a lot of ground today, and in

10   the past three weeks, forty-five crime-filled years.  You have

11   seen the Mafia at its darkest and its most sinister in these

12   last three weeks.  And you have heard about the life of

13   Vincent Asaro, his upside-down values and his disturbing

14   choices, one of which robbed Paul Katz, a young father of five

15   children, of his life, and his family of their loved one and

16   their peace of mind forever.

17        The defendant murdered Paul Katz in 1969.  There was

18   no justice for the Katz family over the next forty-four years,

19   and the defendant has continued to live his life since then,

20   believing that he is above the law, that he can get away with

21   murder, that he can terrorize people into paying him, whether

22   they are his relatives or complete strangers, that all he

23   needs to answer to is his Crime Family's traditions and his

24   own desire for money.

25        But even though it's been delayed for too long,

1    justice has still been reached.  Trust the evidence we've

2    shown you and trust your judgment.  From the evidence in this

3    case and the law that you have sworn to apply, there can be

4    but only one verdict in this case, and that is, guilty of all

5    counts.

6            Thank you.

7            THE COURT:  Ladies and gentlemen, it's been a long

8    day, I know, so we are going to let you go for the weekend.  I

9    feel reasonably confident that Monday, we'll complete the

10   summations and even the charge on the law.

11           All right.  You have a good weekend.  Don't talk

12   about the case.  We'll see you back here on Monday morning.

13   Thank you.

14           (Jury excused.)

15           MS. MACEDONIO:  Can we approach?

16           THE COURT:  Yes, you can.

17           (Sidebar.)

18           THE COURT:  Do you still assume that you won't be

19   too long?

20           MS. MACEDONIO:  I think over the week, I'm going to

21   make it twice as long as it would have been today.

22           MS. FERRONE:  Which is what I have begged her not to

23   do.

24           MS. MACEDONIO:  Yes, I will not be too long.

25           THE COURT:  So --

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

```
 1              MS. MACEDONIO:  Whatever that term means, I will not
 2    be too long.  An hour and-a-half, hour and forty-five.
 3              THE COURT:  You said you were thinking a half hour?
 4              MS. ARGENTIERI:  I said a half hour.
 5              MS. MACEDONIO:  You said forty minutes or a half
 6    hour.
 7              THE COURT:  Do you have any sense at all?  I'm
 8    trying to plan the day.
 9              MS. MACEDONIO:  I think an hour, hour and-a-half,
10    something along those lines.
11              THE COURT:  I'm not going to hold you to it.  I
12    promise.
13              MS. MACEDONIO:  I'm not topping the record.
14              THE COURT:  You'll be about forty-five minutes?
15              MS. ARGENTIERI:  Yes.
16              MS. FERRONE:  I need to raise a minor legal issue.
17    I will be as brief as possible.
18              Racketeering Act Eight in the indictment very
19    specifically alleges a Hobbs Act extortion conspiracy, Hobbs
20    Act extortion and extortion conspiracy as to John Doe Two,
21    which we all know is John Zaffarano.  And the charged
22    conspiracy time is January 1, 1985 to January 1, 1989.
23              During the closing, there was screen shots put up,
24    and the subject was Racketeering Act Eight, and it
25    says "General extortion."  I would show your Honor those
```

1    screen shots, but they actually aren't included in the packet

2    handed to us.  I'm not sure it rises to the level of a

3    constructive amendment or a variance, but it certainly

4    broadens the basis for liability with the presentation of

5    these recordings of general extortion that had nothing to do

6    with John Zaffarano.

7            I'm just raising it.  I don't know if it's an issue.

8    Those screen slots are somewhat misleading.  Like I say, they

9    say "Racketeering Act and general extortion," and clips were

10   played and not related to the charged --

11           THE COURT:  I'm having a hard time absorbing what

12   you are saying.  Would you write me a letter, please.

13           MS. FERRONE:  Yes, your Honor.  Can I request that I

14   get those screen shots that are missing from our pack?

15           MS. ARGENTIERI:  Actually, I was going to take that

16   back, because it has gone overnight or over the weekend.  I

17   don't think they need it to respond.  We have not asked them

18   to give us copies of anything.

19           MS. MACEDONIO:  You can have the packet back.

20           MS. ARGENTIERI:  If I can respond?  Ms. Cooley

21   didn't broaden anything when she was arguing.  I don't know

22   what the screen shots said.  But if you listen to what she

23   said, what she simply said, These are examples of other words

24   that the defendant used during other extortions.  Those were

25   extortions that were produced during the trial for 404(b).  I

1    don't think it's an issue.

2            THE COURT:  I think if you're actually going to make

3    this argument, read the transcript first.

4            MS. FERRONE:  Absolutely.  I'm merely preserving the

5    record for the defendant.  That's it.

6            THE COURT:  If there's something I have to deal

7    with, I would rather deal with it now, rather than not deal

8    it.  Could you get the transcript, read it, make a decision as

9    to whether or not you're going to pursue some argument, and if

10   you do, get me a letter --

11           MS. FERRONE:  Absolutely, your Honor.

12           THE COURT:  -- by sometime tomorrow.

13           MS. FERRONE:  I will try.  That may not be possible.

14           THE COURT:  It can go to my law clerk, who will

15   forward it to me.

16           MS. FERRONE:  It depends when we get the transcript.

17   No pressure on the court reporters.

18           THE COURT:  You can probably identify the segment

19   that you want quite simply, and that could be done first.

20           MS. FERRONE:  Okay.

21           THE COURT:  All right.

22           MS. MACEDONIO:  9:30?

23           THE COURT:  Yes.

24           I had a couple of things.

25           I think we uploaded the most recent or what we

1      thought was the final charge.  It included the request that

2      you made that there was no objection from the defense.  I

3      eliminated the charge on inconsistent statements because I

4      don't think there were any, and I eliminated the conspiracy on

5      whichever Racketeering Act it was.

6           MS. ARGENTIERI:  Racketeering Act Nine, Gralto.

7           THE LAW CLERK:  That's not in that version.  That's

8      on ECF.  That still has to be done.  It was after I uploaded

9      that we spoke about that.

10          MS. ARGENTIERI:  It was very late this morning that

11     you called your law clerk with that.

12          THE COURT:  I assume apart from that, everything

13     else is fine, including the verdict sheet?

14          MS. ARGENTIERI:  Yes.

15          THE COURT:  Have a lovely weekend.

16          (Case adjourned to Monday, November 9, 2015 at

17     9:30 a.m.)

18

19

20

21

22

23

24

25

**$**

**$1,900** - 3584:11
**$10** - 3572:9
**$10,000** - 3611:5, 3619:17, 3620:23
**$100,000** - 3574:9, 3574:18, 3575:9
**$125,000** - 3542:10
**$197,000** - 3597:2
**$2,000** - 3575:10, 3622:16, 3625:18
**$25,000** - 3635:24
**$250,000** - 3611:20
**$3,000** - 3634:2
**$300,000** - 3611:2
**$4,000** - 3581:18
**$4,500** - 3636:14
**$400** - 3601:3
**$400,000** - 3611:2
**$5,000** - 3597:8, 3616:12, 3620:21
**$500** - 3634:5
**$500,000** - 3611:25, 3612:4
**$70,000** - 3637:23, 3639:11, 3642:3
**$750,000** - 3545:6
**$918,822** - 3598:19

**'**

**'60s** - 3466:5, 3478:11, 3502:17, 3511:3
**'70** - 3522:25
**'70s** - 3466:5, 3478:12, 3511:3, 3546:7, 3548:17, 3549:1, 3554:9
**'78** - 3483:10
**'80s** - 3466:7, 3502:11, 3520:2, 3521:16, 3523:15, 3554:9, 3600:12
**'84** - 3601:2
**'90s** - 3466:7, 3469:22, 3470:4, 3523:7, 3558:13, 3562:15, 3615:15
**'94** - 3627:12

**0**

**00026** - 3462:3

**1**

**1** - 3500:15, 3533:23, 3555:2, 3579:18, 3621:6, 3621:7, 3649:22
**10,000** - 3597:9
**10004** - 3462:17
**10019** - 3462:19
**101st** - 3487:8, 3487:11, 3487:15, 3489:6, 3489:19, 3491:25, 3530:12, 3548:19, 3573:25, 3612:9, 3612:12
**102nd** - 3501:17, 3505:5, 3508:10, 3520:8, 3522:9, 3523:12
**103rd** - 3544:15
**1049** - 3635:22
**107-36** - 3504:6
**10:00** - 3462:6

**10:04** - 3525:1
**11** - 3533:18, 3533:21, 3639:21
**11201** - 3462:15, 3462:21
**11th** - 3643:25
**12** - 3626:13, 3626:17, 3626:20, 3627:5
**124-b** - 3487:25
**125,000** - 3553:19
**12:10** - 3527:19
**12th** - 3504:5, 3504:9
**13** - 3612:10, 3629:24, 3630:7, 3635:13
**133-b** - 3530:16
**135** - 3577:13
**138-b** - 3565:12, 3566:21
**13th** - 3550:20
**14** - 3462:3, 3635:15, 3636:13
**141a** - 3598:21
**142** - 3505:13
**144-1** - 3520:10
**146** - 3530:1
**1483** - 3542:22, 3565:4, 3565:10
**14th** - 3639:25
**15,000** - 3644:16
**150th** - 3542:18
**157th** - 3504:6
**16** - 3579:9
**160-09** - 3551:16
**1600** - 3601:4
**17** - 3524:13, 3524:23
**1788** - 3469:14
**18** - 3566:12, 3631:1
**18.4** - 3610:6
**18.5** - 3609:24
**1900** - 3462:16
**1960's** - 3503:6
**1960s** - 3467:15, 3489:1
**1968** - 3570:15
**1969** - 3482:12, 3483:5, 3501:13, 3504:5, 3504:9, 3505:3, 3511:20, 3511:22, 3516:1, 3516:4, 3516:9, 3524:13, 3533:12, 3647:17
**1970** - 3522:21
**1970's** - 3590:20
**1970s** - 3483:8, 3483:17, 3485:5, 3489:4, 3537:2
**1977** - 3483:10, 3584:5
**1978** - 3469:13, 3486:9, 3533:21, 3535:9, 3550:20, 3551:13, 3551:21, 3558:6
**1979** - 3486:7, 3533:18, 3565:15, 3566:12
**1980** - 3486:8, 3549:2, 3553:9, 3573:25, 3576:12
**1980's** - 3516:20, 3523:18, 3545:16, 3584:4, 3589:24
**1980s** - 3475:7, 3485:5, 3486:17, 3487:7, 3487:19,

3489:22, 3493:25, 3524:7, 3530:17, 3533:14, 3567:8, 3573:22, 3574:14
**1981** - 3486:18, 3550:5, 3576:12, 3579:5, 3579:9, 3581:5
**1982** - 3488:9
**1983** - 3579:18, 3581:17, 3581:23
**1984** - 3585:9, 3591:9, 3598:2, 3598:7, 3598:19
**1985** - 3579:18, 3649:22
**1986** - 3489:7, 3489:10, 3489:19, 3530:11, 3585:9, 3609:22, 3610:7, 3612:6, 3612:7, 3612:10
**1989** - 3649:22
**1990** - 3570:15
**1990s** - 3487:19, 3489:22, 3490:8, 3490:22, 3492:6, 3523:24, 3627:15
**1991** - 3523:23
**1992** - 3493:15, 3496:13, 3522:22, 3522:25
**1993** - 3482:25, 3614:11, 3614:18
**1994** - 3493:21, 3617:9, 3618:11, 3627:8
**1995** - 3495:3, 3495:7, 3614:11
**1996** - 3558:22
**1:06** - 3471:15

**2**

**2** - 3555:3
**2,000** - 3644:21
**20** - 3555:3
**200-a** - 3626:2
**2000s** - 3466:7, 3470:24, 3494:22
**2001** - 3637:4
**2002** - 3627:8, 3627:12
**2005** - 3619:12, 3629:18
**2006** - 3619:12
**2007** - 3621:6
**2008** - 3621:7
**201** - 3630:24
**2010** - 3631:1, 3634:1, 3634:11
**2011** - 3486:24, 3531:19, 3604:7, 3636:14, 3637:8, 3639:25, 3640:1, 3641:4
**2012** - 3471:13, 3495:11, 3496:25
**2013** - 3471:4, 3501:24, 3522:8, 3524:23, 3637:20, 3638:20, 3639:20, 3639:21, 3641:16, 3642:19, 3643:25, 3646:5
**2014** - 3495:19, 3589:8
**2015** - 3462:5, 3652:16
**202-a** - 3631:9,

3631:22
**202-c** - 3631:25
**203** - 3632:6
**204** - 3632:10, 3632:12, 3632:18, 3637:3
**205** - 3462:18, 3633:17
**209-a** - 3633:23
**209r** - 3640:5
**216** - 3636:7
**217f** - 3600:20
**218-a** - 3561:18
**22** - 3558:6, 3634:1, 3634:11
**231** - 3636:13
**221(c** - 3602:2
**221-i** - 3563:5
**222** - 3639:22, 3640:14
**222a** - 3589:10
**223-b** - 3613:9
**225** - 3462:21
**227** - 3602:18
**227** - 3603:10
**229a** - 3604:4
**23** - 3489:10
**230** - 3625:10
**230a** - 3640:25
**231-1** - 3630:2
**232** - 3486:25
**232-a** - 3564:16
**232-b** - 3563:21
**232-d** - 3564:10, 3569:20
**239-c** - 3613:13, 3613:21
**2395** - 3614:3
**241-d** - 3471:5
**241a** - 3641:13
**241c** - 3641:24
**242b** - 3642:9
**242c** - 3644:1
**242d** - 3643:17
**243** - 3643:25
**248-f** - 3626:16
**25** - 3551:16
**2500** - 3631:20
**26** - 3617:8
**261** - 3536:5
**26th** - 3551:21, 3642:18
**27** - 3598:19
**271** - 3462:14
**27th** - 3551:13, 3598:2
**28** - 3471:13, 3495:11
**29** - 3530:11
**29th** - 3639:25
**2d** - 3462:18

**3**

**30** - 3622:16, 3635:6
**30,000** - 3644:15, 3644:19
**300** - 3617:9, 3617:17
**302** - 3618:6
**306** - 3618:19
**31** - 3579:18, 3581:23
**3295** - 3637:5
**3297** - 3637:5
**38** - 3538:14, 3594:16

**4**

**4** - 3495:3, 3531:19
**4,000** - 3644:13
**403-a** - 3534:9
**404(b** - 3650:25
**407** - 3503:23
**417** - 3610:5
**421-a** - 3523:3
**424** - 3558:5
**44** - 3511:13
**442** - 3515:18
**45** - 3605:12
**458** - 3535:8
**467** - 3523:20
**469** - 3482:25, 3523:21
**470** - 3568:9
**476** - 3584:3
**48th** - 3609:20
**49** - 3625:17
**49th** - 3609:20
**4:30** - 3605:7

**5**

**5** - 3523:23, 3533:22
**50/50** - 3480:24
**500** - 3634:4
**54th** - 3462:18
**5:00** - 3504:6, 3504:9

**6**

**6** - 3462:5
**606-a** - 3489:5
**613-2419** - 3462:22
**616-a** - 3612:8
**620-e** - 3489:17
**621-a** - 3530:10
**651-a** - 3634:8
**651-e** - 3634:7
**654-a** - 3625:24
**658-b** - 3530:5
**69-64** - 3474:14
**698** - 3630:9
**6th** - 3516:3, 3516:9

**7**

**7,500** - 3631:20
**700-a** - 3469:12
**701-f** - 3470:7
**701-g** - 3470:20
**702** - 3496:19
**703** - 3496:11
**705-a** - 3496:24
**709** - 3482:11
**718** - 3462:22
**74-50** - 3612:9
**750** - 3610:25
**7500** - 3631:20
**78th** - 3551:16
**7th** - 3516:1, 3637:8

**8**

**8** - 3471:4
**80** - 3462:16
**80's** - 3548:18
**800** - 3581:21
**802** - 3588:15
**81** - 3548:15
**81-48** - 3501:17, 3520:8, 3523:12
**83rd** - 3505:6
**84th** - 3505:6, 3543:11, 3554:4
**86-01** - 3576:9
**86th** - 3546:7
**87th** - 3487:16,

3487:25, 3491:25
**8th** - 3641:16

---

# 9

**9** - 3652:16
**9:30** - 3651:22, 3652:17

---

# A

**a-hundred-dollar** - 3572:8
**abducted** - 3600:5
**abet** - 3607:13
**abiding** - 3468:4
**ability** - 3571:1
**able** - 3537:8, 3561:16, 3615:19, 3624:22
**abroad** - 3476:1
**Absolutely** - 3651:4, 3651:11
**absorbing** - 3650:11
**abuse** - 3643:23
**abuses** - 3646:10
**abusing** - 3643:20
**academy** - 3472:5
**accepted** - 3535:24
**accepting** - 3622:12
**access** - 3505:1, 3505:9, 3523:15
**accessory** - 3501:6, 3516:14
**according** - 3503:5, 3556:24, 3572:9
**account** - 3494:15, 3547:22, 3548:5, 3548:13, 3552:17, 3611:9
**accounted** - 3541:14
**accounts** - 3493:7
**acknowledged** - 3574:21
**acknowledging** - 3611:8, 3630:4, 3642:13
**acquaintances** - 3635:10
**acquiesce** - 3615:22
**act** - 3499:23, 3501:7, 3576:7, 3576:8, 3579:14, 3579:16, 3579:19, 3582:1, 3585:5, 3585:7, 3591:12, 3597:15, 3626:13, 3626:14, 3626:17, 3626:19, 3626:20, 3627:4, 3627:6, 3629:22, 3629:24, 3630:1, 3630:7, 3635:13, 3635:15
**Act** - 3475:24, 3476:14, 3499:23, 3501:3, 3501:4, 3516:13, 3533:15, 3533:16, 3569:16, 3570:6, 3570:7, 3570:16, 3570:17, 3591:4, 3591:6, 3591:12, 3607:21, 3607:24, 3607:25, 3608:4, 3609:1, 3609:4, 3614:7, 3614:8, 3619:3, 3619:4, 3619:5,

3620:25, 3621:4, 3646:15, 3649:18, 3649:19, 3649:20, 3649:24, 3650:9, 3652:5, 3652:6
**acting** - 3470:24, 3491:3, 3513:16, 3514:10, 3622:7, 3638:12, 3638:16
**actions** - 3524:15, 3608:15
**activities** - 3475:14, 3495:18, 3531:3
**activity** - 3464:16, 3485:12, 3487:3, 3499:7, 3499:9, 3515:1, 3602:15, 3646:19
**Acts** - 3571:9, 3614:12
**acts** - 3499:12, 3499:18, 3499:22, 3646:24
**actual** - 3469:9, 3581:4, 3607:5, 3646:13
**Adam** - 3527:19, 3528:2, 3528:14
**adamant** - 3632:20
**Adams** - 3521:17
**add** - 3471:21, 3593:17
**added** - 3537:6, 3588:2
**addition** - 3516:12, 3536:14, 3550:15, 3579:2
**additional** - 3494:11, 3497:8, 3523:9, 3569:8, 3596:23, 3599:16, 3609:8, 3609:9, 3612:3, 3613:7, 3634:23, 3644:14
**address** - 3504:17, 3546:12, 3558:7, 3596:1, 3620:5
**adjourned** - 3652:16
**administration** - 3471:7, 3473:6, 3473:15, 3490:10
**admire** - 3482:17
**admit** - 3605:16
**admitting** - 3560:1, 3640:18
**adult** - 3476:24, 3511:18, 3521:8, 3609:18
**advance** - 3537:19
**advantage** - 3642:8
**advertising** - 3643:9
**advice** - 3642:23, 3643:2
**advisor** - 3471:6, 3490:11
**affairs** - 3463:25, 3499:6
**affected** - 3475:14, 3608:17
**affiliated** - 3486:1, 3487:19, 3615:4, 3639:11
**affiliation** - 3588:18, 3599:9
**afraid** - 3513:18, 3514:16, 3554:22, 3612:22

**African** - 3577:1, 3577:2
**African-american** - 3577:1, 3577:2
**after-hours** - 3546:13
**after-the-fact** - 3501:6, 3516:15
**aftermath** - 3534:15, 3542:24
**afternoon** - 3527:19, 3528:2, 3528:13, 3528:21
**Afters** - 3546:9, 3546:10, 3546:12, 3558:3, 3558:6, 3558:7, 3558:9, 3565:25, 3566:4, 3568:5, 3576:10, 3576:16, 3577:14, 3579:7
**age** - 3515:8
**agencies** - 3474:4, 3582:12
**agent** - 3486:6, 3524:5
**Agent** - 3474:22, 3486:18, 3488:7, 3489:10, 3495:3, 3520:6, 3520:16, 3522:17, 3527:19, 3551:18, 3551:23, 3612:14, 3612:16, 3636:20
**agents** - 3475:3, 3487:9, 3520:17
**ago** - 3463:18, 3464:10, 3511:17, 3524:3
**agree** - 3553:19, 3607:9, 3632:8, 3647:1
**agreed** - 3499:5, 3499:15, 3540:12, 3570:13, 3619:20, 3639:17, 3646:23
**agreement** - 3516:13, 3607:10, 3647:4
**ahead** - 3556:14, 3564:19, 3582:15, 3584:23, 3604:2
**aid** - 3607:13
**aimed** - 3608:21
**ain't** - 3617:14
**Aioso** - 3485:9
**airline** - 3534:6
**Airlines** - 3475:24, 3533:18
**airlines** - 3534:4
**Airlines'** - 3533:20, 3533:21
**Airport** - 3475:25, 3533:22, 3536:6
**airport** - 3535:22, 3539:4, 3554:15
**Alicyn** - 3462:13
**align** - 3494:10
**alike** - 3488:2
**alive** - 3559:4, 3562:15
**allege** - 3570:12
**alleged** - 3569:15, 3646:15
**alleges** - 3501:5, 3516:14, 3649:19
**allegiances** - 3481:4
**alliance** - 3530:23

**allied** - 3533:1
**allow** - 3547:13
**allowing** - 3510:10
**ally** - 3481:10, 3482:3
**Allyne** - 3462:8
**almost** - 3488:13, 3490:4, 3561:16, 3643:9
**alone** - 3497:25, 3570:16, 3611:6, 3625:16, 3625:18, 3627:1
**Alphonse** - 3594:2, 3599:8
**alterations** - 3619:16
**ambitious** - 3481:2
**amendment** - 3650:3
**America** - 3462:3, 3534:4
**american** - 3577:1, 3577:2
**amount** - 3575:11, 3597:3, 3611:9, 3624:25, 3633:2, 3633:4, 3644:14
**amounts** - 3576:5
**analysis** - 3522:1
**and-a-half** - 3649:2, 3649:9
**Andy** - 3477:5, 3480:20, 3480:23, 3481:8, 3481:15, 3481:25, 3486:3, 3552:24, 3553:3, 3553:4, 3553:6, 3553:14, 3553:17
**Andy's** - 3543:10, 3543:11
**Angelo** - 3531:13, 3535:11, 3538:19, 3540:14, 3543:5, 3544:6, 3551:24
**angry** - 3503:17, 3557:10, 3566:24, 3587:1, 3591:17, 3595:4, 3638:25, 3643:11
**Anita** - 3485:4, 3485:6, 3485:16, 3486:7, 3486:16, 3531:10, 3548:18, 3548:21
**announced** - 3540:9
**Answer** - 3466:23, 3466:25, 3467:16, 3467:20, 3467:22, 3468:1, 3468:19, 3468:21, 3468:24, 3471:18, 3472:20, 3477:12, 3477:16, 3477:19, 3477:22, 3492:6, 3492:9, 3503:13, 3506:17, 3506:20, 3507:3, 3507:5, 3507:11, 3507:14, 3507:17, 3508:19, 3508:22, 3509:20, 3510:18, 3510:20, 3512:16, 3512:25, 3513:10, 3513:13, 3517:11, 3532:6, 3532:13, 3534:2, 3536:20, 3538:6, 3568:1, 3572:13, 3573:18, 3576:21, 3578:4,

3578:6, 3578:14, 3578:17, 3578:19, 3582:5, 3583:3, 3585:22, 3590:24, 3593:7, 3623:14, 3624:3, 3624:8
**answer** - 3591:1, 3624:5, 3624:12, 3624:17, 3624:20, 3624:25, 3647:23
**answered** - 3573:15, 3599:2
**answering** - 3589:18, 3625:22
**Anthony** - 3462:20, 3467:2, 3468:16, 3470:9, 3470:11, 3472:23, 3474:15, 3474:20, 3477:2, 3477:4, 3477:8, 3480:20, 3481:7, 3482:5, 3485:24, 3486:20, 3487:23, 3491:1, 3491:9, 3496:12, 3496:22, 3496:23, 3497:3, 3498:1, 3509:25, 3529:11, 3530:24, 3532:2, 3535:13, 3552:20, 3559:2, 3574:2, 3575:6, 3576:1, 3598:24, 3599:7, 3618:24, 3645:1
**Anthony's** - 3481:15
**Anton** - 3471:14, 3495:12
**anyway** - 3572:19
**apart** - 3652:12
**apartment** - 3497:1, 3511:25, 3512:12, 3515:2, 3549:3, 3620:6
**apologetic** - 3508:25
**apostle** - 3482:17, 3482:20
**Appearances** - 3462:10
**appeared** - 3489:12, 3493:24
**appearing** - 3494:23
**applied** - 3473:7, 3548:23
**applies** - 3465:11, 3608:9
**apply** - 3477:17, 3648:3
**appreciate** - 3577:4
**approach** - 3604:23, 3635:7, 3648:15
**approached** - 3497:17, 3574:16, 3586:23, 3588:9, 3591:24, 3595:13, 3595:17, 3597:22
**approaching** - 3498:4, 3590:12
**approval** - 3577:22, 3590:9
**approve** - 3492:20
**approved** - 3601:15, 3642:4
**approximate** - 3598:18
**architectural** - 3537:23
**area** - 3520:15,

3520:16, 3527:1,
3537:21, 3540:19,
3547:14, 3559:14,
3577:18, 3596:9,
3600:6, 3615:15,
3616:22
**Argentieri** -
3462:12, 3500:13,
3554:17, 3604:23,
3605:11, 3605:18,
3605:21, 3606:4,
3649:4, 3649:15,
3650:15, 3650:20,
3652:6, 3652:10,
3652:14
**arguing** - 3650:21
**argument** -
3503:13, 3651:3,
3651:9
**arm** - 3484:5,
3530:18
**Arm** - 3498:8,
3616:21
**armed** - 3586:23,
3594:11, 3594:12,
3595:12, 3597:20
**armored** - 3585:8,
3586:19, 3588:8,
3591:4
**arms** - 3512:16,
3530:13
**Arr** - 3462:3
**arrangement** -
3481:1, 3572:22
**arranging** - 3493:22
**arrest** - 3464:10,
3495:18, 3503:17,
3503:23, 3503:24,
3504:4, 3504:8,
3504:17, 3512:8,
3512:12, 3513:5,
3515:3, 3584:4,
3589:8, 3589:22,
3637:3
**arrested** - 3503:6,
3504:4, 3504:11,
3512:6, 3516:6,
3524:21, 3567:2,
3581:10, 3584:9,
3585:3, 3589:7,
3589:23, 3589:25,
3641:3
**arrive** - 3527:20,
3551:15, 3551:19
**arrived** - 3475:3,
3505:19, 3538:20,
3566:18
**arrow** - 3505:15,
3520:23, 3530:8,
3541:1
**arson** - 3464:8,
3576:9, 3576:11,
3576:13, 3576:15,
3579:3
**arsons** - 3577:20
**Asaro** - 3462:5,
3463:20, 3465:4,
3469:18, 3469:24,
3470:3, 3470:9,
3470:11, 3471:9,
3471:15, 3477:25,
3481:18, 3482:15,
3482:25, 3483:1,
3484:10, 3488:8,
3496:21, 3497:2,
3501:20, 3501:21,
3502:11, 3507:9,
3517:14, 3517:21,
3517:22, 3521:16,
3523:14, 3524:3,

3524:6, 3524:13,
3527:4, 3527:22,
3528:15, 3533:11,
3533:13, 3535:11,
3537:1, 3538:20,
3544:1, 3558:14,
3566:8, 3567:6,
3567:7, 3568:6,
3574:9, 3576:14,
3578:1, 3579:6,
3580:15, 3585:20,
3586:12, 3588:14,
3588:15, 3589:3,
3589:14, 3589:18,
3589:23, 3592:12,
3593:25, 3599:2,
3600:19, 3619:1,
3622:8, 3628:10,
3629:10, 3629:12,
3629:20, 3635:20,
3635:21, 3636:7,
3637:7, 3637:20,
3638:14, 3639:15,
3644:18, 3647:13
**Asaro's** - 3470:24,
3482:7, 3524:10,
3528:16, 3551:15,
3589:6, 3615:7
**ass** - 3637:13
**assault** - 3642:21
**assaulted** - 3641:7
**assay** - 3593:21
**assays** - 3593:22
**assigned** - 3490:13,
3597:17
**assist** - 3490:4
**Assistant** - 3462:14
**associate** - 3466:6,
3467:2, 3467:8,
3467:14, 3472:10,
3473:2, 3473:13,
3475:6, 3476:24,
3478:7, 3478:10,
3478:12, 3478:14,
3478:23, 3478:24,
3480:8, 3483:3,
3485:9, 3486:21,
3488:25, 3494:24,
3497:15, 3497:19,
3498:10, 3504:2,
3504:13, 3509:20,
3516:3, 3527:4,
3528:4, 3532:23,
3535:12, 3535:13,
3535:14, 3535:16,
3535:18, 3536:25,
3537:24, 3544:10,
3544:13, 3552:20,
3554:8, 3575:25,
3577:20, 3580:7,
3584:7, 3586:10,
3586:16, 3589:1,
3589:14, 3589:16,
3589:24, 3590:19,
3591:18, 3594:6,
3602:25, 3619:7,
3619:15, 3619:21,
3620:7, 3621:2,
3635:20, 3637:17,
3638:6, 3640:4,
3640:12
**associated** -
3469:14, 3476:20,
3485:2, 3488:6,
3498:13, 3577:16,
3602:7, 3602:9,
3616:17, 3630:10
**associates** -
3469:11, 3470:14,
3472:22, 3472:25,

3473:4, 3473:11,
3473:17, 3473:19,
3473:20, 3474:11,
3475:4, 3478:3,
3478:15, 3481:3,
3484:24, 3487:3,
3487:17, 3488:18,
3491:5, 3491:7,
3503:4, 3503:19,
3529:13, 3529:16,
3529:20, 3532:21,
3571:15, 3590:3,
3590:15
**association** -
3476:23, 3496:10,
3531:22, 3588:6
**assume** - 3610:3,
3648:18, 3652:12
**Astro** - 3487:22,
3487:24, 3488:4
**ate** - 3566:1
**attempt** - 3521:11,
3570:19, 3579:24,
3585:11, 3586:19,
3586:25, 3590:4,
3595:5
**attempted** -
3502:12, 3580:2,
3585:7, 3585:13,
3586:25, 3588:6,
3589:13, 3590:8,
3591:4, 3620:12,
3621:1
**attempting** -
3516:17
**attempts** - 3585:19
**attended** - 3493:13,
3495:8, 3495:13
**attention** - 3647:8
**attitude** - 3477:13,
3632:18
**Attorney** - 3462:12
**Attorneys** - 3462:14
**attractive** - 3529:7
**audacity** - 3497:19
**audio** - 3464:25
**Audio** - 3589:11,
3600:21, 3602:3,
3602:19, 3603:11,
3604:5, 3639:23,
3640:6, 3640:15,
3641:1, 3641:14,
3641:25, 3642:10,
3642:17, 3643:13,
3643:18, 3644:2
**authorized** - 3627:1
**authorized** -
3589:12
**Auto** - 3525:11,
3614:15, 3614:16
**auto** - 3584:14,
3589:4, 3614:10,
3614:15, 3615:7,
3618:12, 3618:24,
3638:24
**autopsies** -
3565:22, 3566:13,
3567:21
**autopsy** - 3568:10
**Avenue** - 3474:14,
3474:23, 3487:8,
3487:11, 3487:15,
3489:6, 3489:19,
3491:25, 3493:14,
3501:17, 3525:11,
3525:18, 3525:22,
3530:2, 3530:12,
3542:18, 3542:23,
3544:15, 3546:5,
3548:19, 3553:11,

3554:1, 3565:5,
3573:25, 3589:4,
3596:6, 3612:10,
3612:12
**average** - 3528:24
**avoid** - 3474:25,
3516:16, 3617:11
**avoiding** - 3529:19
**aware** - 3491:10,
3492:4, 3575:15,
3600:14, 3601:15,
3608:10, 3629:16,
3639:14

---

# B

**backdoor** - 3578:8,
3578:11
**backed** - 3506:10,
3571:2
**backfiring** - 3626:9
**background** -
3536:6
**backing** - 3528:22
**backs** - 3480:25,
3549:20
**backup** - 3502:21,
3594:14
**bad** - 3591:15,
3613:17, 3616:9,
3623:11
**Badalamenti** - 3497:3
**bag** - 3585:16
**bail** - 3512:11,
3516:6
**ball** - 3578:8,
3578:9
**Bam** - 3527:3,
3588:25, 3635:18,
3635:20, 3635:21,
3635:23, 3636:1,
3636:6, 3636:9,
3637:22, 3637:25,
3638:5, 3638:18,
3638:22, 3638:25,
3639:10, 3639:13,
3639:17, 3639:18,
3640:2, 3640:3,
3640:9, 3640:10,
3640:19, 3641:7,
3641:10, 3641:22,
3642:1, 3642:7,
3642:23, 3643:20,
3643:22, 3644:5,
3646:3, 3646:4
**behavior** - 3528:21,
3527:2, 3527:6,
3527:17, 3528:3,
3530:2, 3530:3,
3637:6
**Bams** - 3623:5
**bank** - 3487:9,
3489:7, 3532:7,
3548:19, 3596:18
**bar** - 3505:20,
3507:22
**Barbarito** - 3486:10,
3486:13, 3579:9,
3579:11
**Barbieri** - 3495:9
**barrel** - 3544:3
**Based** - 3591:3,
3619:2, 3626:12,
3634:25, 3635:12,
3646:7
**based** - 3520:12,
3551:3, 3552:7,
3560:19, 3567:20,
3568:15, 3569:14,
3581:10, 3598:8,

3615:20, 3620:24,
3625:6, 3629:21,
3634:25, 3635:1,
3636:19
**basement** -
3501:16, 3501:21,
3501:24, 3501:25,
3502:10, 3502:12,
3505:25, 3506:5,
3506:22, 3506:23,
3508:8, 3511:15,
3517:17, 3519:3,
3520:7, 3520:15,
3522:9, 3527:13,
3527:25
**basis** - 3629:4,
3650:4
**bats** - 3489:12,
3489:16
**Bats** - 3496:12
**Battery** - 3536:5
**bay** - 3502:21
**Bazoo** - 3641:19,
3642:12
**Beach** - 3496:21
**beat** - 3556:25,
3557:3
**became** - 3470:24,
3477:20, 3499:4,
3530:21, 3535:20,
3612:7, 3615:10,
3616:24, 3626:8,
3639:14
**beck** - 3464:14
**become** - 3466:10,
3478:24, 3488:24,
3492:4, 3546:1
**bed** - 3566:6
**bedroom** - 3512:1
**beef** - 3498:9,
3557:22, 3636:10
**beefs** - 3496:7,
3628:18
**befell** - 3511:16
**began** - 3513:3,
3513:5, 3524:16,
3609:6
**begged** - 3514:13,
3648:22
**begin** - 3501:3
**beginning** -
3513:22, 3523:23,
3525:9, 3561:24,
3572:4, 3601:6,
3603:16, 3642:20
**behind** - 3501:23,
3503:18, 3521:15,
3625:7
**believes** - 3559:22
**belonged** -
3492:24, 3615:12
**belongs** - 3497:9,
3557:13
**Below** - 3638:15
**below** - 3478:3,
3490:9, 3558:25,
3596:10
**belt** - 3464:12
**beneficial** - 3530:24
**benefit** - 3537:6
**benefited** - 3545:1
**Bergin** - 3530:17
**best** - 3465:22,
3493:5, 3510:12,
3538:9
**bet** - 3485:22,
3623:2, 3623:6,

3623:10, 3624:16,
3625:16, 3625:18,
3628:24, 3628:25
**bets** - 3484:20,
3622:13
**better** - 3537:4,
3582:13, 3645:1
**betting** - 3471:1,
3576:4, 3622:4,
3624:19
**bettor** - 3623:1
**bettors** - 3622:25,
3626:6, 3626:8,
3628:17
**between** - 3476:7,
3505:5, 3514:25,
3524:1, 3530:23,
3548:1, 3564:1,
3576:11, 3579:18,
3585:9, 3588:11,
3590:2, 3600:2,
3600:23, 3603:12,
3609:20, 3617:9,
3627:8, 3627:12,
3630:16, 3632:14,
3634:21, 3640:1,
3641:6
**beyond** - 3464:22,
3465:4, 3475:11,
3476:17, 3481:9,
3498:12, 3499:13,
3501:8, 3533:15,
3569:16, 3576:6,
3579:13, 3579:19,
3585:5, 3591:4,
3591:12, 3597:8,
3607:23, 3608:4,
3614:6, 3614:12,
3619:3, 3625:12,
3626:13, 3627:5,
3629:23, 3635:14,
3646:16, 3647:5,
3647:7
**bidding** - 3464:15,
3489:24
**Big** - 3485:21,
3485:22
**big** - 3467:6,
3485:12, 3485:20,
3531:9, 3535:22,
3542:12, 3560:8
**bigger** - 3573:15,
3601:5, 3626:10
**Bill** - 3545:20
**bills** - 3542:10,
3598:3
**Billy** - 3502:24
**birth** - 3515:17
**bit** - 3480:15,
3487:21, 3589:1,
3589:17, 3598:24,
3614:2, 3619:5,
3620:3
**bitter** - 3562:19
**black** - 3474:21,
3534:25, 3540:13,
3546:25, 3550:20,
3550:24
**Blake** - 3542:22,
3565:5, 3565:10
**blame** - 3557:1
**Blass** - 3545:20
**block** - 3577:13,
3577:14, 3623:4
**blocks** - 3509:5
**blood** - 3541:23
**blue** - 3486:7,
3486:9, 3547:7,
3551:14
**board** - 3535:7,

3538:22, 3594:1
**boat** - 3545:21,
3580:20, 3580:21,
3580:22, 3580:25,
3581:3, 3581:11
**Bob** - 3471:14
**Bobbie** - 3580:25,
3581:2, 3581:16
**Bobby** - 3557:13,
3572:6, 3572:15,
3572:22, 3580:21,
3581:5, 3581:9,
3581:13, 3581:14,
3582:4, 3584:4,
3584:7, 3584:14,
3584:15, 3594:7,
3594:9, 3594:10,
3595:4, 3595:6,
3595:11, 3595:17,
3597:21
**bodies** - 3567:12
**Body** - 3525:11
**body** - 3490:1,
3501:15, 3502:8,
3502:10, 3505:15,
3508:6, 3516:18,
3517:1, 3517:4,
3517:6, 3517:19,
3518:2, 3518:3,
3520:2, 3520:13,
3521:11, 3521:13,
3521:16, 3521:18,
3522:14, 3523:14,
3523:19, 3524:17,
3557:10, 3564:25,
3565:3, 3565:11,
3565:14, 3565:18,
3565:20, 3566:9,
3566:12, 3566:18,
3566:20, 3566:23,
3567:9, 3584:14,
3589:4, 3614:10,
3614:15, 3615:20,
3618:12, 3618:24,
3638:24, 3643:8
**bolt** - 3539:1
**Bonanno** - 3463:25,
3464:3, 3464:11,
3464:14, 3465:18,
3465:20, 3465:21,
3465:25, 3466:4,
3466:15, 3467:9,
3467:13, 3469:1,
3469:9, 3469:10,
3469:18, 3469:25,
3470:23, 3471:12,
3472:14, 3473:8,
3474:1, 3474:6,
3474:10, 3474:13,
3474:15, 3474:20,
3475:3, 3475:10,
3475:11, 3475:14,
3475:18, 3475:20,
3476:20, 3476:23,
3476:24, 3477:7,
3478:6, 3478:11,
3478:20, 3483:3,
3483:9, 3484:12,
3485:2, 3485:10,
3487:17, 3488:25,
3491:11, 3492:14,
3493:23, 3493:24,
3493:25, 3494:17,
3494:21, 3494:23,
3494:25, 3495:4,
3495:14, 3495:17,
3496:1, 3496:14,
3497:5, 3498:3,
3498:14, 3499:6,
3499:10, 3499:16,

3509:8, 3510:12,
3511:1, 3527:4,
3528:4, 3528:6,
3529:3, 3532:21,
3533:4, 3537:1,
3544:25, 3545:3,
3545:10, 3546:1,
3554:8, 3571:3,
3574:8, 3580:7,
3580:14, 3590:20,
3597:6, 3597:13,
3602:24, 3619:24,
3622:7, 3627:13,
3636:4, 3636:17,
3638:15, 3638:21,
3639:6, 3641:18,
3642:14, 3644:22
**Bonannos** - 3466:3,
3533:10
**bond** - 3481:8,
3482:13, 3482:23
**bone** - 3521:20
**bones** - 3518:1,
3521:1, 3521:6,
3521:8, 3521:10,
3521:17, 3521:25,
3522:5
**Bonnano** - 3623:3
**Bono** - 3495:7
**Bonventre** -
3470:22, 3471:1,
3491:2, 3622:5,
3625:22, 3626:5,
3637:24, 3638:15,
3639:16, 3644:18
**book** - 3482:10,
3496:18
**bookings** - 3533:3
**bookmaker** -
3573:23, 3627:14,
3628:11, 3628:23
**bookmaker's** -
3486:1
**bookmaking** -
3475:21, 3621:5,
3622:3, 3627:11,
3627:22, 3628:21,
3629:16
**Bookmaking** -
3628:23
**books** - 3494:7,
3496:25, 3497:8
**born** - 3477:1
**borrow** - 3573:1,
3637:9
**borrowed** -
3480:16, 3563:9,
3575:19, 3575:20,
3620:23
**boss** - 3473:7,
3490:10, 3490:12,
3495:14, 3497:24,
3530:21, 3638:12,
3639:8, 3644:10,
3644:23
**boss'** - 3490:11
**bossed** - 3550:3
**bottom** - 3469:18,
3473:4, 3475:1,
3521:6, 3521:15,
3547:6, 3594:7,
3598:11, 3638:19,
3638:21
**bought** - 3503:10,
3522:16, 3522:20,
3522:23, 3522:24,
3522:25, 3545:18
**boulevard** -
3487:15
**Boulevard** - 3480:6,

3544:15, 3549:25,
3576:9, 3637:3
**box** - 3519:7,
3542:5, 3542:12
**boxes** - 3542:8,
3551:7
**Brad** - 3521:4,
3521:17
**brain** - 3620:2
**brawn** - 3620:2
**break** - 3500:4,
3500:20, 3541:18,
3554:18, 3554:20,
3554:22, 3554:24,
3556:7, 3604:10,
3604:18
**breaking** - 3468:12,
3505:20, 3507:22
**breed** - 3477:3
**brewing** - 3605:10
**Brian** - 3496:21
**brief** - 3554:17,
3554:20, 3649:17
**briefly** - 3552:12,
3608:6, 3622:2
**bring** - 3511:23,
3512:5, 3539:1,
3542:21, 3544:16,
3553:7, 3567:12,
3575:23, 3593:2,
3602:13, 3629:5
**brings** - 3631:4
**Broad** - 3462:16
**broaden** - 3650:21
**broadens** - 3650:4
**broader** - 3494:24
**Broadway** - 3609:20
**broke** - 3502:12,
3517:16, 3517:25
**broken** - 3472:24,
3495:23, 3520:18
**broker** - 3634:15
**Brooklyn** - 3462:4,
3462:15, 3462:21,
3475:19, 3542:23,
3565:5, 3630:10
**brother** - 3502:25,
3522:19, 3530:20,
3537:9
**brought** - 3511:25,
3519:7, 3541:10,
3541:15, 3543:22,
3545:7, 3548:8,
3549:17, 3549:23,
3553:2, 3553:13,
3553:22, 3553:24,
3560:21, 3565:19,
3583:3, 3583:4,
3583:5, 3612:1,
3628:10, 3634:3
**Brown's** - 3568:19
**brownstones** -
3619:16
**Bs** - 3563:1
**Bud** - 3502:24
**Buddha** - 3535:12
**build** - 3513:24
**building** - 3487:24,
3488:5, 3505:5,
3522:21, 3537:19,
3537:22, 3538:1,
3538:24, 3540:19,
3540:23, 3540:25,
3541:3, 3546:12,
3547:6, 3547:13,
3576:9, 3576:16,
3576:18, 3578:7,
3578:8, 3578:10,
3579:4, 3579:8
**bunch** - 3521:5

**Burger** - 3467:14,
3478:16
**burial** - 3501:20,
3508:2, 3517:16,
3520:23, 3589:5
**buried** - 3501:15,
3501:24, 3505:15,
3511:15, 3516:20,
3516:21, 3519:4,
3522:14, 3522:20,
3523:4, 3523:12,
3524:17, 3525:8,
3525:23, 3527:11,
3527:12, 3527:24
**Burke** - 3478:14,
3479:1, 3480:14,
3480:16, 3481:2,
3482:9, 3482:13,
3482:19, 3482:20,
3482:24, 3483:1,
3483:2, 3501:13,
3502:8, 3503:1,
3503:4, 3504:3,
3504:14, 3504:22,
3504:24, 3505:13,
3505:19, 3505:23,
3506:5, 3506:10,
3507:5, 3510:6,
3511:2, 3512:10,
3515:15, 3517:1,
3520:22, 3522:13,
3522:22, 3523:11,
3523:17, 3523:22,
3524:2, 3524:8,
3524:10, 3532:23,
3533:7, 3535:10,
3535:18, 3535:21,
3536:2, 3536:9,
3536:14, 3537:20,
3537:24, 3538:18,
3538:25, 3539:3,
3540:14, 3540:21,
3541:5, 3543:4,
3544:6, 3545:7,
3546:8, 3547:20,
3548:21, 3548:22,
3553:7, 3553:20,
3554:10, 3556:18,
3556:20, 3556:24,
3557:1, 3557:2,
3557:15, 3558:13,
3558:15, 3558:20,
3558:24, 3559:2,
3562:4, 3562:6,
3562:7, 3562:15,
3562:23, 3564:5,
3565:1, 3566:3,
3566:18, 3566:24,
3567:1, 3567:5,
3567:11, 3568:25,
3569:1, 3569:4,
3569:7, 3569:18,
3569:25, 3573:1,
3602:9
**Burke's** - 3522:22,
3523:5, 3523:6,
3535:19, 3537:16,
3538:3, 3545:10,
3551:15, 3551:19,
3551:22, 3551:25,
3552:1, 3558:21,
3559:1
**Burkes** - 3523:16,
3545:14
**burlap** - 3542:11
**Burn** - 3577:7
**burn** - 3544:3,
3551:8, 3577:8,
3577:25, 3578:2,
3578:13

burned - 3578:1, 3579:4
burning - 3551:8, 3506:18, 3507:23
bury - 3506:13, 3506:18, 3507:23
burying - 3564:25
business - 3468:8, 3471:2, 3474:9, 3481:9, 3487:2, 3487:4, 3488:8, 3489:25, 3496:8, 3505:4, 3505:5, 3528:4, 3530:7, 3534:8, 3544:14, 3571:10, 3572:3, 3573:1, 3573:11, 3573:14, 3575:14, 3575:16, 3575:23, 3589:4, 3608:2, 3609:10, 3614:10, 3614:15, 3614:19, 3614:24, 3615:7, 3616:9, 3616:17, 3616:25, 3617:4, 3618:12, 3618:24, 3619:6, 3619:15, 3619:21, 3620:6, 3621:2, 3622:11, 3622:13, 3622:20, 3625:13, 3625:21, 3626:1, 3626:6, 3626:10, 3627:11, 3627:17, 3627:22, 3628:5, 3628:7, 3628:12, 3628:16, 3628:20, 3629:2, 3629:7, 3629:14, 3629:16, 3629:19, 3630:5, 3636:22, 3638:24, 3643:22
businesses - 3577:12, 3609:18, 3609:21, 3611:17
button - 3478:1
buy - 3522:13, 3522:14
buyers - 3505:9
Byrnes - 3520:6, 3520:16

---

C

Cadman - 3462:14, 3462:21
Cafe - 3485:4, 3485:6, 3485:16, 3486:7, 3486:16, 3531:10
Café - 3548:18, 3548:21, 3554:2
cage - 3600:5
calculation - 3598:8
caliber - 3569:5
California - 3476:15, 3609:22
calmed - 3497:22, 3550:9
Caltaldo - 3594:5, 3595:3, 3598:24, 3599:3, 3602:9
Caltaldo's - 3594:6
Cammaranos - 3495:5, 3495:9
candidate - 3471:10, 3529:7
candidates - 3469:17, 3470:9
cans - 3519:9, 3593:17
capable - 3510:14,

3529:4, 3532:25
capacity - 3554:14, 3629:12
Capers - 3462:11
captain - 3464:11, 3470:24, 3475:8, 3478:8, 3478:19, 3490:8, 3490:12, 3490:16, 3490:24, 3491:3, 3491:6, 3491:9, 3491:11, 3491:13, 3491:17, 3491:22, 3492:5, 3495:24, 3496:6, 3545:9, 3545:11, 3546:1, 3552:10, 3552:19, 3622:7, 3627:13, 3628:1, 3638:14, 3638:16
Captain - 3479:2, 3509:23
captains - 3473:6, 3473:15, 3490:9, 3490:14, 3491:14, 3492:11, 3495:13
car - 3486:7, 3486:8, 3506:3, 3506:10, 3507:7, 3507:20, 3508:17, 3524:25, 3525:2, 3526:10, 3526:24, 3527:8, 3527:9, 3528:11, 3528:16, 3538:3, 3538:13, 3540:3, 3540:5, 3540:7, 3540:8, 3545:20, 3551:18, 3551:24, 3552:11, 3552:13, 3566:18, 3578:12, 3579:5, 3579:7, 3579:8, 3585:8, 3586:19, 3586:23, 3588:8, 3588:9, 3591:4, 3594:11, 3594:14, 3595:2, 3595:12, 3597:23, 3615:12, 3620:10, 3636:11, 3636:15, 3636:18, 3636:21, 3637:2, 3637:23, 3638:3
Car - 3636:11, 3636:21, 3636:22, 3637:3, 3638:1, 3639:11, 3639:12, 3641:3, 3641:8, 3642:3, 3643:2, 3644:6, 3646:3
card - 3464:12, 3485:12, 3530:25, 3531:4, 3531:9, 3531:20, 3532:4
cardboard - 3519:7
Cardello's - 3496:12
cards - 3468:17, 3575:1
career - 3490:19
careful - 3525:19, 3543:15, 3559:8, 3640:17
Carfora - 3535:15
Carl - 3502:25, 3504:15
Carlo - 3504:3, 3504:14
Carlucci - 3470:10, 3470:13
Carmine - 3630:8, 3630:14, 3630:17,

3631:12, 3631:14, 3632:3, 3632:9, 3632:15, 3632:18, 3633:9, 3633:20, 3634:9, 3634:14, 3634:15, 3634:16, 3634:17, 3634:23, 3635:3, 3635:13
Carmine's - 3630:10
carried - 3535:4, 3535:8
carry - 3590:23, 3594:8
carrying - 3489:12, 3546:19, 3552:13
cars - 3485:23, 3488:18, 3618:13
Case - 3652:16
case - 3464:22, 3465:3, 3465:17, 3465:19, 3493:8, 3494:4, 3495:18, 3497:12, 3499:12, 3502:4, 3520:3, 3544:25, 3548:5, 3549:1, 3549:5, 3549:9, 3549:12, 3552:13, 3552:14, 3561:3, 3568:16, 3581:10, 3581:15, 3588:12, 3589:7, 3597:17, 3628:1, 3636:23, 3638:1, 3641:2, 3648:3, 3648:4, 3648:12
cases - 3571:7
cash - 3475:25, 3534:11, 3534:22, 3535:23, 3545:11, 3551:7, 3565:8, 3584:11, 3634:3
cashed - 3634:2
casher - 3613:16
casual - 3622:13
casually - 3560:22
Cat - 3462:24
Cataldo - 3531:23, 3576:24, 3577:3, 3578:16, 3594:15, 3599:2
Cataldo's - 3577:17
catch - 3517:7
catches - 3640:18
Catholic - 3481:18
Catholics - 3482:16
Cathy - 3522:22, 3522:25, 3523:7, 3558:15, 3559:1
caught - 3473:18, 3517:9, 3523:18, 3524:19, 3526:19, 3527:12, 3529:1, 3529:19, 3540:11, 3552:8, 3590:14
causing - 3608:21
Cecchini - 3548:7, 3548:11, 3549:22, 3549:23, 3549:24, 3550:4, 3550:6, 3550:7, 3550:9, 3550:13
Cecchini's - 3550:11
cement - 3502:10, 3508:7, 3519:9
cemetery - 3483:14
center - 3474:12, 3638:10
central - 3567:4

ceremony - 3472:11, 3472:13
certain - 3488:14, 3496:5, 3517:8, 3617:11, 3619:17, 3624:25, 3630:5, 3633:4, 3639:7, 3639:12
Certain - 3501:23
certainly - 3605:4, 3650:3
certificate - 3515:17, 3614:16
chain - 3501:15, 3507:3, 3542:15, 3552:16
chains - 3542:11, 3545:24, 3552:15
chance - 3465:9, 3465:10
Chance - 3527:19, 3528:2
changed - 3543:13, 3573:12
changes - 3632:19
chapters - 3495:20
characteristics - 3494:15
charge - 3499:25, 3516:18, 3517:11, 3608:11, 3618:15, 3621:5, 3622:10, 3627:7, 3628:22, 3629:22, 3638:22, 3648:10, 3652:1, 3652:3
charged - 3464:17, 3465:14, 3465:17, 3475:24, 3476:13, 3494:5, 3498:13, 3544:25, 3576:7, 3576:11, 3579:14, 3584:5, 3590:9, 3607:13, 3608:25, 3626:5, 3638:4, 3646:17, 3647:1, 3647:7, 3649:21, 3650:10
charges - 3464:18, 3465:6, 3499:24, 3533:16, 3546:22, 3570:7, 3570:12, 3576:8, 3579:16, 3585:7, 3591:6, 3591:10, 3607:18, 3607:25, 3608:7, 3614:8, 3646:22
chased - 3541:8
chasing - 3540:7
check - 3579:4, 3613:16, 3634:2, 3634:3, 3634:6, 3634:10
checking - 3493:22
checks - 3613:17, 3613:18
Chemical - 3597:24
chemicals - 3596:13
Chevy - 3486:9
children - 3514:16, 3514:18, 3522:3, 3558:14, 3647:15
Chilli - 3471:19, 3497:3
chimney - 3551:10
chips - 3551:4, 3551:5, 3551:7
choices - 3647:14
choose - 3482:8,

3482:16
chooses - 3481:22
chop - 3615:6
chose - 3482:15, 3505:10, 3524:12, 3532:16, 3537:8, 3564:22, 3620:2
chosen - 3481:20, 3482:17, 3553:7
Christmas - 3544:2, 3551:9
chunk - 3611:5
church - 3481:18
circle - 3520:11, 3523:6, 3542:17, 3552:21, 3559:11
circled - 3474:19
circumstances - 3515:7, 3559:17, 3607:7, 3607:12, 3608:24, 3611:8, 3639:7
citing - 3464:23
citizen - 3636:22, 3638:2
City - 3466:2, 3513:20, 3514:18, 3609:19
city - 3514:4, 3593:21, 3596:15
claim - 3537:6, 3580:21
claimed - 3644:16
clarify - 3607:8, 3607:19, 3641:2
clean - 3569:11
clear - 3481:14, 3558:9, 3559:7, 3575:8, 3580:16, 3640:23
clearly - 3559:18
clerk - 3651:14, 3652:11
Clerk - 3652:7
clip - 3618:1, 3618:12
clips - 3650:9
close - 3471:9, 3476:23, 3480:7, 3481:21, 3488:20, 3493:18, 3496:10, 3501:11, 3504:13, 3524:11, 3525:11, 3526:20, 3531:21, 3532:23, 3544:11, 3548:15, 3549:14, 3552:3, 3552:25, 3554:10, 3584:7, 3584:8, 3586:21, 3588:10, 3588:12, 3589:4
closed - 3566:4, 3566:5, 3578:11
closely - 3567:10
closer - 3548:24, 3542:7
closest - 3481:23, 3482:3
closets - 3544:23
closing - 3649:23
closure - 3511:17
clothing - 3511:23
Club - 3530:17
club - 3469:22, 3470:3, 3474:13, 3474:19, 3474:23, 3475:2, 3480:6, 3480:7, 3484:16, 3484:18, 3484:19, 3485:5, 3485:8,

3485:25, 3486:1,
3486:4, 3486:5,
3486:16, 3487:6,
3487:7, 3487:11,
3487:12, 3487:21,
3487:24, 3488:5,
3488:13, 3489:6,
3489:15, 3489:19,
3491:23, 3493:14,
3493:21, 3496:14,
3496:15, 3530:12,
3530:18, 3531:3,
3531:5, 3543:11,
3546:13, 3548:19,
3549:17, 3554:2,
3574:1, 3574:10,
3577:2, 3596:17,
3612:9, 3612:12,
3612:15, 3612:16,
3615:14, 3615:23
**clubs** - 3474:8,
3485:1, 3487:1,
3487:18, 3493:11,
3493:25, 3524:7,
3548:17
**co** - 3535:2, 3552:3
**co-conspirator** -
3535:2
**co-conspirator's's** -
3552:3
**coats** - 3511:24,
3515:3
**coconspirators** -
3537:13
**code** - 3464:2,
3483:7
**coffee** - 3503:1
**Cola** - 3618:24
**cold** - 3566:11,
3566:19, 3592:16
**collarbone** -
3521:20
**collect** - 3570:19,
3571:1, 3571:7,
3572:11, 3572:15,
3613:17, 3619:10,
3619:15, 3619:21,
3633:20, 3641:12,
3646:2, 3646:13,
3647:4
**collected** - 3572:16,
3575:21, 3639:18,
3639:19
**collecting** - 3572:3,
3619:13, 3620:16,
3628:17, 3629:4,
3637:24, 3638:17,
3642:6, 3644:11,
3646:20
**collection** -
3499:25, 3500:1,
3570:9, 3570:10,
3620:1, 3635:16,
3635:17, 3644:5,
3644:8, 3646:4,
3646:14, 3647:3
**collides** - 3528:10
**Colombo** - 3594:2,
3598:25, 3599:4,
3602:9
**Colony** - 3636:22
**colored** - 3521:2
**Columbo** - 3535:12
**Columbos** - 3473:9,
3531:23
**combined** - 3480:25
**coming** - 3476:1,
3490:20, 3510:24,
3515:2, 3535:22,
3536:16, 3564:13,

3604:22, 3612:20,
3616:5, 3644:15
**command** -
3465:25, 3579:24
**commenting** -
3617:24
**commerce** -
3475:15, 3475:16,
3476:11, 3608:16,
3618:15
**commission** -
3607:14
**commit** - 3467:6,
3473:20, 3499:18,
3529:13, 3532:17,
3533:18, 3570:14,
3576:11, 3594:13,
3601:16, 3607:23,
3646:23
**commitment** -
3484:3
**commits** - 3579:21
**committed** -
3463:20, 3466:3,
3467:13, 3475:18,
3478:16, 3480:10,
3492:15, 3504:3,
3524:18, 3531:24,
3532:17, 3533:2,
3554:11, 3559:9,
3576:15, 3577:20,
3586:22, 3590:19,
3607:9
**committing** -
3473:14, 3490:18,
3590:21
**common** - 3529:12,
3562:20, 3563:8,
3578:24
**companies** - 3488:3
**Company** - 3550:1
**company** - 3488:7,
3505:25, 3506:3,
3507:8, 3508:1,
3516:25, 3517:15,
3519:8, 3522:21,
3534:1, 3568:19,
3568:21, 3577:16,
3598:1, 3601:1
**compares** - 3644:22
**comparing** -
3643:23
**comparison** -
3645:1
**compelled** -
3608:13
**compete** - 3481:6
**complain** - 3470:16
**complained** -
3475:8, 3496:2,
3497:15, 3553:14
**complaining** -
3561:8, 3562:3
**complaint** - 3581:2,
3581:5
**complete** - 3525:18,
3561:17, 3570:2,
3635:9, 3647:22,
3648:9
**completed** -
3506:11, 3590:10
**completely** -
3481:12, 3561:14,
3563:1, 3567:10
**concealing** -
3501:15, 3502:7
**concerned** -
3626:8, 3633:10
**concluded** - 3606:6
**conclusion** -

3521:23, 3522:4
**concrete** - 3497:8,
3505:22, 3505:24,
3518:2, 3520:18,
3520:19, 3572:21
**conduct** - 3474:9,
3489:24, 3499:6,
3579:25, 3581:11,
3646:17, 3646:19
**conducted** -
3472:12, 3487:4,
3522:18, 3527:1,
3622:19, 3638:23
**conducting** -
3496:7
**Conduit** - 3542:19,
3614:15, 3614:16
**confidants** -
3559:14
**confided** - 3493:19
**confident** - 3648:9
**confirm** - 3515:23,
3550:6, 3557:25,
3646:1
**confirmation** -
3481:15, 3481:20,
3482:7, 3482:8,
3482:14, 3524:10,
3524:13
**confirmed** - 3466:9,
3481:19, 3491:8,
3536:3, 3536:4,
3549:24, 3553:4,
3554:1, 3597:15
**confirming** -
3579:3, 3601:19,
3601:23, 3603:2
**confirms** - 3552:2,
3613:2
**confused** - 3525:15
**congratulating** -
3642:16
**congratulations** -
3642:15
**connection** -
3550:8, 3575:17,
3588:11, 3590:2,
3596:15, 3609:3,
3611:24, 3613:16,
3625:25, 3646:2,
3646:4
**connections** -
3636:12
**conscience** -
3528:25
**conscious** -
3543:22
**consensual** -
3531:14
**consent** - 3608:13
**consequence** -
3468:12
**consequences** -
3510:11
**consider** - 3566:15
**consideration** -
3609:13
**considering** -
3601:9
**consigliere** -
3471:6, 3490:11
**consistent** -
3488:19, 3521:9,
3548:4, 3552:17,
3562:5, 3599:22,
3600:7, 3600:15,
3601:22
**consistently** -
3494:23
**conspiracies** -

3607:13
**conspiracy** -
3464:19, 3465:6,
3465:7, 3465:8,
3465:14, 3465:16,
3499:4, 3499:18,
3499:21, 3500:1,
3501:5, 3516:13,
3533:18, 3534:17,
3535:21, 3558:23,
3570:8, 3570:9,
3570:11, 3570:14,
3576:11, 3591:7,
3591:10, 3607:10,
3607:22, 3608:8,
3619:6, 3635:17,
3646:12, 3646:25,
3647:4, 3649:19,
3649:20, 3649:22,
3652:4
**conspirator** -
3535:2
**conspirators** -
3642:4
**conspirators's** -
3552:3
**conspire** - 3570:20
**conspired** -
3533:11
**constant** - 3473:1
**constructive** -
3650:3
**contact** - 3516:10,
3580:23, 3581:9,
3603:21, 3611:16,
3631:12
**contacts** - 3588:22
**contain** - 3550:7
**contained** -
3496:16, 3496:19,
3497:1, 3502:24,
3542:10, 3589:6,
3595:20
**contains** - 3470:8,
3496:12
**contemplated** -
3602:12
**context** - 3646:11
**continue** - 3538:9
**Continue** - 3501:1
**continued** - 3474:6,
3482:23, 3527:18,
3647:19
**Continued** - 3479:3,
3498:15, 3518:5,
3539:5, 3571:17,
3587:4, 3606:7,
3621:8, 3636:25,
3645:2
**continuing** -
3494:24
**Continuing** -
3480:1, 3499:1,
3540:1, 3572:1,
3588:1, 3622:1,
3637:1
**continuous** -
3523:22, 3622:15
**control** - 3510:5,
3510:10, 3615:9,
3617:3
**controlled** - 3480:7,
3487:7
**controller** - 3574:1
**controlling** - 3610:6
**conversation** -
3474:15, 3491:13,
3492:7, 3506:2,
3507:6, 3507:20,
3507:25, 3509:6,

3524:25, 3526:10,
3526:17, 3531:20,
3541:20, 3548:1,
3553:1, 3559:25,
3560:22, 3561:5,
3561:23, 3563:18,
3589:17, 3602:22,
3603:12, 3603:25,
3628:3, 3630:20,
3630:23, 3631:5,
3631:8, 3632:14,
3643:3
**conversations** -
3526:15, 3559:6,
3559:23, 3560:2,
3563:9, 3566:2,
3624:2, 3630:15
**conveyed** - 3626:25
**convict** - 3591:11
**convicted** -
3581:16, 3585:3
**conviction** -
3580:12
**Cooley** - 3462:13,
3463:14, 3463:15,
3463:15, 3480:1,
3499:2, 3500:5,
3500:12, 3500:14,
3500:16, 3500:19,
3500:21, 3500:23,
3501:2, 3519:1,
3525:6, 3531:8,
3531:18, 3540:2,
3556:5, 3556:8,
3556:10, 3556:15,
3560:18, 3561:2,
3561:21, 3563:8,
3563:25, 3564:13,
3564:19, 3569:23,
3572:1, 3584:24,
3588:2, 3600:22,
3602:4, 3602:20,
3603:12, 3604:6,
3604:11, 3604:14,
3604:19, 3607:2,
3607:4, 3613:6,
3613:12, 3613:21,
3613:24, 3617:8,
3617:20, 3618:5,
3618:9, 3618:18,
3618:22, 3622:1,
3637:2, 3639:24,
3640:7, 3640:16,
3641:2, 3641:15,
3642:1, 3642:11,
3642:18, 3643:14,
3643:17, 3643:19,
3644:3, 3646:1,
3650:20
**cooperate** -
3468:11
**cooperated** -
3580:4
**cooperating** -
3468:18, 3473:11,
3488:1, 3492:13,
3493:9, 3494:9,
3494:20, 3514:10,
3515:23, 3552:5,
3556:16, 3598:22,
3630:21
**cooperation** -
3470:6, 3580:8
**cop** - 3472:4,
3626:8
**copies** - 3469:7,
3650:18
**corduroy** - 3518:1
**corner** - 3474:18,
3542:17, 3577:18

Corozzo - 3498:3
Corozzos - 3498:8
correct - 3560:3,
3560:7
   corrects - 3561:12,
3562:10, 3640:20
   corroborate -
3599:18, 3600:9
   corroborated -
3547:22, 3548:13,
3552:22, 3554:7,
3567:18
   corroborates -
3547:19, 3548:10
Cosa - 3466:1,
3473:2, 3481:3,
3483:7, 3483:15,
3487:3, 3492:18,
3493:12, 3509:9,
3510:23, 3529:16,
3532:1, 3532:5
Costa - 3625:14,
3625:23
Cotrone - 3527:3,
3528:4, 3588:25,
3635:17, 3637:6,
3637:10, 3638:5,
3638:22, 3639:5,
3639:10, 3646:8,
3646:13, 3646:14,
3646:20, 3647:5
   counsel - 3514:21
Count - 3464:18,
3465:5, 3465:6,
3499:15
   counting - 3543:9,
3612:16
   countless -
3463:20, 3466:3,
3493:18
   country - 3513:21,
3513:24, 3513:25,
3514:3, 3514:7
   counts - 3646:18,
3647:6, 3648:5
Counts - 3499:24,
3646:17, 3646:25
County - 3598:13
   couple - 3535:23,
3575:20, 3651:24
   course - 3475:17,
3484:13, 3537:5,
3581:14, 3622:21,
3624:1, 3632:22
Court - 3462:1,
3462:20, 3463:3,
3463:7, 3463:9,
3499:14, 3500:3,
3500:8, 3500:11,
3500:14, 3500:18,
3500:20, 3500:22,
3500:25, 3554:19,
3554:21, 3554:24,
3555:1, 3555:6,
3555:8, 3556:3,
3556:6, 3556:9,
3556:13, 3584:18,
3604:10, 3604:13,
3604:17, 3604:22,
3604:24, 3605:2,
3605:15, 3605:20,
3605:24, 3606:1,
3607:3, 3643:16,
3648:7, 3648:16,
3648:18, 3648:25,
3649:3, 3649:7,
3649:11, 3649:14,
3650:11, 3651:2,
3651:6, 3651:12,
3651:14, 3651:18,

3651:21, 3651:23,
3652:12, 3652:15
   court - 3463:2,
3500:10, 3556:2,
3604:21, 3605:23,
3607:1, 3622:24,
3651:17
   courthouse -
3580:11
Courthouse -
3462:4
   cousin - 3488:23,
3491:3, 3532:22,
3536:2, 3542:21,
3544:12, 3579:17,
3580:3, 3582:16,
3583:11, 3583:18,
3583:22, 3592:18,
3611:12, 3612:20
   cousins - 3549:14
   cover - 3505:24,
3564:8
   covered - 3502:9,
3508:7, 3508:10,
3547:17, 3647:9
Cr- 3462:3
   crap - 3532:7
   crash - 3540:3,
3540:5, 3540:7,
3540:8, 3594:14
   crates - 3542:11
   crazy - 3560:11
   create - 3637:19
   cred - 3511:4
   credit - 3499:25,
3500:1, 3570:8,
3570:9, 3570:10,
3570:20, 3635:16,
3635:17, 3646:14
   crew - 3473:25,
3478:2, 3478:15,
3490:18, 3490:25,
3537:25, 3585:2
Cricket - 3483:19,
3483:21
   crime - 3465:8,
3465:14, 3468:17,
3469:10, 3472:22,
3473:12, 3473:20,
3474:9, 3476:5,
3477:11, 3478:13,
3478:23, 3480:3,
3480:4, 3480:19,
3480:25, 3481:4,
3484:23, 3485:12,
3486:1, 3487:2,
3487:5, 3487:19,
3488:25, 3490:9,
3491:17, 3492:8,
3492:18, 3493:20,
3494:6, 3494:8,
3495:1, 3496:11,
3496:17, 3497:10,
3499:6, 3499:11,
3499:16, 3501:16,
3509:11, 3509:23,
3510:2, 3510:7,
3510:19, 3529:1,
3529:5, 3532:24,
3533:4, 3543:1,
3545:1, 3545:5,
3559:16, 3560:8,
3560:10, 3565:12,
3565:13, 3569:11,
3570:5, 3571:15,
3578:23, 3578:24,
3578:25, 3588:18,
3590:13, 3590:15,
3593:11, 3594:3,
3597:13, 3598:12,

3598:25, 3599:8,
3599:10, 3599:16,
3602:5, 3607:5,
3607:6, 3607:7,
3607:9, 3607:14,
3607:22, 3607:23,
3610:14, 3615:4,
3616:14, 3619:8,
3622:3, 3636:12,
3637:8, 3637:17,
3638:4, 3638:9,
3638:13, 3639:9,
3639:12, 3647:10
   Crime - 3464:1,
3464:7, 3465:18,
3466:4, 3466:10,
3467:3, 3467:5,
3469:1, 3469:16,
3471:7, 3472:11,
3472:18, 3474:1,
3474:6, 3475:10,
3475:11, 3475:14,
3494:17, 3498:14,
3529:3, 3529:13,
3529:18, 3529:21,
3529:23, 3530:9,
3530:15, 3530:23,
3530:25, 3531:21,
3531:22, 3532:3,
3532:4, 3532:16,
3532:21, 3533:5,
3533:10, 3535:3,
3535:12, 3535:15,
3537:5, 3558:18,
3569:12, 3571:3,
3616:22, 3619:24,
3647:23
   crime-filled -
3492:18, 3647:10
   crimes - 3463:21,
3463:23, 3464:13,
3464:17, 3466:3,
3466:18, 3467:12,
3473:14, 3475:18,
3475:20, 3478:15,
3480:10, 3490:18,
3492:15, 3492:19,
3499:10, 3500:2,
3501:5, 3501:8,
3504:3, 3529:13,
3531:25, 3532:17,
3533:2, 3554:11,
3559:9, 3569:15,
3570:16, 3586:22,
3590:3, 3590:10,
3590:19, 3590:21,
3590:23, 3601:13,
3601:18, 3607:4,
3607:12
   criminal - 3463:25,
3464:16, 3470:18,
3480:8, 3480:23,
3481:10, 3482:3,
3482:8, 3482:22,
3497:9, 3503:4,
3503:19, 3514:4,
3515:1, 3516:3,
3524:11, 3540:10,
3552:3, 3580:10,
3584:8, 3588:6,
3588:11, 3588:13,
3589:15, 3590:2,
3602:15, 3640:18
   criminally - 3510:2
   criminals - 3480:9,
3494:13
   critical - 3642:1
   crouching - 3600:4
   culpable - 3607:18
   curb - 3527:14,

3527:15
   cure - 3593:16,
3593:22
   curing - 3593:17
   currency - 3533:23
   curved - 3518:3
   custody - 3523:3,
3584:10
   custom - 3637:16
   customers -
3476:14, 3571:1,
3571:6, 3572:5,
3573:21, 3573:23,
3575:5
   cut - 3467:16,
3472:10, 3538:24,
3540:20, 3547:13,
3631:8
Cut - 3478:25
   cuts - 3553:21
   cutters - 3539:1
   cyanide - 3593:16,
3593:17, 3596:13

## D

D'antoni - 3469:19,
3469:24, 3470:2,
3495:6
   dad - 3513:13
   daily - 3484:14
   damage - 3528:11
   damaged - 3615:13
   dangerous - 3570:3
Daniel - 3535:2,
3535:13, 3604:7
Danny - 3538:19,
3541:21, 3541:22,
3541:23, 3548:1,
3558:15, 3558:16,
3559:1, 3559:5,
3559:17, 3561:5,
3561:8, 3564:1,
3569:24, 3592:23,
3593:8, 3593:9,
3600:11, 3600:14,
3600:17, 3602:4,
3602:11, 3602:21,
3602:23, 3603:4,
3603:6, 3603:13,
3603:14, 3603:16
   dark - 3514:17,
3521:2
   dark-colored -
3521:2
   darkest - 3647:11
   date - 3504:4,
3511:14, 3604:6,
3612:7, 3634:18
   dates - 3486:8,
3486:9
   daughter - 3522:22,
3523:7, 3559:1,
3619:11, 3621:3
   daughter's -
3495:2, 3588:19,
3589:20
   dawns - 3525:21
   day-to-day -
3472:25
   days - 3484:15,
3487:7, 3508:12,
3551:21, 3558:8,
3622:16, 3625:17
   dead - 3565:14,
3567:12, 3635:5
   deal - 3637:11,
3651:6, 3651:7
   dear - 3642:12
Dearie - 3630:12,

3630:13, 3631:6
   Death - 3464:2,
3468:24, 3484:4
   death - 3468:12,
3481:11, 3493:13,
3505:7, 3522:6,
3567:25, 3568:2,
3584:13, 3609:6
   debt - 3570:22,
3570:23, 3575:1,
3610:4, 3636:14
   decade - 3474:3,
3488:23, 3493:10,
3565:1
   decades - 3496:11,
3529:11
   December -
3471:13, 3486:8,
3495:11, 3501:13,
3516:1, 3516:3,
3516:9, 3533:12,
3533:18, 3533:21,
3534:10, 3535:9,
3550:20, 3551:13,
3551:21, 3558:6,
3579:18, 3585:9,
3637:8
   decide - 3568:14,
3628:2
   decided - 3488:24,
3537:11, 3538:23,
3539:3, 3566:19,
3586:19, 3590:4,
3591:19, 3594:4,
3609:22, 3629:6,
3630:15
   decision - 3651:8
   decompose -
3508:6
   defendant -
3463:20, 3463:25,
3464:6, 3464:11,
3464:13, 3464:17,
3464:18, 3465:3,
3465:6, 3467:10,
3467:12, 3467:17,
3470:3, 3470:16,
3470:17, 3471:3,
3471:12, 3474:11,
3474:18, 3474:24,
3475:7, 3475:9,
3476:19, 3476:24,
3477:3, 3477:10,
3477:14, 3477:25,
3478:9, 3478:12,
3478:20, 3478:25,
3480:7, 3480:9,
3480:13, 3480:15,
3481:2, 3482:6,
3482:21, 3482:25,
3483:4, 3483:9,
3483:10, 3483:12,
3483:17, 3483:19,
3483:22, 3484:7,
3484:9, 3484:25,
3485:8, 3485:11,
3485:14, 3486:17,
3486:23, 3487:10,
3487:12, 3487:23,
3488:3, 3488:15,
3488:17, 3488:20,
3488:24, 3489:2,
3489:4, 3489:7,
3489:11, 3489:18,
3490:1, 3490:3,
3490:7, 3490:24,
3491:4, 3491:6,
3491:8, 3491:10,
3491:13, 3491:22,

3492:8, 3493:13,
3493:19, 3493:21,
3494:16, 3494:23,
3495:8, 3495:12,
3495:16, 3495:20,
3495:25, 3496:3,
3496:4, 3496:15,
3497:12, 3497:17,
3497:18, 3497:20,
3497:22, 3498:2,
3498:5, 3498:7,
3498:10, 3498:12,
3499:3, 3499:14,
3499:15, 3501:12,
3501:19, 3502:2,
3502:6, 3502:8,
3502:16, 3503:4,
3503:6, 3503:17,
3503:23, 3504:1,
3504:5, 3504:11,
3504:21, 3504:23,
3504:25, 3505:18,
3505:23, 3505:25,
3506:2, 3506:4,
3507:7, 3507:21,
3507:25, 3508:2,
3508:3, 3508:4,
3508:12, 3508:14,
3509:10, 3510:6,
3510:8, 3510:9,
3510:14, 3510:21,
3512:10, 3515:15,
3516:14, 3516:20,
3516:22, 3517:18,
3519:12, 3520:21,
3522:13, 3523:11,
3523:13, 3523:15,
3523:19, 3524:12,
3524:24, 3525:15,
3526:2, 3526:7,
3526:16, 3526:18,
3527:2, 3527:16,
3527:20, 3528:7,
3528:9, 3528:13,
3528:15, 3528:18,
3529:6, 3529:15,
3530:6, 3530:13,
3530:18, 3531:2,
3531:8, 3531:19,
3532:15, 3532:20,
3533:3, 3533:7,
3533:16, 3534:21,
3534:24, 3535:4,
3535:10, 3535:21,
3536:7, 3536:8,
3536:10, 3536:13,
3536:19, 3537:2,
3537:6, 3537:14,
3537:18, 3538:2,
3538:3, 3538:10,
3538:16, 3539:3,
3542:21, 3543:10,
3543:12, 3543:14,
3543:20, 3543:23,
3544:8, 3544:11,
3544:16, 3544:19,
3544:20, 3545:2,
3545:5, 3545:17,
3545:18, 3546:3,
3546:7, 3546:8,
3546:11, 3548:21,
3548:22, 3548:23,
3548:25, 3549:11,
3549:14, 3549:16,
3549:18, 3549:19,
3550:2, 3550:3,
3550:9, 3551:25,
3552:12, 3552:18,
3552:21, 3552:25,
3553:2, 3553:5,

3553:7, 3553:12,
3553:20, 3553:24,
3554:4, 3554:5,
3554:15, 3556:24,
3557:2, 3557:3,
3557:6, 3557:7,
3557:10, 3557:14,
3557:18, 3557:22,
3558:4, 3558:10,
3558:25, 3559:8,
3559:24, 3560:3,
3560:4, 3560:5,
3560:9, 3560:10,
3560:18, 3561:12,
3561:24, 3562:6,
3562:18, 3562:19,
3562:24, 3562:25,
3564:1, 3564:5,
3564:21, 3566:9,
3566:17, 3567:5,
3567:7, 3567:10,
3568:18, 3568:20,
3568:25, 3569:8,
3569:24, 3570:4,
3570:7, 3570:13,
3571:10, 3571:15,
3572:3, 3572:14,
3572:19, 3572:23,
3572:25, 3573:25,
3574:4, 3574:15,
3574:16, 3574:19,
3574:24, 3574:25,
3575:11, 3575:19,
3575:20, 3575:22,
3575:23, 3575:25,
3576:3, 3576:8,
3577:1, 3577:6,
3577:9, 3577:16,
3579:16, 3580:1,
3580:7, 3580:13,
3580:16, 3581:14,
3583:9, 3583:20,
3584:6, 3584:9,
3584:15, 3584:25,
3585:5, 3585:12,
3587:2, 3589:9,
3589:12, 3589:24,
3590:5, 3590:8,
3591:11, 3591:15,
3591:17, 3591:22,
3592:1, 3593:3,
3596:18, 3597:7,
3597:9, 3599:1,
3599:14, 3600:10,
3600:23, 3601:8,
3601:12, 3602:21,
3602:24, 3603:1,
3603:5, 3603:13,
3603:24, 3604:2,
3604:8, 3607:5,
3607:6, 3607:9,
3608:11, 3609:6,
3609:7, 3609:9,
3609:15, 3610:1,
3610:10, 3610:15,
3611:1, 3611:4,
3611:5, 3611:10,
3611:16, 3611:18,
3611:19, 3611:24,
3612:2, 3612:3,
3612:11, 3612:16,
3612:18, 3612:21,
3613:1, 3613:7,
3613:14, 3613:25,
3614:1, 3614:9,
3614:20, 3614:23,
3615:2, 3615:3,
3615:10, 3615:16,
3615:20, 3615:23,
3616:5, 3616:12,

3616:19, 3616:24,
3617:10, 3617:11,
3617:22, 3617:23,
3617:25, 3618:10,
3619:19, 3619:23,
3620:5, 3620:15,
3620:17, 3620:18,
3620:21, 3620:22,
3622:5, 3622:18,
3623:4, 3623:8,
3623:9, 3623:14,
3623:20, 3623:23,
3624:2, 3624:5,
3624:12, 3624:13,
3625:7, 3625:21,
3626:20, 3626:22,
3626:23, 3627:2,
3627:18, 3627:19,
3627:20, 3627:23,
3628:4, 3628:5,
3628:18, 3629:2,
3629:3, 3629:7,
3629:9, 3629:20,
3630:4, 3630:16,
3630:18, 3630:21,
3631:2, 3631:3,
3631:11, 3631:13,
3632:19, 3632:21,
3632:23, 3633:1,
3633:5, 3633:10,
3633:19, 3634:4,
3634:13, 3634:21,
3634:22, 3635:21,
3635:24, 3636:5,
3636:8, 3636:10,
3636:14, 3636:16,
3637:21, 3637:23,
3638:10, 3638:16,
3638:24, 3639:2,
3639:8, 3639:14,
3639:15, 3639:19,
3640:1, 3640:7,
3640:13, 3640:16,
3640:22, 3641:6,
3641:14, 3641:19,
3642:2, 3642:6,
3642:11, 3642:19,
3642:22, 3643:2,
3643:8, 3643:19,
3644:4, 3644:6,
3644:8, 3644:12,
3644:13, 3644:16,
3646:5, 3646:9,
3646:22, 3647:17,
3647:19, 3650:24,
3651:5
  **Defendant** - 3462:6,
3462:16
  **defendant's** -
3469:19, 3469:21,
3476:23, 3477:23,
3478:5, 3482:13,
3484:3, 3484:10,
3484:14, 3485:5,
3485:7, 3485:9,
3486:5, 3486:7,
3486:16, 3487:6,
3487:18, 3487:21,
3488:6, 3488:12,
3488:22, 3489:1,
3489:6, 3489:21,
3489:24, 3490:6,
3490:25, 3491:7,
3491:23, 3492:14,
3492:23, 3493:11,
3494:1, 3494:20,
3495:2, 3496:10,
3497:7, 3497:15,
3499:8, 3502:11,
3505:11, 3508:1,

3508:5, 3509:7,
3510:12, 3517:13,
3517:14, 3517:15,
3523:5, 3524:1,
3524:6, 3524:15,
3525:2, 3525:7,
3525:21, 3526:24,
3527:22, 3528:20,
3530:12, 3535:1,
3538:16, 3544:10,
3544:13, 3545:9,
3546:1, 3546:18,
3548:17, 3549:13,
3551:14, 3551:18,
3551:22, 3552:19,
3552:25, 3554:14,
3556:22, 3557:13,
3559:6, 3559:22,
3561:22, 3567:6,
3568:24, 3570:25,
3571:1, 3571:6,
3571:9, 3573:11,
3575:14, 3575:15,
3575:24, 3576:14,
3576:15, 3577:21,
3577:22, 3579:5,
3580:6, 3580:15,
3581:25, 3584:12,
3602:22, 3608:15,
3612:9, 3612:12,
3615:8, 3615:14,
3616:6, 3619:11,
3619:20, 3621:3,
3629:10, 3635:1,
3635:7, 3638:14,
3640:2, 3640:11
  **defendants'** -
3499:10
  **defense** - 3465:9,
3514:21, 3652:2
  **deferential** - 3528:6
  **define** - 3499:7,
3563:14
  **degree** - 3608:17
  **delayed** - 3608:17,
3647:25
  **deliberations** -
3482:11
  **delicate** - 3552:4
  **delivered** - 3546:2
  **Dellarusso** -
3486:21
  **delusion** - 3517:9
  **delusions** - 3517:6,
3517:7
  **demanded** - 3612:3
  **demanding** -
3642:25, 3644:11
  **demeanor** - 3582:6
  **demonstrated** -
3478:20
  **demonstrating** -
3494:25
  **demoted** - 3495:24,
3496:1
  **dented** - 3520:21,
3520:22
  **deny** - 3472:3
  **denying** - 3601:20
  **depart** - 3551:20
  **Department** -
3588:19, 3598:13
  **deport** - 3641:9
  **deportation** -
3636:24, 3641:4
  **deported** - 3636:18,
3641:9
  **depth** - 3521:10
  **describe** - 3622:2
  **described** -

3502:13, 3532:2,
3551:6
  **description** -
3550:22
  **designated** - 3571:6
  **Desimone** - 3504:2,
3504:12, 3535:17
3538:18, 3538:20,
3542:3, 3543:4,
3551:23, 3557:16
  **desire** - 3536:10,
3647:24
  **desperately** -
3510:25
  **despite** - 3572:16
  **destinations** -
3598:6
  **detail** - 3502:13,
3568:12
  **details** - 3546:16,
3556:21, 3567:18,
3581:21, 3630:5
  **detective** - 3516:1,
3597:16
  **Detective** - 3469:13,
3470:1, 3516:8,
3516:10, 3550:24,
3599:25
  **detectives** -
3597:17
  **detergent** - 3593:15
  **determination** -
3521:24
  **determined** -
3522:6
  **diamonds** - 3542:13
  **Diane** - 3462:18
  **dictated** - 3543:21,
3626:24, 3627:3
  **die** - 3484:8
  **died** - 3523:24,
3545:16, 3574:14,
3574:17, 3609:17,
3627:14, 3627:16,
3627:19, 3628:13,
3630:13, 3630:14
  **dies** - 3469:5,
3627:25
  **difference** - 3526:3
  **different** - 3476:2,
3480:18, 3481:4,
3484:25, 3486:8,
3487:12, 3502:3,
3527:8, 3528:3,
3529:13, 3534:14,
3542:14, 3544:16,
3552:6, 3552:21,
3578:23, 3583:20,
3595:24, 3598:4,
3602:5, 3607:17
  **differently** -
3646:17
  **difficult** - 3493:3,
3585:11, 3589:19
  **difficulties** -
3588:2, 3605:19
  **difficulty** - 3584:16
  **Difiiore** - 3496:23,
3497:4
  **Difiore** - 3471:19,
3495:9, 3495:14,
3638:11, 3639:16,
3644:10, 3644:13,
3644:15, 3644:20,
3644:22, 3644:24
  **dig** - 3525:8,
3530:2, 3530:3,
3566:8, 3566:10,
3566:19, 3568:6
  **digging** - 3506:5,

3507:22
**diminish** - 3575:3
**Diner** - 3508:19,
3509:5, 3509:14,
3525:3
**diner** - 3471:14,
3471:16, 3508:21
**dinner** - 3511:12
**direct** - 3517:18
**directed** - 3501:19,
3520:17, 3533:12,
3622:19
**direction** - 3542:2,
3576:15, 3619:20
**directly** - 3481:6,
3489:2, 3522:14,
3608:23, 3614:13,
3629:5
**directs** - 3631:11
**dirty** - 3473:13,
3590:16, 3631:16
**disagreed** - 3560:7
**disappearance** -
3515:4
**disappeared** -
3514:12, 3516:3
**discard** - 3519:11
**discharged** -
3568:23
**discontinued** -
3528:12
**discovered** -
3522:1, 3525:7,
3547:9, 3565:11,
3566:25
**discuss** - 3477:10,
3480:15, 3492:12,
3496:3, 3508:19,
3508:20, 3509:2,
3509:12, 3630:6
**discussed** -
3535:18, 3563:2,
3583:19, 3593:5,
3628:22
**discusses** -
3486:23
**discussing** -
3528:17, 3602:14,
3613:1, 3617:20
**discussion** -
3519:14, 3519:16,
3563:25
**discussions** -
3535:25
**disguise** - 3586:1,
3586:20
**disgust** - 3526:8
**Dishonor** - 3484:5
**dishonor** - 3464:2,
3484:8
**dismantling** -
3618:13
**dispose** - 3516:17
**dispute** - 3465:20,
3498:4, 3550:10,
3568:18, 3610:11,
3626:22, 3646:11
**disputes** - 3466:17,
3569:10
**disregard** - 3514:22
**distinction** -
3646:20, 3647:2
**distributor** -
3609:22
**District** - 3462:1,
3462:9
**distrust** - 3524:22
**disturbing** -
3647:13
**divide** - 3553:16

**divided** - 3544:5,
3546:17, 3644:5,
3646:6
**dividing** - 3542:25
**Dna** - 3521:24,
3522:2
**document** - 3476:3,
3476:5, 3476:6
**documenting** -
3524:5
**documents** -
3476:6, 3476:8,
3515:13, 3557:24
**dodged** - 3481:11
**Doe** - 3649:20
**dog** - 3501:15,
3507:3, 3514:15,
3538:7, 3557:9,
3557:13, 3557:20,
3557:23, 3575:17,
3584:14
**dogged** - 3538:11
**dollar** - 3542:10,
3572:8, 3572:15,
3574:11, 3576:5,
3637:11, 3637:14
**dollars** - 3534:11,
3535:23, 3545:8,
3545:12, 3549:8,
3549:9, 3597:4,
3598:8, 3611:13,
3611:23, 3612:24,
3625:14, 3640:9
**Dom** - 3602:6,
3602:8, 3602:11
**Dominic** - 3531:22,
3544:9, 3576:23,
3576:24, 3577:3,
3577:17, 3578:16,
3578:21, 3594:5,
3594:6, 3594:15,
3595:3, 3598:24,
3599:2, 3599:3,
3602:8
**Dominick** - 3560:19
**don'ts** - 3491:20
**done** - 3470:17,
3492:21, 3532:19,
3538:11, 3545:22,
3548:14, 3583:14,
3595:5, 3595:8,
3596:13, 3605:14,
3605:16, 3639:3,
3651:19, 3652:8
**door** - 3486:7,
3502:20, 3506:22,
3506:23, 3540:24,
3541:15, 3544:22,
3547:1, 3547:6,
3547:7, 3547:8,
3547:10, 3547:14,
3551:5, 3578:11,
3586:24, 3588:9,
3620:10, 3620:19
**doors** - 3540:13,
3542:2
**doorway** - 3487:11
**dos** - 3491:20
**doubt** - 3464:22,
3465:4, 3475:12,
3476:18, 3489:21,
3498:12, 3499:13,
3501:8, 3533:15,
3569:17, 3576:7,
3579:14, 3579:19,
3585:5, 3591:5,
3591:13, 3607:23,
3608:5, 3614:6,
3614:12, 3619:3,
3625:12, 3626:13,

3627:5, 3629:23,
3635:14, 3646:16,
3647:5, 3647:7
**Dow** - 3597:24
**Down** - 3631:6
**down** - 3471:8,
3485:13, 3495:23,
3497:22, 3500:8,
3506:10, 3506:21,
3508:24, 3512:22,
3518:4, 3542:6,
3542:23, 3550:9,
3560:6, 3563:19,
3565:5, 3577:7,
3577:8, 3577:25,
3578:1, 3578:3,
3578:13, 3584:22,
3596:9, 3600:4,
3604:17, 3610:24,
3611:17, 3611:18,
3614:2, 3617:13,
3625:1, 3626:20,
3640:19, 3640:21,
3647:13
**downstairs** -
3541:25
**dozens** - 3476:22,
3554:11
**Dr** - 3522:4, 3522:5,
3567:20, 3568:8
**drank** - 3570:2
**drawer** - 3542:13
**drawers** - 3542:13
**drawn** - 3513:23
**dress** - 3522:18
**dressing** - 3576:4
**drew** - 3469:3
**Drew** - 3630:9
**drive** - 3527:9,
3528:9, 3543:3,
3547:14, 3551:24,
3595:24
**driver** - 3511:21,
3585:8, 3588:8,
3591:4, 3595:13,
3595:17, 3596:2,
3596:8, 3597:18,
3599:23, 3600:3,
3607:22
**drives** - 3527:10
**driveways** -
3506:11
**driving** - 3527:10
**drop** - 3473:20,
3618:25
**dropped** - 3543:5,
3595:5
**dropping** - 3531:11
**drove** - 3486:12,
3488:19, 3505:23,
3538:2, 3540:17,
3540:21, 3540:22,
3541:1, 3541:15,
3552:10, 3554:13,
3595:18, 3615:12,
3620:4, 3620:14
**drugs** - 3550:12
**drunk** - 3572:7
**due** - 3562:23,
3575:4, 3575:10
**dug** - 3517:25,
3518:1, 3520:9,
3520:22
**During** - 3624:1,
3637:8, 3649:23
**during** - 3464:20,
3472:13, 3478:18,
3482:11, 3496:13,
3496:25, 3506:6,
3521:5, 3547:3,

3598:1, 3598:2,
3617:21, 3650:24,
3650:25
**Dye** - 3469:20
**dynamic** - 3639:4,
3640:1

---

# E

**ear** - 3597:10
**early** - 3475:7,
3478:11, 3485:5,
3486:17, 3487:19,
3489:22, 3490:8,
3490:22, 3491:9,
3492:22, 3522:22,
3522:25, 3523:7,
3534:10, 3535:9,
3545:16, 3550:23,
3554:9, 3562:15,
3572:24, 3576:2,
3589:24, 3627:15
**earn** - 3466:25,
3467:16, 3473:17,
3478:20, 3532:14,
3536:20
**earned** - 3537:3
**earner** - 3464:4,
3466:13, 3466:21,
3466:24, 3467:7,
3467:11, 3467:25,
3478:13, 3483:4,
3511:2, 3533:1
**earners** - 3466:19,
3467:24
**earning** - 3529:19
**earnings** - 3537:7
**earns** - 3468:1
**easily** - 3529:18,
3586:20
**East** - 3462:14,
3462:21
**Eastern** - 3462:1
**easy** - 3564:7,
3582:14, 3583:8,
3594:25
**eat** - 3616:7
**eaten** - 3567:22,
3567:25, 3568:1
**eating** - 3568:4
**Eaton** - 3565:3,
3565:25, 3567:3,
3567:25
**Eaton's** - 3565:11,
3565:14, 3565:18,
3566:18, 3568:10
**Ecf** - 3652:8
**economic** - 3608:21
**effect** - 3475:16,
3476:10, 3573:12
**effectively** - 3643:3
**efforts** - 3480:25,
3646:2
**Eight** - 3607:24,
3607:25, 3609:1,
3614:6, 3649:18,
3649:24
**eight** - 3536:23
**eighties** - 3486:2,
3487:22, 3488:4,
3576:2
**either** - 3466:13,
3468:6, 3532:7,
3591:9, 3591:10,
3616:3
**electronics** -
3511:24
**element** - 3465:16,
3475:13, 3475:17,
3476:17, 3476:19,

3499:2, 3499:20
**elements** - 3465:8,
3465:15, 3608:7,
3608:11, 3608:19,
3622:2, 3622:9
**Eleven** - 3619:4,
3619:5, 3621:1
**eleven** - 3558:8
**eliminated** - 3652:3,
3652:4
**Elizabeth** - 3462:16
**Elmont** - 3491:1
**elsewhere** -
3514:19
**embraced** - 3477:1,
3607:18
**emeralds** - 3542:13
**emergency** -
3569:10
**employed** - 3476:20
**employee** -
3534:18, 3542:1,
3547:16, 3591:7,
3618:23
**employees** -
3533:17, 3533:22,
3541:16, 3541:18,
3547:24, 3561:7
**encapsulates** -
3635:7
**encounter** -
3568:22
**encountered** -
3564:7, 3564:14
**encounters** -
3614:24
**encourage** -
3607:14
**encouraged** -
3589:13
**end** - 3465:2,
3483:5, 3503:5,
3526:12, 3533:4,
3536:13, 3536:24,
3556:23, 3556:24,
3557:3, 3562:1,
3599:24, 3603:5,
3603:13, 3603:20,
3603:24, 3607:16,
3611:15, 3617:4,
3617:12, 3644:21
**ended** - 3470:23,
3526:15, 3526:25,
3552:16, 3574:22,
3580:11, 3600:18,
3603:3, 3611:1,
3620:20, 3634:17
**ending** - 3523:6,
3523:24
**ends** - 3526:10,
3526:17, 3536:24
**enemies** - 3481:11
**enforce** - 3483:7
**enforced** - 3464:2
**enforcement** -
3468:11, 3468:14,
3468:15, 3468:18,
3471:24, 3473:19,
3474:4, 3488:2,
3493:1, 3493:3,
3494:4, 3513:3,
3513:7, 3513:11,
3525:23, 3526:21,
3529:19, 3534:23,
3550:16, 3551:11,
3579:3, 3580:4,
3580:8, 3580:23,
3581:8, 3581:9,
3582:12
**enforcement's** -

3529:17
**engage** - 3579:22,
3579:25, 3624:18
**enhanced** - 3480:11
**enjoy** - 3490:19
**enriched** - 3545:1
**enriching** - 3464:7
**enter** - 3471:16,
3551:24
**entered** - 3541:2
**entering** - 3525:2
**enterprise** -
3465:18, 3497:9,
3498:13, 3544:25
**enters** - 3500:24,
3605:22
**entertain** - 3617:12,
3617:14
**entertainment** -
3609:18
**entire** - 3521:7,
3565:24, 3571:8
**entitled** - 3562:1,
3562:22
**entrance** - 3474:13,
3474:19
**epic** - 3534:13
**equally** - 3473:8,
3550:17
**erratic** - 3528:21
**Errol** - 3626:21
**escape** - 3537:22
**especially** -
3468:10, 3473:19,
3478:21, 3563:16,
3577:23, 3583:17,
3595:3, 3601:15,
3639:7
**Esq** - 3462:16,
3462:18
**Esquire** - 3525:3
**essence** - 3559:25
**essentially** -
3570:14, 3571:8,
3611:6
**establish** - 3501:7,
3570:17
**established** -
3609:5
**establishes** -
3522:7, 3533:14
**establishment** -
3616:7
**establishments** -
3485:1, 3487:13
**estimate** - 3604:14
**Estrella** - 3622:24,
3623:1, 3623:17,
3623:22, 3624:4,
3624:18, 3624:22,
3625:16, 3625:25,
3626:20, 3626:23,
3626:25
**euphoria** - 3543:13
**evenings** - 3616:5
**evenly** - 3644:19
**events** - 3474:8,
3493:13, 3494:24,
3524:23, 3540:16,
3547:2, 3580:20,
3580:24, 3639:9
**eventual** - 3646:3
**eventually** -
3469:25, 3477:19,
3485:13, 3530:21,
3543:3, 3611:18
**Eventually** - 3596:5
**evidence** - 3463:22,
3464:21, 3464:24,
3465:1, 3465:3,

3465:16, 3465:19,
3475:9, 3482:10,
3485:6, 3486:5,
3486:24, 3488:16,
3493:8, 3493:17,
3494:6, 3495:22,
3496:9, 3497:11,
3498:11, 3499:21,
3501:12, 3501:15,
3501:18, 3502:4,
3503:22, 3505:12,
3510:21, 3515:10,
3515:17, 3515:22,
3520:3, 3522:7,
3522:11, 3523:3,
3523:10, 3523:20,
3523:25, 3524:9,
3529:25, 3533:14,
3534:8, 3534:25,
3535:7, 3543:1,
3544:3, 3546:21,
3551:8, 3557:25,
3561:22, 3565:2,
3567:9, 3567:16,
3568:15, 3569:15,
3570:24, 3580:1,
3581:21, 3581:25,
3584:4, 3584:25,
3585:4, 3588:12,
3588:14, 3589:7,
3589:22, 3590:2,
3591:3, 3597:14,
3609:13, 3610:4,
3614:17, 3616:2,
3616:13, 3618:22,
3619:2, 3620:24,
3625:6, 3626:12,
3626:19, 3634:5,
3634:20, 3635:1,
3635:12, 3635:19,
3646:7, 3648:1,
3648:2
**Ex** - 3594:23,
3595:13, 3595:15,
3596:5, 3597:19,
3598:19, 3599:17,
3600:12, 3602:11,
3602:16, 3603:2,
3603:19
**ex** - 3579:12
**ex-wife** - 3579:12
**exact** - 3482:6,
3494:11, 3603:22,
3620:7
**exactly** - 3464:21,
3542:20, 3600:15
**examined** - 3553:18
**examiner** - 3521:22,
3565:17, 3567:24
**examiner's** -
3521:4, 3565:20
**example** - 3474:17,
3480:20, 3481:24,
3481:25, 3488:9,
3546:22, 3551:13,
3567:20
**examples** -
3474:10, 3650:23
**excavated** -
3520:25
**excavation** -
3520:11, 3521:5,
3524:16
**exceedingly** -
3524:11
**exception** - 3478:25
**excerpt** - 3632:17
**excuse** - 3562:8
**Excuse** - 3500:3,
3584:18

**excused** - 3648:14
**executed** - 3497:1,
3501:25
**exhausted** - 3605:8,
3606:2
**exhibit** - 3618:2,
3640:24
**Exhibit** - 3469:12,
3470:7, 3470:20,
3471:5, 3482:11,
3482:25, 3486:25,
3487:25, 3489:5,
3489:17, 3496:11,
3496:19, 3496:24,
3501:9, 3503:23,
3503:25, 3505:13,
3505:17, 3515:18,
3515:20, 3520:10,
3530:1, 3530:5,
3530:10, 3530:16,
3535:7, 3541:4,
3546:14, 3547:4,
3550:18, 3558:5,
3561:18, 3563:5,
3563:21, 3564:10,
3564:16, 3565:12,
3566:21, 3568:9,
3569:19, 3577:13,
3581:21, 3584:3,
3588:15, 3589:10,
3591:23, 3595:9,
3595:23, 3598:14,
3598:21, 3599:19,
3600:20, 3602:2,
3602:18, 3603:10,
3604:4, 3610:5,
3612:8, 3613:9,
3613:13, 3613:21,
3617:9, 3617:17,
3618:6, 3618:19,
3625:10, 3625:24,
3626:2, 3626:16,
3630:2, 3630:24,
3632:18, 3633:7,
3633:23, 3634:7,
3636:7, 3636:13,
3639:22, 3640:5,
3640:14, 3641:13
**Exhibits** - 3523:3,
3523:20, 3534:9
**exhibits** - 3464:24,
3476:2
**exhume** - 3502:12,
3517:19, 3521:16,
3523:14
**exist** - 3474:6
**existed** - 3465:18,
3486:4
**existence** - 3474:1,
3475:11
**exists** - 3465:20,
3475:10
**exiting** - 3530:6
**exits** - 3500:7,
3555:5, 3604:12
**expect** - 3465:11,
3579:20, 3590:7
**expectation** -
3614:22
**expected** - 3477:25,
3510:2, 3535:22,
3616:9
**expecting** - 3543:9
**experience** -
3464:12, 3529:12,
3623:11
**expert** - 3521:3
**explain** - 3465:15,
3468:9, 3474:22,
3481:7, 3536:22,

3625:11
**explained** -
3465:25, 3466:8,
3467:10, 3467:15,
3468:3, 3469:2,
3472:2, 3472:16,
3478:9, 3478:22,
3484:6, 3485:8,
3490:16, 3504:22,
3530:24, 3534:17,
3534:21, 3540:6,
3540:9, 3548:2,
3565:24, 3569:1,
3571:8, 3590:18,
3592:22, 3627:25,
3628:15, 3635:25
**explaining** -
3465:12
**explains** - 3510:1
**explicit** - 3563:19
**exploded** - 3497:18
**Express** - 3476:13,
3591:7, 3597:18,
3607:22
**extended** - 3475:21
**extension** - 3537:4,
3570:8, 3570:20
**extensive** - 3570:24
**extent** - 3605:13
**extort** - 3619:6
**extortion** - 3464:9,
3467:1, 3499:25,
3500:1, 3570:11,
3607:25, 3608:8,
3608:10, 3608:25,
3614:8, 3614:9,
3614:14, 3618:15,
3619:6, 3621:1,
3621:2, 3630:7,
3630:9, 3630:22,
3635:13, 3638:5,
3649:19, 3649:20,
3649:25, 3650:5,
3650:9
**extortionate** -
3570:7, 3570:8,
3570:9, 3570:10,
3570:19, 3635:16,
3646:14, 3646:19
**extortionately** -
3646:13
**extortions** -
3650:24, 3650:25
**extracting** -
3572:19
**extremely** - 3552:4,
3557:10
**eye** - 3541:9
**eyes** - 3463:23

**F**

**F'd** - 3562:3
**F'ing** - 3637:13,
3637:14
**F'ng** - 3562:4
**fabric** - 3521:2
**face** - 3526:8
**faced** - 3636:23,
3641:3
**facing** - 3540:11
**fact** - 3481:14,
3482:15, 3498:9,
3501:6, 3516:15,
3521:8, 3523:4,
3536:8, 3562:23,
3566:12, 3590:13,
3609:11
**factor** - 3571:4
**facts** - 3608:24

**failed** - 3585:11,
3586:25, 3588:6,
3595:1
**faith** - 3481:22,
3484:2
**fall** - 3627:23,
3642:25
**falling** - 3521:10
**false** - 3580:21,
3581:2
**fame** - 3483:3
**familiar** - 3487:10,
3537:21
**Families** - 3529:13,
3529:18, 3529:23,
3529:24, 3530:9,
3530:23, 3531:1,
3531:21, 3531:22,
3532:3, 3532:5,
3569:13
**families** - 3466:2,
3469:8, 3469:10,
3471:20, 3472:1,
3472:2, 3472:7,
3473:8, 3481:4,
3487:5, 3487:20,
3510:7, 3578:25,
3599:8
**Family** - 3464:1,
3464:3, 3464:8,
3464:11, 3464:14,
3465:18, 3465:20,
3465:21, 3465:25,
3466:4, 3466:5,
3466:10, 3466:15,
3466:16, 3467:3,
3467:5, 3467:9,
3467:13, 3468:8,
3469:1, 3469:3,
3469:10, 3469:11,
3469:16, 3469:18,
3469:25, 3470:15,
3470:23, 3471:12,
3472:14, 3472:19,
3473:8, 3474:1,
3474:6, 3474:11,
3474:13, 3474:15,
3474:20, 3475:4,
3475:10, 3475:11,
3475:14, 3475:18,
3475:20, 3476:20,
3476:23, 3476:25,
3477:7, 3478:6,
3478:8, 3478:11,
3478:14, 3478:20,
3480:22, 3482:1,
3483:9, 3484:12,
3485:2, 3485:10,
3486:20, 3487:17,
3489:1, 3491:11,
3492:15, 3493:23,
3494:18, 3494:21,
3494:23, 3494:25,
3495:4, 3495:14,
3496:1, 3496:14,
3497:6, 3498:3,
3498:14, 3527:4,
3528:4, 3528:6,
3529:3, 3529:21,
3530:15, 3530:20,
3530:21, 3531:1,
3531:12, 3532:12,
3532:17, 3532:21,
3533:5, 3533:10,
3535:3, 3535:12,
3535:15, 3537:1,
3537:5, 3558:18,
3558:20, 3571:3,
3580:7, 3580:14,
3615:5, 3616:22,

3617:15, 3619:25,
3622:7, 3627:14,
3636:4, 3636:17
**family** - 3471:6,
3471:22, 3480:4,
3481:9, 3481:22,
3481:23, 3485:13,
3487:4, 3495:1,
3495:21, 3496:6,
3496:21, 3499:6,
3499:11, 3499:16,
3504:2, 3509:8,
3509:23, 3510:13,
3511:1, 3513:19,
3513:22, 3514:14,
3532:10, 3543:11,
3544:14, 3544:25,
3545:1, 3545:4,
3545:10, 3546:1,
3546:4, 3550:1,
3552:20, 3552:24,
3554:8, 3574:8,
3578:24, 3590:20,
3594:3, 3597:6,
3597:13, 3598:25,
3599:4, 3599:6,
3599:12, 3599:13,
3602:8, 3602:9,
3602:24, 3612:5,
3623:3, 3628:1,
3628:18, 3635:10,
3636:12, 3638:4,
3638:13, 3638:15,
3638:21, 3639:6,
3639:12, 3641:18,
3641:20, 3642:5,
3642:14, 3643:6,
3644:22, 3647:15,
3647:18
**family's** - 3496:8
**Family's**- 3471:7,
3472:11, 3495:18,
3531:3, 3647:23
**famous** - 3537:9
**Fanara**- 3579:8
**far** - 3571:5
**Farrugia**- 3627:13,
3627:14, 3627:19,
3628:13, 3630:5
**Farrugia's**-
3627:22, 3629:16
**fast** - 3543:13,
3613:12, 3641:5
**fast-forward** -
3613:12
**Fat**- 3470:12,
3477:5, 3480:20,
3480:23, 3481:8,
3481:15, 3481:25,
3486:3, 3535:16,
3543:10, 3543:11,
3552:24, 3553:3,
3553:4, 3553:6,
3553:14, 3553:17
**Father**- 3481:17,
3482:14, 3482:20
**father** - 3477:5,
3477:6, 3477:10,
3477:18, 3478:10,
3480:20, 3481:8,
3483:11, 3486:3,
3489:1, 3491:4,
3505:2, 3505:3,
3508:15, 3509:7,
3510:8, 3511:11,
3511:14, 3511:19,
3511:21, 3511:22,
3511:25, 3512:5,
3512:6, 3512:11,
3512:20, 3513:5,

3513:8, 3514:12,
3514:14, 3514:23,
3515:6, 3515:18,
3523:8, 3532:6,
3533:5, 3533:6,
3544:10, 3544:13,
3552:24, 3552:25,
3553:10, 3553:14,
3554:2, 3559:3,
3574:7, 3574:17,
3583:13, 3586:5,
3610:2, 3647:14
**father's** - 3477:13,
3505:4, 3505:6,
3515:1, 3515:3,
3515:4, 3532:12,
3533:6, 3575:1,
3609:5, 3609:18
**fault** - 3605:19
**favor** - 3550:6,
3578:22
**Fbi**- 3474:4,
3474:22, 3474:24,
3486:6, 3487:9,
3487:22, 3501:25,
3520:6, 3520:7,
3520:10, 3520:14,
3521:1, 3522:8,
3522:17, 3524:5,
3524:16, 3527:2,
3528:2, 3551:1,
3634:3, 3638:23,
3639:4
**fear** - 3514:5,
3515:5, 3524:21,
3533:13, 3567:13,
3608:14, 3608:20
**feared** - 3464:5,
3524:19, 3532:24
**fears** - 3515:4
**featured** - 3591:19
**February** - 3496:13,
3565:15, 3566:12,
3591:9, 3598:2,
3598:17, 3598:19,
3612:7
**Fed**- 3594:23,
3595:13, 3595:15,
3596:5, 3597:19,
3598:19, 3599:17,
3600:12, 3602:11,
3602:16, 3603:2,
3603:19
**Federal**- 3476:13,
3591:7, 3597:17,
3607:21
**federal** - 3523:23,
3580:10, 3580:12,
3581:10, 3581:17,
3588:16, 3608:10,
3614:10, 3618:15
**feds** - 3525:13
**fell** - 3473:4
**fellow** - 3480:21,
3529:15, 3532:16
**felt** - 3517:3,
3550:7, 3583:21,
3595:5
**female** - 3551:24
**Fence**- 3487:22,
3487:24, 3488:4,
3544:14, 3550:1,
3577:16, 3579:7
**fence** - 3488:3,
3488:7, 3505:25,
3506:3, 3507:8,
3508:1, 3516:24,
3517:15, 3519:8,
3540:20, 3544:14,
3553:13, 3568:19,

3568:21, 3577:16,
3615:12, 3634:12
**fenced** - 3553:21,
3553:25
**Fernandez**- 3486:6,
3486:18
**Fernando**- 3486:6
**Ferreri**- 3544:12,
3548:20, 3579:17,
3580:3, 3580:4,
3580:17, 3581:12,
3581:22, 3582:3,
3582:18, 3583:1,
3583:13, 3583:14,
3583:22, 3585:6
**Ferreri's**- 3580:8,
3580:22, 3580:25,
3581:7
**Ferreris** - 3548:16
**Ferrone** - 3462:18,
3648:22, 3649:16,
3650:13, 3651:4,
3651:11, 3651:13,
3651:16, 3651:20
**few** - 3463:18,
3463:21, 3464:10,
3480:18, 3487:15,
3492:13, 3503:7,
3508:12, 3509:5,
3512:1, 3516:18,
3532:6, 3537:12,
3540:4, 3551:21,
3567:8, 3584:5,
3616:11, 3638:7
**fifteen** - 3501:18
**fight** - 3473:16
**Fighting**- 3514:25
**fighting** - 3513:17
**figure** - 3527:7,
3532:24, 3555:1,
3604:3, 3604:7,
3624:12
**figuring** - 3543:2,
3565:7
**filed** - 3580:22
**fill** - 3519:9
**filled** - 3492:18,
3552:14, 3647:10
**final** - 3495:20,
3499:2, 3499:22,
3618:1, 3652:1
**Finale**- 3496:13
**finally** - 3515:4,
3521:22, 3625:20
**Finally**- 3496:9,
3524:15, 3528:20,
3532:2, 3548:25,
3618:22, 3639:19
**financed** - 3622:19
**financially** -
3529:22, 3616:10
**fine** - 3500:16,
3581:18, 3652:13
**finish** - 3556:7
**finished** - 3505:7,
3505:8, 3519:11,
3607:20
**fire** - 3490:18
**first** - 3463:13,
3465:16, 3476:24,
3487:13, 3523:23,
3530:10, 3538:17,
3539:2, 3540:18,
3542:3, 3560:14,
3568:3, 3568:24,
3585:19, 3585:21,
3585:22, 3586:2,
3600:5, 3600:16,
3617:5, 3622:3,
3630:20, 3631:1,

3631:4, 3639:22,
3642:14, 3651:3,
3651:19
**First**- 3465:24,
3494:21, 3515:13,
3520:5, 3527:15,
3536:2, 3536:8,
3599:20, 3622:11,
3625:13, 3638:9
**firsthand** - 3552:7
**Fish**- 3530:17
**fit** - 3600:3
**fitting** - 3483:14
**Five**- 3530:10
**five** - 3463:24,
3464:6, 3466:2,
3471:20, 3471:25,
3514:18, 3579:16,
3582:1, 3585:5,
3592:24, 3622:18,
3625:20, 3631:19,
3631:20, 3647:10,
3647:14, 3649:2,
3649:14
**fixture** - 3488:14
**flat** - 3518:4
**floor** - 3520:15,
3521:2, 3542:6
**flooring** - 3521:2
**Floriana**- 3565:17,
3568:8
**Florida**- 3611:4,
3611:15, 3611:19,
3611:22, 3612:6,
3612:7, 3612:11,
3612:21
**flowing** - 3466:18
**fly** - 3551:9
**follow** - 3489:23,
3594:24, 3603:23,
3614:1
**followed** - 3477:5,
3515:5, 3517:12,
3543:20, 3595:2,
3595:11
**Following**- 3581:9,
3596:19
**following** - 3491:12,
3506:9, 3513:5,
3518:5, 3551:12,
3580:9, 3580:20,
3581:18, 3596:22,
3604:7, 3606:7,
3608:11, 3611:21,
3645:2
**follows** - 3580:24,
3634:22
**food** - 3567:24
**foot** - 3542:7
**footsteps** - 3477:5
**Forbell**- 3485:16
**force** - 3533:22,
3584:17, 3606:1,
3608:14, 3608:19,
3640:19
**forced** - 3546:25,
3595:18
**Ford**- 3540:13,
3546:25, 3550:20
**foreign** - 3475:15,
3475:16, 3476:11,
3608:15, 3608:16,
3618:13, 3618:14,
3620:8
**Forever**- 3572:13
**forever** - 3515:9,
3647:16
**forewarn** - 3583:16
**Forget**- 3507:15
**forging** - 3530:22

**form** - 3588:14
**formal** - 3472:23
**formally** - 3483:13
**formed** - 3521:7
**former** - 3465:24,
3467:2, 3468:8,
3469:12, 3470:1,
3488:7, 3550:15,
3551:1, 3551:17,
3551:23, 3622:24
**Former**- 3534:18,
3550:19
**forms** - 3521:20,
3588:5
**forth** - 3471:20
**forty** - 3463:24,
3464:6, 3524:17,
3647:10, 3647:18,
3649:2, 3649:5,
3649:14
**forty-five** - 3463:24,
3464:6, 3647:10,
3649:2, 3649:14
**forty-four** - 3647:18
**forward** - 3580:17,
3613:12, 3630:6,
3641:5, 3651:15
**fought** - 3512:3
**four** - 3465:8,
3465:15, 3469:7,
3469:8, 3472:2,
3473:8, 3502:17,
3576:8, 3579:15,
3592:24, 3647:18
**fourteen** - 3499:12,
3499:13, 3499:19
**Fourteen**- 3499:23,
3646:15
**fourth** - 3499:20
**frame** - 3621:6
**frames** - 3544:23
**Frances**- 3521:4,
3521:24, 3522:1
**Frank**- 3519:10,
3588:12, 3588:23,
3589:5, 3589:13,
3589:15, 3589:23,
3590:1
**Frankie**- 3535:18,
3537:8, 3537:20,
3540:14, 3540:21,
3541:5, 3541:8,
3541:9, 3541:13,
3541:24, 3544:6,
3544:12, 3545:7,
3547:20, 3554:10,
3554:12, 3556:18,
3556:20, 3556:24,
3557:15, 3562:6,
3566:18, 3567:5,
3573:23, 3586:8,
3586:9, 3586:11,
3586:16, 3586:21,
3636:10, 3636:15
**fraud** - 3581:10,
3581:11, 3581:17
**freely** - 3559:13
**Freeport**- 3594:21,
3595:14, 3601:6,
3601:25
**frequented** -
3491:24
**frequently** -
3514:19
**fresh** - 3514:3
**friend** - 3481:24,
3522:15, 3524:11,
3544:11, 3554:10,
3642:12, 3642:13,
3643:7

friends - 3548:24
friendship - 3481:9
Frogiero- 3637:4
front - 3506:24,
3508:8, 3518:3,
3596:9, 3596:10,
3599:21, 3600:3,
3600:6, 3612:9,
3643:20, 3643:21,
3646:10
frozen - 3565:20,
3566:11, 3566:13
frustrated -
3589:17, 3644:17
frustration - 3640:2
fugitive - 3490:23
full - 3475:3,
3492:18, 3514:20,
3545:15, 3563:1,
3571:14, 3572:18,
3573:12, 3611:23
fully - 3477:1,
3553:23, 3601:14
funeral - 3574:15,
3574:16
funny - 3570:1
Funzi- 3594:1,
3594:2, 3594:6,
3594:15, 3599:9,
3599:10
Funzy- 3531:23
fur - 3511:24,
3515:2
furniture - 3511:24
furthered - 3529:23
furthermore -
3494:6

**G**

gain - 3523:15,
3529:4, 3533:8
gaining - 3529:22
Gambino - 3467:3,
3469:16, 3480:22,
3482:1, 3486:20,
3530:15, 3530:20,
3530:21, 3531:3,
3531:12, 3532:12,
3543:11, 3546:3,
3552:20, 3552:24,
3602:7, 3616:21,
3636:12, 3639:12
Gambinos - 3473:9,
3487:20, 3586:10,
3617:2, 3617:13
gamble - 3484:20
gambled - 3562:12,
3562:19
gambling - 3464:9,
3468:2, 3471:2,
3485:25, 3545:17,
3621:5, 3622:9,
3622:11, 3622:20,
3622:23, 3623:21,
3624:16, 3625:8,
3625:21, 3626:1,
3626:5, 3626:10,
3627:7, 3627:17,
3628:4, 3628:6,
3629:22
game - 3485:12,
3485:13, 3485:20,
3530:25, 3531:4,
3531:9, 3532:4,
3532:9, 3532:11,
3533:4
games - 3531:20,
3532:7
garage - 3502:20

Gary - 3547:19,
3548:20, 3549:4,
3582:3, 3582:18,
3583:2, 3623:19,
3624:4, 3624:4,
3624:9, 3624:23,
3642:15
gas - 3542:18,
3578:6, 3578:7,
3578:9, 3578:10
Gasper - 3467:8,
3469:23, 3470:12,
3470:16, 3470:22,
3477:2, 3478:9,
3478:21, 3480:2,
3483:9, 3484:6,
3484:11, 3484:16,
3485:7, 3486:11,
3486:15, 3487:11,
3487:22, 3488:13,
3489:8, 3489:11,
3489:14, 3489:18,
3491:7, 3491:21,
3492:16, 3501:19,
3502:5, 3507:7,
3507:21, 3514:9,
3515:10, 3516:19,
3517:24, 3519:1,
3520:1, 3520:12,
3522:12, 3522:21,
3523:13, 3524:2,
3524:3, 3524:5,
3524:24, 3525:1,
3525:9, 3525:12,
3525:14, 3525:17,
3525:25, 3526:5,
3526:9, 3526:12,
3526:24, 3527:8,
3529:10, 3530:6,
3531:14, 3531:18,
3532:22, 3533:12,
3534:16, 3535:2,
3535:6, 3536:12,
3536:17, 3544:12,
3546:15, 3548:16,
3550:2, 3552:22,
3554:5, 3554:6,
3554:13, 3556:21,
3556:25, 3557:2,
3557:3, 3558:2,
3559:15, 3559:16,
3559:20, 3560:11,
3560:19, 3561:2,
3561:7, 3562:8,
3562:10, 3562:25,
3563:9, 3564:1,
3564:22, 3564:24,
3565:6, 3565:23,
3566:10, 3566:15,
3566:22, 3567:1,
3567:5, 3568:3,
3568:17, 3569:1,
3571:7, 3572:2,
3572:23, 3572:25,
3573:10, 3574:15,
3574:18, 3574:19,
3576:13, 3577:5,
3577:12, 3577:19,
3579:2, 3579:12,
3579:17, 3580:2,
3580:3, 3580:8,
3580:16, 3580:19,
3580:22, 3580:25,
3581:7, 3581:12,
3581:22, 3582:2,
3583:1, 3583:12,
3583:13, 3583:14,
3583:22, 3585:6,
3585:10, 3585:17,
3586:18, 3587:1,

3588:3, 3589:16,
3590:3, 3591:13,
3591:20, 3591:24,
3592:1, 3592:2,
3592:12, 3592:20,
3593:3, 3594:5,
3594:10, 3594:16,
3594:20, 3595:11,
3595:17, 3595:21,
3596:1, 3596:16,
3597:8, 3597:11,
3597:15, 3597:21,
3600:18, 3600:23,
3601:6, 3601:14,
3601:16, 3601:23,
3602:4, 3602:20,
3602:25, 3603:12,
3603:14, 3603:18,
3603:23, 3603:25,
3604:9, 3609:25,
3611:16, 3611:18,
3612:4, 3613:15,
3619:9, 3620:1,
3620:4, 3620:7,
3621:17, 3622:4,
3624:15, 3625:21,
3625:25, 3626:4,
3626:23, 3626:24,
3626:25, 3627:10,
3629:15, 3629:17,
3630:11, 3630:16,
3630:20, 3631:11,
3631:16, 3632:21,
3633:12, 3633:19,
3633:25, 3634:8,
3634:9, 3634:15,
3634:21, 3635:2,
3635:3, 3635:22,
3635:25, 3637:9,
3637:21, 3639:21,
3640:8, 3641:16,
3644:3
Gasper's - 3556:24,
3560:6
gate - 3538:24,
3540:22, 3547:11
gather - 3493:3
general - 3563:10,
3580:24, 3650:5,
3650:9
General - 3649:25
generally - 3465:12,
3545:14, 3571:16
generation -
3477:4, 3477:12,
3477:14, 3477:20,
3643:12
generations -
3464:14
Generoso - 3495:9
Gennaro - 3544:10,
3560:19
Genovese - 3599:13
Geneveses -
3473:10, 3531:24
gentlemen -
3463:10, 3493:6,
3558:8, 3648:7
Gerard - 3470:1
Gerdes - 3462:13,
3463:19
Gerlando - 3495:8
getaway - 3476:7,
3534:25, 3540:7,
3540:12, 3550:23
Giallanzo- 3484:11,
3575:16, 3575:24,
3580:5, 3580:10,
3580:13, 3580:25,

3581:2, 3581:5,
3581:10, 3581:14,
3581:16, 3582:4,
3584:5, 3584:7,
3584:8, 3584:10,
3619:23, 3620:1
Giallanzo's -
3557:10, 3580:21,
3581:13, 3584:10,
3584:14, 3584:15
Giants - 3628:24
gigantic - 3627:22
girl - 3619:7,
3619:10
given - 3520:13,
3534:14, 3538:25,
3541:24, 3545:24,
3550:8, 3561:11,
3573:16, 3594:18,
3597:8, 3620:5,
3628:25
glimpse - 3552:8
goal - 3467:15,
3529:15
goals - 3529:17
godfather - 3630:11
Gold - 3593:13
gold - 3476:12,
3534:12, 3542:11,
3545:24, 3546:2,
3546:3, 3546:4,
3552:14, 3552:16,
3553:10, 3553:17,
3553:22, 3554:1,
3591:8, 3593:18,
3593:20, 3594:24,
3595:20, 3596:12,
3596:16, 3596:24,
3598:16, 3600:12,
3601:1, 3601:2,
3603:19
gonna - 3513:10
goodfella -
3466:11, 3469:5
goodness - 3611:14
gotta - 3468:8
Gotti - 3469:14,
3530:13, 3530:14,
3530:19, 3530:20,
3531:13
Gotti's - 3530:17,
3531:5
Government -
3462:11, 3482:10,
3482:24, 3486:24,
3487:25, 3489:5,
3489:17, 3496:11,
3496:19, 3496:24,
3503:23, 3505:13,
3515:18, 3577:13,
3581:21, 3584:3,
3588:15, 3589:10,
3598:20, 3600:20,
3602:2, 3602:18,
3603:10, 3604:4,
3625:9, 3626:2,
3626:16, 3630:24,
3632:17, 3633:7,
3633:23, 3634:7,
3636:7, 3636:13,
3639:22, 3640:5,
3640:14, 3641:13
government -
3463:13, 3470:6,
3475:13, 3498:11,
3499:3, 3580:5
Government's -
3469:12, 3470:7,
3470:20, 3471:4,
3520:10, 3523:3,

3523:20, 3530:1,
3530:5, 3530:10,
3530:16, 3534:8,
3535:7, 3558:5,
3561:18, 3563:5,
3563:21, 3564:9,
3564:16, 3565:12,
3566:21, 3568:9,
3569:19, 3610:5,
3612:8, 3613:8,
3613:13, 3613:21,
3617:9, 3617:17,
3618:6, 3618:19,
3640:25
graces - 3591:21
Graham - 3522:5
Graham's - 3522:4
Gralto - 3614:8,
3614:11, 3614:13,
3614:19, 3614:22,
3615:1, 3615:6,
3615:11, 3615:13,
3615:17, 3615:22,
3616:3, 3616:6,
3616:12, 3616:19,
3616:25, 3617:1,
3617:21, 3618:9,
3618:25, 3652:6
Gralto's - 3615:19,
3616:16, 3618:12,
3618:23
Grand - 3474:14,
3474:23, 3493:14,
3496:13
grandfather -
3477:6
grassy - 3540:19,
3540:20
Graziano - 3496:23
Great - 3615:25,
3619:1
great - 3477:16
green - 3634:12
Green - 3474:21,
3475:5, 3493:24,
3495:5, 3496:22
greet - 3592:17
greeted - 3592:2
greets - 3642:11
grew - 3488:24
Grimaldi - 3469:20,
3469:21, 3469:24,
3470:2, 3471:13,
3471:19, 3495:6
gripes - 3490:15
gross - 3622:16
ground - 3502:12,
3517:16, 3517:25,
3538:9, 3566:11,
3566:19, 3647:9
group - 3474:10,
3540:17
growing - 3614:21
guard - 3541:6,
3541:8, 3541:22,
3541:24
Guerreri - 3480:22
guess - 3633:2
guide - 3477:23,
3490:15
guilt - 3581:25
guilty - 3465:4,
3499:14, 3528:25,
3590:11, 3607:7,
3607:11, 3648:4
gun - 3512:18,
3541:9, 3541:13,
3568:23, 3594:17,
3594:18
gunpoint - 3546:25,

3590:12
**guns** - 3538:21
**guy** - 3464:5, 3467:17, 3498:5, 3502:25, 3504:3, 3504:14, 3507:14, 3522:15, 3537:25, 3541:11, 3541:23, 3544:11, 3544:13, 3549:19, 3568:23, 3570:1, 3572:20, 3572:21, 3591:1, 3594:6, 3597:9, 3597:10, 3597:12, 3617:10, 3618:24, 3619:16, 3619:21, 3620:19, 3625:7, 3627:21, 3627:25, 3636:10, 3636:11, 3637:7, 3640:10, 3641:10, 3642:20, 3642:21, 3643:1, 3643:4
**Guy** - 3614:8, 3614:11, 3614:13, 3617:20, 3618:9, 3618:23
**guys** - 3466:18, 3470:17, 3483:25, 3503:10, 3504:5, 3510:7, 3538:21, 3543:1, 3548:7, 3548:23, 3550:11, 3562:13, 3600:17, 3602:5
**Guys** - 3485:22

---

# H

**hair** - 3521:1
**half** - 3472:5, 3551:19, 3605:20, 3622:3, 3623:13, 3633:2, 3633:3, 3644:16, 3644:19, 3649:2, 3649:3, 3649:4, 3649:5, 3649:9
**halfway** - 3543:4
**Halloween** - 3585:22, 3585:24, 3585:25, 3586:19
**hallucinating** - 3517:5
**hammer** - 3538:14
**hammer-less** - 3538:14
**Hamptons** - 3545:19
**hand** - 3506:5, 3521:7, 3521:9, 3521:14, 3521:19, 3542:5, 3542:9
**handcuffs** - 3512:18, 3512:19, 3513:2, 3599:20
**handed** - 3650:2
**handle** - 3543:7, 3628:18
**handling** - 3628:19
**hands** - 3523:6
**handsome** - 3553:21
**handsomely** - 3535:5
**hangar** - 3536:5, 3537:19, 3538:24, 3540:19, 3540:24
**hanging** - 3470:2, 3514:6

**hangout** - 3485:3, 3564:3
**happy** - 3577:4, 3610:12
**hard** - 3650:11
**harm** - 3557:8
**hat** - 3474:21, 3475:6
**hatred** - 3524:22
**Haven** - 3577:15
**head** - 3475:5, 3514:6, 3533:20, 3541:9, 3547:17, 3553:18
**headed** - 3476:14
**hear** - 3475:15, 3495:25, 3525:21, 3526:3, 3528:7, 3531:8, 3588:25, 3616:23, 3622:21, 3633:9
**heard** - 3465:24, 3466:8, 3468:9, 3470:1, 3470:15, 3470:25, 3471:3, 3472:23, 3474:22, 3475:6, 3475:20, 3478:6, 3480:18, 3481:7, 3481:17, 3482:16, 3484:15, 3485:4, 3485:6, 3486:19, 3488:1, 3488:22, 3490:7, 3495:16, 3496:4, 3497:13, 3501:22, 3503:3, 3505:1, 3505:21, 3508:11, 3509:24, 3511:8, 3514:11, 3520:14, 3520:15, 3521:3, 3521:22, 3522:4, 3522:17, 3524:4, 3527:20, 3528:14, 3528:20, 3528:21, 3529:10, 3530:14, 3530:19, 3532:25, 3533:20, 3534:7, 3534:20, 3534:22, 3540:4, 3545:19, 3547:15, 3549:7, 3551:11, 3552:8, 3556:18, 3556:19, 3558:1, 3559:20, 3560:5, 3561:2, 3562:5, 3562:6, 3562:14, 3562:17, 3565:2, 3565:17, 3565:22, 3566:2, 3567:1, 3568:8, 3568:17, 3574:3, 3575:13, 3575:17, 3576:1, 3576:24, 3579:3, 3581:4, 3581:20, 3584:12, 3586:18, 3587:1, 3588:14, 3592:23, 3597:14, 3597:16, 3597:20, 3597:24, 3598:22, 3598:23, 3601:18, 3601:23, 3602:7, 3608:3, 3614:13, 3615:11, 3615:13, 3615:16, 3615:25, 3616:15, 3618:23, 3619:8, 3622:6, 3622:23, 3623:22, 3627:9, 3627:18, 3629:9, 3629:15, 3630:8, 3636:5, 3636:16,

3638:4, 3644:23, 3646:8, 3647:12
**hearing** - 3513:4, 3513:9
**heart** - 3611:14
**heat** - 3543:22
**heated** - 3557:5, 3584:12
**heavyweights** - 3533:9
**height** - 3565:16
**heist** - 3467:19, 3476:7, 3534:2, 3534:6, 3534:24, 3535:5, 3535:24, 3536:1, 3536:4, 3536:7, 3536:21, 3537:10, 3537:12, 3538:2, 3538:16, 3543:25, 3544:24, 3545:23, 3545:25, 3546:10, 3546:16, 3546:20, 3546:24, 3548:9, 3550:22, 3551:9, 3551:12, 3551:25, 3552:2, 3552:7, 3553:3, 3553:5, 3553:25, 3554:3, 3554:5, 3554:10, 3554:12, 3556:18, 3556:21, 3556:22, 3557:6, 3557:16, 3557:22, 3558:1, 3558:8, 3558:16, 3558:19, 3558:23, 3559:7, 3559:16, 3560:15, 3561:4, 3561:6, 3561:11, 3561:15, 3561:23, 3563:2, 3564:4, 3564:22, 3565:7, 3567:4, 3569:16, 3569:25, 3573:11, 3573:19, 3576:2
**heists** - 3467:13
**held** - 3491:10, 3544:21, 3546:24, 3604:25
**help** - 3481:4, 3489:24, 3508:5, 3513:10, 3513:12, 3513:15, 3516:11, 3529:14, 3529:21, 3532:12, 3567:14, 3568:6, 3580:18, 3607:14, 3607:15, 3616:24, 3623:8, 3623:23, 3643:7, 3643:8
**helped** - 3480:24, 3511:2, 3511:3, 3533:7, 3537:24, 3557:24, 3569:7, 3569:10
**helping** - 3502:23, 3513:16, 3529:23
**Henry** - 3495:7, 3537:23
**Herrera** - 3481:17, 3482:14, 3482:16, 3482:20
**hi** - 3582:21
**hid** - 3549:3
**hide** - 3514:17, 3544:22
**hiding** - 3636:9
**hierarchy** - 3473:5, 3473:7
**high** - 3468:2,

3478:13, 3495:4, 3542:1, 3545:4, 3564:23, 3571:11, 3601:4
**high-jacking** - 3468:2, 3478:13
**high-up** - 3545:4
**high-value** - 3542:1
**higher** - 3495:13, 3510:12, 3558:18, 3573:8
**higher-up** - 3558:18
**higher-ups** - 3510:12
**highjack** - 3595:1
**highjacked** - 3502:23, 3515:16, 3594:22, 3597:18, 3597:22
**highjacking** - 3512:6, 3590:21
**highjackings** - 3478:18, 3479:1
**hijackings** - 3480:10
**Hill** - 3537:24
**himself** - 3464:4, 3467:10, 3467:11, 3471:4, 3472:12, 3475:5, 3478:13, 3482:22, 3483:4, 3484:8, 3490:17, 3490:21, 3495:20, 3496:19, 3499:17, 3510:22, 3511:4, 3522:15, 3533:1, 3537:21, 3546:11, 3549:12, 3558:11, 3558:25, 3590:23, 3591:21, 3594:10, 3640:18, 3640:21, 3644:14
**hit** - 3507:21, 3529:9, 3541:8, 3541:24, 3568:22, 3578:10
**hitting** - 3505:22
**Hj** - 3612:14
**Hobbs** - 3649:19
**hold** - 3541:17, 3548:8, 3549:1, 3549:24, 3550:5, 3560:21, 3599:3, 3649:11
**holding** - 3489:15, 3544:7
**hole** - 3502:9, 3505:24, 3507:23, 3508:3, 3508:7, 3508:8, 3508:9, 3508:10, 3517:24, 3519:3, 3520:19, 3520:23, 3520:25, 3521:7, 3521:10, 3521:12, 3521:13, 3521:15, 3521:18, 3542:23, 3565:5, 3566:8, 3566:10, 3566:19, 3568:7, 3631:6
**home** - 3490:23, 3497:25, 3501:16, 3511:12, 3513:1, 3513:3, 3513:23, 3514:17, 3516:8, 3522:9, 3522:21, 3566:6
**homebuilding** - 3505:4
**Homes** - 3522:20

**homes** - 3505:5, 3505:9, 3506:11, 3506:18
**homicide** - 3522:7
**Honor** - 3463:5, 3463:6, 3463:15, 3500:6, 3500:17, 3554:23, 3555:7, 3556:5, 3556:11, 3556:15, 3604:11, 3604:14, 3604:19, 3643:14, 3649:25, 3650:13, 3651:11
**Honorable** - 3462:8
**hope** - 3585:14
**hopefully** - 3604:16
**hoping** - 3481:3, 3581:3, 3604:15, 3605:11
**horrific** - 3501:16
**Horse** - 3610:13, 3610:16
**host** - 3605:9
**Hot** - 3573:23
**hour** - 3551:20, 3556:10, 3604:15, 3605:13, 3605:20, 3649:2, 3649:3, 3649:4, 3649:6, 3649:9
**hours** - 3505:21, 3505:23, 3506:25, 3546:13, 3568:1
**house** - 3505:14, 3505:16, 3506:13, 3508:2, 3508:8, 3508:10, 3508:14, 3508:14, 3509:5, 3511:19, 3511:23, 3512:6, 3513:25, 3516:21, 3517:13, 3520:11, 3522:13, 3522:16, 3522:20, 3522:23, 3522:24, 3523:4, 3523:12, 3523:13, 3523:16, 3524:16, 3525:8, 3525:12, 3525:23, 3527:10, 3527:15, 3537:16, 3538:3, 3538:19, 3542:22, 3543:2, 3543:4, 3544:15, 3545:7, 3545:18, 3549:25, 3550:12, 3551:15, 3551:23, 3551:25, 3552:1, 3562:18, 3565:4, 3565:6, 3565:9, 3581:1, 3589:5, 3631:6, 3631:13, 3631:15, 3632:3, 3632:21
**housed** - 3576:16
**houses** - 3504:25, 3505:10
**Howard** - 3496:21
**hubs** - 3487:2
**hug** - 3578:21, 3592:18
**huge** - 3562:2
**Human** - 3521:1
**human** - 3521:23, 3522:8
**hundred** - 3542:10, 3545:8, 3545:12, 3549:8, 3572:8, 3574:11, 3576:5, 3597:2
**hundred-dollar** - 3576:5

hundred-thousand
- 3545:8, 3545:12
hundred-thousand-
dollar - 3574:11
hundreds -
3611:13, 3612:23
Hunt - 3530:17
hunting - 3586:12
hurt - 3506:5
husband - 3511:16,
3516:8, 3516:9
hush - 3484:1

# I

Ianniello - 3610:13,
3610:21, 3610:23
Iannuzzi - 3551:1
idea - 3544:2,
3584:19, 3611:6,
3640:2
identifiable -
3567:24
identified -
3565:19, 3598:15,
3619:10
identify - 3615:20,
3651:18
idiot - 3636:18
ignite - 3578:11
ignition - 3551:4
ill - 3583:17
illegal - 3471:1,
3621:5, 3622:9,
3623:21, 3627:7,
3627:17, 3629:22
illicit - 3468:1
illusion - 3523:18
image - 3487:10
immediate -
3542:24
immediately -
3560:7, 3565:22,
3624:7, 3624:10,
3624:23
Impasta - 3615:25,
3619:1
implication -
3560:9, 3608:22
important -
3468:10, 3471:11,
3474:5, 3474:8,
3491:16, 3494:23,
3511:10, 3528:19,
3552:9, 3567:3
importantly -
3495:16
importune -
3579:24
incident - 3497:14,
3498:2, 3498:7,
3507:19, 3508:11,
3508:20, 3510:13,
3533:25, 3534:19,
3552:17, 3557:5,
3565:23, 3568:5,
3575:17, 3585:10,
3589:8, 3598:1,
3598:2, 3600:10,
3600:14, 3601:19
incidents - 3615:10
included - 3486:19,
3490:25, 3491:7,
3502:24, 3504:12,
3532:20, 3532:22,
3558:25, 3572:6,
3650:1, 3652:1
includes - 3476:2,
3499:24, 3642:19
including -

3464:25, 3466:4,
3470:6, 3471:13,
3472:22, 3474:11,
3475:4, 3475:21,
3487:15, 3487:15,
3494:1, 3495:4,
3495:14, 3504:2,
3504:11, 3511:24,
3514:16, 3515:2,
3521:1, 3531:12,
3531:22, 3534:21,
3537:13, 3544:9,
3545:24, 3546:22,
3548:18, 3558:15,
3581:22, 3622:18,
3623:4, 3652:13
income - 3536:21
inconsistent -
3652:3
incorporated -
3614:17
incorporation -
3614:16
increase - 3529:20
indeed - 3515:18,
3521:23, 3597:21
indentation -
3507:23
index - 3598:9
indicated - 3463:11,
3597:10
indicating -
3547:15, 3634:12
indicator - 3481:14
indictment -
3465:6, 3649:18
individual - 3469:4,
3469:15, 3472:4,
3627:20
individuals - 3535:6
inducted - 3466:10,
3467:5, 3469:1,
3469:25, 3470:15,
3472:7, 3472:18,
3476:14, 3477:21,
3483:9, 3483:13,
3483:19, 3484:2,
3485:10, 3498:3,
3498:5, 3638:20,
3641:20, 3642:14
induction -
3469:17, 3472:11,
3472:16, 3483:12
industry - 3534:6
infer - 3486:15,
3625:6
informant -
3471:24, 3501:14,
3510:15, 3510:18,
3512:9, 3513:16,
3514:10, 3516:9,
3524:20, 3526:7
informants -
3524:22, 3585:1
information -
3493:3, 3520:7,
3520:12, 3526:21,
3537:23, 3539:1,
3556:17, 3603:6,
3619:19, 3635:4,
3644:7
infuriated - 3580:15
initiated - 3509:9
initiates - 3631:5
injury - 3608:21
inner - 3559:10
inside - 3466:5,
3475:1, 3493:4,
3528:12, 3534:16,
3537:22, 3541:10,

3541:15, 3542:4,
3547:21, 3554:15,
3565:14
insinuating -
3632:4
insisted - 3549:19
inspect - 3528:11
inspected - 3551:2
instances -
3559:15, 3611:14
Instead - 3540:2
instead - 3526:14,
3536:24, 3611:5
instruct - 3465:10,
3465:13, 3499:14,
3570:18, 3579:20,
3590:7, 3646:21
instructions -
3608:18
insulated - 3473:16,
3490:14
insurance -
3580:21, 3581:3,
3581:11
insuring - 3571:5
intact - 3474:7
intended - 3570:21
intent - 3499:17,
3579:22, 3579:23,
3580:17
intentionally -
3585:6
interacting -
3616:19, 3616:20
interaction -
3592:15
intercepted -
3616:18
interest - 3510:12,
3571:12, 3571:13,
3572:9, 3572:16,
3572:19, 3573:8,
3574:5, 3574:12,
3575:2, 3575:9,
3575:10, 3575:22,
3578:25, 3579:1,
3609:9
interesting -
3600:13
interests - 3472:8
international -
3475:23, 3625:13
International -
3475:25
Internet - 3625:15
interpret - 3559:20
intersection -
3485:16, 3487:14
interstate -
3475:15, 3475:16,
3475:23, 3476:11,
3608:15, 3608:16
intervene - 3540:8
intimidate -
3557:17, 3639:17
intimidated -
3609:15, 3639:17
intimidation -
3571:4, 3633:10
introduced -
3484:16, 3623:23,
3624:4, 3626:22
introduces -
3642:12
introductions -
3496:7
invitation - 3535:24
invited - 3535:23,
3536:3, 3536:19,
3588:18

involve - 3564:25,
3591:20
involved - 3502:7,
3505:5, 3509:16,
3512:4, 3531:1,
3531:9, 3531:10,
3553:5, 3558:16,
3559:11, 3560:4,
3560:9, 3568:20,
3571:8, 3586:7,
3586:15, 3591:2,
3596:13, 3601:15,
3601:21, 3602:15,
3610:15, 3611:10,
3618:12, 3625:20,
3628:12, 3647:1,
3647:3
involvement -
3502:6, 3513:19,
3570:25, 3629:17
involves - 3567:3,
3567:6
involving - 3497:14,
3585:14, 3589:13,
3589:14, 3603:19,
3608:20, 3630:22,
3641:3
Inwood - 3530:7
Island - 3471:14,
3475:19, 3527:21,
3545:18, 3581:1,
3594:21, 3595:14,
3595:25, 3615:25,
3627:14, 3627:23,
3638:12, 3644:10
Israel - 3534:12
issue - 3497:17,
3497:20, 3590:7,
3631:4, 3649:16,
3650:7, 3651:1
issued - 3558:6
issues - 3605:1,
3605:10, 3628:19
Italia - 3576:23,
3577:17
Italian - 3466:12,
3533:3
Italy - 3534:12
item - 3608:16
itself - 3536:1,
3540:17, 3569:23,
3573:19, 3594:13

# J

Jack - 3474:22,
3491:1, 3491:2,
3622:5, 3625:22,
3626:5, 3637:24,
3638:15, 3639:15
Jack's - 3491:4
jacket - 3474:21,
3550:25
Jackie - 3470:21,
3470:22, 3471:5,
3471:8, 3623:14,
3637:24, 3638:17,
3642:6, 3644:18
jacking - 3468:2,
3478:13
jail - 3470:25,
3482:24, 3495:23,
3503:19, 3504:10,
3513:1, 3517:11,
3523:8, 3523:18,
3552:23, 3553:1,
3553:10, 3602:6,
3629:9
jailtime - 3514:5,
3540:11

James - 3474:16,
3478:14, 3482:15,
3482:18, 3482:19,
3495:5, 3533:21
January - 3486:18,
3495:19, 3523:23,
3576:12, 3579:18,
3585:9, 3589:8,
3649:22
Jason- 3522:4
jeopardize -
3471:25
Jerome- 3469:18,
3478:10, 3483:1,
3483:11, 3489:1,
3509:6, 3509:8,
3509:12, 3510:8,
3638:14
Jerry- 3469:18,
3469:24, 3470:9,
3470:10, 3470:14,
3470:16, 3470:24,
3470:25, 3471:9,
3471:19, 3481:18,
3482:7, 3482:15,
3484:10, 3488:6,
3488:8, 3490:25,
3496:2, 3496:21,
3497:3, 3501:19,
3501:21, 3502:11,
3517:14, 3517:16,
3517:21, 3517:22,
3517:25, 3519:2,
3519:4, 3519:6,
3519:8, 3519:13,
3519:20, 3519:24,
3521:14, 3522:15,
3522:18, 3522:19,
3523:14, 3524:3,
3524:5, 3524:10,
3524:13, 3527:21,
3528:15, 3528:16,
3532:22, 3533:6,
3533:13, 3544:1,
3554:18, 3566:8,
3566:10, 3567:6,
3567:7, 3568:5,
3568:22, 3576:14,
3577:11, 3577:25,
3578:4, 3578:9,
3578:19, 3580:15,
3582:14, 3583:5,
3585:20, 3586:3,
3586:12, 3586:21,
3588:14, 3588:15,
3588:24, 3589:2,
3589:8, 3589:14,
3589:18, 3589:23,
3592:12, 3593:24,
3593:25, 3622:7,
3629:10, 3629:12,
3635:21, 3635:24,
3636:6, 3636:7,
3636:9, 3637:7,
3637:10, 3637:20,
3638:6, 3639:15,
3640:10, 3640:11,
3644:18
Jerry's- 3638:16
Jersey- 3471:11
Jets- 3628:24
jewelry - 3475:25,
3533:17, 3533:23,
3534:12, 3534:22,
3543:9, 3545:23,
3545:24, 3546:2,
3546:3, 3552:15,
3552:18, 3553:2,
3553:3, 3553:7,
3553:13, 3553:17,

3553:19, 3553:22,
3553:24, 3565:8
**jewels** - 3534:11
**Jfk**- 3475:25,
3553:22
**Jimmy**- 3478:14,
3479:1, 3480:2,
3480:7, 3480:8,
3480:9, 3480:14,
3480:16, 3481:2,
3482:9, 3482:20,
3482:23, 3483:1,
3483:2, 3501:12,
3502:8, 3502:25,
3503:1, 3503:4,
3503:14, 3504:3,
3504:14, 3504:22,
3504:24, 3505:11,
3505:18, 3505:23,
3506:5, 3506:10,
3506:22, 3507:5,
3507:22, 3509:16,
3509:20, 3510:6,
3510:8, 3510:9,
3511:1, 3512:10,
3515:15, 3516:25,
3517:1, 3517:3,
3517:5, 3517:9,
3520:22, 3522:12,
3522:22, 3523:5,
3523:6, 3523:11,
3523:17, 3524:2,
3524:8, 3524:10,
3532:23, 3532:25,
3533:2, 3533:7,
3535:10, 3535:19,
3535:21, 3536:2,
3536:3, 3536:9,
3536:14, 3537:8,
3537:16, 3537:24,
3538:3, 3538:18,
3538:25, 3539:3,
3540:2, 3540:9,
3542:17, 3543:4,
3545:10, 3546:8,
3548:21, 3548:22,
3551:15, 3551:19,
3551:22, 3551:24,
3552:1, 3553:7,
3553:20, 3557:1,
3557:2, 3557:15,
3558:13, 3558:19,
3558:21, 3558:24,
3559:1, 3562:4,
3562:7, 3562:15,
3562:23, 3564:5,
3565:1, 3565:3,
3566:17, 3566:24,
3567:1, 3567:5,
3567:11, 3568:25,
3569:1, 3569:4,
3569:7, 3569:18,
3569:25, 3573:1,
3573:2, 3573:4,
3586:8, 3586:17,
3589:14, 3591:17,
3591:24, 3592:3,
3592:22, 3593:1,
3593:6, 3593:8,
3593:12, 3593:21,
3593:24, 3593:25,
3594:5, 3594:15,
3596:14, 3596:20,
3600:16, 3602:9,
3602:10, 3602:13,
3603:3
**Jimmy's**- 3480:5,
3536:10, 3538:19,
3554:10
**Jo**- 3498:3, 3498:4

**jo** - 3498:3, 3498:4
**Jo-jo**- 3498:3,
3498:4
**job** - 3532:19
**Joe**- 3467:14,
3469:13, 3475:6,
3475:8, 3478:16,
3490:23, 3497:14,
3497:16, 3497:24,
3497:25, 3535:12,
3545:25, 3552:10,
3572:21, 3590:20,
3590:23, 3596:4,
3597:12, 3623:1,
3623:2, 3623:6,
3623:7, 3623:9,
3623:10, 3623:17,
3623:20, 3624:13,
3624:16, 3628:2,
3628:9, 3629:1,
3644:23, 3644:25
**Joe's**- 3623:7
**John** - 3469:14,
3470:9, 3480:8,
3525:16, 3528:5,
3528:11, 3530:17,
3530:19, 3531:5,
3531:12, 3548:6,
3551:23, 3574:2,
3574:3, 3574:16,
3574:21, 3575:6,
3607:25, 3608:25,
3609:1, 3609:5,
3609:6, 3609:8,
3609:11, 3609:17,
3610:1, 3610:3,
3610:6, 3610:8,
3610:16, 3610:18,
3611:1, 3611:20,
3612:5, 3612:6,
3612:8, 3612:17,
3613:1, 3613:24,
3638:19, 3639:16,
3641:19, 3642:11,
3642:12, 3642:19,
3643:21, 3649:20,
3649:21, 3650:6
**John's**- 3531:4
**Johnny**- 3470:13,
3544:11, 3548:7,
3575:5
**join** - 3607:10
**joined** - 3537:12
**joining** - 3477:24
**joins** - 3603:14
**joke** - 3633:21
**Jose**- 3481:17,
3622:24, 3623:1,
3623:17, 3623:22,
3624:18, 3625:16,
3626:7, 3626:20,
3626:22
**Joseph**- 3550:19
**Joyce**- 3594:7,
3594:9, 3594:10,
3595:4, 3595:6,
3595:11, 3595:17,
3597:21
**Jr**- 3467:2, 3469:14,
3532:2, 3559:2
**judge** - 3465:10,
3465:15, 3499:7,
3570:18, 3590:7,
3608:8, 3622:22,
3646:21
**Judge**- 3462:9,
3465:11, 3475:15,
3500:13, 3500:21,
3554:18, 3579:20,
3604:23

**judgment** - 3648:2
**juice** - 3571:12
**July**- 3520:13,
3636:13, 3639:25
**jump** - 3560:6
**jumped** - 3512:16,
3614:2
**June**- 3489:19,
3522:8, 3524:23,
3639:20, 3639:21,
3643:25, 3646:4
**Junior**- 3467:14,
3482:5, 3552:20,
3579:17, 3580:3,
3581:22, 3582:3,
3592:19, 3583:1,
3585:6
**Junior's**- 3583:13
**jurors** - 3606:2
**Jury**- 3463:8,
3500:7, 3500:24,
3555:5, 3556:12,
3604:12, 3605:22,
3648:14
**jury** - 3462:9,
3463:22, 3463:7,
3500:10, 3500:22,
3556:2, 3556:6,
3604:21, 3605:6,
3605:23
**justice** - 3647:18,
3648:1

### K

**Katz** - 3483:5,
3501:4, 3501:5,
3501:10, 3501:11,
3501:13, 3501:14,
3501:20, 3501:23,
3502:2, 3502:14,
3502:15, 3502:19,
3503:20, 3506:14,
3507:2, 3507:15,
3507:23, 3510:10,
3510:17, 3510:22,
3511:8, 3511:9,
3511:10, 3511:18,
3511:21, 3512:4,
3512:9, 3512:11,
3512:13, 3513:1,
3513:2, 3513:4,
3513:6, 3513:15,
3513:16, 3513:17,
3513:19, 3513:21,
3513:22, 3514:1,
3514:4, 3514:9,
3514:11, 3514:12,
3514:15, 3514:17,
3515:14, 3515:17,
3515:21, 3515:23,
3516:2, 3516:4,
3516:5, 3516:7,
3516:12, 3516:19,
3521:16, 3520:2,
3522:5, 3522:20,
3523:4, 3523:11,
3524:14, 3524:20,
3525:8, 3525:24,
3526:19, 3527:11,
3529:6, 3533:11,
3564:25, 3589:5,
3647:14, 3647:17,
3647:18
**Katz's**- 3502:8,
3502:10, 3502:12,
3503:5, 3504:16,
3504:18, 3505:15,
3510:13, 3511:7,
3512:7, 3513:14,

**knowledge** -
3499:16, 3577:21
**known** - 3466:19,
3487:14, 3527:3,
3526:18, 3533:25,
3569:2, 3569:5,
3582:13, 3591:18,
3630:12, 3636:21,
3638:11
**knows** - 3491:18,
3526:18, 3527:24,
3528:25, 3601:19,
3603:17
**Kopke**- 3599:25

### L

**lad** - 3520:13
**Ladies**- 3493:6,
3648:7
**ladies** - 3463:10,
3558:7
**lading** - 3598:3
**language** - 3490:1
**Lap**- 3586:8,
3586:9, 3586:11,
3586:16, 3586:21
**Lapetina**- 3519:10,
3588:12, 3588:23,
3589:13, 3589:15,
3589:23, 3590:1
**Lapetina's**- 3589:5
**large** - 3618:13
**larger** - 3573:15,
3576:4
**largest** - 3534:5
**Larocco**- 3470:2
**last** - 3508:11,
3511:18, 3541:11,
3564:20, 3583:19,
3601:1, 3613:16,
3623:11, 3623:25,
3637:20, 3643:24,
3647:12
**late** - 3480:5,
3483:8, 3485:3,
3501:11, 3502:17,
3503:6, 3511:2,
3511:14, 3537:2,
3546:7, 3549:1,
3554:9, 3572:24,
3573:22, 3581:17,
3605:8, 3652:10
**latter** - 3529:2
**laughing** - 3566:2
**launch** - 3511:2
**law** - 3465:11,
3465:12, 3468:4,
3468:11, 3468:13,
3468:14, 3468:18,
3471:24, 3473:18,
3474:4, 3488:2,
3493:1, 3493:3,
3494:4, 3513:3,
3513:7, 3513:11,
3525:22, 3526:21,
3529:17, 3529:19,
3534:23, 3550:16,
3551:11, 3570:10,
3570:11, 3579:3,
3579:21, 3580:4,
3580:8, 3580:23,
3581:7, 3581:9,
3582:12, 3608:9,
3614:10, 3622:12,
3622:21, 3626:7,
3626:9, 3630:7,
3647:20, 3648:3,
3648:10, 3651:14,
3652:11

3514:8, 3514:22,
3514:25, 3515:11,
3515:19, 3515:25,
3516:17, 3519:3,
3519:7, 3519:13,
3521:8, 3521:13,
3521:24, 3522:3,
3522:6, 3522:10,
3522:14, 3523:14,
3523:19, 3524:17,
3533:13, 3567:9
**Keenan** - 3551:23
**keep** - 3466:18,
3523:12, 3552:17,
3634:4, 3643:11
**Keep**- 3560:13
**keeping** - 3562:23,
3578:22
**Kennedy**- 3536:5
**kept** - 3480:11,
3504:10, 3543:24,
3544:22, 3556:24,
3557:3, 3562:4,
3562:7, 3562:13,
3562:15, 3572:19,
3644:12, 3644:13
**Kerry**- 3547:15
**key** - 3487:15,
3519:18, 3523:13,
3557:16
**kick** - 3478:21
**kicked** - 3497:3,
3597:5
**kicking** - 3478:3
**kid** - 3637:22
**kids** - 3566:23
**kill** - 3466:16,
3466:23, 3468:15,
3473:17, 3483:6,
3483:7, 3543:16,
3582:14
**killed** - 3502:2,
3507:2, 3507:10,
3510:17, 3516:20,
3523:11, 3557:12,
3557:19, 3565:3,
3566:1, 3567:22
**killer** - 3483:5,
3511:4, 3529:6,
3532:25
**killing** - 3510:14,
3529:5, 3580:17,
3583:3
**kind** - 3467:22,
3468:14, 3472:6,
3481:25, 3482:19,
3506:20, 3508:9,
3518:3, 3531:10,
3569:23, 3570:21,
3596:9, 3617:3,
3617:25, 3625:8,
3628:4, 3642:4,
3642:8, 3643:4,
3643:23
**kinds** - 3466:18
**King** - 3577:15,
3579:7
**kiss** - 3578:21
**Knobby**- 3573:24
**knocked** - 3495:23,
3568:6, 3620:10,
3620:20
**knocking** - 3611:19
**knocks** - 3566:7
**knoll** - 3540:19,
3540:21
**knowing** - 3497:13,
3511:16, 3544:20,
3559:11, 3572:16
**knowingly** - 3499:3

Law- 3652:7
law-abiding - 3468:4
lawfully - 3616:18
Lawrence- 3511:8, 3511:10, 3511:21, 3512:4, 3512:10, 3513:2, 3513:6, 3513:14, 3513:22, 3514:1, 3514:8, 3514:11, 3514:17, 3515:11, 3515:17, 3516:4
leaders - 3469:3, 3471:12, 3471:22, 3533:9
leadership - 3471:7, 3496:1
leading - 3464:11, 3478:8, 3511:20, 3535:25, 3564:4
Leahy- 3551:18
learn - 3511:14, 3576:20, 3586:2
learned - 3475:22, 3504:12, 3627:16, 3629:18
Learonal- 3598:1, 3598:3, 3598:18
least - 3499:5, 3499:18, 3514:14, 3547:18, 3595:1, 3605:15, 3622:16, 3643:23
leather - 3550:25
leave - 3489:12, 3511:12, 3514:4, 3527:16, 3583:12, 3596:8
leaves - 3528:1
leaving - 3497:25, 3551:17, 3618:25
led - 3492:17, 3511:7, 3515:11, 3520:7, 3534:15, 3547:1, 3588:6, 3588:24
Lee- 3480:21, 3480:23, 3481:8, 3481:15, 3482:3, 3482:4, 3546:3, 3553:3, 3553:8, 3553:11, 3553:13, 3553:16, 3553:25
Lefferts- 3480:6
left - 3474:18, 3474:24, 3476:3, 3487:24, 3489:7, 3501:23, 3503:10, 3503:11, 3503:14, 3503:16, 3503:18, 3505:23, 3511:15, 3514:15, 3514:18, 3530:3, 3530:13, 3537:16, 3543:3, 3546:12, 3547:7, 3556:16, 3561:11, 3577:14, 3578:12, 3583:1, 3583:2, 3596:7, 3597:18, 3597:19, 3599:24, 3600:7, 3611:6, 3638:10, 3638:19
legal - 3649:16
legitimate - 3468:4, 3609:12
lend - 3636:1
lent - 3643:1
less - 3538:14, 3574:12, 3604:16

letter - 3577:17, 3577:18, 3650:12, 3651:10
level - 3535:11, 3568:12, 3638:10, 3650:2
leverage - 3639:8
liability - 3650:4
liberty - 3485:16
Liberty- 3501:17, 3525:11, 3525:17, 3525:22, 3530:2, 3543:11, 3546:5, 3553:11, 3554:1, 3554:2, 3554:4, 3589:4
license - 3558:5
lie - 3546:25
life - 3463:21, 3465:23, 3467:9, 3472:17, 3472:25, 3476:24, 3477:1, 3477:23, 3481:11, 3481:21, 3484:14, 3485:7, 3491:18, 3491:19, 3509:9, 3514:4, 3514:5, 3514:20, 3514:25, 3526:21, 3528:24, 3529:1, 3529:11, 3530:24, 3532:1, 3563:16, 3564:14, 3590:13, 3613:8, 3647:12, 3647:15, 3647:19
lifeline - 3569:10
lifetime - 3464:12
light - 3547:7
likely - 3526:19, 3640:11
lime - 3508:3
Lincoln- 3486:7, 3545:20, 3551:14, 3551:18, 3551:22
Lindenwood- 3508:15, 3509:4, 3509:13
Lindsay- 3462:13
line - 3472:5, 3490:18, 3628:25, 3642:25
lineage - 3477:23
lines - 3649:10
linked - 3530:13, 3543:1
links - 3579:11
liquor - 3558:5
list - 3469:5, 3469:12, 3469:17, 3470:8, 3470:20, 3470:21, 3471:22, 3472:3, 3491:15, 3492:3, 3492:9, 3492:10, 3492:11, 3493:3, 3495:6, 3521:21, 3588:20
listed - 3469:10, 3497:10
listen - 3490:15, 3560:13, 3561:23, 3602:17, 3650:22
listened - 3537:20
listing - 3476:3
lists - 3469:2, 3469:9, 3470:5, 3476:6, 3494:7
lit - 3578:9
live - 3468:6, 3549:25, 3647:19
lived - 3464:1,

3465:22, 3564:8, 3580:14, 3596:4
lives - 3492:18, 3493:20, 3548:11
living - 3511:22, 3514:19, 3527:24, 3548:11, 3565:6
loaded - 3542:14, 3542:15
loan - 3464:9, 3570:14, 3571:2, 3571:11, 3572:8, 3572:9, 3572:11, 3572:18, 3574:8, 3574:11, 3574:12, 3574:18, 3574:20, 3574:22, 3574:24, 3575:2, 3575:9, 3575:11, 3609:7, 3609:9, 3609:12, 3610:1, 3610:2, 3638:1, 3639:10, 3639:13, 3639:15, 3639:18, 3639:19, 3641:11, 3644:6, 3646:3, 3646:12
loan-shark - 3571:2, 3571:11
loan-sharking - 3464:9, 3570:14
loaned - 3641:10
loaning - 3637:17
loans - 3480:17, 3571:2, 3571:12, 3573:20, 3574:4, 3575:6, 3575:22, 3609:8, 3637:18, 3642:4, 3642:7
loanshark - 3572:22, 3573:3, 3636:2, 3637:17, 3639:10
loansharking - 3480:17, 3570:15, 3570:25, 3571:10, 3572:3, 3572:5, 3573:1, 3573:11, 3573:14, 3573:21, 3575:14, 3575:15, 3636:6
Lobello- 3533:21, 3533:24, 3534:7
located - 3501:16, 3504:19, 3554:4, 3576:10, 3601:6, 3615:15, 3623:5
location - 3469:13, 3474:18, 3502:13, 3504:6, 3504:17, 3505:11, 3505:13, 3505:19, 3520:9, 3524:21, 3528:1, 3528:3, 3528:10, 3528:15, 3530:1, 3537:19, 3540:4, 3540:22, 3547:12, 3552:11, 3576:15, 3594:21, 3595:14, 3595:19, 3595:24, 3600:1, 3601:22, 3601:24, 3603:22, 3604:8, 3612:18, 3620:5, 3620:9
locations - 3488:18, 3488:19, 3530:4, 3537:15
lock - 3472:14, 3538:24, 3540:20, 3547:13
locked - 3503:18,

3547:11, 3549:9, 3586:24, 3588:9
lodge - 3586:12
long-standing - 3494:17
long-term - 3498:7
look - 3472:7, 3482:11, 3526:8, 3543:16, 3568:3, 3578:25, 3644:25, 3645:1
looked - 3467:23, 3502:20, 3538:1, 3623:7, 3635:5
looking - 3468:4, 3478:23, 3489:13, 3525:16, 3597:20, 3610:24
looks - 3489:15, 3593:15
loot - 3542:21
loser - 3540:10
loud - 3525:20
Louie- 3535:16
Louis- 3535:15
Lounge- 3480:6, 3485:3, 3503:1, 3503:9, 3504:16, 3522:19, 3537:14, 3537:16, 3543:23, 3546:12, 3558:3, 3558:7, 3564:3, 3564:15, 3565:25, 3568:5, 3576:10, 3576:16
Lovaglio- 3471:10, 3471:20
loved - 3647:15
lovely - 3652:15
lower - 3535:11
loyal - 3476:24, 3528:6
Lucchese- 3478:14, 3504:2, 3509:23, 3535:3, 3535:15, 3535:18, 3558:20
Lucchese- 3473:10, 3479:2, 3593:11, 3602:23
lucrative - 3485:12, 3485:13
Lufthansa- 3475:24, 3476:3, 3476:6, 3476:8, 3533:17, 3533:20, 3533:21, 3534:2, 3534:18, 3535:3, 3536:5, 3537:23, 3541:16, 3542:1, 3544:24, 3546:10, 3546:16, 3546:23, 3547:16, 3547:24, 3548:5, 3548:8, 3548:14, 3549:24, 3550:22, 3552:16, 3552:18, 3553:2, 3553:8, 3553:25, 3553:26, 3556:18, 3556:25, 3557:16, 3558:1, 3558:4, 3558:10, 3558:23, 3559:16, 3560:15, 3560:21, 3561:4, 3561:22, 3563:2, 3563:15, 3564:4, 3564:22, 3565:6, 3565:15, 3567:4, 3569:16, 3569:25, 3573:11, 3573:18, 3576:2
Lufthansa's- 3534:7

lump - 3616:12
lunch - 3541:18, 3554:21, 3555:2, 3555:6, 3561:6
Lucheon- 3555:9
lunchroom - 3541:17, 3541:20, 3547:23
lying - 3518:4, 3547:16

## M

Macedonio - 3462:16, 3463:6, 3605:1, 3606:3, 3648:15, 3648:20, 3648:24, 3649:1, 3649:5, 3649:9, 3649:13, 3650:19, 3651:22
mad - 3570:2
Madigan - 3554:20, 3554:22, 3554:25, 3555:7, 3605:4, 3606:5
mafia - 3511:5, 3552:8, 3552:21, 3590:14, 3643:9, 3643:12
Mafia - 3463:21, 3464:12, 3466:1, 3466:14, 3468:3, 3470:19, 3471:25, 3472:8, 3473:9, 3474:8, 3477:3, 3477:24, 3481:11, 3482:4, 3484:14, 3485:7, 3488:18, 3489:24, 3490:6, 3490:19, 3493:2, 3494:24, 3529:12, 3529:20, 3532:16, 3567:14, 3584:16, 3647:11
Mafia's - 3464:2, 3473:5
magnitude - 3534:9
maiden - 3486:13
mail - 3581:17
main - 3564:3
maintain - 3490:12, 3491:20
major - 3569:3
Maker - 3469:20
male - 3489:12, 3521:8, 3527:10, 3551:20, 3612:15
man - 3466:12, 3474:21, 3509:10, 3529:3, 3537:1, 3565:1, 3565:3, 3570:3, 3619:9
managed - 3543:3, 3595:24, 3613:15, 3622:19
manager - 3566:6
managing - 3629:13
Mancuso - 3462:20
Manhattan - 3596:20, 3608:3, 3609:20
Mannone - 3474:16
Manri - 3535:13
March - 3471:4, 3495:3, 3522:21, 3614:18, 3621:7, 3637:20, 3638:20, 3641:16, 3642:18
marching - 3538:4

**Marino** - 3616:20,
3617:9, 3617:10
**mark** - 3481:3
**marked** - 3542:18
**marker** - 3563:13,
3563:15, 3598:16
**Marsala** - 3475:6,
3497:14, 3497:16,
3497:25
**Marshall** - 3572:6,
3572:15, 3572:17,
3572:22
**Marty** - 3537:25
**Mary** - 3486:10,
3581:12
**masks** - 3586:1,
3586:21
**Maspeth** - 3474:14
**Massino** - 3475:8,
3490:23, 3497:25,
3545:25, 3552:10,
3552:12, 3552:13,
3552:15, 3552:18,
3590:20, 3590:21,
3590:23, 3597:12,
3628:2, 3628:9,
3629:1, 3644:23,
3644:25
**match** - 3476:7
**matched** - 3521:25
**matches** - 3550:22
**matching** - 3522:1
**material** - 3518:1,
3596:15
**matter** - 3485:18,
3529:5, 3564:24,
3588:13
**mattered** - 3533:9
**matters** - 3580:11
**Matthew** - 3495:3
**Matty** - 3610:13,
3610:16, 3610:21,
3610:23
**mausoleum** -
3483:14
**Mcnally** - 3579:10
**mean** - 3484:7,
3517:7, 3526:1,
3526:3, 3543:18,
3605:2, 3605:4,
3605:13, 3608:19
**Meaning** - 3507:10,
3583:12, 3583:15,
3624:9, 3624:24
**meaning** - 3471:19,
3508:14, 3517:1,
3561:10, 3562:1,
3562:4, 3562:14,
3582:4, 3592:3,
3593:25, 3599:1,
3602:8, 3610:10,
3615:3, 3617:13,
3623:1, 3623:17,
3625:17, 3628:9,
3631:14, 3631:20,
3637:24, 3640:19
**means** - 3466:14,
3470:10, 3472:16,
3473:12, 3473:13,
3473:22, 3473:23,
3473:24, 3480:19,
3499:8, 3509:25,
3536:13, 3540:5,
3568:1, 3570:18,
3570:19, 3570:21,
3608:20, 3608:22,
3635:25, 3649:1
**meant** - 3467:16,
3537:3, 3597:12,
3612:23, 3626:15,

3628:14, 3628:15
**meantime** - 3505:8
**mechanical** -
3462:23
**medical** - 3521:3,
3521:22, 3565:17,
3565:20, 3567:24
**meet** - 3468:13,
3493:22, 3508:15,
3589:25, 3618:10,
3634:16, 3634:17,
3635:3
**meeting** - 3468:14,
3471:13, 3475:4,
3495:13, 3504:22,
3504:24, 3504:25,
3505:11, 3505:14,
3506:13, 3509:13,
3528:17, 3578:15,
3578:16, 3588:21,
3592:1, 3596:19,
3596:22, 3616:4,
3619:1, 3624:3,
3624:10, 3625:25,
3626:21, 3634:9
**meetings** - 3474:9,
3494:22, 3537:13,
3537:15, 3596:23
**member** - 3466:6,
3466:11, 3468:5,
3469:5, 3469:15,
3474:20, 3476:25,
3480:21, 3481:23,
3484:2, 3493:24,
3494:17, 3498:13,
3499:4, 3499:17,
3508:8, 3510:1,
3510:5, 3530:15,
3530:20, 3535:3,
3574:8, 3578:23,
3580:14, 3590:20,
3593:10, 3594:2,
3599:5, 3602:23,
3602:24, 3610:14,
3619:10, 3619:24,
3622:7, 3623:3,
3636:3, 3636:17,
3638:12
**members** - 3466:15,
3466:16, 3466:17,
3471:21, 3472:13,
3474:11, 3474:15,
3475:4, 3484:12,
3487:3, 3487:17,
3488:17, 3494:7,
3494:19, 3496:17,
3496:20, 3497:5,
3497:10, 3529:12,
3529:15, 3529:20,
3531:12, 3531:21,
3532:7, 3532:8,
3532:16, 3532:18,
3545:4, 3558:18,
3571:15, 3585:2,
3590:13, 3590:16,
3612:6, 3635:10
**membership** -
3492:14, 3494:20,
3494:25, 3495:21,
3558:23
**memorable** -
3514:24, 3515:3
**memories** -
3494:11, 3515:8
**men** - 3471:11,
3477:6, 3480:4,
3484:19, 3487:19,
3504:1, 3544:17,
3544:20
**mention** - 3507:18,

3618:12
**mentioned** -
3491:12, 3491:25,
3516:4, 3519:6,
3530:9, 3535:14,
3536:9, 3546:4
**mentioning** -
3531:11
**mentions** - 3560:3,
3560:18, 3603:19,
3638:16
**merchandise** -
3478:17, 3502:24,
3511:23, 3511:25,
3512:2, 3512:5,
3512:11, 3515:16
**mere** - 3616:4
**merely** - 3651:4
**mess** - 3610:20
**message** - 3497:24,
3508:13, 3544:1
**messes** - 3569:11
**met** - 3502:19,
3524:24, 3542:16,
3543:10, 3554:5,
3566:3, 3584:9,
3620:18, 3633:25
**metal** - 3528:10,
3528:22, 3542:12
**Metts** - 3489:10,
3612:14, 3612:16
**Michael** - 3520:6,
3597:25, 3598:10,
3598:15, 3598:17
**Mickey** - 3485:10,
3496:12, 3496:25,
3545:9, 3568:19,
3574:7, 3574:10,
3574:14, 3574:17,
3575:8, 3609:17
**Micky** - 3478:19
**mid** - 3466:6,
3475:4, 3502:11,
3510:24, 3511:22,
3523:24, 3533:14,
3588:4
**mid-meeting** -
3475:4
**mid-thirties** -
3510:24
**middle** - 3535:10,
3595:15, 3638:21
**midtown** - 3608:3
**might** - 3471:24,
3490:16, 3525:10,
3550:7, 3601:2,
3644:12
**Mika** - 3551:13
**Mike** - 3520:16,
3623:2, 3623:6,
3623:25, 3626:21,
3636:16, 3639:2,
3641:6, 3643:5
**mile** - 3540:3
**million** - 3533:23,
3534:11, 3535:23,
3597:4, 3598:8,
3609:24, 3610:6,
3610:24, 3611:23,
3612:24
**millions** - 3543:8
**mind** - 3482:20,
3515:9, 3523:13,
3525:7, 3559:21,
3559:22, 3560:13,
3584:2, 3609:14,
3647:16
**minimal** - 3475:16
**Minnesota** -
3476:15, 3628:24

**minor** - 3649:16
**minute** - 3464:19,
3589:1, 3608:6
**minutes** - 3526:25,
3527:25, 3551:16,
3555:3, 3605:12,
3649:5, 3649:14
**misleading** - 3650:8
**missing** - 3503:21,
3514:23, 3515:22,
3515:25, 3516:2,
3650:14
**mistake** - 3529:9
**Mix** - 3527:21,
3530:7
**mob** - 3467:9,
3468:10, 3472:24,
3479:1, 3481:6,
3484:4, 3493:4,
3497:13, 3510:24,
3529:9
**model** - 3482:4,
3482:22, 3506:18,
3524:12, 3545:20
**mom** - 3580:22
**moment** - 3492:12,
3512:15, 3512:21,
3525:7, 3525:23,
3526:4, 3526:6,
3526:9, 3526:18,
3526:23, 3526:25,
3527:18, 3552:15
**moments** - 3516:18,
3616:4
**Monday** - 3648:9,
3648:12, 3652:16
**money** - 3464:6,
3466:14, 3466:17,
3466:18, 3467:7,
3467:18, 3468:1,
3473:1, 3473:14,
3478:2, 3480:16,
3481:5, 3485:19,
3485:21, 3485:22,
3487:4, 3490:20,
3529:14, 3529:16,
3529:24, 3531:9,
3532:5, 3532:9,
3532:11, 3532:14,
3533:17, 3536:24,
3537:3, 3537:4,
3542:10, 3544:5,
3544:7, 3544:16,
3544:17, 3544:19,
3544:21, 3544:22,
3548:8, 3549:6,
3549:18, 3556:25,
3561:9, 3561:10,
3561:11, 3561:16,
3561:25, 3562:13,
3562:17, 3562:18,
3562:19, 3563:9,
3563:10, 3563:16,
3571:10, 3572:25,
3573:2, 3573:7,
3573:8, 3573:15,
3573:17, 3574:11,
3575:11, 3575:19,
3575:20, 3576:4,
3591:16, 3592:9,
3596:23, 3597:6,
3597:7, 3601:16,
3611:9, 3611:19,
3611:20, 3612:2,
3612:16, 3613:8,
3613:15, 3613:17,
3615:2, 3615:18,
3617:1, 3617:22,
3619:10, 3619:13,
3619:22, 3620:21,

3620:23, 3623:13,
3628:7, 3628:8,
3628:17, 3629:4,
3629:5, 3629:7,
3631:13, 3631:17,
3631:18, 3632:2,
3632:9, 3632:20,
3633:6, 3633:20,
3634:14, 3634:18,
3634:23, 3635:6,
3635:8, 3635:11,
3636:1, 3636:2,
3636:8, 3637:9,
3637:24, 3637:25,
3638:18, 3639:5,
3639:19, 3640:9,
3640:13, 3640:20,
3640:22, 3641:10,
3641:11, 3642:7,
3643:1, 3644:4,
3644:7, 3644:12,
3644:15, 3644:25,
3646:2, 3646:4,
3646:5, 3646:10,
3647:4, 3647:24
**monies** - 3573:3
**month** - 3512:1
**months** - 3485:14,
3485:18, 3488:14,
3511:20, 3514:24,
3524:13, 3543:20,
3544:21, 3545:25,
3546:17, 3564:4,
3565:15, 3624:21
**Moo** - 3522:15,
3522:16, 3522:18
**mood** - 3543:13
**Moriches** - 3545:18,
3562:18
**morning** - 3463:10,
3524:10, 3524:24,
3534:10, 3535:9,
3550:23, 3605:19,
3648:12, 3652:10
**most** - 3464:13,
3467:11, 3481:10,
3481:22, 3485:1,
3506:4, 3524:8,
3532:18, 3533:9,
3534:5, 3544:9,
3559:9, 3567:18,
3596:24, 3643:3,
3647:11, 3651:25
**Most** - 3495:16
**mother** - 3511:15,
3512:3, 3513:18,
3514:13, 3550:11,
3581:7, 3581:12,
3581:23, 3615:19
**mother's** - 3515:4
**motivated** - 3536:14
**motivator** - 3536:10
**mouth** - 3637:7
**move** - 3467:23,
3513:20, 3513:24,
3513:25, 3523:19,
3529:4, 3533:13,
3580:17, 3611:4,
3618:18, 3630:6,
3631:21, 3640:24,
3641:23, 3643:7,
3643:8, 3643:24
**moved** - 3487:12,
3514:19, 3517:4,
3580:25, 3612:10
**moving** - 3520:2,
3607:20, 3608:16,
3611:15, 3612:6
**Multiple** - 3487:17,
3504:10

**multiple** - 3478:6, 3490:7, 3529:10, 3530:25, 3534:14, 3552:1, 3560:5, 3611:13
**murder** - 3463:20, 3464:8, 3466:4, 3467:6, 3501:4, 3501:5, 3501:6, 3502:6, 3506:6, 3510:9, 3510:13, 3511:7, 3511:9, 3515:12, 3516:12, 3516:13, 3516:15, 3516:17, 3522:12, 3524:14, 3524:18, 3526:19, 3533:11, 3579:17, 3579:21, 3579:23, 3584:6, 3585:6, 3590:22, 3647:21
**murdered** - 3483:5, 3501:12, 3501:13, 3502:8, 3510:21, 3512:9, 3514:11, 3515:24, 3565:1, 3647:17
**murderer** - 3482:1
**murdering** - 3529:6, 3580:3
**Muscarella** - 3630:8, 3630:14, 3631:12, 3632:3, 3632:9, 3632:15, 3633:21, 3634:1, 3634:2, 3634:10, 3634:14, 3634:16, 3634:24, 3635:3, 3635:4, 3635:14
**Muscarella's** - 3632:18, 3633:9
**Muscatello** - 3483:21
**muscle** - 3569:9
**must** - 3475:13, 3499:3, 3605:16

## N

**Na-na** - 3491:1, 3491:4
**name** - 3469:5, 3469:7, 3472:3, 3472:14, 3485:1, 3486:3, 3486:12, 3486:13, 3492:9, 3497:7, 3504:15, 3507:9, 3507:10, 3507:12, 3507:18, 3507:19, 3513:4, 3516:4, 3516:5, 3531:11, 3546:9, 3546:10, 3551:15, 3552:22, 3558:3, 3558:4, 3558:9, 3559:10, 3560:18, 3560:22, 3579:11, 3581:5, 3596:1, 3596:3, 3596:4, 3620:6, 3620:8, 3620:11
**name-dropping** - 3531:11
**named** - 3467:14, 3469:19, 3491:1, 3502:25, 3504:3, 3504:14, 3522:15, 3535:6, 3537:9, 3537:25, 3544:13, 3568:19, 3572:20,

3572:21, 3575:5, 3586:17, 3594:6, 3599:8, 3618:24, 3619:7, 3628:11
**newly** - 3638:20
**newly-inducted** - 3638:20
**news** - 3540:9
**next** - 3469:6, 3472:9, 3472:10, 3479:3, 3487:22, 3489:9, 3498:15, 3499:2, 3504:20, 3507:24, 3522:18, 3522:24, 3523:5, 3528:18, 3539:5, 3540:19, 3542:3, 3542:18, 3551:9, 3551:17, 3560:24, 3563:4, 3563:20, 3564:9, 3565:4, 3571:17, 3587:4, 3592:20, 3602:1, 3602:17, 3603:9, 3605:12, 3613:13, 3617:16, 3618:5, 3618:18, 3621:8, 3621:11, 3631:9, 3631:21, 3631:24, 3632:6, 3632:12, 3633:13, 3633:16, 3636:25, 3640:24, 3641:5, 3641:23, 3643:12, 3643:15, 3647:18
**Next** - 3527:7
**nice** - 3611:5
**nickel** - 3631:19
**Nickey** - 3483:11
**nickname** - 3470:12, 3470:13, 3522:15
**Nicole** - 3462:12
**night** - 3511:19, 3511:20, 3514:12, 3514:15, 3515:6, 3516:3, 3516:8, 3538:2, 3538:20, 3538:22, 3539:2, 3543:2, 3543:7, 3543:12, 3557:14, 3565:15, 3565:25, 3566:1, 3566:11, 3568:4, 3578:2, 3597:17
**nightclub** - 3546:6, 3576:10, 3577:2, 3578:1
**nights** - 3484:15
**Nine** - 3614:7, 3614:8, 3619:3, 3652:6
**nineties** - 3482:23, 3488:4, 3491:9, 3491:22, 3491:24, 3492:8, 3494:1, 3494:22, 3629:8
**nobody** - 3506:24
**nobody's** - 3484:1
**normally** - 3640:17
**North** - 3534:4, 3542:18
**Nostra** - 3466:1, 3473:3, 3481:3, 3483:15, 3487:4, 3492:18, 3493:12, 3509:10, 3510:23, 3529:16, 3532:1, 3532:5
**Nostra's** - 3483:7
**notes** - 3494:6
**Nothing** - 3526:13
**nothing** - 3470:18,

3622:11
**newly** - 3638:20
**newly-inducted** - 3638:20
**news** - 3540:9
**next** - 3469:6, 3472:10, 3472:10, 3479:3, 3487:22, 3489:9, 3498:15, 3499:2, 3504:20, 3507:24, 3522:18, 3522:24, 3523:5, 3528:18, 3539:5, 3540:19, 3542:3, 3542:18, 3551:9, 3551:17, 3560:24, 3563:4, 3563:20, 3564:9, 3565:4, 3571:17, 3587:4, 3592:20, 3602:1, 3602:17, 3603:9, 3605:12, 3613:13, 3617:16, 3618:5, 3618:18, 3621:8, 3621:11, 3631:9, 3631:21, 3631:24, 3632:6, 3632:12, 3633:13, 3633:16, 3636:25, 3640:24, 3641:5, 3641:23, 3643:12, 3643:15, 3647:18

**notice** - 3559:11
**noticed** - 3511:22, 3513:16
**notorious** - 3534:6, 3562:2
**November** - 3462:5, 3504:5, 3504:9, 3652:16
**number** - 3476:14, 3497:7, 3589:5, 3620:6
**Number** - 3462:18
**numbers** - 3467:1, 3496:16, 3496:20, 3497:2, 3532:9, 3574:1
**numerous** - 3496:20, 3578:7
**Nyman** - 3488:7
**Nypd** - 3469:13

## O

**o'clock** - 3462:6, 3500:15, 3565:12
**oath** - 3472:13
**object** - 3591:8
**objection** - 3652:2
**objective** - 3607:11
**obligated** - 3550:8
**obligation** - 3643:4
**oblong** - 3508:9
**observations** - 3513:14, 3514:8
**observed** - 3471:15, 3488:8, 3489:11, 3517:16, 3527:2, 3527:20, 3528:3, 3528:5
**obstructed** - 3608:17
**obtained** - 3608:11, 3608:12
**obvious** - 3484:7
**obviously** - 3527:11, 3623:24
**occasion** - 3548:20, 3590:1
**occasionally** - 3488:17, 3544:18, 3566:5, 3616:24
**occasions** - 3483:2, 3502:17, 3575:21, 3611:13
**occupation** - 3515:19
**occurred** - 3568:5, 3591:9
**occurrence** - 3578:24
**October** - 3531:19, 3581:23, 3631:1, 3634:1, 3634:11
**offense** - 3576:7, 3625:12
**offenses** - 3579:14
**offer** - 3609:23
**offered** - 3464:24, 3471:5, 3476:3, 3493:17, 3515:22, 3616:14
**office** - 3521:4, 3565:20, 3625:23, 3639:1, 3643:21
**officer** - 3471:14, 3513:4, 3581:4, 3622:24
**Officer** - 3495:12, 3513:17, 3550:19

**officers** - 3494:5, 3513:3, 3513:7, 3513:11, 3534:23, 3534:25, 3550:16
**offices** - 3487:2
**official** - 3484:4
**often** - 3471:25, 3472:24, 3529:17, 3572:11, 3577:21, 3590:14
**old** - 3511:11, 3548:15
**older** - 3614:21
**once** - 3483:12, 3486:17, 3505:8, 3517:25, 3537:20, 3541:14, 3572:16, 3577:19, 3593:20
**Once** - 3472:9, 3508:6, 3537:11
**one** - 3466:2, 3466:8, 3471:6, 3471:11, 3473:25, 3474:10, 3476:7, 3476:8, 3476:10, 3480:19, 3481:6, 3481:14, 3482:16, 3486:19, 3487:8, 3488:4, 3488:9, 3488:10, 3489:3, 3489:9, 3489:15, 3494:11, 3499:5, 3503:7, 3503:9, 3504:24, 3505:10, 3506:10, 3506:15, 3509:2, 3509:3, 3513:4, 3516:11, 3521:11, 3523:4, 3523:9, 3523:16, 3527:5, 3527:8, 3527:23, 3529:9, 3536:24, 3538:24, 3540:13, 3540:18, 3541:21, 3542:3, 3542:19, 3544:13, 3544:24, 3545:19, 3546:23, 3549:15, 3551:20, 3553:11, 3558:17, 3560:20, 3561:21, 3565:12, 3569:18, 3570:6, 3573:6, 3573:23, 3576:7, 3585:22, 3588:23, 3589:3, 3590:6, 3593:17, 3593:18, 3594:11, 3595:1, 3596:12, 3597:16, 3601:13, 3601:24, 3602:12, 3603:15, 3603:17, 3607:11, 3608:20, 3608:22, 3613:16, 3622:17, 3622:25, 3625:22, 3626:7, 3626:22, 3629:3, 3629:10, 3629:19, 3629:25, 3631:3, 3635:2, 3644:8, 3647:14, 3647:15, 3648:4
**One** - 3464:18, 3465:5, 3465:6, 3497:11, 3498:8, 3499:15, 3570:7, 3570:17, 3571:9, 3575:23, 3609:4, 3610:13, 3616:21, 3625:10
**one's** - 3497:13
**ones** - 3492:24,

3535:8, 3551:6,
3590:10
**ongoing** - 3494:25
**online** - 3624:19,
3643:6, 3643:10,
3643:12
**Open** - 3506:22
**open** - 3463:2,
3484:21, 3500:10,
3540:22, 3541:15,
3556:2, 3604:21,
3605:23, 3607:1,
3614:23
**opened** - 3506:23,
3542:1, 3552:14,
3614:14, 3614:19
**opening** - 3463:19
**openly** - 3559:8,
3559:12
**operated** - 3554:2
**operating** -
3616:22, 3625:13
**operation** - 3488:3,
3532:10, 3622:15,
3622:23, 3622:25,
3624:14, 3625:8,
3625:19, 3627:7,
3627:9, 3627:12
**opportunities** -
3480:12
**opportunity** -
3591:21, 3641:12
**opposite** - 3527:13,
3643:10
**option** - 3625:2
**order** - 3466:21,
3547:13, 3619:5
**ordered** - 3516:22
**orders** - 3489:24,
3517:13, 3538:4
**ordinary** - 3548:11
**organized** -
3468:17, 3472:22,
3473:12, 3477:11,
3478:12, 3478:23,
3480:19, 3480:24,
3484:23, 3486:1,
3487:2, 3488:25,
3490:9, 3491:17,
3492:8, 3494:8,
3496:10, 3496:17,
3497:9, 3509:11,
3510:1, 3510:19,
3532:24, 3533:4,
3545:5, 3569:11,
3570:5, 3571:15,
3578:23, 3588:18,
3590:13, 3593:10,
3597:13, 3598:25,
3599:10, 3602:5,
3610:14, 3615:4,
3637:8, 3637:17
**Organized** - 3464:1,
3465:18, 3466:4,
3466:10, 3469:1,
3474:6, 3475:10,
3475:11, 3475:14,
3529:3, 3532:21,
3533:5, 3571:3,
3616:22, 3619:24
**original** - 3571:13,
3626:21
**originally** - 3520:20,
3520:22, 3602:12,
3626:23
**otherwise** -
3579:24, 3609:16
**ounce** - 3593:17,
3593:18, 3601:2,
3601:4

**ourselves** - 3586:1
**outcome** - 3581:23
**outlaws** - 3537:9
**outraged** - 3497:18
**outside** - 3474:13,
3474:19, 3475:21,
3476:15, 3489:6,
3489:18, 3496:15,
3512:12, 3514:3,
3525:2, 3528:16,
3530:11, 3530:16,
3538:24, 3547:1,
3559:10
**outstanding** -
3610:2
**overhead** - 3463:16,
3540:24, 3547:1,
3547:7, 3547:10,
3547:14
**overheard** -
3547:25
**overnight** -
3503:19, 3504:10,
3650:16
**overseas** - 3475:22,
3476:10
**oversee** - 3628:15
**overseeing** -
3628:16
**overtly** - 3640:18
**owe** - 3592:9
**Owechko** - 3522:19
**owed** - 3549:17,
3571:14, 3574:17,
3591:16, 3610:2,
3619:17, 3619:22,
3636:15, 3639:13,
3639:18
**own** - 3464:7,
3472:8, 3477:5,
3478:15, 3480:4,
3480:11, 3484:10,
3493:21, 3494:14,
3494:15, 3495:2,
3495:17, 3501:19,
3510:7, 3524:15,
3529:21, 3531:3,
3533:13, 3535:1,
3535:19, 3536:14,
3537:7, 3559:6,
3575:23, 3584:16,
3611:14, 3617:2,
3626:22, 3631:7,
3635:1, 3637:6,
3647:24
**owned** - 3505:25,
3527:3, 3546:8,
3576:25, 3622:19
**owner** - 3576:23,
3579:8
**ownership** -
3609:19
**Ozone** - 3487:8,
3487:13, 3492:1,
3498:13, 3504:6,
3504:18, 3542:19,
3546:8, 3576:9,
3615:6, 3615:16

**P**

**Pac** - 3522:20
**pack** - 3650:14
**package** - 3550:5,
3550:7, 3550:11
**packages** - 3542:9,
3544:19, 3595:25
**packaging** -
3598:16, 3598:20
**packet** - 3650:1,

**page** - 3469:14,
3479:3, 3498:15,
3518:5, 3539:5,
3558:18, 3561:14,
3562:21, 3563:1,
3563:14, 3571:17,
3587:4, 3603:14,
3606:7, 3614:3,
3621:8, 3635:22,
3636:25, 3645:2
**pages** - 3637:4
**paid** - 3545:2,
3545:4, 3545:8,
3572:18, 3574:5,
3574:13, 3574:20,
3574:22, 3592:10,
3609:7, 3609:9,
3610:1, 3611:20,
3623:24
**paint** - 3519:9
**painter** - 3572:21
**pair** - 3604:17
**Palmaccio** - 3623:2,
3623:6, 3623:7,
3623:25, 3626:21,
3636:16, 3639:2,
3641:6, 3641:7,
3643:5
**paper** - 3550:7
**papers** - 3585:15
**parallels** - 3526:5,
3567:7
**parents** - 3512:3,
3513:17, 3514:2,
3514:25
**paries'** - 3581:20
**Park** - 3487:8,
3487:13, 3492:1,
3502:18, 3504:7,
3504:18, 3542:19,
3546:8, 3576:9,
3577:15, 3615:6,
3615:16
**parked** - 3528:16,
3541:1, 3546:25,
3547:9, 3595:15
**parking** - 3550:20
**part** - 3463:21,
3470:6, 3471:8,
3473:24, 3499:10,
3520:1, 3521:20,
3530:24, 3531:20,
3531:25, 3533:6,
3535:20, 3544:9,
3547:5, 3553:25,
3563:25, 3564:14,
3570:3, 3575:16,
3577:23, 3607:16,
3609:20, 3618:13,
3618:15, 3633:7
**participant** -
3569:25
**participants** -
3513:6, 3557:21,
3558:17, 3561:15,
3562:14, 3597:23,
3598:23
**participants'** -
3551:25
**participate** -
3499:5, 3499:16,
3570:13, 3580:2,
3593:23, 3594:12,
3600:15
**participated** -
3463:25, 3472:11,
3553:6, 3558:24,
3560:11, 3561:6,
3562:3, 3562:22,

**3602:11**
**participating** -
3560:1
**participation** -
3495:17, 3499:9,
3499:10, 3546:19,
3561:22
**particular** - 3513:4
**parties'** - 3515:22
**partner** - 3481:8,
3482:8, 3524:12,
3532:23, 3574:2,
3575:7, 3575:24,
3628:9
**partnering** - 3485:8,
3533:7
**partners** - 3467:22,
3480:3, 3480:19,
3480:21, 3532:6,
3532:8, 3536:9,
3553:17, 3575:16,
3623:13, 3629:1,
3636:6, 3636:11
**partnership** -
3481:9, 3511:1,
3511:3, 3570:14
**parts** - 3521:18,
3545:16, 3615:7,
3618:14
**Parts** - 3614:15,
3614:16
**passed** - 3505:2,
3505:3, 3511:16,
3558:22
**passenger** - 3527:9,
3599:22
**past** - 3463:21,
3492:13, 3492:21,
3527:10, 3540:20,
3540:23, 3586:22,
3647:10
**patience** - 3647:9
**Patricia** - 3579:2
**Patrick** - 3486:21
**pattern** - 3499:7,
3499:9
**Paul** - 3479:2,
3483:5, 3501:4,
3501:5, 3501:10,
3501:11, 3501:13,
3501:20, 3501:23,
3502:2, 3502:14,
3502:15, 3502:19,
3503:5, 3503:20,
3504:16, 3505:15,
3506:6, 3506:13,
3507:1, 3507:15,
3507:23, 3508:19,
3508:20, 3509:17,
3509:19, 3509:22,
3510:8, 3510:10,
3510:16, 3510:22,
3511:9, 3512:4,
3512:9, 3513:1,
3513:15, 3513:17,
3513:19, 3513:21,
3514:4, 3514:9,
3514:12, 3514:15,
3514:17, 3515:11,
3515:14, 3515:18,
3515:21, 3515:23,
3515:25, 3516:5,
3516:12, 3516:17,
3516:19, 3519:2,
3519:6, 3519:13,
3520:2, 3521:8,
3521:23, 3522:2,
3522:5, 3522:10,
3522:14, 3522:20,
3523:11, 3523:14,

3524:14, 3524:17,
3524:20, 3525:8,
3525:24, 3526:19,
3527:11, 3529:6,
3533:11, 3545:10,
3558:16, 3558:17,
3558:20, 3564:25,
3567:9, 3589:5,
3647:14, 3647:17
**Paulie** - 3564:14
**Pause** - 3584:20
**pay** - 3559:3,
3563:10, 3571:6,
3574:25, 3609:11,
3610:19, 3613:25,
3615:23, 3615:24,
3616:8, 3616:9,
3618:11, 3619:18,
3623:7, 3625:1,
3633:3, 3633:6
**paying** - 3571:12,
3574:23, 3609:6,
3611:1, 3611:10,
3612:17, 3612:21,
3615:18, 3615:22,
3616:8, 3616:11,
3617:22, 3639:13,
3639:17, 3640:12,
3641:11, 3647:21
**payment** - 3545:11,
3575:2, 3575:10,
3575:22, 3618:25,
3625:2, 3626:24
**payments** - 3611:8,
3615:18, 3615:22,
3616:9
**payroll** - 3585:14,
3585:15
**peace** - 3578:22,
3647:16
**peaceful** - 3514:6
**peers** - 3510:23
**peeved** - 3503:9
**penalty** - 3468:22
**people** - 3465:22,
3468:4, 3471:18,
3474:7, 3475:1,
3483:20, 3492:10,
3492:24, 3502:22,
3502:24, 3504:10,
3504:11, 3516:16,
3517:8, 3531:24,
3532:14, 3532:16,
3533:8, 3536:23,
3544:9, 3547:18,
3548:11, 3557:17,
3560:20, 3560:21,
3564:2, 3564:7,
3564:14, 3575:18,
3575:19, 3575:21,
3577:2, 3588:18,
3588:23, 3591:16,
3592:25, 3593:22,
3594:4, 3594:14,
3602:14, 3613:8,
3613:16, 3625:5,
3625:7, 3625:20,
3626:8, 3628:23,
3635:9, 3640:3,
3642:5, 3644:8,
3646:11, 3647:21
**People** - 3558:24
**people's** - 3494:10
**per** - 3575:11
**percent** - 3572:9
**percentage** -
3485:15, 3485:17,
3485:19, 3573:4
**perfectly** - 3494:10
**performed** -

3566:14, 3568:10
**perhaps** - 3524:8,
3524:18
**period** - 3492:5,
3548:9, 3571:9,
3574:5, 3575:14,
3626:5, 3627:12,
3629:8, 3629:13,
3629:14, 3629:18
**periods** - 3615:21
**permanent** - 3484:4
**permission** -
3557:14, 3602:22,
3614:23, 3628:4,
3633:3, 3637:12,
3637:18, 3638:3,
3642:2
**Persechino** -
3565:18, 3567:20,
3568:8
**person** - 3466:23,
3466:25, 3468:1,
3469:6, 3472:6,
3481:19, 3494:14,
3499:5, 3507:10,
3510:3, 3515:22,
3527:23, 3527:24,
3528:19, 3563:18,
3566:7, 3569:5,
3570:22, 3574:1,
3579:25, 3584:11,
3586:14, 3586:16,
3588:25, 3590:12,
3593:2, 3593:3,
3601:24, 3603:23,
3609:16, 3619:14,
3620:11, 3620:13,
3625:22, 3631:3,
3632:14
**personal** - 3622:14
**personally** - 3464:1,
3502:16, 3611:21,
3639:19, 3647:3
**persons** - 3622:18
**perspective** -
3534:19, 3557:12
**Peter** - 3471:10,
3471:20, 3472:22,
3483:16, 3484:11,
3492:17, 3509:24,
3530:13, 3530:14,
3530:20, 3554:7,
3556:17, 3557:5,
3557:8, 3557:9,
3557:11, 3557:12,
3557:15, 3557:18,
3557:19, 3557:20,
3557:23, 3562:5,
3575:15, 3575:18,
3575:21, 3584:13
**Petix** - 3513:5,
3513:18, 3516:1,
3516:4, 3516:8,
3516:10
**phenomenon** -
3515:1
**Phil** - 3497:23
**phone** - 3494:7,
3496:18, 3496:24,
3497:1, 3497:7,
3497:8, 3513:17,
3514:13, 3589:5,
3589:6, 3589:18,
3630:21, 3631:9,
3632:19, 3632:23,
3633:4, 3634:21
**phonebook** -
3496:12, 3496:16
**Phones** - 3470:13
**photo** - 3474:12,

3475:1, 3476:21,
3476:22, 3489:5,
3489:14, 3499:17,
3525:1, 3530:10,
3530:11, 3530:15,
3530:16, 3531:5,
3546:11, 3550:24,
3594:7, 3598:20,
3600:2, 3612:8,
3634:11
**photograph** -
3489:3, 3495:15,
3505:12, 3591:19,
3599:21, 3625:24,
3634:6, 3634:9
**photographed** -
3488:17
**photographs** -
3464:25, 3488:11,
3489:20, 3490:2,
3524:2, 3524:4,
3598:11, 3598:15,
3616:1, 3616:3
**photos** - 3474:2,
3496:15, 3530:22,
3547:5, 3558:21,
3558:25, 3565:13,
3599:16
**phrases** - 3640:17
**physical** - 3465:1,
3482:12, 3494:6,
3496:9, 3568:22,
3608:21
**physically** - 3591:2,
3601:21
**Piccioli** - 3504:15
**pick** - 3594:23,
3617:15
**picked** - 3527:8,
3536:14, 3550:13
**picking** - 3536:12,
3563:18
**picks** - 3481:15
**picture** - 3513:23,
3530:5, 3530:6,
3540:25
**pictured** - 3547:6,
3594:7
**piece** - 3486:14,
3523:10, 3523:3,
3532:10, 3562:16,
3591:2, 3593:18,
3609:12, 3628:7,
3628:8, 3629:2,
3629:6, 3630:18,
3631:15, 3644:11
**pieces** - 3518:1
**pigeon** - 3582:8,
3582:16
**pillar** - 3528:10,
3528:22
**Pilot** - 3544:14,
3550:1
**pinched** - 3585:3
**pipe** - 3507:4,
3507:24, 3520:21
**pistol** - 3538:14,
3541:9, 3541:22
**pistol-whipped** -
3541:22
**pit** - 3501:20
**place** - 3483:14,
3484:19, 3497:13,
3504:21, 3504:23,
3505:14, 3519:10,
3527:2, 3527:6,
3595:2, 3595:5,
3600:24, 3628:25,
3633:12
**placed** - 3502:10,

3544:8, 3547:17,
3549:3
**places** - 3475:21,
3487:3, 3578:7
**plan** - 3484:20,
3503:6, 3513:20,
3514:3, 3536:4,
3537:23, 3540:12,
3566:22, 3625:2,
3626:24, 3626:25,
3633:20, 3649:8
**planned** - 3535:4,
3535:8
**planning** - 3537:13,
3546:19
**plastic** - 3512:18
**play** - 3468:6,
3531:21, 3548:18,
3560:14, 3564:16,
3564:20, 3567:8,
3569:19, 3589:9,
3600:20, 3602:1,
3603:9, 3604:4,
3613:6, 3618:1,
3618:5, 3625:9,
3626:15, 3629:25,
3630:1, 3631:8,
3632:12, 3633:16,
3638:8, 3639:22,
3640:14, 3641:13,
3642:9
**played** - 3476:22,
3483:21, 3531:4,
3531:9, 3545:20,
3572:2, 3589:11,
3600:21, 3602:3,
3602:19, 3603:11,
3604:5, 3616:18,
3639:23, 3640:6,
3640:15, 3641:1,
3641:14, 3641:25,
3642:10, 3643:18,
3642:2, 3650:10
**players** - 3557:16,
3569:3, 3588:11,
3638:9
**Playing** - 3633:23
**playing** - 3528:7,
3538:21
**plays** - 3525:4,
3531:6, 3531:16,
3560:16, 3560:25,
3561:19, 3563:6,
3563:22, 3564:11,
3564:17, 3569:21,
3613:4, 3613:10,
3613:19, 3613:22,
3617:6, 3617:18,
3618:3, 3618:7,
3618:16, 3618:20
**Plays** - 3626:3,
3626:18, 3630:3,
3630:25, 3631:10,
3631:23, 3632:1,
3632:7, 3632:11,
3632:13, 3632:16,
3633:8, 3633:15,
3633:18, 3633:24,
3634:19
**Plaza** - 3462:14,
3462:21
**pleasant** - 3582:7
**Pm** - 3471:15,
3504:6, 3504:9,
3527:19
**pocket** - 3464:7
**point** - 3484:3,
3490:19, 3516:10,
3519:19, 3526:16,
3527:5, 3530:22,

3541:2, 3549:4,
3573:12, 3633:19,
3633:25, 3639:12
**pointing** - 3505:15,
3520:11, 3520:24,
3530:8, 3541:12
**points** - 3532:8,
3534:14, 3573:6,
3574:12, 3575:9
**poison** - 3596:13,
3598:16
**police** - 3468:12,
3472:4, 3513:15,
3514:10, 3515:21,
3515:24, 3516:10,
3540:7, 3540:8,
3566:24, 3567:13,
3581:4, 3596:3,
3600:1
**Police** - 3550:19,
3598:13
**policeman** - 3516:5
**poorly** - 3538:10
**popcorn** - 3542:8
**popped** - 3542:8
**pornography** -
3478:18, 3608:2
**portion** - 3521:14,
3545:3, 3564:20,
3633:13, 3644:9
**portions** - 3464:23
**position** - 3471:5,
3490:24, 3491:10,
3495:23, 3599:3,
3605:5
**positions** - 3471:7
**possibility** -
3600:24
**possible** - 3514:5,
3514:21, 3526:10,
3537:22, 3567:21,
3607:15, 3636:23,
3649:17, 3651:13
**possibly** - 3489:12,
3612:24
**pot** - 3485:15,
3485:17
**potential** - 3505:9,
3536:15
**pour** - 3520:19
**poured** - 3578:9
**pouring** - 3578:7
**power** - 3478:1,
3478:5, 3478:7,
3490:2, 3490:20
**powerful** - 3476:25,
3478:11, 3478:19,
3481:25, 3494:17,
3497:5, 3530:15,
3530:19, 3531:12,
3532:24, 3552:24,
3574:8, 3610:14
**precinct** - 3584:10,
3589:25
**predicate** - 3556:20
**preparations** -
3537:12
**prepare** - 3578:5
**presence** - 3486:15,
3552:1, 3567:23
**present** - 3463:2,
3463:8, 3471:11,
3495:4, 3500:10,
3524:6, 3556:2,
3556:12, 3590:8,
3593:5, 3604:21,
3605:23, 3607:5,
3634:3
**presentation** -
3650:4

**presented** -
3464:21, 3496:9,
3497:12, 3546:22,
3635:19
**preserve** - 3569:11
**preserving** -
3538:17, 3651:4
**pressure** - 3651:17
**pressured** -
3640:12
**pretty** - 3515:3,
3558:9, 3564:7,
3572:22, 3574:6
**preventing** -
3588:21
**previous** - 3520:18,
3636:10
**previously** -
3492:17, 3523:9,
3623:2, 3623:6,
3635:23, 3636:23
**preyed** - 3613:2
**preys** - 3635:8
**price** - 3598:9,
3609:24
**priest** - 3481:18
**prime** - 3485:3
**principal** - 3571:13,
3571:14, 3575:3
**principle** - 3580:13
**prison** - 3483:1,
3483:2, 3496:2,
3523:8, 3523:19,
3523:22, 3558:12,
3558:13, 3580:12,
3581:18
**prisoner** - 3504:10
**private** - 3553:1,
3559:14
**privately** - 3474:20
**Probation** - 3588:19
**probation** -
3471:14, 3495:12,
3588:16
**problem** - 3471:23,
3569:3, 3588:24,
3626:10, 3633:11,
3637:14
**problems** -
3569:12, 3584:15,
3628:17, 3637:19
**procedure** -
3595:11
**proceed** - 3463:11
**proceeded** - 3585:1
**Proceedings** -
3462:23
**Proceeds** - 3573:19
**proceeds** - 3536:11,
3536:15, 3542:25,
3543:25, 3545:15,
3546:16, 3548:14,
3549:24, 3553:16,
3560:21, 3563:3,
3581:3, 3590:17,
3601:17, 3608:2,
3614:10, 3630:18,
3631:15
**process** - 3468:25,
3472:7, 3542:25,
3596:11
**produced** -
3462:24, 3650:25
**profit** - 3571:16,
3573:3, 3590:6
**profitable** - 3530:25
**profited** - 3480:13,
3535:5
**profiting** - 3478:14,
3546:19, 3590:11

ANTHONY M. MANCUSO,    CSR    OFFICIAL COURT REPORTER

**profits** - 3480:23,
3553:21, 3607:16
**prohibited** -
3588:20
**projects** - 3619:17
**prominent** - 3491:3
**promise** - 3632:20,
3649:12
**promoted** - 3490:8,
3490:23, 3491:6,
3491:9, 3491:22,
3496:5
**proof** - 3482:12,
3497:8, 3524:18,
3558:9, 3558:23,
3560:10, 3567:10,
3588:5, 3607:20,
3612:25
**properties** - 3505:7,
3608:2, 3609:19
**property** - 3514:2,
3522:25, 3523:2,
3530:8, 3608:12,
3609:23, 3610:5,
3610:11, 3610:12,
3611:2, 3611:24,
3630:9, 3630:13,
3630:15, 3630:17,
3630:19, 3631:4,
3631:7, 3631:18,
3634:11, 3634:12
**proposal** - 3469:2,
3469:9, 3470:5,
3470:8, 3470:20,
3491:15, 3494:7
**proposed** -
3469:11, 3470:9,
3470:11, 3483:11,
3492:10
**prosecuted** -
3516:16
**prosecution** -
3580:5, 3581:13
**prosper** - 3474:6
**protect** - 3466:16,
3472:8, 3481:5,
3578:25, 3590:14
**protected** - 3473:18
**protecting** - 3464:7
**protection** - 3615:2,
3615:18, 3617:22
**proud** - 3477:24
**prove** - 3466:12,
3466:20, 3467:11,
3470:18, 3473:17,
3475:13, 3475:17,
3476:22, 3480:3,
3490:20, 3499:3,
3510:22, 3510:25,
3511:4, 3520:3,
3523:25, 3530:22,
3535:4
**proved** - 3464:21,
3473:25, 3475:18,
3476:10, 3478:13,
3483:4, 3529:6,
3608:4, 3609:1
**proven** - 3465:20,
3475:10, 3476:17,
3498:12, 3499:13,
3499:19, 3499:20,
3501:8, 3533:15,
3533:19, 3569:15,
3570:17, 3576:6,
3579:13, 3579:18,
3591:3, 3591:10,
3591:12, 3607:22,
3614:5, 3614:11,
3619:3, 3620:25,
3625:12, 3626:12,

3627:4, 3629:22,
3635:13, 3646:12,
3646:15, 3647:3,
3647:6
**proves** - 3465:3,
3496:10, 3510:13,
3569:8, 3581:25,
3585:4
**provided** - 3470:5,
3496:18, 3526:20,
3597:5
**provides** - 3590:3
**proving** - 3464:3
**proximity** - 3530:4
**public** - 3484:21,
3609:2, 3622:13
**published** - 3501:9,
3503:25, 3505:17,
3515:20, 3541:4,
3546:14, 3547:4,
3550:18, 3591:23,
3595:9, 3595:23,
3598:14, 3599:19
**Pugliesi** - 3486:19,
3575:20
**pull** - 3521:11,
3527:14, 3527:15,
3534:13, 3538:25
**pulled** - 3506:9,
3506:10, 3542:9
**pumping** - 3583:8
**punish** - 3585:1
**punishment** -
3493:1
**purchased** -
3514:2, 3589:2,
3609:21
**purpose** - 3466:13,
3490:3, 3557:17,
3601:14, 3611:3
**purposes** - 3529:23
**pursuant** - 3474:24,
3520:8
**pursue** - 3603:1,
3604:3, 3604:9,
3651:9
**pursuit** - 3473:1
**pushed** - 3542:6
**put** - 3464:6,
3469:5, 3469:6,
3472:3, 3480:16,
3490:11, 3490:17,
3499:8, 3509:21,
3510:2, 3512:22,
3519:6, 3519:9,
3532:7, 3541:10,
3542:9, 3549:4,
3549:9, 3566:20,
3570:20, 3571:10,
3573:2, 3573:19,
3589:19, 3591:21,
3636:2, 3649:23
**putting** - 3530:18,
3560:12, 3563:19,
3623:20, 3633:11,
3637:18
**Putting** - 3570:12
**puzzle** - 3486:14

**Q**

**Quack** - 3531:13
**qualities** - 3491:17
**Queens** - 3470:22,
3474:14, 3475:19,
3487:8, 3496:14,
3501:17, 3501:21,
3501:24, 3502:18,
3504:7, 3505:6,
3509:5, 3517:17,

3533:22, 3546:5,
3551:16, 3596:4
**questions** - 3549:2
**quicker** - 3508:6
**quickly** - 3526:11,
3571:16, 3607:8,
3629:25, 3632:18
**quiet** - 3553:1
**quite** - 3651:19

**R**

**Rabito**- 3497:3
**racetrack** - 3576:3
**Racketeering-**
3475:24, 3476:14,
3499:23, 3501:3,
3501:4, 3516:13,
3533:15, 3533:16,
3569:15, 3570:6,
3570:7, 3570:16,
3570:17, 3571:9,
3576:8, 3579:16,
3585:7, 3591:3,
3591:6, 3591:11,
3607:21, 3607:24,
3607:25, 3608:4,
3609:1, 3609:4,
3614:5, 3614:7,
3614:8, 3614:12,
3619:3, 3619:4,
3619:5, 3620:25,
3621:4, 3646:15,
3649:18, 3649:24,
3650:9, 3652:5,
3652:6
**racketeering** -
3464:18, 3465:5,
3465:7, 3465:8,
3465:12, 3465:13,
3499:7, 3499:9,
3499:12, 3499:18,
3499:22, 3499:23,
3501:7, 3576:7,
3579:14, 3579:19,
3582:1, 3585:4,
3591:12, 3597:15,
3626:13, 3626:14,
3626:16, 3626:19,
3627:4, 3627:6,
3629:22, 3629:24,
3630:1, 3630:7,
3635:13, 3635:15,
3646:22, 3646:24
**radar** - 3529:17
**Ragano**- 3528:5,
3528:11, 3638:19,
3639:16, 3641:19,
3642:11, 3642:19,
3642:23, 3643:21
**raid** - 3496:13,
3496:15
**raided** - 3474:23,
3475:2, 3493:14
**raise** - 3649:16
**raising** - 3650:7
**Ralph** - 3551:1
**ran** - 3512:16,
3540:18, 3552:21,
3574:1, 3627:21
**random** - 3532:16
**ranged** - 3590:21
**rank** - 3534:3
**ranking** - 3495:4,
3495:13
**ranks** - 3464:3
**rare** - 3477:3
**Rastelli**- 3497:23
**rat** - 3471:25,
3472:5, 3507:14,

3582:8, 3582:15
**rate** - 3571:11,
3573:8
**rather** - 3484:8,
3622:13, 3651:7
**Rauchet**- 3469:13
**reached** - 3648:1
**reaction** - 3525:21,
3592:16
**read** - 3625:10,
3651:3, 3651:8
**ready** - 3463:4,
3464:15, 3489:23,
3500:11, 3500:13,
3556:4
**Ready**- 3527:21,
3530:7
**real** - 3543:15,
3592:16, 3643:7
**realize** - 3491:13,
3533:8
**realized** - 3483:17,
3526:6, 3526:7
**realizes** - 3603:16
**really** - 3557:3,
3569:1, 3583:21,
3595:4, 3605:3,
3605:16, 3609:23,
3632:22
**reap** - 3628:6
**reaping** - 3628:20
**rear** - 3551:5
**reason** - 3474:4,
3510:4, 3510:11,
3512:8, 3519:5,
3536:15, 3537:10,
3593:1, 3619:13
**reasonable** -
3464:22, 3465:4,
3475:12, 3476:18,
3498:12, 3499:13,
3501:8, 3533:15,
3569:16, 3576:7,
3579:14, 3579:19,
3585:5, 3591:5,
3591:13, 3607:23,
3608:4, 3611:11,
3614:6, 3614:12,
3619:3, 3625:6,
3625:12, 3626:13,
3627:5, 3629:23,
3635:14, 3646:16,
3647:5, 3647:7
**reasonably** - 3648:9
**reasoning** - 3508:5
**reasons** - 3476:17,
3569:14, 3576:6,
3579:13, 3614:5,
3647:5
**reassigned** - 3475:8
**Rebmann**- 3534:18,
3546:23, 3547:8,
3547:11, 3547:15,
3547:22, 3547:25
**Rebmann's**-
3546:24, 3548:4
**receive** - 3545:15,
3607:16
**received** - 3545:6,
3545:11, 3623:13,
3631:2
**receiving** - 3644:7
**recent** - 3495:11,
3496:5, 3623:3,
3639:3, 3651:25
**recently** - 3496:5,
3498:5, 3587:21,
3567:25, 3641:17
**recess** - 3555:9
**Recess**- 3500:9,

3604:20
**recognize** - 3635:6
**record** - 3473:23,
3476:9, 3482:10,
3509:21, 3509:25,
3510:3, 3540:10,
3584:4, 3584:6,
3636:3, 3637:18,
3649:13, 3651:5
**recorded** - 3462:23,
3524:25, 3535:1,
3535:4, 3559:17
**recording** - 3471:4,
3486:24, 3493:20,
3525:6, 3525:9,
3525:25, 3531:2,
3531:14, 3531:19,
3560:14, 3560:24,
3563:4, 3564:20,
3569:18, 3589:9,
3589:11, 3600:21,
3600:22, 3602:1,
3602:3, 3602:17,
3602:19, 3603:9,
3603:11, 3604:5,
3604:6, 3613:1,
3613:13, 3617:5,
3617:8, 3617:16,
3618:5, 3618:11,
3618:19, 3618:23,
3625:9, 3626:4,
3626:15, 3629:25,
3631:21, 3631:24,
3632:6, 3632:17,
3633:13, 3633:16,
3635:2, 3636:14,
3637:9, 3637:22,
3638:17, 3639:21,
3639:23, 3639:24,
3640:6, 3640:7,
3640:15, 3641:1,
3641:5, 3641:6,
3641:14, 3641:15,
3641:23, 3641:25,
3642:5, 3642:10,
3642:17, 3642:18,
3643:13, 3643:15,
3643:18, 3643:19,
3643:25, 3644:2,
3644:4, 3644:9
**recordings** -
3464:25, 3470:16,
3476:22, 3493:17,
3493:18, 3495:21,
3496:5, 3528:7,
3545:20, 3559:7,
3559:21, 3560:5,
3560:13, 3562:21,
3563:20, 3564:9,
3600:9, 3613:7,
3616:14, 3616:23,
3634:20, 3634:25,
3636:5, 3636:16,
3638:7, 3640:23,
3646:1, 3646:9,
3650:5
**records** - 3515:21,
3515:24, 3523:2,
3523:8, 3523:20,
3534:8, 3558:12,
3568:9, 3609:2,
3610:4, 3612:5
**recovered** - 3494:7,
3522:2, 3522:5,
3522:8, 3534:25,
3551:2, 3598:11,
3599:17, 3599:20,
3600:1
**recruit** - 3468:4
**red** - 3474:19,

3505:15, 3520:23,
3541:1, 3542:17,
3568:11
  **reduce** - 3571:13
  **refer** - 3495:25,
3545:19, 3585:24,
3626:7
  **reference** -
3546:10, 3636:19
  **referred** - 3561:3,
3572:6
  **referring** - 3525:10,
3610:21
  **Referring** 3512:24
  **reflected** - 3523:2,
3538:10
  **refusing** - 3632:22
  **regard** - 3592:21
  **regarding** - 3503:22
  **regardless** -
3570:22
  **registered** -
3486:10, 3486:12,
3486:19, 3551:14,
3579:6, 3579:7,
3579:8
  **regular** - 3486:15,
3531:25, 3615:18,
3615:22
  **regularly** - 3488:13,
3609:6
  **reign** - 3543:24
  **related** - 3544:24,
3630:9, 3632:3,
3650:10
  **relates** - 3501:4,
3507:6, 3560:15,
3608:1, 3610:10,
3619:6, 3622:3,
3628:22, 3637:25,
3646:18, 3646:19
  **relating** - 3476:13,
3515:21, 3559:6,
3569:16, 3569:18,
3581:11, 3609:10,
3609:25, 3626:21,
3627:7, 3630:5,
3630:17, 3635:17,
3644:5
  **relation** - 3530:2,
3613:17, 3638:7
  **relationship** -
3480:13, 3481:21,
3488:20, 3490:3,
3504:14, 3549:13,
3552:3, 3577:24,
3584:8, 3586:22,
3588:3, 3588:13,
3589:15, 3613:3,
3616:20, 3639:5,
3640:22
  **relationships** -
3524:1
  **relative** - 3481:23,
3491:8
  **relatives** - 3477:10,
3647:22
  **relax** - 3583:7,
3583:8
  **relaxed** - 3513:21
  **release** - 3513:6,
3588:16, 3588:17,
3588:21
  **released** - 3512:11,
3513:8, 3516:6,
3553:9
  **relevant** - 3494:5,
3602:10, 3618:14
  **reliable** - 3598:9
  **relied** - 3481:12

  **rely** - 3493:6,
3494:2, 3511:6,
3520:3, 3532:18,
3546:18, 3566:16,
3567:16, 3568:14
  **remain** - 3515:8
  **remained** - 3501:24
  **remains** - 3501:20,
3501:23, 3502:13,
3511:15, 3519:3,
3519:7, 3519:9,
3519:14, 3521:1,
3521:23, 3521:24,
3521:25, 3522:2,
3522:8, 3522:10,
3523:3
  **remember** - 3474:2,
3481:17, 3486:2,
3488:10, 3489:10,
3492:23, 3513:8,
3572:6, 3577:20,
3601:10, 3603:22,
3603:25, 3612:13,
3620:7, 3620:12,
3629:11, 3638:23
  **remembered** -
3485:25, 3513:4,
3620:8
  **reminiscing** -
3564:6
  **remove** - 3501:20,
3501:22, 3567:9
  **removed** - 3517:6,
3519:13
  **removing** - 3519:2
  **rented** - 3576:18,
3577:1
  **repay** - 3570:22
  **repeat** - 3482:1,
3603:7
  **repeated** - 3529:17
  **repercussions** -
3498:7
  **replace** - 3469:6
  **replayed** - 3463:23
  **report** - 3473:24,
3503:24, 3510:1,
3515:22, 3516:2,
3589:22
  **reported** - 3467:12,
3471:9, 3473:5,
3473:6, 3475:7,
3502:7, 3509:11,
3515:25, 3558:20,
3627:1, 3637:8
  **Reporter** 3462:20
  **reporters** - 3651:17
  **reporting** - 3467:9,
3478:3, 3478:10,
3489:2, 3580:7,
3590:19
  **reports** - 3640:10
  **representation** -
3538:16
  **representative** -
3556:23, 3597:24
  **representing** -
3538:15, 3554:15
  **reputation** - 3511:2,
3537:4, 3537:5,
3538:17, 3571:5
  **reputations** -
3480:11
  **request** - 3579:23,
3650:13, 3652:1
  **required** - 3465:17,
3468:9, 3499:19,
3567:15
  **requirements** -
3467:4, 3467:10

  **residence** -
3551:17, 3551:19,
3616:17
  **residences** - 3487:1
  **resident** - 3612:7
  **resolution** -
3610:16
  **resolve** - 3569:7,
3569:10, 3584:17,
3632:24, 3632:25
  **respect** - 3520:1,
3524:8, 3529:4,
3529:22, 3533:8,
3558:2, 3621:1
  **respected** - 3482:21
  **respective** -
3569:12
  **respects** - 3559:3
  **respond** - 3650:17,
3650:20
  **responded** -
3565:14, 3566:24
  **responding** -
3620:14
  **response** - 3526:1
  **responsibility** -
3574:23
  **responsible** -
3629:3
  **rest** - 3544:21,
3605:12
  **Restaurant** -
3576:24
  **restaurant** -
3576:25, 3577:17,
3615:24
  **restitution** -
3581:19
  **restrained** -
3547:24, 3561:7,
3596:7, 3597:19,
3599:23, 3600:7
  **result** - 3558:19,
3608:15
  **resume** - 3555:3
  **resumed** - 3463:1,
3605:25, 3642:17,
3643:13
  **resurfaced** -
3520:18
  **retired** - 3486:6
  **returns** - 3527:16
  **revealed** - 3497:23
  **revenue** - 3622:16
  **reverts** - 3628:1
  **review** - 3464:24
  **rewards** - 3628:6,
3628:20
  **Rica** - 3625:14,
3625:23
  **Rich** - 3565:14
  **Richard** - 3551:12,
3551:18, 3565:3,
3565:11, 3565:25,
3567:2, 3568:10
  **Rico** - 3465:7,
3465:16, 3499:20,
3646:24
  **rid** - 3517:2,
3517:19, 3542:25,
3569:12
  **ride** - 3596:9
  **right-hand** - 3542:5
  **ripped** - 3637:13
  **rise** - 3478:5,
3478:7, 3480:24,
3490:6, 3533:4
  **rises** - 3650:2
  **risk** - 3585:2
  **Risotto** - 3619:10,

3620:2, 3620:4
  **Rizzo** - 3535:3,
3535:14, 3538:19,
3541:21, 3548:2,
3558:15, 3558:17,
3559:1, 3559:5,
3559:17, 3561:5,
3564:1, 3569:24,
3592:23, 3593:8,
3593:9, 3600:11,
3600:14, 3600:17,
3602:4, 3602:12,
3602:21, 3603:13,
3604:1, 3604:7
  **Road** - 3501:17,
3505:5, 3508:10,
3520:8, 3522:9,
3523:12, 3536:5
  **rob** - 3536:5,
3543:16, 3586:19,
3591:7, 3600:25
  **robbed** - 3533:22,
3585:16, 3617:21,
3647:14
  **robberies** -
3467:13, 3475:22,
3480:12, 3484:20,
3534:3
  **robbers** - 3534:21,
3541:2, 3541:21,
3547:18, 3550:23,
3597:19
  **robbers'** - 3542:2
  **robbery** - 3464:8,
3475:23, 3476:13,
3533:17, 3533:19,
3534:10, 3534:15,
3534:17, 3534:24,
3535:9, 3535:21,
3536:11, 3537:19,
3538:2, 3538:9,
3540:4, 3540:17,
3541:19, 3542:20,
3542:24, 3543:23,
3544:3, 3545:6,
3545:14, 3547:3,
3554:13, 3554:15,
3562:2, 3564:23,
3573:13, 3585:7,
3585:11, 3585:13,
3585:17, 3585:19,
3585:21, 3585:23,
3585:24, 3586:2,
3586:7, 3586:25,
3588:7, 3589:13,
3590:4, 3590:9,
3591:4, 3591:6,
3591:8, 3591:10,
3591:25, 3594:9,
3594:12, 3594:13,
3597:1, 3597:21,
3599:17, 3601:3,
3607:21
  **robbing** - 3585:14,
3593:12
  **Robert** - 3462:11,
3495:12, 3520:6,
3522:17, 3527:3,
3528:4, 3575:16,
3575:24, 3580:5,
3580:10, 3580:12,
3581:6, 3588:25,
3635:17, 3636:20,
3637:6, 3637:10,
3638:5, 3638:21,
3639:5, 3639:10,
3646:8, 3646:13,
3646:14, 3646:20,
3647:4
  **Robert's** - 3503:1,

3503:9, 3504:15,
3522:18, 3537:14,
3537:16, 3543:23,
3564:3, 3564:15
  **Roberts** - 3480:6,
3485:3
  **Rockaway** -
3487:15, 3546:7,
3558:7, 3576:9,
3577:15, 3596:6,
3637:3
  **Roder** - 3544:12
  **Rodriguez** - 3535:13
  **role** - 3474:3,
3490:12, 3524:12,
3533:8, 3538:23,
3566:5, 3567:7,
3572:2, 3590:25,
3614:9
  **Rolf** - 3534:18,
3546:22, 3547:8
  **rolling** - 3480:12,
3541:15
  **Ronald** - 3548:6,
3549:22
  **Rondanelli** - 3575:6
  **Ronnie** - 3484:10,
3496:21, 3498:8,
3544:14, 3548:7,
3616:21, 3616:24,
3617:2, 3617:13,
3619:23, 3620:1
  **room** - 3561:6,
3643:22
  **Rose** - 3522:19,
3522:23, 3522:24,
3522:25
  **rose** - 3464:3
  **Ross** - 3462:8,
3465:11, 3475:15,
3579:20
  **Rossi** - 3550:19,
3550:24
  **rough** - 3548:2
  **row** - 3638:21
  **Rue** - 3521:4
  **Rue's** - 3521:24,
3522:1
  **Ruggiano** - 3467:2,
3468:16, 3472:23,
3477:2, 3477:8,
3480:20, 3480:21,
3481:7, 3482:5,
3485:24, 3486:20,
3487:23, 3491:9,
3491:12, 3491:15,
3492:17, 3493:12,
3498:1, 3509:25,
3529:11, 3530:24,
3532:2, 3552:7,
3552:20, 3552:23,
3553:1, 3553:4,
3553:9, 3553:13,
3553:19, 3554:1,
3554:5, 3567:1,
3598:24, 3599:7
  **Ruggiano's** -
3477:4, 3492:2,
3553:23
  **Ruggiero** - 3531:13,
3636:20
  **rule** - 3468:11,
3468:12, 3468:17,
3468:20, 3468:23,
3478:25
  **rules** - 3468:9,
3472:23, 3472:24,
3510:19
  **rumored** - 3491:15
  **run** - 3530:25,

3538:8, 3541:11,
3626:6, 3628:5
**run-in** - 3541:11
**running** - 3496:6,
3624:3, 3625:8,
3625:21, 3626:9,
3628:12, 3629:19
**rush** - 3605:5
**rushed** - 3605:6
**ruthless** - 3464:13

# S

**sacks** - 3542:11
**safe** - 3526:20,
3527:6
**Saint** - 3644:25
**saints** - 3482:16
**Sal** - 3465:24,
3466:20, 3468:3,
3468:13, 3468:25,
3469:23, 3470:5,
3472:9, 3475:4,
3478:22, 3484:11,
3490:8, 3490:22,
3491:16, 3492:16,
3493:21, 3495:5,
3495:8, 3496:18,
3497:13, 3497:15,
3497:17, 3497:18,
3509:24, 3513:4,
3516:1, 3516:4,
3529:10, 3575:19,
3590:18, 3627:9,
3627:10, 3627:14,
3628:3, 3628:10,
3629:1, 3629:5,
3629:6
**sale** - 3478:17,
3478:18, 3610:5,
3610:11, 3611:2,
3630:18, 3631:4
**Sally** - 3627:13,
3627:19, 3628:12,
3629:16, 3630:4
**salt** - 3593:20
**salts** - 3476:12,
3591:8, 3593:13,
3594:24, 3595:20,
3596:12, 3598:16,
3601:1
**Salvatore** - 3486:19
**Sammy** - 3470:12
**sample** - 3596:17
**Sandro** - 3485:9,
3637:12
**sandwiches** -
3503:2
**Santa** - 3591:18
**Santora** - 3496:25,
3574:2
**Santoro's** - 3575:6
**Santos** - 3480:8,
3502:25, 3503:14,
3591:18, 3591:24,
3592:3, 3592:22,
3593:1, 3593:6,
3593:8, 3593:25,
3594:6, 3594:15,
3596:14, 3596:20,
3600:16, 3602:10,
3602:13, 3603:3
**Santos'** - 3502:25
**sat** - 3487:9,
3508:24, 3626:20
**Savino** - 3480:8
**saw** - 3469:9,
3469:12, 3470:2,
3470:5, 3471:15,
3476:9, 3476:12,

3484:9, 3484:25,
3485:6, 3486:6,
3486:9, 3486:18,
3493:14, 3494:13,
3496:14, 3496:18,
3496:24, 3501:22,
3503:23, 3511:11,
3511:12, 3511:19,
3512:12, 3512:14,
3513:18, 3515:13,
3517:24, 3518:2,
3520:15, 3520:21,
3520:25, 3531:5,
3534:7, 3543:12,
3548:21, 3549:14,
3551:6, 3551:14,
3551:18, 3551:23,
3552:14, 3553:10,
3553:14, 3558:21,
3565:2, 3566:1,
3566:2, 3568:4,
3568:9, 3573:24,
3576:2, 3579:1,
3582:21, 3584:15,
3592:1, 3598:2,
3598:10, 3598:15,
3599:16, 3600:2,
3611:6, 3612:16,
3615:25, 3618:22,
3623:3, 3641:12,
3646:8
**scampi** - 3566:2
**scene** - 3476:5,
3565:13, 3590:15,
3598:12, 3599:16,
3607:6
**scheme** - 3534:17
**Sciascia** - 3495:9
**score** - 3464:12,
3490:16, 3534:13,
3535:22, 3536:12,
3536:13, 3539:4,
3540:15, 3543:19,
3564:24, 3591:14,
3591:20, 3592:8,
3592:21, 3592:24,
3593:5, 3593:9,
3593:23, 3594:4,
3594:16, 3594:20,
3595:10, 3597:6,
3598:23, 3600:12,
3600:17, 3600:25,
3601:5, 3601:7,
3601:13, 3602:11,
3602:13, 3602:16,
3602:21, 3603:1,
3603:2, 3603:8,
3603:15, 3603:19,
3604:9
**scores** - 3480:12,
3532:17, 3590:16,
3601:16
**screaming** -
3549:16, 3595:6
**screen** - 3577:14,
3595:16, 3649:23,
3650:1, 3650:8,
3650:14, 3650:22
**screw** - 3631:14
**search** - 3474:24,
3496:25, 3501:25,
3520:8
**seared** - 3515:8
**seat** - 3590:9,
3596:10, 3599:21,
3600:6
**seated** - 3463:3,
3463:9, 3500:11,
3500:25, 3556:3,
3556:13, 3584:21,

3605:24
**seats** - 3600:3
**second** - 3465:25,
3475:13, 3477:20,
3526:21, 3572:15,
3625:10, 3640:20
**Second** - 3625:16
**seconds** - 3632:23
**secrecy** - 3472:15,
3493:2, 3567:15
**secret** - 3483:15,
3492:24, 3492:25,
3504:24, 3505:14,
3506:2, 3506:13,
3527:24
**security** - 3533:20
**see** - 3465:2,
3471:22, 3474:25,
3482:17, 3482:24,
3483:24, 3487:10,
3489:7, 3489:14,
3495:15, 3497:7,
3516:2, 3520:23,
3525:25, 3527:11,
3527:12, 3530:4,
3530:7, 3536:20,
3544:1, 3550:24,
3561:23, 3566:21,
3568:11, 3577:13,
3582:16, 3582:18,
3594:25, 3599:1,
3599:14, 3599:21,
3601:8, 3603:6,
3611:17, 3611:22,
3612:11, 3619:21,
3620:18, 3620:19,
3625:2, 3627:20,
3631:12, 3632:8,
3634:7, 3637:16,
3640:16, 3648:12
**seeing** - 3491:14,
3512:5, 3568:20,
3579:5, 3620:20,
3638:23
**seem** - 3529:5,
3557:2, 3562:7,
3609:12
**segment** - 3651:18
**seized** - 3469:13,
3496:13, 3496:16,
3496:25, 3589:6
**sell** - 3544:2,
3609:23, 3630:15
**selling** - 3479:1,
3618:14
**send** - 3564:23,
3619:25, 3631:15
**sending** - 3566:9,
3590:15
**Senior** - 3462:9,
3583:14, 3583:23
**sense** - 3520:19,
3521:13, 3533:1,
3568:3, 3607:17,
3622:12, 3633:5,
3649:7
**senseless** - 3529:5
**sent** - 3497:24,
3516:20, 3523:14,
3544:1, 3556:22,
3598:4, 3601:14
**sentence** - 3525:18,
3570:2
**sentenced** -
3581:17
**sentences** -
3581:17
**separate** - 3483:2,
3510:7, 3596:6,
3597:23

**separating** - 3600:5
**Sepe** - 3535:11,
3538:19, 3540:14,
3543:5, 3544:6,
3551:24
**September** -
3505:3, 3579:5,
3579:9, 3621:6
**sequence** -
3580:19, 3580:24
**series** - 3614:24,
3634:21
**serious** - 3506:21,
3559:9, 3560:8,
3560:9, 3580:11
**seriously** - 3497:13
**served** - 3516:14,
3629:12
**service** - 3628:5
**servicing** - 3628:14,
3629:11
**serving** - 3503:1
**set** - 3526:21
**setting** - 3618:10,
3622:14
**settle** - 3466:17,
3514:6
**settling** - 3496:7
**Seven** - 3476:14,
3591:6, 3591:12,
3607:21
**seven** - 3624:17,
3625:16
**seventies** - 3485:4,
3486:2, 3572:24,
3573:22
**seventy** - 3631:19
**seventy-five** -
3631:19
**several** - 3464:17,
3471:18, 3476:21,
3493:24, 3496:11,
3496:17, 3498:6,
3502:3, 3504:5,
3511:10, 3534:20,
3549:15, 3575:19,
3601:18, 3614:21
**Severino** - 3478:19
**shadow** - 3490:4
**shake** - 3640:19,
3640:21
**shaped** - 3508:9
**share** - 3590:17
**shared** - 3644:6
**shares** - 3544:8,
3545:6, 3545:15,
3545:17, 3562:12,
3562:15
**shark** - 3571:2,
3571:11
**sharking** - 3464:9,
3570:14
**sharper** - 3576:4
**sheer** - 3534:9
**sheet** - 3622:4,
3623:13, 3624:16,
3652:13
**shelf** - 3542:6
**shelling** - 3611:12,
3612:23
**shift** - 3547:25
**shipment** - 3476:9,
3534:11
**Shipment** - 3534:11
**shipments** -
3475:23, 3476:4,
3476:8, 3594:24,
3595:19, 3598:3
**shirt** - 3474:12,
3643:7

**shooter** - 3466:13,
3466:21, 3466:22
**shop** - 3470:3,
3522:18, 3557:10,
3584:14, 3615:6,
3615:15, 3615:24,
3616:4
**Shoppe** - 3491:24
**short** - 3474:12
**short-sleeved** -
3474:12
**shortly** - 3498:2,
3503:20, 3506:9,
3550:14, 3568:5,
3609:5
**Shortly** - 3583:1
**shot** - 3533:3,
3557:9, 3568:23,
3569:4, 3617:21
**shots** - 3624:14,
3627:2, 3649:23,
3650:1, 3650:14,
3650:22
**shovel** - 3505:20
**show** - 3464:21,
3465:17, 3467:15,
3489:20, 3493:10,
3493:12, 3493:18,
3494:22, 3515:25,
3523:9, 3523:22,
3529:25, 3547:5,
3567:16, 3610:5,
3612:5, 3613:7,
3616:19, 3616:20,
3618:23, 3620:12,
3625:8, 3649:25
**showed** - 3474:3,
3474:5, 3474:7,
3488:11, 3501:18,
3505:9, 3520:17,
3523:9, 3538:22,
3557:15, 3594:21,
3596:16, 3598:3,
3614:17, 3616:2
**showing** - 3467:24,
3488:16, 3488:18,
3529:4, 3584:3,
3616:3, 3633:7,
3634:9
**Showing** - 3504:1
**shown** - 3463:24,
3476:21, 3483:6,
3501:12, 3510:21,
3580:1, 3584:25,
3626:19, 3648:2
**shows** - 3465:19,
3482:25, 3489:4,
3490:2, 3505:13,
3520:10, 3520:12,
3523:15, 3530:1,
3530:13, 3530:18,
3541:1, 3558:5,
3565:12, 3567:17,
3584:4, 3584:6,
3584:14, 3589:12,
3589:23, 3590:12,
3612:8, 3632:18,
3638:24, 3638:25,
3639:4, 3640:1
**shrimp** - 3566:1,
3568:11
**shunned** - 3584:25
**shut** - 3485:13
**shy** - 3598:8,
3601:3
**shylock** - 3571:2,
3571:11, 3573:20
**shylocking** -
3466:25, 3532:9,
3590:22

**Side** - 3473:10
**side** - 3488:14,
3489:21, 3489:23,
3540:13, 3540:21,
3542:5, 3547:12,
3565:9, 3578:11,
3586:24, 3595:16,
3598:17, 3599:22,
3617:15
**Sidebar** - 3604:25,
3605:25, 3606:6,
3648:17
**sidewalk** - 3468:6,
3468:7, 3595:15
**sight** - 3584:2
**sign** - 3562:24,
3595:8, 3620:13,
3631:17
**significant** - 3504:8
**significantly** -
3550:2
**signs** - 3520:17,
3639:1
**silence** - 3483:7,
3567:15
**silenced** - 3481:12
**silencer** - 3538:21
**silent** - 3640:20
**similar** - 3498:1,
3499:24, 3564:15
**similarities** -
3494:13
**simply** - 3499:8,
3570:12, 3570:20,
3608:20, 3650:23,
3651:19
**single** - 3625:18
**singular** - 3515:5
**sinister** - 3647:11
**sister** - 3522:3
**sit** - 3500:8,
3584:22
**site** - 3517:16,
3520:12, 3530:2,
3530:3, 3589:4
**sitting** - 3596:10,
3605:7
**situation** - 3510:6,
3569:7, 3577:4,
3589:19, 3617:3,
3623:11, 3623:25,
3634:15, 3639:14,
3640:12
**Six** - 3591:4
**six** - 3485:14,
3485:18, 3504:1,
3511:11, 3526:25,
3585:7
**sixties** - 3480:5,
3485:4, 3572:4,
3572:24, 3577:21
**size** - 3521:8,
3573:14, 3575:12
**skeleton** - 3521:14
**skilled** - 3533:1
**Skinny** - 3602:6
**skip** - 3625:11,
3643:14
**skipped** - 3564:19
**slapped** - 3615:16
**sledgehammer** -
3505:20, 3505:22
**sleeved** - 3474:12
**slide** - 3476:2,
3482:24, 3520:23,
3601:2, 3625:11
**slipped** - 3507:11
**slots** - 3650:8
**slow** - 3625:1
**slumped** - 3518:3,

3521:13
**smart** - 3525:20
**Snakes** - 3535:13
**snapshot** - 3485:7
**sneak** - 3637:22,
3642:2, 3643:4
**social** - 3469:21,
3470:3, 3474:8,
3474:13, 3474:19,
3474:23, 3480:6,
3484:16, 3484:18,
3484:19, 3485:1,
3485:5, 3485:25,
3486:4, 3486:16,
3487:6, 3487:18,
3487:24, 3488:12,
3491:23, 3493:11,
3493:21, 3493:25,
3496:14, 3524:6,
3530:12, 3531:3,
3543:11, 3546:13,
3548:17, 3554:2,
3574:10, 3612:12,
3615:14, 3615:23
**socialized** -
3531:25
**society** - 3483:15,
3492:25
**Soda** - 3581:6
**sold** - 3505:7,
3611:25, 3631:18,
3634:12, 3635:21,
3635:24, 3638:6
**soldier** - 3466:11,
3472:18, 3478:11,
3478:24, 3482:1,
3490:7, 3495:24,
3496:1, 3498:10,
3528:5, 3535:15,
3546:4, 3552:24,
3599:5, 3599:11,
3638:20, 3641:21,
3643:5
**soldier's** - 3473:24
**soldiers** - 3473:5,
3473:15, 3490:12,
3490:15, 3490:17,
3491:1, 3491:20
**solicit** - 3579:23
**solicitation** -
3579:21, 3584:6
**solicited** - 3580:2,
3585:6
**soliciting** - 3579:17
**someone** - 3466:9,
3471:23, 3473:23,
3473:24, 3482:2,
3482:21, 3510:14,
3510:15, 3514:14,
3526:20, 3528:23,
3528:25, 3529:5,
3541:6, 3549:17,
3566:7, 3567:19,
3568:18, 3569:3,
3570:13, 3573:24,
3576:18, 3579:21,
3579:22, 3585:15,
3599:8, 3607:17,
3611:11, 3619:25,
3623:10, 3638:1,
3640:13, 3646:23,
3647:2
**someplace** - 3584:1
**something's** -
3583:14
**sometime** - 3489:4,
3549:1, 3585:9,
3651:12
**sometimes** -
3544:19, 3544:20,

3572:14, 3614:1
**Sometimes** -
3481:22
**somewhat** -
3467:23, 3650:8
**somewhere** -
3514:6
**son** - 3469:19,
3470:12, 3481:15,
3482:2, 3482:21,
3482:21, 3484:10,
3488:6, 3490:25,
3496:2, 3501:19,
3502:11, 3511:8,
3511:10, 3511:12,
3513:1, 3517:14,
3517:23, 3524:1,
3527:22, 3528:18,
3532:21, 3533:6,
3533:13, 3535:19,
3536:15, 3537:8,
3553:6, 3554:10,
3567:6, 3576:14,
3580:15, 3583:12,
3589:18, 3595:25,
3609:18, 3629:10,
3635:22, 3636:7,
3638:14, 3640:11,
3644:18
**son's** - 3481:16,
3524:12
**song** - 3483:21
**sons** - 3567:11
**Soon** - 3541:25,
3542:16
**soon** - 3513:24,
3514:18, 3526:10,
3552:1
**Sorry** - 3625:10,
3629:24
**sorry** - 3507:18,
3508:25, 3552:13,
3554:17, 3554:19,
3564:19, 3621:5,
3626:15, 3631:20,
3635:20, 3641:8
**sought** - 3590:5
**sound** - 3505:22
**sounds** - 3500:5,
3504:15
**source** - 3570:22,
3598:9
**sources** - 3561:21
**South** - 3502:18,
3542:19
**space** - 3600:2
**speaking** - 3474:20,
3493:1, 3493:21,
3493:23, 3535:2,
3559:14, 3569:24,
3618:9, 3626:4
**speaks** - 3559:13,
3569:23
**Special** - 3474:22,
3487:3, 3489:10,
3520:6, 3520:16,
3522:17, 3527:19,
3528:14, 3551:1,
3551:17, 3551:23,
3612:14, 3612:15,
3636:19
**specific** - 3464:23,
3559:16, 3567:18,
3568:12, 3585:17,
3615:5, 3646:11
**Specifically** -
3491:12, 3585:8
**specifically** -
3465:13, 3466:15,
3483:6, 3502:6,

3510:14, 3557:22,
3599:8, 3602:16,
3608:3, 3608:7,
3626:7, 3649:19
**specified** - 3520:9
**spend** - 3465:12,
3516:18, 3599:1,
3599:14, 3616:7
**spending** - 3543:25
**spends** - 3527:25
**spent** - 3467:9,
3476:24, 3484:15,
3487:7, 3545:17,
3562:17, 3562:18
**spine** - 3521:20
**spit** - 3480:23,
3644:18
**splits** - 3633:2,
3633:3
**spoken** - 3509:3,
3586:6
**sponsor** - 3481:16,
3481:20, 3481:23,
3482:8, 3524:11
**sports** - 3471:1,
3484:20, 3624:19,
3627:17
**spot** - 3480:5,
3578:10, 3579:4
**spot-check** - 3579:4
**spread** - 3508:3
**spring** - 3522:24,
3581:18
**stab** - 3642:20,
3642:22
**Stab** - 3642:22
**stairs** - 3541:17
**stake** - 3538:17
**stakes** - 3564:23
**stand** - 3538:8,
3572:12, 3593:4
**standalone** -
3646:18
**standing** - 3470:25,
3483:25, 3489:18,
3494:17
**standpoint** -
3584:16
**stands** - 3464:17
**start** - 3463:18,
3469:11, 3502:4,
3514:3, 3540:7,
3605:7, 3615:17
**started** - 3478:10,
3485:11, 3512:5,
3516:5, 3541:6,
3544:5, 3572:25,
3595:6, 3615:1,
3615:22, 3623:21,
3630:21
**starting** - 3511:22,
3605:6
**starts** - 3632:20
**State** - 3579:21,
3614:10, 3622:12
**state** - 3523:24,
3525:7, 3551:3,
3566:13, 3570:10,
3570:11, 3609:14,
3630:7
**statement** - 3463:19
**statements** -
3559:6, 3600:11,
3652:3
**Staten** - 3471:14
**States** - 3462:1,
3462:3, 3462:9,
3462:12, 3598:5
**states** - 3476:15,
3598:5

**station** - 3542:18
**status** - 3529:20,
3532:12, 3569:11
**stay** - 3503:18,
3506:23, 3512:2,
3529:16, 3551:16,
3551:19, 3584:1,
3605:8
**stayed** - 3474:7,
3505:20, 3521:15,
3523:5, 3543:2,
3617:25
**staying** - 3632:22
**stead** - 3585:12
**steal** - 3543:3
**stealing** - 3468:2
**stenography** -
3462:23
**step** - 3472:10
**stepfather** -
3630:11
**stepped** - 3542:7
**steps** - 3506:17,
3506:22
**Steven** - 3488:7
**sticks** - 3489:13,
3489:16
**still** - 3510:23,
3525:15, 3561:10,
3561:12, 3561:16,
3571:14, 3573:12,
3574:22, 3603:17,
3604:7, 3607:7,
3610:2, 3611:15,
3623:10, 3626:16,
3648:1, 3648:18,
3652:8
**stipulation** -
3515:23, 3581:20,
3588:14
**stole** - 3543:8,
3554:12, 3597:4
**stolen** - 3475:25,
3476:4, 3476:12,
3478:18, 3515:16,
3534:10, 3540:14,
3551:3, 3553:24,
3565:8, 3581:3,
3597:25, 3598:18,
3615:7
**stomach** - 3568:10
**stones** - 3542:14
**stood** - 3464:11,
3584:19, 3617:24
**stool** - 3582:8,
3582:16
**stop** - 3490:6,
3594:25, 3595:3,
3595:8
**Stop** - 3583:8
**stops** - 3525:5,
3531:7, 3531:17,
3560:17, 3561:1,
3561:20, 3563:7,
3563:23, 3564:12,
3564:18, 3569:22,
3613:5, 3613:11,
3613:20, 3613:23,
3617:7, 3617:19,
3618:4, 3618:8,
3618:17, 3618:21,
3626:3, 3626:18,
3630:3, 3630:25,
3631:10, 3631:23,
3632:1, 3632:7,
3632:11, 3632:13,
3632:16, 3633:8,
3633:15, 3633:18,
3633:24, 3634:19
**store** - 3515:16,

3546:4, 3553:3,
3553:10, 3553:12,
3553:17, 3553:22,
3554:1
**storms** - 3639:2
**story** - 3565:24,
3567:2, 3567:4,
3568:17, 3574:6,
3591:14
**straighten** -
3641:21
**straightened** -
3470:17, 3483:13,
3483:18, 3483:20,
3492:11, 3557:7,
3640:3, 3641:18,
3641:19
**strangers** - 3635:9,
3647:22
**strangled** -
3501:14, 3507:3,
3507:4
**straw** - 3637:21
**Stream** - 3596:6,
3599:24, 3600:1
**street** - 3468:5,
3468:6, 3468:7,
3478:4, 3478:16,
3480:11, 3480:17,
3490:15, 3490:21,
3511:4, 3551:2,
3571:11, 3573:3,
3595:16, 3636:2
**Street** - 3462:16,
3462:18, 3487:16,
3487:25, 3491:25,
3504:6, 3546:7,
3551:16, 3630:10
**streets** - 3473:14,
3473:21, 3487:15
**Streets** - 3505:6,
3609:20
**strength** - 3524:1
**stress** - 3514:5,
3639:1
**stressed** - 3513:18
**Stretch** - 3627:21,
3628:6, 3628:11,
3628:14, 3628:16,
3629:4, 3629:11,
3629:19
**stretched** - 3584:19
**striving** - 3510:22
**strongest** -
3524:18, 3561:21
**struggling** -
3616:10
**Stubing** - 3474:22
**stuck** - 3541:9
**stuff** - 3543:17
**Stump** - 3575:5
**stupid** - 3553:18
**Styrofoam** - 3542:8,
3551:4, 3551:5,
3551:7
**subject** - 3561:17,
3564:7, 3600:8,
3649:24
**subjects** - 3549:20,
3553:23, 3557:20
**submit** - 3465:19,
3515:7, 3529:1,
3548:4, 3568:15,
3619:2, 3620:25,
3629:21, 3635:12
**subpoenaed** -
3548:13
**subsequent** -
3580:23, 3634:18
**subsequently** -

3635:2
**substance** -
3596:14, 3596:20,
3598:10
**substantial** -
3553:21, 3580:12
**substantially** -
3622:15
**succeed** - 3481:13
**succeeded** -
3534:18, 3590:16
**succeeding** -
3529:22
**successful** -
3620:15
**successfully** -
3640:8
**sudden** - 3515:4
**sufficient** - 3501:7,
3570:16, 3591:11
**suggested** -
3504:25, 3610:19,
3633:2
**suggesting** -
3632:2
**suggests** - 3560:4,
3603:20, 3631:19
**Suite** - 3462:16
**sum** - 3616:12
**summarized** -
3581:24
**summary** - 3639:9
**summation** -
3463:13, 3464:20,
3514:22
**summations** -
3463:12, 3605:15,
3648:10
**Sunday** - 3506:14
**superior** - 3493:23,
3638:3
**superiors** -
3510:23, 3545:3
**supervised** -
3588:16, 3588:17,
3588:21, 3622:19
**supper** - 3577:2
**support** - 3513:14,
3514:8, 3515:13,
3557:25, 3590:3
**supported** - 3494:3,
3511:9, 3523:19,
3547:2, 3549:23,
3550:17, 3552:5
**supporting** -
3499:22, 3523:10
**supports** - 3493:8,
3512:8, 3515:10,
3521:12, 3522:11,
3553:24, 3556:19,
3557:21
**supports's** - 3548:5
**supposed** -
3468:21, 3484:1,
3531:13, 3535:9,
3538:7, 3561:25,
3562:2, 3574:23,
3592:23, 3593:8,
3593:23, 3593:24,
3641:10, 3642:7
**supposedly** -
3575:3
**surprise** - 3474:25
**surprised** - 3553:4,
3605:16
**surrounding** -
3608:24
**surrounds** - 3493:2
**surveillance** -
3488:10, 3488:16,

3489:9, 3524:4,
3527:18, 3528:12,
3534:23, 3558:21,
3579:10, 3612:13,
3616:2, 3618:22,
3625:24, 3634:8,
3634:25, 3638:23,
3639:3
**surveillances** -
3464:25, 3469:21,
3474:3, 3487:9,
3488:12, 3493:10,
3493:25, 3494:21,
3527:1, 3551:12,
3551:22, 3573:24,
3623:4, 3646:8
**survive** - 3481:12
**suspects** - 3597:20
**suspicious** - 3544:4
**swag** - 3478:17,
3479:1, 3515:16
**sworn** - 3648:3
**system** - 3503:3

# T

**table** - 3475:3,
3475:5
**tactic** - 3596:2
**Tag**- 3544:11,
3548:7
**Tagliaferro** - 3548:6,
3548:10, 3548:14,
3548:16, 3548:19,
3548:25, 3549:2,
3549:6, 3549:7,
3549:9, 3549:11,
3549:12
**Tagliaferro's**-
3549:20
**tailbone** - 3521:21
**talks** - 3600:24,
3635:25, 3643:20,
3646:9
**Tanya**- 3619:7,
3619:10, 3619:15,
3619:17, 3619:22,
3620:18, 3620:19,
3620:20, 3620:23,
3621:2
**tape** - 3471:1
**Tape**- 3525:4,
3525:5, 3531:6,
3531:7, 3531:16,
3531:17, 3560:16,
3560:17, 3560:25,
3561:1, 3561:19,
3561:20, 3563:6,
3563:7, 3563:22,
3563:23, 3564:11,
3564:12, 3564:17,
3564:18, 3569:21,
3569:22, 3613:4,
3613:5, 3613:10,
3613:11, 3613:19,
3613:20, 3613:22,
3613:23, 3617:6,
3617:7, 3617:18,
3617:19, 3618:3,
3618:4, 3618:7,
3618:8, 3618:16,
3618:17, 3618:20,
3618:21
**Tarricone**- 3594:2,
3599:9
**Tartaglione**-
3474:16, 3495:5
**tattoo** - 3484:5,
3484:7, 3484:9
**technical** - 3605:18

teeth - 3478:25,
3521:1
**telephone** - 3496:19
**telephones** -
3616:16, 3625:23
**temper** - 3570:1
**temporarily** -
3566:20
**ten** - 3501:18,
3572:9, 3572:15,
3626:14, 3627:6,
3629:22, 3630:1
**Ten**- 3621:4
**ten-dollar** - 3572:15
**tenants** - 3610:11,
3610:13
**tennis** - 3578:8
**tense** - 3614:24
**term** - 3498:7,
3580:12, 3649:1
**terminal** - 3440:17
**terms** - 3513:7,
3534:3, 3563:16,
3591:15, 3627:3,
3628:14
**territorial** - 3616:25
**territory** - 3473:2,
3615:8
**terrorize** - 3647:21
**Terry**- 3580:23
**testified** - 3466:20,
3468:5, 3468:10,
3468:13, 3468:16,
3469:4, 3470:21,
3472:12, 3477:22,
3483:10, 3483:18,
3484:12, 3484:17,
3485:11, 3485:15,
3485:24, 3486:11,
3486:22, 3487:23,
3488:6, 3488:11,
3489:3, 3489:11,
3490:24, 3491:10,
3491:16, 3492:13,
3494:16, 3495:12,
3498:1, 3503:8,
3506:7, 3508:9,
3508:13, 3510:4,
3511:24, 3512:13,
3513:22, 3516:19,
3516:22, 3519:1,
3526:6, 3527:20,
3533:24, 3535:6,
3536:17, 3538:18,
3539:2, 3540:16,
3541:7, 3541:14,
3542:2, 3542:4,
3542:19, 3542:24,
3543:5, 3543:20,
3544:8, 3545:2,
3545:13, 3545:23,
3546:9, 3546:15,
3547:11, 3548:12,
3548:25, 3549:11,
3550:16, 3551:13,
3552:10, 3553:12,
3554:9, 3557:5,
3559:2, 3572:2,
3572:17, 3574:9,
3574:21, 3575:18,
3576:13, 3576:17,
3580:4, 3580:19,
3581:13, 3581:22,
3582:3, 3582:7,
3585:10, 3585:18,
3590:22, 3592:3,
3595:21, 3596:24,
3597:3, 3597:5,
3597:11, 3597:15,
3598:17, 3599:23,

3599:25, 3600:4,
3600:6, 3608:1,
3610:3, 3610:8,
3611:21, 3612:4,
3612:14, 3613:24,
3614:19, 3615:1,
3616:6, 3616:12,
3619:14, 3620:10,
3620:22, 3622:4,
3623:12, 3623:23,
3624:11, 3624:22,
3627:10, 3627:11,
3627:15, 3628:11,
3628:21, 3629:6,
3644:3
**testify** - 3509:25,
3520:16, 3561:2,
3574:4, 3586:11,
3586:18, 3630:8
**testifying** - 3580:9,
3611:7
**testimony** -
3463:22, 3464:23,
3465:22, 3469:24,
3470:1, 3472:21,
3473:25, 3477:8,
3488:1, 3488:20,
3491:2, 3491:21,
3492:2, 3493:4,
3493:9, 3494:3,
3494:9, 3494:19,
3502:5, 3506:12,
3507:6, 3511:7,
3511:9, 3512:7,
3514:9, 3514:22,
3515:11, 3515:14,
3520:2, 3520:5,
3523:10, 3523:17,
3524:4, 3534:16,
3546:24, 3548:4,
3548:6, 3548:8,
3548:9, 3548:13,
3549:20, 3549:22,
3553:23, 3554:8,
3557:20, 3557:25,
3557:17, 3568:4,
3568:14, 3579:2,
3579:3, 3582:2,
3590:4, 3598:22,
3600:8, 3601:18,
3601:22, 3602:7,
3608:3, 3609:1,
3609:4, 3609:25,
3612:13, 3612:17,
3619:8, 3620:24,
3622:23, 3628:15,
3629:10, 3629:21,
3636:20, 3644:23,
3646:7
**testing** - 3538:21
**Tg**- 3496:23
**thaw** - 3565:21
**theme** - 3562:20,
3563:8, 3564:15
**themselves** -
3470:18, 3473:6,
3480:4, 3489:20,
3529:21, 3530:22,
3586:20, 3590:14
**then-captain** -
3475:8
**Theresa**- 3551:15,
3579:6, 3581:13
**they've** - 3492:21,
3644:19
**thinking** - 3544:4,
3568:20, 3603:16,
3649:3
**thinks** - 3525:10,
3562:25

third - 3476:19,
3477:4, 3477:12,
3477:14
third-generation -
3477:4, 3477:12,
3477:14
thirties - 3510:24
Thomas - 3471:18,
3495:9, 3495:14,
3496:23, 3630:11,
3630:13, 3631:7,
3638:11
thousand - 3545:8,
3545:12, 3574:11,
3631:20
thousands -
3611:13, 3612:23,
3625:14, 3640:9
threat - 3570:21,
3584:17, 3608:14,
3608:19, 3608:20
threatened -
3557:8, 3557:18
threatening -
3615:11
threats - 3584:13
three - 3483:2,
3486:8, 3501:5,
3501:8, 3502:17,
3505:21, 3505:22,
3506:25, 3540:10,
3542:12, 3581:18,
3596:24, 3597:23,
3609:19, 3622:9,
3647:6, 3647:10,
3647:12
Three- 3475:24,
3499:25, 3533:16,
3569:16, 3646:18,
3646:25
three-by-three -
3542:12
three-time -
3540:10
threw - 3542:6
thrive - 3480:24
throat - 3560:6
throughout -
3488:3, 3576:25
ticketed - 3550:20
tie - 3602:16
ties - 3471:24,
3552:8
tight - 3543:24
tile - 3521:2
timeframe -
3572:20, 3573:22
timeline - 3478:5,
3526:23
timing - 3605:1,
3605:2
Tobin - 3597:25,
3598:10, 3598:15,
3598:17
today - 3464:16,
3465:9, 3515:6,
3528:8, 3531:11,
3576:25, 3601:2,
3601:5, 3605:14,
3605:16, 3607:19,
3622:6, 3642:22,
3642:23, 3647:8,
3647:9, 3648:21
together - 3471:2,
3500:2, 3503:15,
3516:15, 3521:6,
3521:7, 3521:9,
3521:25, 3522:7,
3523:11, 3529:14,
3529:18, 3530:9,

3531:1, 3532:5,
3548:21, 3554:11,
3585:4, 3586:22,
3590:5, 3639:15
tolerance - 3512:10
tolerate - 3632:5
Tommy- 3496:22,
3497:3, 3504:2,
3504:12, 3535:17,
3538:18, 3542:2,
3542:5, 3542:9,
3543:4, 3551:23,
3557:16, 3638:11,
3639:16, 3644:9,
3644:10, 3644:13,
3644:15, 3644:19,
3644:20, 3644:22,
3644:24
tomorrow - 3651:12
Tony- 3474:21,
3475:5, 3480:21,
3480:23, 3481:8,
3481:15, 3482:3,
3482:4, 3483:21,
3492:2, 3493:23,
3495:5, 3496:22,
3546:3, 3553:3,
3553:8, 3553:10,
3553:13, 3553:15,
3553:16, 3553:25
Took- 3578:6
took - 3485:14,
3493:4, 3505:3,
3505:14, 3508:1,
3534:13, 3534:16,
3534:17, 3542:5,
3543:5, 3544:6,
3549:5, 3574:4,
3575:6, 3581:4,
3584:10, 3609:8,
3609:18, 3609:19,
3612:1, 3629:11,
3641:18, 3644:16
tools - 3505:19,
3517:14
top - 3471:6,
3473:7, 3474:18,
3545:15, 3558:25,
3638:10
top-left - 3474:18
topping - 3649:13
tossed - 3578:9
touch - 3623:21
touching - 3597:10
tough - 3464:5
toward - 3508:8,
3521:6, 3524:22,
3595:16, 3615:11
towards - 3508:25,
3541:7, 3592:17,
3633:10
Towing- 3527:2,
3527:6, 3527:17,
3528:3, 3530:2,
3530:3, 3577:15
towing - 3623:5
town - 3584:1,
3596:6
toy - 3512:17
toys - 3512:24
traditions - 3474:7,
3647:23
trailed - 3594:23
trailer - 3544:2,
3565:10, 3565:13,
3566:20, 3566:21
transacted -
3625:14
Transcript- 3462:8
transcript -

3462:23, 3469:15,
3614:3, 3635:23,
3637:5, 3651:3,
3651:8, 3651:16
traumatic - 3515:7
treat - 3573:20
treated - 3639:7
treating - 3497:16
trees - 3544:2,
3544:3, 3551:9
Trial- 3462:8,
3463:1
trial - 3463:18,
3467:3, 3475:18,
3476:3, 3484:13,
3493:18, 3496:10,
3504:13, 3511:8,
3530:14, 3530:19,
3540:5, 3559:2,
3567:17, 3574:4,
3576:25, 3580:10,
3581:13, 3581:22,
3581:23, 3582:3,
3582:4, 3608:1,
3611:8, 3635:19,
3650:25
triangle - 3487:14,
3491:25, 3577:18
Triangle- 3470:3,
3491:23, 3615:15,
3615:24, 3616:4
tribute - 3545:11,
3545:25, 3552:19,
3558:19
tributes - 3545:4,
3545:8
tried - 3464:4,
3467:11, 3516:16,
3521:16, 3528:9,
3544:22, 3548:3,
3557:1, 3566:20,
3616:11
Trifecta- 3490:10
trouble - 3548:3,
3551:8, 3594:1,
3637:7, 3637:10,
3643:20
Trucchio- 3498:8,
3616:21, 3617:2,
3617:13
truck - 3476:13,
3478:18, 3502:21,
3505:24, 3506:1,
3507:11, 3507:25,
3508:1, 3511:21,
3512:7, 3594:22,
3594:23, 3595:14,
3595:15, 3595:18,
3595:20, 3596:5,
3596:8, 3597:18,
3597:19, 3597:22,
3598:11, 3598:19,
3599:17, 3599:25
trucks - 3478:13,
3502:23, 3504:16,
3515:16
true - 3464:4,
3482:6, 3494:12,
3522:23, 3549:22,
3610:3
trunk - 3566:18
trust - 3523:6,
3648:2
Trust- 3648:1
trusted - 3481:10,
3532:18, 3532:23,
3549:9, 3552:4,
3559:14, 3560:20,
3564:23, 3564:24,
3567:11, 3589:15

truth - 3493:17
try - 3525:25,
3594:24, 3604:17,
3619:14, 3631:16,
3632:3, 3632:9,
3651:13
trying - 3527:7,
3527:11, 3551:8,
3555:1, 3584:16,
3600:25, 3605:4,
3631:19, 3643:1,
3649:8
turn - 3465:5,
3471:24, 3511:11,
3524:23, 3527:13,
3527:16, 3560:24,
3561:18, 3563:4,
3563:20, 3570:6,
3596:15, 3596:16,
3607:24, 3614:7,
3617:16, 3619:4,
3621:4, 3626:14,
3627:6, 3629:24,
3630:22, 3631:24,
3632:6, 3635:15
Turn- 3633:13
turned - 3471:8,
3550:21, 3585:15,
3596:17
turning - 3596:11,
3626:10
Turning- 3632:10,
3640:5
turns - 3593:18
tussle - 3541:25
TV- 3497:2
twelve - 3527:25
Twelve- 3621:5
twenties - 3501:11
twice - 3648:21
Two- 3499:24,
3501:3, 3501:4,
3516:13, 3533:15,
3646:18, 3646:25,
3649:20
two - 3470:8,
3481:2, 3486:7,
3486:9, 3489:9,
3489:17, 3499:18,
3499:19, 3506:18,
3522:2, 3530:4,
3536:23, 3537:15,
3540:13, 3541:16,
3542:9, 3547:18,
3548:10, 3552:2,
3558:25, 3573:6,
3574:12, 3575:9,
3596:24, 3597:20,
3597:22, 3600:3,
3624:9, 3624:20,
3644:21
two-door - 3486:7
tying - 3534:24
type - 3481:19
types - 3502:3,
3588:22, 3616:13
typically - 3481:19,
3512:2

---

**U**

U-turn - 3527:13,
3527:16
ultimate - 3464:5,
3529:15, 3564:24
Ultimately - 3595:10
ultimately - 3478:7,
3534:18, 3535:8,
3580:16, 3594:22,
3623:9, 3626:24,

3630:14, 3639:16
unbreakable -
3482:13
uncertainty -
3514:20
Uncle - 3509:6,
3509:7, 3509:12,
3545:9, 3574:7
uncle - 3478:19,
3483:11, 3485:9,
3508:22, 3508:24,
3509:9, 3509:17,
3533:6
uncomfortable -
3517:8, 3611:7
under - 3464:12,
3478:21, 3515:7,
3520:14, 3579:21,
3614:9, 3616:11,
3624:20, 3639:1,
3643:11
underboss -
3465:24, 3466:7,
3490:10
underneath -
3473:5
understood -
3484:6, 3504:22,
3543:18, 3553:20,
3559:23, 3608:23,
3615:3
unhappy - 3512:3,
3595:4, 3640:11
unique - 3474:6
unit - 3521:11,
3565:13, 3598:12
United - 3462:1,
3462:3, 3462:9,
3462:12, 3598:5
unknown - 3527:10
unlawful - 3607:11,
3622:12
unlike - 3533:2
unload - 3502:21,
3502:23, 3504:16
unloaded -
3595:19, 3595:25
unpleasant - 3582:7
unsanctioned -
3639:10, 3639:14,
3646:2, 3646:12
unsettled - 3514:20
up - 3466:1,
3467:23, 3469:3,
3470:23, 3474:7,
3478:3, 3478:21,
3484:1, 3485:11,
3485:18, 3490:5,
3495:18, 3502:21,
3503:5, 3503:18,
3506:9, 3506:10,
3506:17, 3508:10,
3510:24, 3511:7,
3511:20, 3512:16,
3514:4, 3515:11,
3516:24, 3517:1,
3517:25, 3518:1,
3523:6, 3527:8,
3529:4, 3532:7,
3533:7, 3534:15,
3535:22, 3536:1,
3538:22, 3541:16,
3541:20, 3542:17,
3542:25, 3544:5,
3545:2, 3545:4,
3546:11, 3546:17,
3546:25, 3547:9,
3547:23, 3549:9,
3549:20, 3550:13,
3552:16, 3557:15,

3558:4, 3558:10,
3558:18, 3560:8,
3560:12, 3560:22,
3563:18, 3564:4,
3564:13, 3566:4,
3566:5, 3566:7,
3567:19, 3568:13,
3569:11, 3571:2,
3574:22, 3583:3,
3583:4, 3583:5,
3583:8, 3584:19,
3589:9, 3594:24,
3597:5, 3600:18,
3603:3, 3603:23,
3604:7, 3611:1,
3611:15, 3612:20,
3614:1, 3614:2,
3614:14, 3614:21,
3614:23, 3618:10,
3619:18, 3620:20,
3628:8, 3628:19,
3631:4, 3634:17,
3634:22, 3638:24,
3639:18, 3644:5,
3646:6, 3649:23
**uploaded** -
3651:25, 3652:8
**ups** - 3510:12
**upset** - 3489:13,
3582:9, 3614:2,
3643:8
**upside** - 3647:13
**upside-down** -
3647:13
**upstairs** - 3505:21,
3506:24, 3549:3
**upstate** - 3514:2,
3519:10
**Urso** - 3474:20,
3496:22
**useful** - 3570:4
**usual** - 3515:19

----

**V**

**Valenti** - 3467:8,
3467:15, 3470:9,
3470:11, 3470:16,
3470:23, 3470:25,
3472:21, 3477:2,
3478:9, 3478:16,
3478:21, 3480:2,
3480:14, 3483:10,
3483:13, 3484:6,
3484:11, 3484:16,
3485:8, 3485:11,
3485:14, 3485:15,
3486:11, 3486:15,
3486:20, 3486:22,
3486:23, 3487:11,
3487:22, 3488:13,
3488:16, 3488:22,
3488:24, 3489:3,
3489:8, 3489:11,
3489:14, 3489:18,
3489:21, 3490:1,
3491:8, 3492:16,
3493:11, 3493:12,
3493:18, 3495:22,
3496:4, 3501:19,
3501:21, 3502:5,
3502:9, 3502:13,
3502:15, 3502:19,
3503:3, 3503:7,
3503:8, 3503:20,
3504:12, 3504:16,
3504:18, 3504:20,
3504:22, 3505:1,
3505:3, 3505:8,
3505:10, 3505:18,

3505:20, 3505:23,
3506:1, 3506:7,
3506:14, 3507:7,
3507:21, 3507:24,
3508:1, 3508:4,
3508:6, 3508:7,
3508:9, 3508:11,
3509:4, 3509:9,
3509:10, 3509:11,
3509:13, 3509:24,
3510:15, 3512:8,
3515:14, 3515:15,
3516:19, 3516:21,
3517:12, 3517:15,
3517:24, 3518:2,
3519:1, 3519:3,
3519:11, 3520:1,
3520:9, 3520:13,
3520:17, 3520:22,
3521:12, 3521:15,
3522:9, 3522:11,
3522:12, 3523:13,
3524:2, 3524:3,
3524:5, 3524:24,
3525:1, 3526:5,
3526:9, 3526:24,
3529:11, 3531:15,
3531:18, 3532:22,
3532:25, 3533:12,
3534:22, 3535:2,
3535:6, 3535:20,
3535:23, 3535:24,
3536:2, 3536:3,
3536:4, 3536:6,
3536:12, 3536:17,
3536:26, 3537:3,
3537:11, 3537:18,
3537:20, 3538:2,
3538:4, 3538:15,
3538:18, 3539:1,
3539:2, 3540:6,
3540:8, 3540:12,
3540:16, 3540:18,
3540:23, 3541:5,
3541:6, 3541:7,
3541:8, 3541:13,
3541:14, 3541:20,
3541:22, 3541:23,
3541:24, 3541:25,
3542:2, 3542:3,
3542:4, 3542:19,
3542:23, 3543:1,
3543:5, 3543:7,
3543:9, 3543:12,
3543:13, 3543:18,
3543:19, 3543:24,
3543:25, 3544:2,
3544:5, 3544:7,
3544:12, 3544:16,
3544:17, 3544:22,
3545:1, 3545:5,
3545:7, 3545:13,
3545:17, 3545:22,
3546:2, 3546:6,
3546:10, 3546:15,
3546:18, 3547:2,
3547:12, 3547:13,
3547:19, 3548:1,
3548:2, 3548:7,
3548:10, 3548:16,
3549:4, 3549:5,
3549:8, 3549:13,
3549:15, 3549:16,
3549:17, 3549:18,
3549:19, 3549:21,
3550:2, 3550:3,
3550:5, 3550:13,
3550:17, 3551:6,
3552:6, 3552:22,
3553:11, 3554:5,

3554:14, 3556:22,
3557:2, 3557:21,
3558:2, 3559:15,
3559:16, 3559:20,
3560:3, 3560:12,
3560:19, 3561:2,
3561:9, 3562:8,
3562:25, 3563:9,
3564:1, 3564:22,
3564:25, 3565:23,
3566:15, 3566:17,
3566:22, 3567:1,
3567:5, 3567:8,
3567:11, 3568:17,
3569:1, 3571:7,
3571:8, 3572:2,
3572:5, 3572:10,
3572:11, 3572:14,
3572:16, 3572:17,
3572:23, 3573:4,
3573:10, 3573:15,
3574:9, 3574:15,
3576:13, 3577:5,
3577:12, 3577:19,
3578:12, 3580:2,
3580:17, 3580:19,
3583:13, 3583:16,
3585:10, 3585:17,
3585:21, 3586:18,
3587:1, 3588:3,
3589:16, 3591:13,
3591:20, 3591:24,
3592:2, 3592:5,
3592:12, 3592:20,
3593:3, 3593:10,
3593:15, 3594:3,
3594:5, 3594:8,
3594:10, 3594:16,
3594:20, 3595:11,
3595:12, 3595:17,
3595:21, 3596:1,
3596:11, 3596:17,
3596:24, 3597:5,
3597:8, 3597:11,
3597:15, 3597:21,
3599:18, 3599:22,
3600:4, 3600:6,
3600:10, 3600:16,
3600:19, 3600:23,
3601:6, 3601:14,
3601:16, 3601:23,
3601:24, 3602:4,
3602:20, 3602:25,
3603:13, 3603:18,
3603:24, 3604:9,
3605:25, 3611:16,
3611:18, 3611:21,
3611:25, 3612:2,
3612:4, 3613:15,
3616:9, 3619:13,
3619:19, 3619:20,
3620:1, 3620:4,
3620:7, 3620:10,
3620:17, 3620:18,
3620:22, 3620:25,
3622:4, 3622:25,
3623:12, 3624:9,
3624:11, 3624:15,
3624:24, 3625:22,
3625:25, 3626:4,
3626:23, 3626:24,
3626:25, 3627:10,
3629:15, 3629:17,
3630:11, 3630:12,
3630:14, 3630:16,
3630:17, 3630:20,
3631:2, 3631:7,
3631:11, 3631:16,
3632:2, 3632:8,
3632:15, 3632:21,

3633:12, 3633:19,
3633:25, 3634:2,
3634:8, 3634:9,
3634:15, 3634:22,
3635:2, 3635:4,
3635:22, 3635:25,
3637:9, 3637:21,
3639:21, 3640:8,
3641:16, 3642:15,
3644:3
**Valenti's** - 3469:23,
3470:12, 3488:19,
3490:3, 3491:2,
3491:21, 3506:12,
3511:6, 3511:10,
3514:9, 3515:10,
3520:5, 3520:7,
3522:21, 3523:10,
3523:17, 3530:6,
3534:16, 3537:7,
3538:23, 3542:22,
3543:21, 3547:22,
3548:5, 3548:13,
3549:23, 3550:8,
3550:22, 3552:17,
3552:22, 3553:24,
3554:7, 3565:4,
3567:17, 3568:4,
3579:2, 3580:18,
3582:2, 3590:3
**validity** - 3570:23
**Valley** - 3596:6,
3599:24, 3600:1
**valuable** - 3595:20,
3595:22, 3596:16,
3596:22, 3639:6
**value** - 3542:1,
3597:3, 3598:6,
3598:18
**values** - 3647:13
**van** - 3476:7,
3535:1, 3538:25,
3540:12, 3540:21,
3541:1, 3541:7,
3541:10, 3541:13,
3541:15, 3541:16,
3542:15, 3543:5,
3543:6, 3546:25,
3547:9, 3547:13,
3547:16, 3547:18,
3547:20, 3550:20,
3550:21, 3550:22,
3550:23, 3551:2,
3551:5, 3554:12,
3554:13
**vantage** - 3534:14
**variance** - 3650:3
**Vario** - 3479:2,
3509:17, 3509:19,
3509:22, 3510:9,
3545:10, 3558:16,
3558:17, 3558:20,
3564:14
**various** - 3469:21,
3483:3, 3524:6,
3609:2
**vault** - 3542:1,
3551:7
**Vcx** - 3609:22
**Vegas** - 3518:7
**vehicle** - 3551:20
**vehicles** - 3486:12,
3486:18
**Vera** - 3616:20,
3616:23, 3617:1,
3617:9
**verdict** - 3648:4,
3652:13
**verge** - 3528:25
**version** - 3652:7

**vertebrae** - 3521:19
**veto** - 3471:23
**vetoed** - 3472:6
**viable** - 3625:2
**vicinity** - 3488:8,
3579:7, 3615:14
**victim** - 3511:9,
3516:17, 3590:12,
3596:2, 3614:14,
3638:22
**victim's** - 3521:9,
3521:18, 3534:19,
3581:1, 3608:13
**victims** - 3494:4,
3546:24
**video** - 3616:3
**videos** - 3474:3
**videotapes** -
3609:21
**views** - 3626:6
**vig** - 3571:12
**Vikings** - 3628:25
**Villagio** - 3576:23,
3577:17
**Vincent** - 3462:5,
3463:20, 3465:4,
3471:15, 3477:25,
3482:25, 3495:5,
3497:2, 3507:9,
3533:11, 3538:20,
3558:14, 3574:9,
3579:10, 3591:18,
3635:20, 3647:13
**Vincenzo** - 3469:19
**Vinny** - 3467:20,
3469:19, 3470:3,
3477:12, 3483:20,
3486:21, 3496:16,
3496:20, 3497:2,
3497:24, 3503:8,
3506:9, 3506:17,
3507:5, 3509:16,
3519:14, 3527:4,
3533:1, 3536:24,
3537:1, 3538:5,
3540:3, 3542:17,
3543:3, 3574:10,
3576:21, 3578:19,
3582:5, 3582:14,
3582:18, 3582:24,
3583:6, 3586:6,
3589:2, 3592:17,
3593:7, 3594:18,
3599:1, 3600:19,
3602:24, 3619:10,
3620:2, 3620:4,
3623:8, 3623:18,
3628:10, 3629:20,
3634:16, 3634:17,
3636:11, 3636:20,
3636:21, 3637:3,
3637:4, 3637:22,
3638:1, 3638:6,
3639:11, 3639:12,
3641:3, 3641:8,
3642:3, 3642:13,
3643:2, 3644:6,
3646:3
**Vinny's** - 3517:23,
3554:14, 3574:10
**violated** - 3588:17,
3589:20, 3622:11
**violating** - 3468:22
**violation** - 3550:21
**violence** - 3473:1,
3473:14, 3492:18,
3557:8, 3569:8,
3584:13, 3585:1,
3608:14, 3608:20
**violent** - 3464:13,

3492:24, 3570:3,
3615:11
**Virginia** - 3476:16
**virtuous** - 3482:2
**visible** - 3487:25,
3638:25
**visit** - 3496:3,
3558:14
**visited** - 3487:18,
3552:25, 3558:12,
3558:24
**visiting** - 3483:1,
3523:8, 3573:25
**visits** - 3552:1,
3558:15
**Vita** - 3522:19
**Vitale** - 3465:24,
3466:3, 3466:8,
3466:20, 3468:3,
3468:13, 3468:25,
3470:5, 3470:21,
3472:2, 3472:9,
3472:11, 3472:16,
3472:21, 3475:5,
3478:22, 3484:11,
3490:8, 3490:11,
3490:16, 3490:22,
3490:24, 3491:5,
3491:16, 3492:16,
3493:11, 3493:12,
3493:22, 3495:5,
3495:8, 3496:18,
3497:14, 3497:15,
3497:17, 3497:18,
3497:23, 3509:24,
3510:1, 3510:4,
3529:10, 3552:6,
3552:9, 3552:13,
3552:14, 3552:15,
3552:16, 3590:18,
3590:22, 3627:9,
3627:11, 3627:15,
3627:16, 3627:25,
3628:3, 3628:10,
3628:14, 3628:21,
3629:1, 3629:5,
3629:6, 3629:11
**Vitale's** - 3469:23
**Vito** - 3469:20,
3471:13, 3471:19,
3495:6
**voice** - 3526:3,
3633:9
**voices** - 3547:15
**volumes** - 3463:22,
3474:2, 3520:3,
3523:25

## W

**wait** - 3511:13,
3549:18
**waited** - 3506:24,
3541:2
**waiting** - 3541:5,
3547:20
**wake** - 3495:7,
3543:23, 3558:22,
3558:24
**wakes** - 3474:9,
3493:13, 3494:21,
3566:7
**walked** - 3506:21,
3548:20, 3548:22,
3552:11
**walking** - 3530:8,
3541:7, 3595:13
**wants** - 3517:1,
3601:7, 3604:3,
3605:14, 3617:12,

3631:15
**warehouse** -
3502:15, 3502:17,
3502:18, 3502:20,
3502:22, 3503:5,
3503:7, 3504:17,
3504:19, 3515:14,
3546:23, 3547:2
**warehouseman** -
3515:19
**warm** - 3592:2
**warned** - 3543:14,
3583:22
**warrant** - 3474:24,
3496:25, 3502:1,
3520:8
**wash** - 3636:11,
3636:15, 3636:18,
3636:21, 3637:2,
3637:23, 3638:3
**Wash** - 3636:11,
3636:21, 3636:22,
3637:3, 3638:1,
3639:11, 3639:13,
3641:3, 3641:8,
3642:3, 3643:2,
3644:6, 3646:3
**watch** - 3554:6
**watched** - 3480:25
**watches** - 3485:23,
3534:12, 3542:12,
3545:24
**water** - 3507:21
**ways** - 3471:8,
3473:17, 3480:14,
3511:10, 3537:22,
3544:24, 3552:6,
3607:6, 3607:17,
3613:15
**wayside** - 3627:24
**wear** - 3585:25
**wearing** - 3474:12,
3643:6
**website** - 3624:19
**wedding** - 3495:2,
3588:19, 3588:24,
3589:21
**weddings** - 3494:22
**week** - 3572:9,
3572:17, 3575:11,
3625:16, 3648:20
**weekend** - 3648:8,
3648:11, 3650:16,
3652:15
**weekends** -
3505:10
**weekly** - 3571:12,
3572:19, 3575:2,
3575:9, 3575:10,
3629:4
**weeks** - 3463:18,
3463:22, 3492:13,
3551:12, 3552:2,
3624:17, 3625:17,
3647:10, 3647:12
**welcome** - 3592:2
**well-known** -
3569:2
**West** - 3462:18,
3473:10
**whacking** - 3628:8
**Whalen** - 3547:16,
3547:23, 3548:3
**whichever** - 3652:5
**whipped** - 3541:22
**whispered** -
3548:22
**white** - 3474:12,
3474:21, 3475:6,
3612:15

**Whitey** - 3572:21
**whole** - 3465:3,
3472:8, 3484:2,
3510:5, 3565:22,
3589:8, 3605:9
**wife** - 3501:10,
3514:15, 3514:18,
3515:25, 3551:14,
3568:21, 3579:6,
3579:12
**wife's** - 3486:13
**willfully** - 3499:4
**willing** - 3464:15,
3466:16, 3609:11,
3633:6
**wind** - 3485:18
**window** - 3484:14,
3512:1, 3515:2,
3566:7, 3568:6,
3576:5
**winnings** - 3623:7,
3623:24, 3623:25
**wiretap** - 3616:16
**wiseguy** - 3464:5,
3466:11, 3477:4,
3477:12, 3477:15,
3496:7, 3615:3,
3640:4
**Wiseguy** - 3483:21
**witness** - 3463:22,
3556:17, 3598:22
**witness'** - 3493:7,
3493:9, 3494:9
**witnessed** - 3494:5
**witnesses** - 3466:9,
3468:9, 3470:1,
3473:11, 3473:22,
3476:21, 3478:6,
3480:18, 3488:2,
3488:5, 3488:11,
3490:7, 3492:13,
3492:16, 3492:20,
3492:23, 3493:16,
3494:4, 3494:14,
3494:20, 3498:6,
3502:5, 3504:13,
3521:3, 3529:10,
3534:20, 3540:5,
3548:10, 3550:15,
3551:11, 3552:3,
3556:19, 3575:13,
3581:14, 3609:4
**witnesses'** -
3521:23
**women** - 3483:25
**wondering** -
3541:12, 3562:8
**Woodhaven** -
3544:15, 3549:25
**word** - 3516:25,
3566:9, 3631:2
**words** - 3477:4,
3495:17, 3495:24,
3510:3, 3516:15,
3524:15, 3535:1,
3535:4, 3536:12,
3536:25, 3538:7,
3538:15, 3557:1,
3601:12, 3611:4,
3623:20, 3624:11,
3635:1, 3642:14,
3650:23
**worker** - 3546:23
**workplace** -
3527:21
**works** - 3532:3,
3643:21
**world** - 3533:9
**worried** - 3605:1,
3605:2

**worry** - 3548:23
**worse** - 3585:3,
3601:3
**worst** - 3529:1
**worth** - 3598:7,
3601:2
**worthy** - 3510:25
**wraps** - 3643:11
**wrist** - 3521:7,
3521:14, 3521:19
**write** - 3650:12
**writing** - 3532:9
**wrongful** - 3608:14
**wrongly** - 3604:15

## Y

**year** - 3474:5,
3474:8, 3474:17,
3544:21, 3545:25,
3574:13
**years** - 3463:24,
3464:6, 3464:10,
3464:16, 3486:23,
3488:21, 3489:22,
3491:3, 3495:11,
3501:18, 3511:11,
3511:13, 3511:17,
3516:19, 3524:3,
3524:17, 3546:17,
3548:15, 3554:3,
3564:4, 3567:8,
3581:18, 3584:5,
3614:21, 3635:6,
3639:3, 3647:10,
3647:18
**yell** - 3549:15
**yelled** - 3542:21,
3614:2
**yelling** - 3549:16,
3595:6
**Yellow** - 3551:5
**yellow** - 3542:8,
3551:4
**York** - 3462:1,
3462:4, 3462:15,
3462:17, 3462:19,
3462:21, 3466:2,
3473:9, 3475:22,
3476:15, 3513:20,
3514:18, 3579:21,
3591:16, 3609:19,
3612:1, 3612:11,
3614:9, 3622:11
**young** - 3514:23,
3515:8, 3647:14
**younger** - 3464:14,
3488:23, 3550:3
**yourself** - 3466:13,
3466:21, 3582:15
**yourselves** -
3516:7, 3528:22,
3611:11, 3612:19
**Ypelaar** - 3520:6,
3522:17, 3636:20

## Z

**Zaffarano** - 3483:11,
3545:9, 3574:3,
3574:7, 3574:14,
3574:16, 3574:21,
3575:8, 3608:1,
3608:25, 3609:2,
3609:6, 3609:8,
3609:11, 3609:17,
3610:1, 3610:3,
3610:6, 3610:8,
3610:17, 3610:18,
3611:1, 3611:7,

3611:15, 3611:20,
3611:22, 3612:5,
3612:6, 3612:9,
3612:17, 3613:1,
3613:24, 3649:21,
3650:6
**Zaffarano's** - 3609:5
**zero** - 3512:10
**Zeumann** - 3495:3
**Zipp** - 3572:21
**Zucarro** - 3483:16,
3483:18, 3484:11,
3492:17, 3575:15,
3575:18, 3584:13
**Zuccaro** - 3472:22,
3509:24, 3552:6,
3554:7, 3554:8,
3554:11, 3556:17,
3557:5, 3557:8,
3557:11, 3557:18,
3557:19, 3557:23,
3562:5
**Zuccaro's** -
3554:10, 3557:9,
3557:12, 3557:15,
3557:20